## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **TONY MANUELE, JR., d/b/a Tony's Sporting Goods,** ) <br>     Petitioner, ) <br> vs. ) <br> ) <br> **ACTING DIRECTOR OF INDUSTRY OPERATIONS, Chicago Field Division, Bureau of Alcohol, Tobacco, Firearms & Explosives,** ) <br>     Respondent. ) | Case No.:   3:07-cv-03163 |

### SUMMONS

TO:   Acting Director of Industry Operations, Chicago Field Division, Bureau of Alcohol, Tobacco, Firearms & Explosives, 525 W. VanBuren Street, Ste. 600, Chicago, Illinois 60187

YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this Court, **U.S. District Courthouse, 600 E. Monroe Street, Springfield, Illinois, 62701,** within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.

To the Officer:   This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS:   July 5, 2007 _____ 2007

s/ John M. Waters
_____
Clerk of the Court

Name:   Michael J. Logan
Attorney for:   Tony Manuele Jr.
Address:   837 S. Fourth Street
City:   Springfield, IL 62703
Telephone:   217-522-8880
Facsimile:   217-522-8887

DATE OF SERVICE:_____

SHERIFF'S FEES

| | |
|---|---|
| Service and Return | $_____ |
| Miles | $_____ |
| Total | $_____ |

_____
Sheriff of _____ County

I certify that I served this summons on defendants as follows:

(a)  Individual defendants - personal:

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

Name of Defendant                               Date of Service
_____          _____

(b)  Individuals defendants- Abode

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

Name of Defendant    Person with Whom Left    Date of Service    Date of Mail
_____  _____      _____      _____

(c)  Corporation Defendant

By leaving a copy and a copy of the complaint with the registered agent, officer, agent of each defendant corporation, as follows:

Defendant Corporation    Registered Agent, Officer or Agent    Date of Service
_____      _____      _____

(d)  Other Service: