FOREIGN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY MANUELE, JR., d/b/a Tony's Sporting Goods,<br>　　　Petitioner,<br><br>vs.<br><br>ACTING DIRECTOR OF INDUSTRY OPERATIONS, Chicago Field Division, Bureau of Alcohol, Tobacco, Firearms & Explosives,<br>　　　Respondent. | )<br>)<br>)<br>)　Case No.:   3:07-cv-03163<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

```
000009-1.3.1 07/18/07 09:05
REF CASE     # 07  003163
  1 FOREIGN WRIT         50.00
  1 MILEAGE              10.00
REF SHERIFF # 204574
CASE TOTAL               60.00 *
          TOTAL          60.00 TL
CHECK I                  60.00
CASHIER: MARYANN
```

## SUMMONS

TO: Acting Director of Industry Operations, Chicago Field Division, Bureau of Alcohol, Tobacco, Firearms & Explosives, 525 W. VanBuren Street, Ste. 600, Chicago, Illinois 60187

　　YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this Court, **U.S. District Courthouse, 600 E. Monroe Street, Springfield, Illinois, 62701,** within 30 days after service of this summons, not counting the date of service. IF YOU FAIL TO DO SO, A JUDGEMENT OR DECREE BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.

　　To the Officer:　　This summons must be returned by the officer or other persons to whom it was given for service, with indorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS: _____ July 5, _____ 2007
　　　　　　_____
　　　　　　　　Clerk of the Court

Name:　　　Michael J. Logan
Attorney for:　Tony Manuele Jr.
Address:　　837 S. Fourth Street
City:　　　　Springfield, IL 62703
Telephone:　217-522-8880
Facsimile:　　217-522-8887

```
TYPE LAW         SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS        DISTRICT 071

SHERIFF'S NUMBER 204574-001D  CASE NUMBER 307CV03163   DEPUTY: Goytia 4960

FILED DT 07-05-2007 RECEIVED DT 07-18-2007 DIE DT 08-01-2007 MULTIPLE SERVICE  1
   DEFENDANT                                   ATTORNEY
ACT. DIRECT. OF INDUS. OPS/CHI FIELD DIV/ATF & E   MICHAEL J. LOGAN
525 W VAN BUREN ST                           837 S. FOURTH ST.
CHICAGO IL. 60607        400S                SPRINGFIELD IL. 62703
SUITE 600                                    217 522-8880
PLAINTIFF MANUELE, TONY  JR.
                                                    FOREIGN
SERVICE INFORMATION: CF
```

*************************************************************************

(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

..X..1  PERSONAL SERVICE: BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE NAMED DEFENDANT PERSONALLY.

.....2  SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE. SAID PARTY REFUSED NAME _____

.....3  SERVICE ON: CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___ BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.

.....4  CERTIFIED MAIL _____

(B) THOMAS J. DART, SHERIFF, BY: _____Goytia 4960_____, DEPUTY

  1  SEX M (M)/F    RACE W/H    AGE 49
  2  NAME OF DEFENDANT ACT. DIRECT. OF INDUS. OPS/CHI FIELD DIV/ATF & E
     X WRIT SERVED ON Mark Jones - Special Agent in Charge
     THIS 01 DAY OF AUG, 2007 TIME 3:52 A.M./P.M.

ADDITIONAL REMARKS _____

*************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  HiRise                    ATTEMPTED SERVICES

NEIGHBORS NAME _____         DATE      TIME  A.M./P.M.

  ADDRESS _____              ____     ___:___

    REASON NOT SERVED:
            ___ 07 EMPLOYER REFUSAL     ____     ___:___
  ___ 01 MOVED       ___ 08 RETURNED BY ATTY    ____     ___:___
  ___ 02 NO CONTACT  ___ 09 DECEASED
  ___ 03 EMPTY LOT   ___ 10 BLDG DEMOLISHED     ____     ___:___
  ___ 04 NOT LISTED  ___ 11 NO REGISTERED AGT.
  ___ 05 WRONG ADDRESS ___ 12 OTHER REASONS     ____     ___:___
  ___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY
                                                ____     ___:___

FEE  .00   MILEAGE  .00   TOTAL  .00                    SG20