**E-FILED**
Friday, 02 November, 2007  12:14:11 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY MANUELE, JR., d/b/a | ) | |
| TONY'S SPORTING GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3163 |
| | ) | |
| ACTING DIRECTOR OF INDUSTRY | ) | |
| OPERATIONS, BUREAU OF ALCOHOL | ) | |
| TOBACCO, FIREARMS and | ) | |
| EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |

### REPORT OF PLANNING MEETING

Petitioner and defendant, by counsel, conferred and suggest the following plan and schedule:

1. To join other parties or amend the pleadings:  by December 6, 2007

2. To provide initial disclosures:  by November 20, 2007

3. To complete fact discovery:  by February 6, 2008

4. The parties do not expect to present expert testimony

5. The parties will preserve and produce any electronic messages that should be produced

s/ Michael J. Logan

_____

Michael J. Logan
Attorney for Plaintiff
837 South Fourth Street
Springfield, IL 62703

s/ James A. Lewis

_____

James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

      October 26, 2007

Date:_____

      November 2, 2007

Date:_____