IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **Tony Manuele, Jr. d/b/a Tony's Sporting Goods,** )<br>  **Plaintiff,**  )<br>  )<br>v.  )<br>  )<br>**Acting Director of Industry Operations,**  )<br>**Bureau of Alcohol, Tobacco, Firearms and** )<br>**Explosives,**  )<br>  **Defendant.**  ) | Case No: 3:07-cv-3163 |

## CERTIFICATE OF SERVICE

To:   U.S. Attorney's Office
       ATTN: James Lewis
       318 S. Sixth Street
       Springfield, IL 62703

The undersigned hereby certifies that on the **20th** day of **November, 2007,** she served a copy of the foregoing **Initial Disclosures** upon the above named of record in the above case by enclosing same in an envelope addressed to the above named at their business address as disclosed by the pleadings of record and placing same in an United States Post Office mailbox in Springfield, IL.

   Respectfully submitted,
   Tony Manuele, Jr., Plaintiff,

   /s/ Nicole A. Lawson
   Nicole A. Lawson
   Paralegal to Michael J. Logan

**MICHAEL J. LOGAN, LTD.**
Michael J. Logan
837 S. Fourth Street
Springfield, Illinois 62703
217-522-8880

**217-522-8887 Facsimile**