E-FILED
Monday, 07 January, 2008   10:00:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., d/b/a<br>TONY'S SPORTING GOODS,<br><br>     Plaintiff,<br><br>     v.<br><br>ACTING DIRECTOR OF INDUSTRY<br>OPERATIONS, BUREAU OF ALCOHOL<br>TOBACCO, FIREARMS and<br>EXPLOSIVES,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 07-3163<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO COMPEL DISCOVERY**

Defendant moves to compel discovery, for a court order to set a prompt and certain date for responses to the attached discovery, and for the reasons set forth in the accompanying Memorandum of Law.  Fed.R.Civ.P. 37(a)(2)(B).  Defendant seeks expenses of $125.00, for the time and effort of counsel.  Fed.R.Civ.P. 37(a)(4)(A).

                              Respectfully submitted,
                              RODGER A. HEATON
                              United States Attorney

                              s/ James A. Lewis
                    By:       _____
                              James A. Lewis, NC Bar No. 5470
                              Attorney for Defendant
                              United States Attorney's Office
                              318 South Sixth Street
                              Springfield, IL 62701
                              Telephone: 217-492-4450
                              Fax: 217-492-4888
                              email: jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                Michael J. Logan
                837 South Fourth Street
                Springfield, IL 62703

January 7, 2008                        s/ James A. Lewis
Date:_____      _____
                                                                      James A. Lewis

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., d/b/a TONY'S SPORTING GOODS, <br><br> Plaintiff, <br><br> v. <br><br> ACTING DIRECTOR OF INDUSTRY OPERATIONS, BUREAU OF ALCOHOL TOBACCO, FIREARMS and EXPLOSIVES, <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 07-3163 ) ) ) ) ) ) ) ) |

## DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTIONS

Please answer the following interrogatories under oath and produce the following documents within 30 days. Fed.R.Civ.P. 33-34.

I. The Final Notice (attached as Gov. Ex. A to the Answer) stated that from September, 1997 to January, 2006, the licensee failed to properly maintain an acquisition and disposition book record for 611 firearm dispositions. We attach Exs. E (page 97), F (pages 98-106) and G (pages 107-193) from the hearing record.

Interrogatories:

A. Was Ex. E an accurate physical inventory of firearms in the licensee's inventory at the time of the inspection in January, 2006?

B. Did the licensee fail to provide a disposition record for any of the firearms in Ex. F, at the time of the inspection in January, 2006?

C. Did the licensee fail to provide a record of a single disposition for 2001, 2003 and 2004, at the time of the inspection in January 2006?

Instructions: In the event that the licensee's answer to I.A, I.B or I.C is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.

II. The Final Notice stated that from February, 1997 to January, 2006, the licensee failed to properly maintain an acquisition and disposition book record for 502 firearm dispositions. We attach Ex. I (pages 198-211) from the hearing record.

Interrogatories:

A. Did the licensee fail to provide an acquisition record for any of the firearms in Ex. I, at the time of the inspection in January, 2006?

B. Did the licensee fail to provide an acquisition record for the 16 of the firearms identified as not being found in the acquisition and disposition book in Ex. E, at the time of the inspection in January, 2006?

Instructions: In the event that the licensee's answer to II.A or II.B is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.

III. The Final Notice stated that from January, 2003 to January, 2006, the licensee failed to provide ATF with Form 3310.4 Reports of Multiple Sale or Other Dispositions of Pistols and Revolvers on the occasions that are detailed in Ex. B (pages 28-30), attached. We attach Exs. J (pages 212-291) and K (pages 292-296).

Interrogatory:

A. Did the licensee fail to provide ATF with these Reports on the occasions that are stated in Ex. B?

Instructions: In the event that the licensee's answer to III.A is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.

IV. Interrogatory: Did the licensee fail to properly maintain ATF Forms 4473 in alphabetical, chronological or numerical order from January, 2003 to January 2006, as stated in the Final Notice, II.D?

Instructions: In the event that the licensee's answer to IV. is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.

                      Respectfully submitted,
                      RODGER A. HEATON
                      United States Attorney

                      s/ James A. Lewis
By:                  _____
                      James A. Lewis, NC Bar No. 5470
                      Attorney for Plaintiff/Defendant
                      United States Attorney's Office
                      318 South Sixth Street
                      Springfield, IL 62701
                      Telephone: 217-492-4450
                      Fax: 217-492-4888
                      email: jim.lewis2@usdoj.gov

# CERTIFICATE OF SERVICE

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

        Michael J. Logan
        837 South Fourth Street
        Springfield, IL 62703

Date: November 20, 2007

s/ James A. Lewis

James A. Lewis