IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., d/b/a ) | |
| TONY'S SPORTING GOODS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07-3163 |
| ) | |
| ACTING DIRECTOR OF INDUSTRY ) | |
| OPERATIONS, BUREAU OF ALCOHOL ) | |
| TOBACCO, FIREARMS and ) | |
| EXPLOSIVES, ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATION**

I certify that I called plaintiff's counsel on December 26, 2007, and again in the first week of January, 2008, and left a clear message with a secretary, who stated that plaintiff's counsel was unavailable and would soon return my call. The message was that the responses to discovery were overdue and that I wished to discuss this with plaintiff's counsel. Thus, I certify that I made two good faith efforts to obtain the responses to discovery without court action.

Date: January 7, 2008
_____

s/ James A. Lewis
_____
James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

                Michael J. Logan
                837 South Fourth Street
                Springfield, IL 62703

    January 7, 2008                                         s/ James A. Lewis
Date:_____
                                                                        James A. Lewis