UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TONY MANUELE, JR., d/b/a ) | |
| TONY'S SPORTING GOODS, ) | |
|    Plaintiff, ) | |
| ) | Case No:   07-3163 |
| v. ) | |
| ) | |
| ACTING DIRECTOR OF INDUSTRY ) | |
| OPERATIONS, BUREAU OF ALCOHOL ) | |
| TOBACCO, FIREARMS and ) | |
| EXPLOSIVES, ) | |
|    Defendant. ) | |

## CERTIFICATE OF SERVICE

   The undersigned certifies that a copy of the **Plaintiff's Responses to Defendant's First Interrogatories and Request for Productions** was served electronically via email upon the following:

   James A. Lewis     jim.lewis2@usdoj.gov

on 8th day of January, 2008.

                                                /s/Nicole A. Lawson
                                                Nicole A. Lawson
                                                Paralegal to Michael J. Logan

MICHAEL J. LOGAN, LTD.
MICHAEL J. LOGAN
837 S. Fourth Street
Springfield, IL 62703
217-522-8880
217-522-8887