UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TONY MANUELE, JR., d/b/a | ) | |
| TONY'S SPORTING GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:    07-3163 |
| v. | ) | |
| | ) | |
| ACTING DIRECTOR OF INDUSTRY | ) | |
| OPERATIONS, BUREAU OF ALCOHOL | ) | |
| TOBACCO, FIREARMS and | ) | |
| EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |

### RESPONSE TO MOTION TO COMPEL DISCOVERY

Now comes the Plaintiff, **TONY MANUELE, JR., d/b/a TONY'S SPORTING GOODS,** by and through his attorney, **MICHAEL J. LOGAN, LTD.** and for his Response to Motion to Compel Discovery, states as follows that:

1. Plaintiff has complied with the Motion to Compel Discovery as seen in the attached Plaintiff's Responses to Defendant's First Interrogatories and Request for Productions as of January 8, 2008.

Respectfully submitted,
**TONY MANUELE, JR., d/b/a TONY'S
SPORTING GOODS, Plaintiff,**

By:   /s/ Michael J. Logan
One of his attorneys

MICHAEL J. LOGAN, LTD.
MICHAEL J. LOGAN
837 S. Fourth Street
Springfield, IL 62703
217-522-8880
217-522-8887

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., d/b/a TONY'S SPORTING GOODS, ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Case No. 07-3163 |
| ACTING DIRECTOR OF INDUSTRY OPERATIONS, BUREAU OF ALCOHOL TOBACCO, FIREARMS and EXPLOSIVES, ) ) ) ) ) ) | |
| Defendant. ) | |

Plaintiff's Responses to
**DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTIONS**

Please answer the following interrogatories under oath and produce the following documents within 30 days. Fed.R.Civ.P. 33-34.

I. The Final Notice (attached as Gov. Ex. A to the Answer) stated that from September, 1997 to January, 2006, the licensee failed to properly maintain an acquisition and disposition book record for 611 firearm dispositions. We attach Exs. E (page 97), F (pages 98-106) and G (pages 107-193) from the hearing record.

Interrogatories:

A. Was Ex. E an accurate physical inventory of firearms in the licensee's inventory at the time of the inspection in January, 2006?    Yes.

B. Did the licensee fail to provide a disposition record for any of the firearms in Ex. F, at the time of the inspection in January, 2006?    Yes.

C. Did the licensee fail to provide a record of a single disposition for 2001, 2003 and 2004, at the time of the inspection in January 2006?   None to his knowledge.

Instructions: In the event that the licensee's answer to I.A, I.B or I.C is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.   I object to this instruction as it requires proof of a negative.

II. The Final Notice stated that from February, 1997 to January, 2006, the licensee failed to properly maintain an acquisition and disposition book record for 502 firearm dispositions. We attach Ex. I (pages 198-211) from the hearing record.

Interrogatories:

A. Did the licensee fail to provide an acquisition record for any of the firearms in Ex. I, at the time of the inspection in January, 2006?   Not to his knowledge.

B. Did the licensee fail to provide an acquisition record for the 16 of the firearms identified as not being found in the acquisition and disposition book in Ex. E, at the time of the inspection in January, 2006?   No.

2

Instructions: In the event that the licensee's answer to II.A or II.B is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record. Licensee has records of gun acquisition and disposition in books other than the acquisition and disposition book.

III. The Final Notice stated that from January, 2003 to January, 2006, the licensee failed to provide ATF with Form 3310.4 Reports of Multiple Sale or Other Dispositions of Pistols and Revolvers on the occasions that are detailed in Ex. B (pages 28-30), attached. We attach Exs. J (pages 212-291) and K (pages 292-296).

Interrogatory:

A. Did the licensee fail to provide ATF with these Reports on the occasions that are stated in Ex. B? at the request of the ATF agent, Terry Bolash, these reports were sent in later.

Instructions: In the event that the licensee's answer to III.A is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.

3

IV. Interrogatory: Did the licensee fail to properly maintain ATF Forms 4473 in alphabetical, chronological or numerical order from January, 2003 to January 2006, as stated in the Final Notice, II.D?  No.

Instructions: In the event that the licensee's answer to IV. is anything other than "yes," the licensee is to provide, in detail, the facts that support the licensee's answer, and the name, address and telephone number of each person with knowledge as to these facts, and a summary of each person's knowledge; and the licensee is to produce each and every document or record with information as to these facts, along with an explanation of the information in each and every document or record.   Licensee cannot prove a negative.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By: _____

James A. Lewis, NC Bar No. 5470
Attorney for Plaintiff/Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov