**E-FILED**
Friday, 18 January, 2008  09:04:18 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY MANUELE, JR., d/b/a | ) | |
| TONY'S SPORTING GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3163 |
| | ) | |
| ACTING DIRECTOR OF INDUSTRY | ) | |
| OPERATIONS, BUREAU OF ALCOHOL | ) | |
| TOBACCO, FIREARMS and | ) | |
| EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |

## RESPONSE, ON BEHALF OF FEDERAL DEFENDANT

The federal defendant had moved to compel complete and non-evasive answers and responses to discovery.  When this Court held a hearing, it appeared that plaintiff's counsel might agree that plaintiff should provide such answers and responses.  When there was further discussion between counsel after the hearing, counsel for plaintiff and defendant agreed to allow plaintiff until January 21, 2008, to provide such answers and responses.  Thus, the original motion would become moot, if plaintiff provides such answers and responses by January 21, 2008, but would not be moot, if plaintiff continues to fail to provide such answers and responses.

In these circumstances, the federal defendant asks the Court to allow one week of

additional time, to see whether plaintiff does in fact provide such answers and responses.  If

plaintiff does not do so, the federal defendant will ask for a further hearing.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ James A. Lewis

By: _____

James A. Lewis, NC Bar No. 5470
Attorney for Defendant
United States Attorney's Office
318 South Sixth Street
Springfield, IL 62701
Telephone: 217-492-4450
Fax: 217-492-4888
email: jim.lewis2@usdoj.gov

2

## <u>CERTIFICATE OF SERVICE</u>

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

Michael J. Logan
837 South Fourth Street
Springfield, IL 62703

January 18, 2008                          s/ James A. Lewis
Date:_____    _____

                                         James A. Lewis