E-FILED
Monday, 21 January, 2008  05:03:49 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

IN RE:                                         )
                                               )
TONY MANUELE, JR., d/b/a                       )
TONY'S SPORTING GOODS,                         )
     Plaintiff,                                )
                                               )   Case No:    07-3163
                                               )
v.                                             )
                                               )
ACTING DIRECTOR OF INDUSTRY                    )
OPERATIONS, BUREAU OF ALCOHOL                  )
TOBACCO, FIREARMS and                          )
EXPLOSIVES,                                    )
     Defendant.                                )

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the **Plaintiff's Amended Responses to Defendant's First Interrogatories and Request for Productions** was served via hand delivery upon the following:

James A. Lewis

on 22nd day of January, 2008.

                                  /s/Nicole A. Lawson
                                  Nicole A. Lawson
                                  Paralegal to Michael J. Logan

MICHAEL J. LOGAN, LTD.
MICHAEL J. LOGAN
837 S. Fourth Street
Springfield, IL 62703
217-522-8880
217-522-8887