IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY MANUELE, JR., d/b/a TONY'S SPORTING GOODS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 07-3163 |
| ACTING DIRECTOR OF INDUSTRY OPERATIONS, BUREAU OF ALCOHOL TOBACCO, FIREARMS and EXPLOSIVES, | ) ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW MOTION TO COMPEL**

Defendant moves for leave to withdraw its motion to compel, on grounds that plaintiff answered the interrogatories and produced the documents late last week.

　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　RODGER A. HEATON
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　s/ James A. Lewis
　　　　By: _____
　　　　　　　　　　　　　　　　　James A. Lewis, NC Bar No. 5470
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　318 South Sixth Street
　　　　　　　　　　　　　　　　　Springfield, IL 62701
　　　　　　　　　　　　　　　　　Telephone: 217-492-4450
　　　　　　　　　　　　　　　　　Fax: 217-492-4888
　　　　　　　　　　　　　　　　　email: jim.lewis2@usdoj.gov

## CERTIFICATE OF SERVICE

     The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

          Michael J. Logan
          837 South Fourth Street
          Springfield, IL 62703

     January 28, 2008            s/ James A. Lewis
Date:_____     _____
                                                   James A. Lewis