E-FILED

Thursday, 06 March, 2008 02:55:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TONY MANUELE, JR., d/b/a | ) | |
| TONY'S SPORTING GOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-3163 |
| | ) | |
| ACTING DIRECTOR OF INDUSTRY | ) | |
| OPERATIONS, BUREAU OF ALCOHOL | ) | |
| TOBACCO, FIREARMS and | ) | |
| EXPLOSIVES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**I. Introduction**

The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") revoked the license of Tony Manuele, Jr., d/b/a Tony's Sporting Goods, a dealer in firearms other than destructive devices. Manuele filed this petition for de novo judicial review. 18 U.S.C. §923(e).

Based on the administrative record, the administrative hearing, the exhibits, the depositions of Tony and Lois Manuele, and the affidavit Industry Operations Investigator Theresa Bolash, ATF now moves for summary judgment.

**II. Material Facts Claimed to be Undisputed**

**A. The Final Notice**

1. The Final Notice of Denial of Application or Revocation of Firearms License is attached as Gov. Ex. A to the Answer. (Doc. 4)[1]

---

[1]References to documents in the court file are to "Doc.___"; References to the Affidavit of Theresa Bolash are to "Boulash ___"; References to the February 2, 2008, Deposition of Anthony J. Manuele, Jr. are to "Dep.___"; References to the January 30, 2007, Federal Firearms License Hearing are to "Hearing___"; References to the February 4, 2008, Deposition of Lois Manuele are to "Lois Manuele___"; Exhibits presented at the Hearing are to "Exhibit ___".

2. According to the Final Notice, the first issue was whether Manuele "willfully failed to properly maintain an acquisition and disposition record for 611 firearms." (Doc. 4, Gov. Ex. A, p. 3)

3. 18 U.S.C. §923 (g)(12)(A) requires "[e]ach...licensed dealer [to] maintain such records of...shipment, receipt, sale, or other disposition of firearms at his place of business for such period, and in such form, as the Attorney General may by regulations prescribe."

4. The regulations prescribed the form of records for acquisition and disposition. 27 C.F.R. §478.125(a).

5. The regulations prescribed that "[t]he record prescribed by this paragraph shall be maintained in bound form under the format prescribed below." *Id*.

6. Manuele did not maintain an acquisition and disposition record in bound form. (Bolash, ¶24; Dep. 73)

7. The regulations required ten items of information:

The records shall show the date of the receipt, the name and address or the name and license number of the person from whom received, the name of the manufacturer and importer (if any), the model, serial number, type, and the caliber or gauge of the firearm. ...The record shall show the date of the sale or other disposition of each firearm, the name and address of the person to whom the firearm is transferred, or the name and license number of the person to whom transferred if such person is a licensee, or the firearms transaction record, Form 4473, serial number if the licensed dealer transferring the firearm serially numbers the Forms 4473 and files them numerically.

27 C.F.R. §478.125(e).

8. The regulations stated that "[t]he format required for the record of receipt and disposition is as follows [in] Table 4...." *Id*.

2

9.  Table 4 appears as follows:

| Description of Firearm | | | | | Receipt | | Disposition | | |
|---|---|---|---|---|---|---|---|---|---|
| Manufacturer and/or Importer | Model | Serial No. | Type | Caliber or Gauge | Date | Name and address or name and license No. | Date | Name | Address or license No. If licensee, or Form 4473 Serial No. If Forms 4733 filed numerically |

10.   Manuele developed an acquisition record that contained six of the required ten items of information for each acquisition:  date of acquisition, firearm manufacturer, "gun type", caliber, serial #, FOID (without listing the number) or FFL (without listing the number) and name of party from whom acquired (without listing address) simply showed "4473." (Hearing, 25-26, Ex. G) Manuele failed to enter any information other than 4473 as would be required in the three columns under "Disposition." (See Table 4 example, above.)

11.   A Form 4473 is a form which a firearm transferee is required to complete at the time of transfer.  The transferee must provide:

> ...name, sex, residence address...date and place of birth, height, weight and race of the transferee; the transferee's country of citizenship, INS-issued alien number or admission number...the transferee's State of residence, and certification by the transferee that the transferee is not prohibited by the Act from transporting or shipping...or receiving a firearm which has been shipped or transported in interstate or foreign commerce or possessing a firearm in or affecting commerce.

27 C.F.R. §478.124(c)

12.   After the transferee has completed the Form 4473, the transferor must identify the firearm:

> ...by listing ...the name of the manufacturer, the name of the importer...the type, model, caliber or gauge, and the serial number of the firearm.

27 C.F.R. §478.124(c)(4).

13.  Since Manuele simply used the information in Form 4473 rather than the information needed for a record of dispositions, he had additional information available to him within his business; however,  Manuele's acquisition record was separate from his disposition record. (Dep. 74-75)

14.  Manuele assumed a Form 4473 was a record disposition simply because it was a federal form. (Dep. 21)

15.  When a sale is made to a non-licensee:  "[T]he firearms transaction record, Form 4473, obtained by the licensed dealer shall be retained, until the transaction is recorded, separate from the licensee's Form 4473 file and be readily available for inspection." 27 C.F.R. §478.125(e).

16.  Manuele failed to maintain a disposition record that showed both "acquisition from" and "disposition to" on the same page. (Dep. 74)

17.  Manuele had acquisition records for 611 firearms for which he had no disposition records; of these, 299 were acquired in 2001, 2003 and 2004.

18.  The final Notice stated as follows:

4.  As to the proof of willfulness, the need to record disposition entries is very basic to a firearms business.  Licensee demonstrated his awareness of the requirement through the fact that he successfully recorded dispositions on many other occasions.  Furthermore, Licensee admitted during his testimony that he was generally aware that laws and regulations governed the dealing of firearms and that he would contact ATF (and did) at anytime he had questions.  Most importantly, Licensee admitted that he knew of the specific legal requirement to record firearm dispositions.

5.  Licensee, while conceding that he had actual knowledge of the requirement to record dispositions, attempted to excuse the 611 missing disposition entries by stating that he had not been inspected since receiving his license in 1991.  As

4

such, he argued that he did not realize that the regulations required him to
maintain a record of the disposition of a firearm on the same line as the
acquisition information in his Acquisition and Disposition ("A &D") Book.
Notably, he was not cited for failing to maintain a single acquisition and
disposition line; rather he was cited for the failure to record the disposition
anywhere in his records.

(Doc. 4, Gov. Ex. A, p. 4)

19.  According to the Final Notice, the second issue was whether Manuele "willfully

failed to properly maintain an acquisition and disposition record in that Licensee failed to timely

enter 502 acquisitions." (*Id*., p. 5)

20.  With respect to acquisition records, the Final Notice stated as follows:

3.  As to the proof of willfulness, the need to record acquisition entries is very
basic to a firearms business.  Licensee demonstrated his awareness of the
requirement through the fact that he successfully recorded acquisitions on many
other occasions.  Furthermore and most importantly, Licensee admitted during his
testimony that he knew of the specific legal requirement to record acquisitions.

4.  Licensee's only defense to this violation was that he was "doing the best he
could."  He did not argue that he was unaware of the requirement, nor did he
explain what might have prevented him from complying with this known legal
obligation.

(Doc. 4, Gov. Ex. A, p. 3)

21.  According to the Final Notice, the third issue was whether Manuele "willfully failed

to report to ATF on Forms 3310.4 (Report of Multiple Sale or Other Dispositions of Pistols and

Revolvers) [40 such] instances...." of multiple sales. (*Id*., p. 10)

22.  As to licensee's failure to report multiple sales, the Final Notice stated:

2.  As to the proof of willfulness, Licensee demonstrated his
awareness of this requirement through the fact that he successfully
reported multiple sales from 1999-2003 on at least eighteen
occasions.  He abruptly stopped making the required reports in
2003.  Furthermore, Licensee admitted to IOI Bolash during the
inspection that he knew of the specific legal requirement to report
multiple sales transactions.  Licensee attempted to defend against

5

this violation by stating that ATF may not have received some of the multiple sale forms, despite him having forwarded the forms to them. However, he offered no evidence to support this claim. He also suggested that he may have some completed multiple sale forms at his home, although he did not explain why those, if they existed at all, were not provided to IOI Bolash when she made such a request during her inspection. Licensee conceded that some forms may not have been sent into ATF for "whatever reason."

23. 27 C.F. R. §478.126(a) provides:

Each licensee shall prepare a report of multiple sales or other disposition whenever the licensee sells or otherwise disposes of, at one time or during any five consecutive business days, two or more pistols, or revolvers totaling two or more to an unlicensed person....The report shall be prepared on Form 3310.4, Report of Multiple Sale or Other Disposition of Pistols and Revolvers. Not later than the close of business on the day that the multiple sale or other disposition occurs, the licensee shall forward two copies of Form 3310.4 to the ATF office specified thereon...

24. The Investigator determined that Manuele failed to file multiple sales forms on 40 occasions when such sales had been made; Manuele admitted that he failed to file Form 3310.4 on all occasions required. (Dep. 94-95)

25. According to the Final Notice, the fourth issue was whether Manuele had properly maintained ATF Forms 4473 in alphabetical, chronological or numerical order as required by regulation. 18 U.S.C. §923(g)(1); 27 C.F.R. §478.124(b).

26. The Final Notice stated:

3. As to proof of willfulness, Licensee demonstrate his awareness of the requirement through the fact that he admitted to IOI Bolash during the inspection that he knew of the requirement to maintain ordered records, particularly ATF Forms 4473.

(Doc. 4, Gov. Ex. A, p. 4)

**B. The Administrative Hearing, 2007**

27.  On January 30, 2007, Manuele appeared before an ATF administrative hearing officer.   Following the hearing, the Director of Industry Operation, Bureau of Alcohol, Tobacco and Explosives, revoked Manuele's license, and issued a Final Notice of Revocation, ATF Form 4501. (Doc. 4, Final Notice) The hearing officer's conclusions were set forth in the Final Notice quoted above.

28.  At the Administrative Hearing, Manuele was represented by counsel. (Hearing, 2) Theresa Bolash, ATF Industry Operations Investigator ("IOI"), the investigator who performed the inspection of Tony's Sporting Goods, was also present. (Hearing, 4-5) Bolash presented her findings, which also set forth in her Affidavit. (Ex. 4)

29.  ATF typically performs unannounced inspections. (Hearing, 13)

30.  Manuele had been licensed as a dealer in firearms since 1991. (Hearing, 7-8)

31.  IOI Bolash made initial contact with Manuele in October, 2005, but did not begin the records review until January, 2006. (Hearing, 12)

32.  Manuele informed IOI Bolash that he just moved his business to his home, was in the process of obtaining zoning approval and would file an amended application when he had that approval. (Hearing, 11)

33.  IOI Bolash informed Manuele that when he had obtained the zoning permit, he should contact her. (Hearing, 12)

34.  A compliance inspection reviews firearms records. (Hearing, 12)

35.  When a firearms business relocates to an individual's home, ATF performs an amended application inspection. (Hearing, 12)

36.  Upon learning that Manuele was handling his business from his home, IOI Bolash performed both a compliance inspection and an amended application inspection. (Hearing, 12)

7

37.  Manuele knew for three months that ATF would be coming to inspect his records.
(Hearing, 13)

38.  Manuele did not have time to get his records in order for IOI Bolash's review.
(Hearing, 50)

39.  When IOI Bolash began the inspection, she dealt with Manuele; during the inspection,
he went into the hospital and IOI Bolash continued the inspection through Manuele's counsel.
(Hearing, 14; Bolash, ¶¶58-60)

40.  IOI Bolash made a list of 29 firearms found in Manuele's physical inventory at the
time of her inspection. (Hearing, 25; Ex. E)

41.  Manuele used Forms 4473 as his record of dispositions. (Hearing, 38)

42.  Manuele did not record dispositions as required by regulation. ( Hearing, 41)

43.  Manuele did not maintain a bound acquisition and disposition book. ( Hearing, 39)

44.  Manuele did not record acquisitions and dispositions on a single sheet of paper.
(Hearing, 41)

45.  At the hearing, Manuele reviewed the list of 611 firearms IOI Bolash had drawn up
based upon Manuele's records and for which she was unable to determine an acquisition or
disposition. (Hearing, 42-43)

46.  Manuele indicated that he was still working on disposition entries as of the date of the
hearing. (Hearing, 42-43)

47.  As of the day of his administrative hearing, Manuele was also still working on a
bound book that showed dispositions. (Hearing, 43)

48.  Manuele was aware that there were federal firearms laws and regulations. (Hearing,
57-58)

8

49.  Manuele recognized that recording acquisition information was very important. (Hearing, 67)

50.  Manuele knew he was supposed to have recorded acquisitions, did not always do so, yet nevertheless kept records of those firearms dispositions. (Hearing, 67)

51.  A Form 4473 shows only disposition of a firearm. (Hearing, 51-52)

52.  During the hearing, Manuele asserted that he thought he could account for all of the firearms listed on ATF Exhibit G which showed the firearms for which IOI Bolash was unable to determine a disposition. (Hearing, 48, 51)

53.  Manuele stated at the hearing that he still had  "Several 4473's to go through, I can't count how many." (Hearing, 51)

54.  Manuele asserted during the inspection that his Forms 4473 had been in binders, but were no longer in binders nor were they in chronological order because they fell out of the binders and he then got behind in filing. (Hearing, 90)

55.  Manuele recognized that recording acquisition was important. (Hearing 67)

56.  Manuele failed to record acquisitions on 502 occasions. (Hearing 67)

57.  Manuele believed that it was more important to record acquisitions than to record dispositions, because "the dispositions were dealt with" on the Form 4473. (Hearing, 66-67)

58.  Manuele knew he was required to record dispositions. (Hearing 67)

59.  Manuele failed to record "a lot of" dispositions. (Hearing, 67)

60.  IOI Bolash found 16 firearms in inventory for which she was unable to find an acquisition record. (Hearing, 59)

61.  Exhibit "G" is a list of firearms for which IOI Bolash was unable to determine disposition. (Hearing, 44)

62.  Of the firearms listed in Exhibit "G", Manuele noted that #22198 was in his closet at home; he had determined to retain it for personal use, but had failed to so note. (Hearing, 46)

63.  There were "one or two" occasions when Manuele, himself, was unable to successfully trace a weapon. (Hearing, 81)

64.  In reviewing Forms 4473, Bolash noted that Manuele failed to obtain an answer for a prohibiting question on eleven (11) forms prior to transferring a firearm. (Hearing, 91-92)

65.  These Forms 4473 were noted on Ex. "F."  (Hearing, 91)

66.  Manuele asserted that some information was left blank as an oversight on his part. (Hearing, 92)

67.  IOI Bolash also noted four (4) occasions in which Manuele failed to record the identification of the purchaser on ATF Form 4473. (Hearing, 93-94; 106-08)

68.  Manuele insisted he had the information for some of these purchasers; in one instance,  he had failed to transfer the information to the form and in another instance, he knew the purchaser and had his identification noted elsewhere. (Hearing, 110)

69.  IOI Bolash noted 40 unreported multiple sales of handguns within the ATF Forms dated from January 2003 through January 2006. (Hearing, 79, 84; Ex. J)

70.  Manuele had previously forwarded completed multiple sales forms as required; he then stopped. (Hearing, 87)

### C.  Tony Manuele's 2008 Deposition

71.  On February 4, 2008, Tony Manuele, with counsel, was deposed.

72.  Manuele had copies of the Illinois state laws and regulations relating to firearms

dating back to 2000; he believed that the ATF sent him copies of the state laws. (Dep. 17-18)

73.  Manuele was a member of the NRA, EGC (Egyptian Gun Collectors), and CIRCA

(Central Illinois Gun Collectors). (Dep. 28-30)

74.  Manuele was a licensed gun dealer; he wanted to "live up" to the license. (Dep. 24)

Manuele was shown the Federal Firearms Regulations Reference Guide dated 2005,  and

recalled that he had received it in the mail. (Dep. 15-16) (Gov. Ex. 1, Deposition)

75.  He saw the Guide at the time he was moving his records to his home. (Dep. 16)

76.  Manuele was shown the Federal Firearms Regulations Reference Guide dated 2000

and indicated he did not recall seeing it before. (Dep. 17) (Gov. Ex. 3, Deposition)

77.  Manuele was primarily concerned that he not sell a gun to someone who didn't

"need" to have a gun. (Dep. 24)

78.  In approximately 1994, two ATF agents contacted Manuele about some missing

firearms. (Dep. 30)

79.  Manuele knew that if he had wanted to contact ATF, he could have. (Dep. 43-44)

80.  Manuele "stopped" at ATF booths at guns shows and learned some laws regarding

handguns and was informed that he was required to keep "active records." (Dep. 19-20)

81.  Manuele spoke to an unidentified dealer at a gun show and learned that he was

required to maintain certain information on acquisition and disposition of guns including

information on his source for a gun and information on the ultimate disposition of the gun. (Dep.

25, 35)

11

82.  Manuele never inquired of anyone whether the records system he used was a good system. (Dep. 38)

83.  Manuele obtained the ATF Form 4473, the newsletters and the multiples sales forms, but he never asked for a copy of the federal regulations. (Dep. 26)

84.  The ATF newsletters had information about cases and settlements. (Dep. 43)

85.  Late in 2005, the ATF contacted him, and asked if he was out of business; he informed the agent he was moving out of the building he had previously occupied. (Dep. 40-41)

86.  The inspection was at Manuele's house; some records were in the living room, some were in the upstairs in a bedroom, some on a dining room table. (Dep. 51)

87.  The boxes of records reviewed during the deposition appeared the same as when Manuele provided them to his lawyer. (Dep. 68)

88.  Manuele knew that he was required to maintain "ongoing " records of acquisitions and dispositions, he "assumed" that the Forms 4473 would be a record of dispositions. (Dep. 21)

89.  Manuele did not know if ATF had forms for acquisitions and dispositions. (Dep. 27)

90.  Manuele knew that ATF had a Form 4473 and a form for multiple sales. (Dep. 31)

91.  Manuele never maintained alphabetic records. (Dep. 69-70)

92.  Manuele never maintained numeric records. (Dep. 70)

93.  When turned over to the ATF, some of Manuele's documents were in date order and some were not. (Dep. 61)

94.  Manuele's Forms 4473 for 2000 were not in chronological date order.(Dep. 64)

95.  The Forms 4473 for 2001 were not retained in date order. (Dep. 63-64)

96.  The documents for 2003 were not retained in date order when reviewed during the deposition. (Dep. 58, 68)

97.  The Forms 4473 for 2005 were in partial date order. (Dep. 65)

98.  At the time of his deposition, Manuele continued to retain some Forms 4473 at his house which he had not made available to the ATF. (Dep. 62)

99.  Manuele agreed that Regulation 478.125(e) required that he maintain bound disposition sheets; he had never done so. (Dep. 73)

100.  Manuele never maintained a record that showed both his receipt and the disposition of a firearm on the same sheet of paper; he used one sheet for receipt and another sheet for disposition of a firearm. (Dep. 74)

101.  The form Manuele used as a record of acquisition was a form he created; for a disposition sheet, Manuele simply used the Form 4473. (Dep. 71)

102.  Upon review of Regulation 478.125(e), Manuele agreed the regulation required that receipt and disposition had to be maintained in bound form under prescribed format. (Dep. 73)

103.  Tony's Sporting Goods system of gun tracing was dependent on Manuele being available to make a "connection" in the records. (Dep. 85)

104.  If someone other than Manuele himself were responsible to determine the acquisition or disposition of a gun purchased by or sold by Tony's Sporting Goods, it would be impossible to complete a trace without looking through all of the records. (Dep. 76-77)

105.  Anyone but Manuele would have to go through  the Forms 4473 or, perhaps, all of the purchase invoices to complete a gun trace. (Dep. 86-87)

106.  Manuele identified a multiple sales sheet and described its purpose: he was to send it in when more than one weapon was sold to a single buyer the same week. (Dep. 90-91)

107.  There was a period when he stopped filling out and faxing in the multiple sales forms. (Dep. 94-95)

108.  Manuele asserted that at one time he had maintained the Forms 4473 in binders, but he overfilled the binders and the records therefore would not stay in the binders. (Dep. 38)

109.  When the binders came apart, Manuele's records were no longer chronological. (Dep. 70)

110.  Thereafter, Manuele used folders for the records. (Dep. 39)

111.  Some documents found in Manuele's records had three holes punched as if to be held in ring binders and some did not; without holes punched in the documents, the binders would never hold the papers. (Dep. 67)

112.  Manuele was selling weapons during 2001, 2003 and 2004 and believed there should be records of dispositions for those years. (Dep. 78-79)

113.  At the conclusion of the January 25, 2006, inspection, Manuele indicated a filing cabinet still remained at the retail storefront and might contain ATF records.  IOI Bolash obtained those records. (Bolash, ¶53)

114.  At the end of his deposition, Manuele indicated that there were disposition records he would turn over for the years 2001, 2003 and 2004 (Dep., 101; Ex. 5)

### D.  Lois Manuele 2008 Deposition

115.  Lois Manuele, Manuele's spouse, assisted him in his business and followed his instructions on how to maintain his acquisition and disposition records. (Lois Manuele, 12)

116.  The acquisition and disposition log she helped to maintain was one that Manuele created. (Lois Manuele, 12)

117.  Manuele's acquisitions and disposition records were never bound. (Lois Manuele, 13)

118.  Manuele's acquisition and disposition records were maintained at one time in a notebook binder. (Lois Manuele, 13)

119.  The Forms 4473 were filed separately and were not in the same binder as acquisition and disposition records. (Lois Manuele, 14)

120.  Tony's Sporting Goods completed multiple sales reports, but Lois Manuele was uncertain what was done with the reports when completed. (Lois Manuele, 16-17)

121.  Tony's Sporting Goods attempted to keep Forms 4473 chronologically. (Lois Manuele, 17-18)

### E.  Affidavit of IOI Theresa Bolash (Ex. 4)

### <u>AFFIDAVIT</u>

1.    I, Theresa Bolash, am employed as an Industry Operations Investigator (IOI) with the Bureau of Alcohol, Tobacco, Firearms & Explosives.  I have been an IOI for over 6 years.  Prior to being employed by ATF I received a Bachelor of Science in Criminal Justice from Illinois State University.  I am currently attending Western Illinois University to obtain a Master of Arts in Law Enforcement and Justice Administration.

2.    I attended ATF's New Professional Training (N.P.T.) for 10 weeks from which I graduated with the honor of Distinguished Graduate.  I have also attended a course on Advanced Firearms Trafficking.

3.    As an IOI, I have been the lead investigator on over 300 inspections, 200 of which were firearms inspections.  These inspections include recording any inventory of firearms and a review of the records required by Federal regulations.  These inspections are conducted on anyone who holds a Federal firearms license.  Therefore, the location of these inspections can vary from warehouses, retail stores, or personal residences.

4.    Of all the firearms inspections I've conducted I have only recommended a license be revoked on 5 occasions, including Mr. Manuele's license.  In considering all the inspections I've conducted, Mr. Manuele's records were some of the worst I've seen in my career.

5.    I was assigned to complete an inspection of Anthony Manuele Jr. d/b/a Tony's Sporting Goods and initial contact was attempted on October 3, 2005 at the licensed premises of 2001 Dirksen Parkway Springfield, IL 62702.

6. When I arrived at the licensed premises unannounced I discovered the retail (warehouse-like) building to be locked and no longer holding regular business hours.

7. I attempted to call the business number and found it had been disconnected. I then attempted to contact Mr. Manuele at his residence and left a message for him to contact me.

8. On October 4, 2005 Mr. Manuele returned my message and confirmed he closed his storefront location. Mr. Manuele further stated he was in the process of relocating his business to his residence at 7922 Wildlife Road Chatham, IL 62629.

9. Mr. Manuele informed me he was in the process of obtaining zoning approval to conduct business from his residence and would file an official amended application once zoning was obtained. Mr. Manuele indicated he would have the necessary zoning approval within a few weeks.

10. I instructed Mr. Manuele to contact ATF once he obtained zoning approval and both the firearms inspection and amended inspection would be conducted in conjunction. (Federal firearms licensee's are required by law to notify ATF 30 days prior to moving to amend their license to the new location 27 CFR 478.52).

11. By January 3, 2006 I had not been contacted by Mr. Manuele. I requested a Firearms Transfer Inquiry Program (FTIP) printout from the Illinois State Police for the timeframe of October 2005 through January 2006. This printout disclosed Mr. Manuele had initiated background checks on firearms purchasers on 56 occasions since the initial contact in October.

12. It was clear that Mr. Manuele was still operating as a Federal firearms licensee from his location on Dirksen Parkway. Therefore, I attempted to contact Mr. Manuele on January 3, 2006 and January 5, 2006 to initiate the inspections. I left repeated messages for Mr. Manuele to contact ATF.

13. I received a call from Mr. Manuele on January 10, 2006 and an appointment was made to initiate the inspection on January 12, 2006. I was informed that all inventory and records had been relocated to Mr. Manuele's residence, and therefore the inspection would take place there.

14. Mr. Manuele stated he had another daytime job and would not be available until 4-4:30. I initiated the inspection field work on January 12, 2006 at approximately 4:30pm. IOI Julie McGlothlin joined me at approximately 5pm at my request to assist in this inspection as a result of the disorder I encountered.

16

15.    According to 27 CFR 478.124(b) ATF Forms 4473 are to be retained in "alphabetical (by name of purchaser), chronological (by date of disposition) or numerical (by transaction serial number) order."

16.    Upon entering Mr. Manuele's residence I discovered ATF records, specifically ATF Forms 4473, in complete disarray and scattered throughout the residence.

17.    ATF Forms 4473 were found in the dining room, living room and entryway of the house.  I found ATF Forms 4473 in stacks on the dining room table and floor.  Some ATF Forms 4473 were still in boxes with other business records, invoices, miscellaneous paper and what appeared to be garbage (empty cigarette cartons, cellophane and wrappers).  This was a violation of 27 CFR 478.124(b).

18.    I also saw firearms in different areas of the house.  I began the inspection by taking a full inventory of firearms on the premises while IOI McGlothlin attempted to create an order in the ATF Forms 4473.  With the assistance of Mr. Manuele, I found the majority of firearms located in gun safes in Mr. Manuele's garage.  I also found some firearms located in the entryway of the residence and the dining room.

19.    I then attempted to compare the firearms in inventory with the Acquisition and Disposition (A&D) record all Federal firearms licensees are required to maintain.  Mr. Manuele provided his version of an A&D record which failed to meet the Federal regulation of 27 CFR 478.125(e).

20.    I was provided with a manual A&D record for the period of 1997 through 2006.  Mr. Manuele also provided a computer printout of firearms acquired from 1991 through 1996. I requested a printout of dispositions from 1991 through 1996; Mr. Manuele stated he would have to set his old computer up to print them out.  I was never provided the requested records.

21.    I inquired whether Mr. Manuele had an approved variance to keep the A&D records in an alternate manner (computerized records).  Mr. Manuele stated he did not and he was told by ATF in 1996 to discontinue use of a computerized record system until such authorization was requested and granted.  Since being told that, Mr. Manuele initiated the manual records.

22.    Throughout the inspection Mr. Manuele stated he attends a number of gun shows throughout the year and interacts with many other Federal firearms licensees at these shows.  Mr. Manuele also stated he attended the Shooting Hunting Outdoor Trade Show (SHOT Show), held in Las Vegas, where ATF also has a booth.  Mr. Manuele further stated he spoke with ATF representatives at the SHOT show.

17

23.    According to 27 CFR 478.125(e); the Acquisition and Disposition record should be maintained in "bound form" and in the particular format of Receipt and Disposition. The Receipt section should include the firearm description (Manufacturer/Importer, Model, Serial Number, Type, Caliber or Gauge) followed by the date the firearm is received and the name and address (or license number) from who it was received. The Disposition section will directly correlate with the receipt side and show the date of disposition, name to whom it was disposed and address or FFL number to whom it was disposed. If the licensee kept ATF Forms 4473 in serial number order there is an option to refer to the specific ATF Form 4473 where that firearm is disposed.

24.    Upon reviewing the manual records provided by Mr. Manuele I found multiple violations. The first most obvious violation was the records were not in bound fashion from the period of 1997-2006. This was a violation of 27 CFR 478.125(e).

25.    Aside from not being bound, I found Mr. Manuele's records also did not conform to the prescribed format. Mr. Manuele's records of receipt lacked the address or Federal firearms license number from whom the firearm was received. Further, Mr. Manuele's disposition records lacked the address or Federal firearm license number to whom the firearm was disposed. This was also a violation of 27 CFR 478.125(e). These records must be complete because when the owner/operator of a Federal firearms licensed business either retires or simply terminates his business, all records including the A&D records and ATF Forms 4473 must be submitted to the ATF Out of Business Records Center per 27 CFR 478.127. ATF then utilizes the FFL's records to complete the traces from discontinued businesses.

26.    The importance behind keeping complete and accurate records is two-fold. First, these records are used for tracing purposes to document the life of the firearm. Complete and accurate records are imperative to making a successful trace. Secondly, these records must be complete because at the conclusion of any Federal firearms business all records, including A&D records and ATF Forms 4473, must be submitted to the ATF Out of Business Records Center per 27 CFR 478.127. ATF then utilizes the FFL's records to complete the traces from discontinued businesses. The A&D records are just as essential as the ATF Forms 4473 in that even if every 4473 was accurate and accounted for they would not document when the firearms was acquired or any dispositions made to Federal firearms licensees, or to Mr. Manuele's personal collection.

27.    During the course of the inspection I also reviewed ATF Forms 4473. As stated before, it was evident the forms were not maintained in any order in

18

that 4473's from multiple years were intermingled with each other. Mr. Manuele stated during the inspection that he used to keep the 4473's in 3-ring binders in chronological order. I asked Mr. Manuele why they were no longer in binders or in any order and he stated they would fall out of the binder and he would get behind.

28.    It is evident to me as an IOI that Mr. Manuele was indifferent to the Federal regulations requiring ATF Forms 4473 to be kept in some sort of order. Mr. Manuele readily admitted they were no longer in order because they would fall out of the binder and he would get behind on keeping them in any order.

29.    Due to the complete disorganization of the ATF Forms 4473 the majority of time on January 12, 2006 was spent trying to separate the forms into years to create some semblance of organization. Mr. Manuele had a photocopier available and provided a copy of all acquisition and disposition logs. It was approximately 9-9:30 PM, therefore, Mr. Manuele gave consent to remove some ATF Forms 4473 from the residence to review during daytime hours while Mr. Manuele was at his daytime job. I created a handwritten receipt outlining how many ATF Forms 4473 were being taken with me which was signed by both me and Mr. Manuele. I returned all the forms on January 17, 2006 and again a receipt was signed acknowledging all forms were accounted for. Mr. Manuele gave verbal consent to release these forms to his daughter if he was not available; therefore the receipt was signed by Katharine Manuele.

30.    From January 13, 2006 to January 25, 2006 I reviewed the copies, particularly the A&D records, of Mr. Manuele's records at the ATF office.

31.    In reviewing the records that I found, it was obvious that Mr. Manuele's records of acquisition did not correlate with the records of disposition. In essence, Mr. Manuele maintained one running "log" of firearms acquired; and one running "log" of firearms disposed. The only duplicate information on each log was the firearm model and serial number. To reconcile whether Mr. Manuele could account for all the firearms run through his business I had to compare each and every acquisition made from 1997 through 2006 with the firearms found in inventory and/or the entire log of dispositions. Therefore, to determine if any firearm on the acquisition log was accounted for, I had to review every disposition log from the point of acquisition forward to find a matching serial number.

32.    This is not typical for a firearms inspection. Had Mr. Manuele been maintaining the A&D record as required the acquisitions and dispositions would "line up" with each other and therefore only acquisitions that didn't have a disposition lined up with it would have to be reconciled.

19

33. In trying to reconcile Mr. Manuele's 'logs' I discovered Mr. Manuele did not maintain any record of disposition for firearms sold in the years 2001, 2003 and 2004. I asked Mr. Manuele during the inspection if he might have the disposition records for 2001, 2003 and 2004 elsewhere. Mr. Manuele indicated he didn't know if those records existed and if they did where they might be.

34. It is evident to me as an IOI Mr. Manuele knew of the requirement to maintain a record of disposition. While not accurate or as the regulations require, Mr. Manuele did maintain a record of disposition for all other years in the review period (1997-2000; 2002; 2005 & 2006).

35. In trying to reconcile the records Mr. Manuele did keep, I found 611 firearms in the acquisition 'log' that could not be traced to a disposition recorded in the disposition logs or to a firearm in inventory. Of the 611 firearms, 299 were acquired in 2001, 2003 and 2004 where no record of disposition was kept.

36. Again, it is evident to me as an IOI that Mr. Manuele knew he was required to maintain a record of disposition of firearms. Mr. Manuele was keeping a record of disposition for all other firearms sold and failed to be consistent with the record keeping.

37. I also found when reconciling the records Mr. Manuele failed to enter 502 acquisitions of firearms, 16 of which were found in inventory during the inspection. In essence, Mr. Manuele had acquired 502 firearms and subsequently sold all but 16 without ever recording as having received them. These firearms were only found because Mr. Manuele did however record the disposition of the firearms in his disposition log.

38. This is cause for concern as an IOI because it is evident that Mr. Manuele was not consistent in entering either the acquisition or dispositions of firearms. It is impossible to tell if Mr. Manuele had acquired and disposed of firearms for which neither was recorded in the records. The above discrepancies of 611 unknown dispositions and 502 unknown acquisitions are only known to ATF because Mr. Manuele had entered a fragment of the information required in his log.

39. I also found that Mr. Manuele never entered any disposition made to another Federal firearms licensee in his disposition log. It is evident he knew such information was required in that on his home-made disposition log he labeled one such column as "FFL or 4473". This indicates to me as an IOI he was aware should the disposition be made to an FFL it still

needed to be recorded.  Again it is impossible to determine what firearms or how many were disposed to Federal firearms licensees due to the inconsistency in Mr. Manuele's records.

40.    A return visit was made on January 25, 2006 to continue reviewing licensee's ATF Forms 4473.  The review period for the ATF Forms 4473 was January 2003 through January 2006 and a total of 1,271 forms were reviewed.

41.    In reviewing the ATF Forms 4473 I found eleven (11) forms where Mr. Manuele failed to obtain an answer for a prohibiting question prior to transferring a firearm.

42.    The importance of obtaining accurate and complete answers for a prohibiting question is to ensure a firearm is not transferred to someone who can not legally possess it.  Yet Mr. Manuele again showed blatant disregard to Federal regulations when he continued to transfer firearms to individuals who did not complete these prohibiting questions.

43.    It is evident to me as an IOI that Mr. Manuele knows Federal regulations require the ATF Form 4473 to be filled out completely and accurately prior to transferring any firearm in that all other forms reviewed for that time period were completed correctly in reference to the prohibiting questions.

44.    When reviewing the ATF Forms 4473 I also found on four (4) occasions Mr. Manuele failed to record the identification of the purchaser on ATF Form 4473.  This is an important element in that there is no way to ensure the information supplied on the ATF Form 4473 was indeed the individual who completed it and obtained the firearm.

45.    Again the purpose of verifying the identity of your purchaser is to ensure firearms are not transferred to a prohibited person (i.e. a felon).

46.    I also found 269 occasions were Mr. Manuele failed to obtain an accurate or complete ATF Form 4473 prior to transferring a firearm.  These errors or omissions did not occur on prohibiting questions.  These errors included (but not limited to) personal information (i.e. address), firearm information (i.e. manufacturer, model, serial number, type, caliber/gauge), Federal firearm licensee information (FFL name, address and license number) and transferor information (name, signature, title and date of person physically transferring the firearm).

47.    Again it is evident to me as an IOI that Mr. Manuele knew Federal regulations require him to obtain a complete and accurate ATF Form 4473

21

prior to transferring any firearm in that on the majority of transfers he did just that.

48.    In reviewing the ATF Forms dated from January 2003 through January 2006, I also found 40 unreported multiple sales of handguns.

49.    According to 27 CFR 478.126a; ATF Form 3310.4, Report of Multiple Dispositions of Pistols or Revolvers, must be completed "whenever the licensee sells or otherwise disposes of, at one time or during any five day consecutive business days, two or more, pistols, or revolvers, or any combination of pistols and revolvers totaling two or more, to an unlicensed person..."  This form is to be completed not later than the close of business on the day the multiple sale or other disposition occurs.  Copies of ATF Form 3310.4 are to be forwarded to ATF and the State police and the licensee shall retain one copy and attach it to the ATF Form 4473.

50.    When reviewing Mr. Manuele's ATF Forms 4473, I found 40 occasions involving 91 firearms where an individual purchased two or more pistols and/or revolvers at one time or within 5 consecutive days.  Mr. Manuele did not report these multiple sales on ATF Form 3310.4 and forward such form to ATF.

51.    During the inspection Mr. Manuele did state that he used to report the multiple sales.  I reviewed the trace history for Mr. Manuele's license which discloses any multiple sales reported to ATF as well as any firearms traced through Mr. Manuele's business.  The trace history for Mr. Manuele confirmed he had properly reported 18 multiple sales of pistols and/or revolvers for the period of 1999 through January 2003.  However, since that time Mr. Manuele had ceased reporting any multiple sales.

52.    It is evident to me as an IOI that Mr. Manuele clearly knew he was required to report such multiple sales to ATF in that he successfully did so for at least 4 years.  For reasons unknown, Mr. Manuele decided in 2003 to disregard Federal regulations and the requirement to complete ATF Form 3310.4.

53.    At the conclusion of the January 25, 2006, Mr. Manuele indicated a filing cabinet still remained at the retail storefront and might contain ATF records.  Therefore, we made arrangements to meet at the storefront January 26, 2006 once Mr. Manuele was off work, approximately 4 or 4:30.

54.    I had not heard from Mr. Manuele all day and therefore tried to contact him on his cell phone to ensure we were still meeting at the storefront location.

However, Mrs. Manuele answered the phone and informed me Mr. Manuele had been admitted to the hospital and was awaiting test results. Mrs. Manuele was asked to have her husband contact me once he was released from the hospital and feeling better.

55.  I had not received any contact from Mr. Manuele for a week; therefore I contacted the local hospital on February 2, 2006 to determine if he was still a patient.  The hospital stated he had been discharged.

56.  I attempted to contact Mr. Manuele on February 2, 2006.  I left a message on Mr. Manuele's residence number to contact ATF to complete the ongoing inspection.

57.  I attempted to contact Mr. Manuele on February 3, 2006 on his cell phone which went immediately to voicemail stating "Due to a recent illness all calls regarding business, work or properties are referred to attorney Mike Logan.  He can be reached at 522-8880.  Sorry for any inconveniences."

58.  I then contacted Mr. Logan to complete the ongoing inspection.  An appointment was made to meet Mr. Logan at the storefront location on February 13, 2006 to determine if any records were remaining at the storefront.

59.  I arrived at the storefront location the morning of February 13, 2006 and met Mr. Logan.  However, Mr. Logan stated his client supplied him with the wrong keys to open the locks at the storefront.  Mr. Logan stated he would contact his client and obtain the proper keys.

60.  I received a phone call from Mr. Logan in the afternoon of February 13, 2006 stating the filing cabinet in question was being delivered to his law office.  I therefore went to Mr. Logan's office at 837 South 4th Street Springfield, IL to inspect any ATF records potentially in this filing cabinet.  However, upon inspection no such records were found.

61.  I did not obtain a Power of Attorney from Mr. Logan immediately because Mr. Manuele had directly referred ATF to Mr. Logan due to health reasons.  However, on February 8, 2006 I requested another FTIP printout from the Illinois State Police which disclosed Mr. Manuele was still actively engaged in the business in that he had initiated background checks.

62.  Therefore during the visit to Mr. Logan's office on February 13, 2006, I requested a Power of Attorney from Mr. Logan.  A courtesy copy of required corrections to be made by Mr. Manuele was provided to Mr. Logan with an explanation of how to make such corrections.  I also

23

requested Mr. Logan to arrange a meeting with his client and myself to discuss the corrections with him directly. Mr. Logan stated he would try to arrange such a meeting.

63.    I contacted Mr. Logan on February 17, 2006 to again discuss arranging a meeting with Mr. Manuele. Mr. Logan stated that he had passed the corrections on to Mr. Manuele and they should be completed by the end of February, 2006.

64.    Upon guidance from ATF Chicago Field Division Counsel's Office, contact with Mr. Logan was terminated because a Power of Attorney had not yet been received as of February 27, 2006.

65.    I sent correspondence to Mr. Manuele's residence by certified mail on March 2, 2006 requesting he either contact ATF or provide ATF with a notarized Power of Attorney. A return receipt indicated delivery on March 3, 2006.

66.    Mr. Logan faxed a copy of a Power of Attorney to ATF on March 7, 2006 with an original hard copy received by mail on March 8, 2006.

67.    I forwarded the Power of Attorney to ATF Chicago Field Division Counsel's Office to determine if it was acceptable. The Power of Attorney supplied was found not to conform to the Illinois form for Powers of Attorneys.

68.    I sent a second correspondence to Mr. Manuele's residence by certified mail on March 24, 2007 requesting a formal Power of Attorney. This correspondence was left unclaimed and was returned to the ATF office on April 17, 2006.

69.    I contacted the Chatham Post Office on April 18, 2006 to determine if the Manuele residence was receiving mail deliveries. A Chatham Post Office employee confirmed mail was being received on a daily basis at the Manuele residence.

70.    I again obtained an FTIP printout from the Illinois State Police on April 17, 2006 which disclosed Mr. Manuele had initiated 23 background checks since February 18, 2006. This indicated to me Mr. Manuele continued to be engaged in business while failing to comply with ATF's request for a Power of Attorney or allowing ATF to complete the ongoing inspection.

71.  Due to Mr. Manuele's failure to respond to ATF I submitted my inspection documenting the numerous willful violations made by Mr. Manuele and a recommendation to revoke the license held by Anthony Manuele Jr.

72.  In late February 2008, after observing the deposition of Mr. Manuele, I received a packet of records from Assistant U.S. Attorney James Lewis. Mr. Lewis informed me he obtained the records from Mr. Logan.  At the conclusion of the deposition, Mr. Manuele was asked to provide any missing disposition records for the years 2001, 2003 and 2004.  It is unclear to me if these records are intended to fulfill this request.

73.  I made a preliminary review of the records provided and found them to be problematic.  First, the records provided did not encompass all the years of Mr. Manuele's business, nor did it meet our request for three specific years. The records provided were strictly disposition entries made for 2000, 2004 and 2006.

74.  Secondly, the records provided appeared to be a computerized printout. Mr. Manuele has never held a variance to maintain records in a computerized format.  Further, it is unclear if this record was in existence during the inspection process and hearing or if these records were created after the fact.  If these records were always in existence, I am left wondering why they were not made available during the inspection.  If these records were created after the fact, they are still problematic in that Mr. Manuele continues to create records that are not in compliance with Federal Regulations.

75.  Lastly, since Mr. Manuele provided unauthorized computerized records that duplicated the manual records he had previously supplied copies of; I was able to make a cursory review in comparing the duplicate records. This cursory review was troublesome in that it blatantly showed inconsistencies within Mr. Manuele's records.  I found numerous firearms on the computerized records that were never recorded in Mr. Manuele's manual records, indicating even more firearms that are not accounted for that were previously unknown to ATF.  Secondly, dispositions that were found on both sets of records very often listed different disposition dates varying from a 1-2 day difference to over 60 days difference.  I also found instances when Mr. Manuele's computerized record reflects a firearm was sold 1-2 days before he recorded the receipt of the firearm in his manual records.  All of these inconsistencies leave me to question the reliability of any of Mr. Manuele's records, computerized or not.


March 5, 2008                          /s/ Theresa Bolash

25

_____    _____
DATE                                             THERESA BOLASH

Signed and subscribed to before me this
5th day of March, 2008.

                                                    SEAL AFFIXED

/s/ Kathleen G. Gaillard

_____
Notary Public
My seal expires May 20, 2010

## F.  Records Provided After Deposition

At the end of Manuel's deposition, he provided the records which were reported to be disposition records for 2001, 2003 and 2004.  What was faxed to the United States Attorney's Office on February 12, 2008, was a computer printout of firearms records. (Ex. 5) It is this printout to which IOI Bolash refers to in her Affidavit. (Bolash, ¶¶ 72-75)

## III.  <u>Applicable Law Standard of Review</u>

After notice and opportunity for hearing, ATF may revoke a Federal firearms license if the licensee willfully violated any provision of the Gun Control Act ("GCA"), 18 U.S.C. §§921-931 or the regulations promulgated thereunder. 18 U.S.C. §923(e) and 27 C.F.R. §478.73(a).  If, as here, the revocation is maintained after a hearing, the licensee may petition the district court for *de novo* review of the revocation within 60 days of receipt of notice of ATF's action. 18 U.S.C. §923(f)(3).  The decision may be upheld if the Court determines that the evidence supporting the decision is "substantial." *Steins Inc. v. Blumenthal*, 649 F.2d 463, 467 (7th Cir. 1980).

A *de novo* hearing is not required. The language of 18 U.S.C. §923(f)(3) makes clear that it is *de novo* review of the revocation and not a de novo hearing that is required by the district court. The district court "may consider any evidence submitted by the parties to the proceeding whether or not such evidence was considered at the hearing held under paragraph (2)" of Section 923(f). *Perri v. Dept. Of Treasury*, 637 F.2d 1332, 1335 (9th Cir. 1981); *Benjamin v. Bureau of Alcohol, Tobacco, and Firearms*, 771 F.Supp. 307, 309 (D. Or. 1991) ("while Title 18, United States Code, Section 923(f)(3) provides that courts may consider evidence not part of the administrative record, there is no requirement that they conduct an additional factual hearing"); *Al's Loan Office, Inc. v. Secretary of the Dept. of the Treasury*, 738 F.Supp. 221, 223 (E.D. Mich. 1990); *Breit & Johnson Sporting Goods, Inc. v. Ashcroft*, 320 F.Supp. 2d 671, 673 (N.D. Ill. 2004).

Summary judgment is appropriate when there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law. Fed.R.Civ.P. 56(c). The Court must construe the facts and law with reasonable inferences in the non-moving party's favor. *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 255 (1986). However, the non-moving party cannot rest on the pleadings alone, but must instead affirmatively demonstrate that there is a genuine issue of material fact for trial. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986). If there is no genuine dispute regarding material facts, the Court may properly grant summary judgment on the basis of the administrative record without conducting an evidentiary hearing. *Cucchiara v. Secretary of Treasury*, 652 F.2d 28, 30 n.1 (9th Cir. 1981).

A violation is "Willful" if the "dealer understands the requirements of the law but knowingly fails to follow them or was indifferent to them." *Stein's Inc. v. Blumenthal*, 649 F.2d at

27

466 (7th Cir. 1980). Bad purpose or evil motive need not be shown. *Shyda v. Director, Bureau of Alcohol, Tobacco and Firearms*, 448 F.Supp. 409, 415 (M.D. Pa. 1977). If a licensee "acts with careless disregard of statutory requirements, the violation is willful." *Goodman v. Benson*, 286 F.2d 896, 898 (7th Cir. 1961); *Trader Vic's Ltd. v. O'Neill*, 169 F.Supp.2d 957, 963 (N.D.Ind. 2001) ("a federal firearms licensee ... [has] a duty to be cognizant of the rules and regulations issued by the Bureau of Alcohol, Tobacco and Firearms and to follow those mandates.") For revocation of a license, the appropriate standard for wilfulness is "purposeful disregard" of, or plain indifference to, a known legal obligation. *Article II Gun Shop, Inc., v. Gonzalez*, 441 F.3d 492, 496 (7th Cir. 2006).

## ARGUMENT

### Summary of the Argument

Manuele admits that his records failed to comply with the statutes and regulations governing firearms licensees. Manuele has never denied that his documentation was exactly as described by IOI Bolash. The only issue is whether Manuele's failure to comply with regulations constituted "careless disregard" for the records requirements with which firearms owners must comply. The government position is that Manuele's failure to comply with regulations constitutes both a classic and persistent failure to comply with documentation requirements and that his failure constitutes "careless disregard" for the regulatory requirements.

Manuele had three months to prepare for records review; the records IOI Bolash reviewed in January, 2006, as well as the records at the time of the administrative hearing in January, 2007, as well as the records that Manuele presented at his deposition in February 2008, demonstrated complete and utter disorganization. The computer list of firearms Manuele presented in 2008

28

after the deposition not only failed to demonstrate Manuele's unwillingness to devote himself to

regulatory compliance, but also caused IOI Bolash to further question the accuracy of the records

she had reviewed in 2006.  The printout Manuele turned over in 2008 documented certain

acquisitions and dispositions  which conflicted with records IOI Bolash reviewed in 2006.  It is as

if the phrase "careless disregard" were coined in reference to Manuele and the records he

maintained.

### Argument

Manuele willfully violated the Gun Control Act and the Code of Federal Regulations

governing firearms licensees.

Manuele had been in business since 1991 and recognized that he was responsible to

maintain records in all of the areas for which he was cited for violations.  He made some effort to

discuss his responsibilities with other firearms business owners, he knew there were laws and

regulations which covered firearms businesses, he had access to ATF agents and representatives

had he wished to inquire the exact regulations and requirements, yet he asserted he had never

acquired copies of those regulations.  Oddly, when shown the 2005 Federal Firearms Regulations

Reference Guide, he indicated that he had received it in the mail and noted it when he was

moving records from his business location to his home.  He claimed it "just showed up." (Dep.

16)  Specifically, he stated:

> ...I'm just telling you when I was going through my mail, my brother brought it to
> me when I was in the – brought my mail to me and it was in there.

> Q.  Okay.  Did you do anything with it, did you read it?

> A.  I put it with the rest of my gun stuff or my record stuff.

(Dep. 17)

Manuele's reaction to the Federal Firearms Regulations Reference Guide for 2005 suggests that he had received the Guide in the mail but did not bother to review it. Therefore, contrary to his assertions that he received only the state regulations, he actually received and possessed a copy of the federal regulations for 2005.

Manuele recognized the importance of compliance with relevant laws and regulations. His recognition of the existence of laws and regulations, their importance, and his complete failure to determine their requirements demonstrates that his violations were willful. Further, his compliance with the multiple sales requirements for a period of time, followed by his subsequent failure to comply with such regulation, demonstrates willful disregard.

As IOI Bolash noted, Manuele's records were remarkably disorganized. During her inspection, IOI Bolash found some Forms 4473 in boxes with invoices and other miscellaneous business records. (Bolash, ¶17) Manuele asserted that he used to keep the Forms 4473 in 3-ring binders in chronological order. (Bolash, ¶27) However, Manuele explained in his deposition that the Forms 4473 did not remain in the binders because he "overstuffed" the binders. The papers fell out and he never refiled the documents in chronological order. In fact, from IOI Bolash's review, Manuele's Forms 4473 intermingled several years together. (Bolash, ¶27)

Manuele's records of acquisition did not correlate with the records of disposition. (Bolash, ¶31) Manuele maintained one running "log" of firearms acquired, and another running "log" of firearms disposed. The only duplicate information on each log was the firearm model and serial number. (Bolash, ¶31) Therefore, IOI Bolash concluded that to determine if any firearm on the acquisition log was accounted for, one had to review every disposition log from the point of acquisition forward to find a matching serial number. (Bolash, ¶31) However, even if

30

every Form 4473 was accurate and accounted for, they would not document when each firearm was acquired nor would it show disposition made to Federal firearms licensees, or to Manuele's personal collection. (Bolash, ¶26)

IOI Bolash found 611 firearms in the acquisition "log" that could not be traced to a disposition recorded in the disposition logs or to a firearm in inventory. (Bolash, ¶35) IOI Bolash was unable to locate any record of disposition for firearms sold in the years 2001, 2003 and 2004. (Bolash, ¶33)  Of the 611 firearms noted on the list Bolash made of firearms for which was missing either acquisition or disposition information, 299 were acquired in 2001, 2003 and 2004 where no record of disposition was kept. (Bolash, ¶35)  Moreover, Manuele himself did not even know if he had the information IOI Bolash sought.  Upon inquiry by IOI Bolash, Manuele indicated that he did not know if he had records of dispositions for 2001, 2003 and 2004. (Bolash, ¶33)

IOI Bolash found when reconciling the records, that Manuele failed to enter 502 acquisitions of firearms, 16 of which were found in inventory during the inspection.  She concluded that Manuele had acquired 502 firearms and subsequently sold all but 16 without ever recording having received them.  These firearms were only found because Manuele did, however, record the disposition of the firearms in his disposition log. (Bolash, ¶37)

IOI Bolash concluded that to reconcile whether Manuele could account for all the firearms run through his business, one had to compare each and every acquisition made from 1997 through 2006 with the firearms found in inventory and/or the entire log of dispositions. (Bolash, ¶31) Worse, IOI Bolash located firearms in several areas in the house, including the entryway and the dining room. (Bolash, ¶18)

31

While Manuele asserted that he recognized the importance of accurate records of acquisition and disposition, nevertheless, he failed to maintain records on which the ATF might rely had Manuele gone out of business, or, as happened, Manuele went into the hospital for treatment and was unavailable to perform firearms traces.  As IOI Bolash explains in her affidavit:

> The importance behind keeping complete and accurate records is two-fold.  First, these records are used for tracing purposes to document the life of the firearm. Complete and accurate records are imperative to making a successful trace. Secondly, these records must be complete because at the conclusion of any Federal firearms business all records, including A&D records and ATF Forms 4473, must be submitted to the ATF Out of Business Records Center per 27 C.F.R. 478.127.  ATF then utilizes the FFL's records to complete the traces from discontinued businesses.  The A&D records are just as essential as the ATF Forms 4473 in that even if every 4473 was accurate and accounted for they would not document when the firearms was acquired or any dispositions made to Federal firearms licensees, or to Mr. Manuele's personal collection.

(Bolash, ¶26)

Manuele was clearly the only person who could connect the acquisition and disposition records he maintained.  Furthermore, Manuele stopped forwarding multiple firearms purchase records and his records were, in general, completely disorganized when IOI Bolash arrived to perform her review, even though he had three months to prepare.

While Manuele asserted he could review his acquisition records and somehow, through personal knowledge, connect the acquisition to the appropriate disposition record, even he had to admit that another person would be unable to make such a connection. When the owner/operator of a Federal firearms licensed business either retires or simply terminates his business, all records, including the A&D records and ATF Forms 4473, must be submitted to the ATF Out of Business Records Center so ATF can utilize the FFL's records to complete the traces from

32

discontinued businesses. (Bolash, ¶25)  In effect, Manuele had devised a system for tracing acquisition and disposition of firearms, but he was the only person capable of using the system. Unfortunately, the safety of the public is dependent on the records firearms owners such as Manuele maintain.  If no one but Manuele could perform a trace and Manuele were unavailable, the trace would simply not be performed.  Yet, Manuele had certainly performed traces when contacted by ATF and he understood the purpose of a trace and the importance that a trace be accurately completed.

Manuele attended a number of gun shows throughout the year and interacted with other Federal firearms licensees at these shows.  Manuele attended the Shooting Hunting Outdoor Trade Show (SHOT Show), held in Las Vegas, where ATF also had a booth and Manuele spoke with ATF representatives at the SHOT Show. (Bolash, ¶22)  In the firearms business, as Manuele himself admitted, he asked and even obtained answers to relevant questions about records maintenance.  Manuele knew ATF agents and had contact with them.  If he desired more intimate information about his responsibilities, he could have obtained it.  However, a businessman who attempts chronological organization and is so easily defeated when he over stuffs his three-ring binders, is not likely to seek detailed information about rules and regulations governing records-keeping.  Certainly, Manuele did not.  IOI Bolash concluded that Manuele's records did not conform to the prescribed format: Manuele's records of receipt lacked the address or Federal firearms license number from whom the firearm was received and Manuele's disposition records lacked the address or Federal firearm license number to whom the firearm was disposed. (Bolash, ¶25)

Manuele stated that he did not wish to sell a weapon to anyone who was not entitled to

own a firearm.  Nevertheless, he had incomplete acquisition records, and he even failed to obtain complete answers on 269 examples of Forms 4473.  Some questions for which he failed to obtain answers were those very questions which IOI Bolash termed "prohibiting questions."  (Bolash, ¶41) Such questions are designed to prevent prohibited persons from obtaining firearms and would be the ones to which Manuele might have paid special attention had he really been serious about not providing weapons to those prohibited from possessing such.

Manuele certainly represented that he relied on the Forms 4473 that he maintained.  Yet Manuele had four Forms 4473 in his records on which he failed to record complete identification information of the purchaser.  As IOI Bolash explained, it is impossible to verify the identity of the purchaser to ensure firearms are not transferred to a prohibited person, such as a felon, unless the Form 4473 has complete information on the purchaser's identity. (Bolash, ¶¶44-45) Identity of the firearms purchaser is pivotal to firearms records and even a non-firearms dealer would know and understand the point.

Normally, an ATF investigator reviews firearms owners' records unannounced.  IOI Bolash first contacted Manuele in October, 2005.  The inspection began on January 12, 2006 at approximately 4:30 p.m. (Bolash, ¶14)  Manuele had three months warning before IOI Bolash actually appeared to begin her review.  During that period, Manuele might have organized his records so they were at the very least following the chronological system he asserted he followed.  He also had time to review the regulations to make certain his records were in compliance.  He did neither.  He might have taken the time to review his 4473's and complete the forms that lacked relevant information.

Rather than use the three months he had been granted to make certain that the records

34

complied with regulations, he presented IOI Bolash with records that were both disorganized and failed to comply with regulations. IOI Bolash noted Forms 4473 in the dining room on both the table and the floor, in the living room, and in the entry way. A prime example of Manuele's "careless disregard" was the firearm for which Bolash was unable to determine a disposition and which Manuele announced during his hearing was "in his closet" because he had determined to keep it for his personal collection.

The most glaring example of Manuele's willful disregard of regulations is his failure to file Reports of Multiple Dispositions. While Manuele suggests that he was unaware of relevant regulations, for years he had complied with the multiple purchaser regulation, completing ATF Form 3310.4, Report of Multiple Dispositions of Pistols of Revolvers and forwarding it as required. 27 C.F.R. §478.126a; ATF Form 3310.4. From the records IOI Bolash reviewed, Manuele complied with the regulation for at least four years. (Bolash, ¶52) However, sometime in 2003, Manuele ceased reporting multiple sales and IOI Bolash found 40 occasions on which Manuele failed to report multiple sales. (Bolash, ¶50) Manuele has provided no explanation for this lapse which began in 2003. Manuele does not assert he was never sent the regulation or was confused regarding how to comply. He simply did not comply.

Manuele's compliance for several years with the regulation on reporting multiple sales Manuele demonstrates an ability to determine relevant regulations. It also demonstrates that Manuele was quite capable of understanding the regulatory requirements in general. Manuele's unexplained failure to continue compliance with a regulation with which he had previosuly demonstrated understanding demonstrates "careless disregard."

After his deposition, Manuele provided additional records which IOI Bolash reviewed.

Manuele had three months to prepare for IOI Bolash's actual records review in January 2006. Manuele was before a hearing officer in 2007. Manuele answered interrogatories in preparation for his deposition, and yet when asked at the end of his deposition, he indicated he had records he had not previously provided. The documentation he provided in 2008 demonstrated the same disorganization and inconsistent approach to record keeping that Manuele demonstrated prior to IOI Bolash's review in 2006.

Despite being informed in 2006 that an approved variance to maintain records on a computer was necessary, in 2008, Manuele maintained his records on a computer. The document also demonstrates the exact problem IOI Bolash noted in Manuele's records. (Ex. 5) The first page illustrates Manuele's reliance on Form "4473" to act as complete disposition information. Manuele had three months to prepare for records review. Manuele had a year thereafter to prepare for a hearing. Manuele had 13 months after the hearing to prepare for a deposition. Anyone serious about compliance would have demonstrated knowledge of regulations and a resolve to comply. Manuele was as unknowing in 2008 as he was in 2006. Manuele did not care to know the regulations and has set a standard for "careless disregard."

Further, in 2008, Bolash noted that the printout provided still listed records that were not chronological. Clearly, the record is not bound, and therefore, still not maintained as required by regulation. The only logical conclusion is that, in 2008, Manuele remains careless and continues to disregard the requirements of regulation under which a firearms licensee must maintain records. Further, the computerized list of firearms Manuele provided in 2008 to some extent duplicated the manual records IOI Bolash had previously reviewed. More glaring, certain firearms on the computerized list were never recorded in the manual records, while some of the firearms listed disposition dates "varying from a 1-2 day difference to over 60 days difference."

36

(Bolash, ¶75; Ex. 5)

18 U.S.C. §923(e) governs revocation of firearms owners' licenses.  It allows for revocation of license.  The statute does not set forth any alternative disposition.  Therefore, as Manuele clearly willfully violated regulations and failed to demonstrate any inclination to comply with those regulations, revocation was proper.

## CONCLUSION

Manuele violated the regulations governing firearms dealers as set forth in the Final Notice.  There is substantial evidence that his violations were willful.  As there is no substantial question of either law or fact, the government moves for summary judgment.

Respectfully submitted,

RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Attorney for Defendant
United States Attorney's Office
318 S. Sixth Street
Springfield, Illinois 62701
Telephone:  217-492-4450
FAX:  217/492-4888
hilary.frooman@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

Michael J. Logan
837 South Fourth Street
Springfield, IL 62703

March 6, 2008                                           s/ Hilary W. Frooman
Date:_____          _____

Hilary W. Frooman

APPENDIX

Exhibit E, Physical Inventory

Exhibit F, Open Dispositions

Exhibit G, Acquisitions, 1997-2006

Exhibit J, Multiple Sales

Exhibit 1, Report of Proceedings - Federal Firearms License Hearing, January 30, 2007

Exhibit 2, Transcript, Deposition of Anthony Manuele, Jr., February 4, 2008

Exhibit 3, Transcript, Deposition of Lois Manuele, February 4, 2008

Exhibit 4, Affidavit, Theresa Bolash, ATF Operations Investigator

Exhibit 5, Computer Printout Produced February 12, 2008

Deposition Exhibit 1, Federal Firearms Owner's Reference Guide, 2005[2]

Deposition Exhibit 3, Federal Firearms Owner's Reference Guide, 2000[2]

---

[2]The Federal Firearms Owner's Reference Guides are lengthy books; the government seeks leave of Court to conventionally file the originals rather than scan and electronically file the entire guide.

## Physical Inventory

Pg. 1 of 1

| | Make | Model | S/N | Cal/Ga | found in A+D record | |
|---|---|---|---|---|---|---|
| 1 | Ruger | 1163 | 257-98646 | 22 | ✓ | |
| 2 | Ruger | 10/22 | 257-98649 | 22 | ✓ | |
| 3 | Ruger | KP 970 | 663-26975 | 45 | | |
| 4 | Bersa | 380 | 445182 | 380 | ✓ | |
| 5 | Colt | Cobra | B95206 | 38 | ✓ | |
| 6 | Ruger | Single Six | 26186361 | 22 | | |
| 7 | Heritage | Roughrider | K268451 | 22 | | |
| 8 | S+W | 500 | CHT6067 | 500 | ✓ | |
| 9 | Colt | Woodsman | 28366 | 22 | | |
| 10 | FEG | PA63 | L038323 | 9x18 | | |
| 11 | Taurus | PT22 | AXE29795 | 22 | | |
| 12 | Ruger | P.85 | 30109084 | 9 | ✓ | |
| 13 | Heritage | Roughrider | 877152 | 22 | | |
| 14 | Mossberg | 500 | K487396 | 12 | | |
| 15 | Winchester | 1300 | L348592 | 12 | | |
| 16 | Winchester | 12 | 1696173 | 12 | | |
| 17 | Remington | 870 | C933196M | 12 | ✓ | |
| 18 | Para Ordnance | LDA | P146001 | 9 | | |
| 19 | S+W | 832 | 832440 | | | |
| 20 | Marlin | 336 | 98005451 | | | |
| 21 | Ruger | MKII | 78900441 | 7 | | |
| 22 | Springfield Armory | SRA | 11926 | 12 | ✓ | |
| 23 | Remington | 870 | 3467331 V | 12 | ✓ | |
| 24 | Remington | 1100 | 340634 V | 12 | ✓ | 1 |
| 25 | Winchester | 1300 | L3315891 | 12 | | |
| 26 | Bonelli | 90 | M176715 | 12 | | M176715 ? |
| 27 | Navy Arms | Springfield | 9522 | 4440 | ✓ | |
| 28 ✱ | Ruger | 10/22 | 42291 | 22 | ✓ | |
| 29 ✱ | Ruger | 10/22 | 61791 | 22 | ✓ | |
| 30 | | | | | | |
| 31 | Rugers used to make Gatlin Gun | | | | ✓ | |
| 32 | S/N 231-42291 w/ Alico Two Twenty Two USA Kit | | | | | |

EXHIBIT
E

Open Dispositions q9.
Worksheet 1a
Pg1 of 9

| Date ACQ | Make | Model | S/N | Cal/Ga | | | rec'd plea | |
|---|---|---|---|---|---|---|---|---|
| 9/26/97 | Arsenal | SLR96 | BA362618 | 7.62×39 | | | | |
| 12/5/97 | Arsenal | SLR95 | K0372250 | 7.62×39 | | | | |
| 12/30/97 | Arsenal | SLR95 | K0371487 | 7.62×39 | | | | |
| 1/28/98 | Ruger | SP101 | 57248720 | 357 | | | | |
| 2/6/98 | Armsport | 2807 | 125933 | 12 | | | | |
| 2/11/98 | Armsport | 2801 | 121870 | 12 | | | | |
| 2/11/98 | Armsport | 2830 | 77662 | 12 | | | | |
| 2/11/98 | Armsport | 4540 | 02249 | 38 | | | | |
| 2/11/98 | Armsport | 4540 | 02242 | 38 | | | yes | |
| 3/27/98 | Beretta | 3032 | DAA177855 | 32 | | | | |
| 5/6/98 | Ruger | Vaq | 5781913 | 357 | | | | |
| 5/6/98 | Rossi | 928RC | K126297 | 38/357 | | | | |
| 6/2/98 | Winchester | 94 | 6317905 | 357 | | | | |
| 7/18/98 | Browning | Buckmark | 655NT4D230 | 22 | | | | |
| 10/26/98 | Marlin | 1895LTD | LTD00151 | 45/70 | | | | |
| | | | | | | | | |
| | 1999 | | | | | | | |
| 3/13/99 | Ruger | KM14 | 195161442 | 223 | | | | |
| 3/1/99 | Browning | BDA | H5NT01558 | 380 | | | | |
| 3/11/99 | Ruger | 96/22 | 62033645 | 22 | | | | |
| 3/11/99 | Ruger | P90 | 66192311 | 45 | | | | |
| 3/11/99 | Ruger | P89T | 31296528 | 9 | | | | |
| 3/12/99 | Marlin | 336 | 02083573 | 30/30 | | | | |
| 3/12/99 | Marlin | 18956 | 0109240 | 45/70 | | | | |
| 3/12/99 | Marlin | 18956 | 02080642 | 45/70 | | | | |
| 4/30/99 | Marlin | 1897 | 18971399 | 22 | | | | |
| 4/30/99 | Marlin | 9 | 23447172 | 9 | | | | |
| 6/16/99 | Marlin | 1894 | 03031687 | 44 | | | | |
| 6/16/99 | Colt | 6700 | CCH023444 | 223 | | | | |
| 6/23/99 | Marlin | 1895 | III00294 | 45/70 | | | | |
| 7/23/99 | Marlin | 1895 | III00372 | 45/70 | | | | |
| 6/23/99 | Marlin | 1895 | III00417 | 45/70 | | | | |
| 7/14/99 | Marlin | 1895 | III00151 | 45/70 | | | | |
| 7/12/99 | Ruger | Mini 14 | 19580301 | 223 | | | | |
| 8/20/99 | CIA | MAADI | CM13054 | 762×39 | | | | |
| 5/13/99 | Savage | 93 | 934000 | 22 | | | | |
| 5/13/99 | Savage | 93 | 934001 | 22 | | | | |
| 7/3/99 | CIA | MAADI | CM11616 | 762×39 | | | | |
| 7/29/99 | Marlin | 336 | 01042383 | 30/30 | | | | |
| 7/24/99 | Ruger | 7454 | 55152364 | 45 | | | | |
| 4/28/99 | Mossberg | 9200 | 9112 | 12 | | | | |

EXHIBIT
F

Open Dispositions 1999 - 2000
Worksheet 1a

| | Date ACQ | Make | Model | S/N | Cal/Ga | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 3/13/99 | Ruger | BM14 | 195L1442 | 223 | | | | |
| 2 | 3/11/99 | Ruger | 96/22 | 62033645 | 22M | | | | |
| 3 | 3/11/99 | Ruger | P90 | 66192311 | 45ACP | | | | |
| 4 | 3/11/99 | Ruger | P89T | 31296520 | 9mm | | | | |
| 5 | 3/12/99 | Marlin | 336CS | 02083573 | 30/30 | | | | |
| 6 | 3/12/99 | Marlin | 1895L | 01019240 | 45/70 | | | | |
| 7 | 3/12/99 | Marlin | 1895L | 02080642 | 45/70 | | | | |
| 8 | 4/30/99 | Marlin | 1897CB22 | 18971399 | 22LR | | | | |
| 9 | 4/30/99 | Marlin | | 03447173 | 9mm | | | | |
| 10 | 6/14/99 | Marlin | 1894LB | 03031687 | 44M | | | | |
| 11 | 6/16/99 | Colt | 6700 | CCH023444 | 223 | | | | |
| 12 | 6/23/99 | Marlin | 1895LTD III | 00294 | 45/70 | | | | |
| 13 | 6/23/99 | Marlin | 1895LTD III | 00372 | 45/70 | | | | |
| 14 | 6/23/99 | Marlin | 1895LTD III | 00417 | 45/70 | | | | |
| 15 | 7/4/99 | Marlin | 1895LTD III | 00151 | 45/70 | | | | |
| 16 | 7/19/99 | Ruger | 12M1N114 | 19580301 | 223 | | | | |
| 17 | 8/20/99 | CIA | MAADI | CM13054 | 762Y39 | | | | |
| 18 | 5/3/99 | Savage | 93GTD | 934000 | 22WMR | | | | |
| 19 | 5/3/99 | Savage | 93GTD | 934001 | 22WMR | | | | |
| 20 | 7/3/99 | CIA | MAADI | CM1616 | 762Y39 | | | | |
| 21 | 6/29/99 | Marlin | 336LB | 01042383 | 30-30 | | | | |
| 22 | 10/31/99 | Ruger | 7454 | 55152364 | 454SLC | | | | |
| 23 | 11/27/99 | Mossberg | 9200 | 9112 | 12GA | | | | |
| 24 | 2/1/99 | Browning | BDA | 425NT015 | 58 223 | | | | |
| 25 | 3/17/00 | Mossberg | 835 | UM518973 | | | | | |
| 26 | 5/21/00 | CZ | 452 | 708827 | | | | | |
| 27 | 6/8/00 | Beretta | 96D | BDR028328 | | | | | |
| 28 | 6/8/00 | Colt | 6731 | CJC015771 | | | | | |
| 29 | 6/13/00 | CIA (Romanian) | AK47 | SU489349 | | | | | |
| 30 | 6/13/00 | CIA (Romanian) | AK47 | SU392799 | | | | | |
| 31 | 6/23/00 | Marlin | 458 | 0C053557 | | | | | |
| 32 | 7/21/00 | CIA | 4A12 | 126248 | | | | | |
| 33 | 1/19/00 | Special Weapons | SW3 | 300090039 | | | | | |
| 34 | 7/21/00 | Marlin | 1894P | 00043537 | | | | | |
| 35 | 7/21/00 | Marlin | 444P | 00026623 | | | | | |
| 36 | 7/27/00 | Marlin | 1895 | 000056132 | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |

Open Dispositions for 2000
Worksheet 1a

| | Date ACQ | Manuf | Model | S/N | Cal/Ga | | | Alt. S/N | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/27/00 | CIA (Romanian) | AK47 | S1191.99200 | 7.62×39 | | | | |
| 2 | 8/28/00 | Special Weapons | SW5PDW | S0010000 | 9mm | | | | |
| 3 | 9/3/00 | Hi-Point | COMP | P209664 | 9mm | | | | |
| 4 | 9/08/00 | Glock | 26 | DVL163US | 9mm | | | | |
| 5 | 9/22/00 | CIA | Specta | 125522 | 308 | | | | |
| 6 | 9/22/00 | CIA | GARAND | M108363 | 30.06 | | | | |
| 7 | 9/22/00 | CIA | GARAND | M109327 | 30.06 | | | | |
| 8 | 9/22/00 | CIA | Catme | C00356 | 308 | | | | |
| 9 | 9/22/00 | CIA | Catme | C00334 | 308 | | | | |
| 10 | 9/22/00 | CIA | 4A1 | 126210 | 308 | | | 3's could be 8 1126211 | |
| 11 | 9/22/00 | Ithaca | 87 | M370094.4 | 12GA | | | | |
| 12 | 9/22/00 | Ithaca | M37 | M370012052 | 12GA or 16GA | | | | |
| 13 | 9/22/00 | Ithaca | M37 | M370012152 | 16GA | | | | |
| 14 | 10/4/00 | Glock | 17 | DVK251705 | 9mm | | | | |
| 15 | 10/9/00 | Seacamp | LWS | 037476 | 32ACP | | | | |
| 16 | 10/9/00 | Seacamp | LWS | 037477 | 32ACP | | | | |
| 17 | 10/9/00 | Seacamp | LWS | 037478 | 32ACP | | | | |
| 18 | 10/17/00 | Glock | 22 | DVC017US | 40Cal | | | | |
| 19 | 10/23/00 | CIA | C1A1 | 124015 | 308 | | | | |
| 20 | 10/23/00 | CIA | MGARAND | M108894 | 30/06 | | | | |
| 21 | 10/23/00 | CIA | MGARAND | M108672 | 30.06 | | | | |
| 22 | 10/23/00 | Heritage Arms | Rough Rider | H289022 | 22LR/22m | | | | |
| 23 | 10/23/00 | Heritage Arms | Rough Rider | H289022 | 22LR/22m | | | → | |
| 24 | 10/23/00 | Glock | 17 | DT0322US | 9mm | | | | |
| 25 | 10/23/00 | Glock | 27 | DVN227US | 40Cal | | | | |
| 26 | 10/23/00 | Glock | 21 | DTN416US | 45ACP | | | | |
| 27 | 10/23/00 | Glock | 32 | DNB86US | 357SIG | | | | |
| 28 | 10/23/00 | N.E. Arms | Pardner | NP345844 | 410 | | | | |
| 29 | 10/23/00 | N.E. Arms | Pardner | NP345845 | 410 | | | | |
| 30 | 10/24/00 | CIA | Catme | C00326 | 308 | | | | |
| 31 | 10/31/00 | Glock | 35 | ANP733US | 40Cal | | | | |
| 32 | 10/31/00 | Glock | 23 | DHD141US | 40Cal | | | | |
| 33 | 11/3/00 | Glock | 36 | DB2766US | 45ACP | | | | |
| 34 | 11/6/00 | IAI | M88 | R205198 | 30Cal | | | | |
| 35 | 11/6/00 | IAI | M88 | R204195 | 30Cal | | | | |
| 36 | 11/6/00 | Ruger | 10/22 | 29023382 | 22m | | | | |
| 37 | 11/6/00 | Czech | CZ452 | 708827 | 22LR | | | | |
| 38 | 11/6/00 | Marlin | 1895SS | 00073545 | 45/70 | | | | |
| 39 | 11/6/00 | Ruger | 10/22 | 25122339 | 22LR | | | | |
| 40 | 11/6/00 | Ruger | KP512 | 22391291 | 22LR | | | | |
| | 11/6/00 | Ruger | K1022RB | 24912531 | 22LR | | | | |

Open Dispositions for 2000
Worksheet 1a

Pg4 /9

| | Date ACQ | Manuf. | Model | S/N | Cal/Ga | Alt S/N | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/6/00 | MAS | 1936 | 37114 | 7.5 | | | |
| 2 | 11/6/00 | Ruger | 10/22ABM | 24823632 | 22M | | | |
| 3 | 11/6/00 | Ruger | 10/22RP | 25150418 | 22LR | | | |
| 4 | 11/6/00 | Ruger | P512 | 22401445 | 22LR | | | |
| 5 | 11/6/00 | Ruger | MOE49 | 2234287L | 22LR | | | |
| 6 | 11/6/00 | Ruger | 00189 | 2238244G | 22LR | | | |
| 7 | 11/6/00 | Ruger | 00149 | 22342780 | 22LR | | | |
| 8 | 11/9/00 | Ruger | SP101 | P5719 CSP3231 | 32M | P57141 CSP3231 | | |
| 9 | 11/9/00 | Ruger | MINI30 | 18996411 | 7.62439 | | | |
| 10 | 11/9/00 | Colt | 6551 | CSTO0855L2 | 223 | | | |
| 11 | 11/9/00 | Colt | 6601 | CM038488 | 223 | | | |
| 12 | 11/25/00 | NEF | Pardner | SGI121 | 12GA | | | |
| 13 | 11/25/00 | Postal | M.CARB | 1471820 | 38Cal | | | |
| 14 | 11/25/00 | S&W | 19 | NG80468 | 357 | | | |
| 15 | 11/25/00 | Ruger | MKII | 224031L1 | 22LR | | | |
| 16 | 11/25/00 | Ruger | VAQUERO | 57597124 | 45LC | | | |
| 17 | 11/25/00 | Ruger | MKII | 22387725 | 22LR | | | |
| 18 | 11/25/00 | Ruger | MKI | 51524605 | 22LR | | | |
| 19 | 11/25/00 | Keltec | P32 | 96273 | 32ACP | | | |
| 20 | 11/25/00 | Winchester | 190 | BG294398 | 22LP | | | |
| 21 | 11/25/00 | FEG | Hi Power | F44220 | 9mm | | | |
| 22 | 11/25/00 | VAR | CARBINE | 3NL3117A | 7.62439 | | | |
| 23 | 11/25/00 | Mondi | M1/R10 | CA02170 | 7.62439 | | | |
| 24 | 11/25/00 | Colt | 191 Series 80 | NP03822 | 9mm | | | |
| 25 | 11/25/00 | Ruger | MKII | 223678Ad | 22LR | | | |
| 26 | 11/25/00 | Ruger | P94 | 34103029 | 40Cal | | | |
| 27 | 11/26/00 | Remington | 1187 3 1/2 | SM010333 | 12GA | | | |
| 28 | 11/26/00 | Browning | A5 | 216842 | 12GA | | | |
| 29 | 11/26/00 | Springfield | 1903A3 | 4947900 | 30.06 | | | |
| 30 | 11/26/00 | Lamber | Victoria | 130309278 | 1270  12GA | | | |
| 31 | 11/26/00 | Mossburg | 500 | L931957 | 20GA | | | |
| 32 | 11/26/00 | Remington | 810E4 | L743029M | 12GA | | | |
| 33 | 11/25/00 | Ruger | MINI14 | 8387491 | 223 | | | |
| 34 | 11/25/00 | Ruger | 77/22 | 71007329 | 22LR | | | |
| 35 | 11/25/00 | SIG | P220 | 6302620 | 45ACP | | | |
| 36 | 11/26/00 | CIA | Leine | C000535 | 308 | | | |
| 37 | 11/26/00 | Weatherby | 82 | 8203528 | 12GA | | | |
| 38 | 11/26/00 | S&W | 10-10 | BP42698 | 38SPL | | | |
| 39 | 11/26/00 | Browning | BABY | 277309 | 25 | | | |
| 40 | 11/26/00 | EAA | T2H81 | 98338033 | 12 | | | |
| 41 | 11/26/00 | Jennings | 59 | 1149088 | 9mm | | | |

Open Dispositions for 2000
Worksheet 1a

pg 5/9

| Date ACQ | Manuf. | Mode | S/N | Cal/Ga | | All S/N |
|---|---|---|---|---|---|---|
| 1 | 11/22/00 | RBA | LARI5 | CM02044 | 223 | | |
| 2 | 11/26/00 | PWA | Commando | 44797 | 223 | | |
| 3 | 11/24/00 | Colt | Mustang | R554332 | 380 | | |
| 4 | 11/21/00 | Marlin | 1894S | 17005568 | 44 | | |
| 5 | 11/27/00 | Winchester | 94 | 6429760 | 44 | | |
| 6 | 12/2/00 | Lambar | VIC | 150309278977 | 12GA | | |
| 7 | 12/1/00 | Special Weapons | SWSPAD | 500100193 | 9mm | | |
| 8 | 12/10/00 | Springfield | M1GARAND | 3004528 | 30.06 | | |
| 9 | 12/10/00 | S&W | 64 | 1D65172 | 38SPL | | |
| 10 | 12/6/00 | Glock | 35 | D2F721US | 40 | | |
| 11 | 12/21/00 | Stevens | M67 | E378449 | 12 | | |
| 12 | 12/21/00 | Benelli | NOVA | 2062749 | 12 | | |
| 13 | 12/28/00 | Professional ORD | Carbon15 | C03083 | 223 | | |
| 14 | 12/28/00 | Bushmaster | BullPup | P.O.609 | 223 | | |
| 15 | 11/26/00 | Weatherby | 82 | 82035528 | 12GA | | |
| 16 | 11/26/00 | S&W | 10-10 | BP426498 | 38SPL | | |
| 17 | 11/26/00 | Browning | BABY | 277309 | 25ACP | | |
| 18 | 11/26/00 | EAA | IZH81 | 9833808B | 12GA | | |
| 19 | 11/26/00 | Jennings | 59 | 1049088 | 9mm | | |
| 20 | 11/26/00 | Rock River | CARI5 | CM02044 | 223 | | |
| 21 | 11/26/00 | PWA | ARI5 | 44797 | 223 | | |
| 22 | 12/6/00 | Colt | MUSTANG | R554332 | 38 | | R554332 |
| 23 | 12/1/00 | Special Weapons | SWSPAD | 500100193 | 9mm | | |
| 24 | 12/10/00 | Springfield | M1GARAND | 3004528 | 308 | | |
| 25 | 12/10/00 | S&W | 64 | 1D65172 | 38SP | | |
| 26 | 12/26/00 | Glock | 35 | D2F721US | 40 | | |
| 27 | 11/30/00 | Browning | Citori | 1430 1MM131 | 12GA | | |
| 28 | 12/23/00 | Colt | 1491A1 | CU08893 | 45ACP | | |
| 29 | 12/23/00 | Norinco | 46811 | 511342 | 45ACP | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |

Open Dispositions - 2002
Worksheet 1a
pg 6/9

| | Date Acq | Make | Model | S/N | Cal/Ga | Alt S/N ? |
|---|---|---|---|---|---|---|
| 1 | 1/5/02 | Glock | 26 | BTN413US | 9 | |
| 2 | 1/5/02 | Glock | 30 | BWR029US | 45 | |
| 3 | 1/5/02 | Ruger | RH | 502-18526 | 44 | |
| 4 | | Mossberg | 835 | UMB3620A | 12 | |
| 5 | | Beretta | 96 elite | BER273281 | 9 | |
| 6 | | Browning | BPS | 43846PN62 | 20 | |
| 7 | | EAA | Saiga | 01414865 | 12 | 81414B65 |
| 8 | 1/9/02 | Antchutz | 64 | R21829 | 22 | |
| 9 | | Para Ord | LDA | DC11681 | 45 | 041681 |
| 10 | 1/12/02 | T/C | Encore | 70410 | N/A | |
| 11 | | Marlin | 1897 | 98300006 | 22 | 98300006 |
| 12 | | Marlin | 1895 | 99079733 | 45 | |
| 13 | | Glock | 34 | EGR295US | 9 | |
| 14 | 1/16/02 | Glock | 30 | ENM636US | 45 | |
| 15 | 1/17/02 | Sig | P228 | B314169 | 9 | |
| 16 | | SA | D40 | USS6696 | 40 | |
| 17 | 1/19/02 | Glock | 19 | BBA810US | 9 | |
| 18 | 1/21/02 | Savage | 111FYPJ | 6000180 | 300 | |
| 19 | 1/21/02 | SA | 1911 | N434197 | 45 | |
| 20 | 1/25/02 | Remington | 1100 Skeet | N710437 | 12 | |
| 21 | | CIA Rom. | Cetime | C004250 | 308 | |
| 22 | | Glock | 36 | D2027US | 45 | |
| 23 | 1/26/02 | Browning | A bolt | 32623MN47 | 30/06 | |
| 24 | | Bond | C2K | 7603 | 45 | |
| 25 | | Glock | 35 | ENNS18US | 40 | |
| 26 | 1/5/02 | Glock | 19 | AXH334US | 9 | |
| 27 | 1/21/02 | Sig | P220 | 623385a | 45 | G233852 |
| 28 | 5/18/02 | Remington | 870 | C99876761A | 12 | |
| 29 | 3/18/02 | Henry | H001 | 56257H | 22 | |
| 30 | | Taurus | 62R2 | UCB75918 | 22 | |
| 31 | | CIA (Romanian) | AK47 | S14552052001 | 762x39 | |
| 32 | | CIA (Romanian) | AK47 | S14520520001 | 762x39 | |
| 33 | 1/26/02 | Bushmaster | AR15 | L2030022 | 223 | |
| 34 | | Sig | P230 | S1113631 | 32 | S1163631 |
| 35 | | Para Ordnance | Carbine | D22911 | 223 | |
| 36 | 2/2/02 | Winchester | 1400 | 72417 | 12 | |
| 37 | 9/7/03 | Ruger | GP100 | BLANK | 357 | |
| 38 | | Taurus | 85 | PD57791 | 357 | |
| 39 | | Remington | 700 | 628739 | 22.250 | |
| 40 | 8/9/02 | Beretta | 92F | L617752 | 9 | |

Open Dispositions 2002
Worksheet 1a                    Pg 7/9

| # | Date ACQ | Make | Model | S/N | Ca/Ga | Alt S/N? | reconciled |
|---|----------|------|-------|-----|-------|----------|------------|
| 1 | 3/16/02 | T/C | Cont | 22648 | frame | | |
| 2 | | T/C | Cont | 330843 | Frame | | |
| 3 | 2/16/02 | Keystone | Cricket | S12431 | 22 | | |
| 4 | | Browning | A5 | 00D2N821 | 12 | 00173H21 | |
| 5 | | T/C | Cont | 2457 | frame | 24576 | |
| 6 | 3/18/02 | Remington | 870 | C998767A | 12 | | |
| 7 | 3/22/02 | Remington | 1100 | T566021H | 410 | | |
| 8 | | Taurus | 617 | UA865098 | 357 | | |
| 9 | 4/17/02 | Glock | 23 | EPM193US | 40 | | |
| 10 | | Glock | 23 | ERP740US | 40 | | |
| 11 | | Glock | 19 | ELX526US | 9 | | |
| 12 | | Glock | 19 | ELX527US | 9 | | OK |
| 13 | | Charter Arms | Bulldog | 18593 | 44 | | |
| 14 | | Bushmaster | EM15 | L262165 | 223 | | |
| 15 | | Postal meter | M1 car | 1523970 | 30 | | |
| 16 | | Pedersoli | Trapdoor | TN07816 | 45/70 | | |
| 17 | 4/23/02 | Ruger | MKII | 22173135 | 22 | | |
| 18 | 3/25/02 | High Standard | DM-101 | 3006009 | 22 | 2006004 | |
| 19 | | Beretta | 418 | 9709 | 25 | 9709 | |
| 20 | 4/29/02 | CZ | 97B | A10903 | 45 | | |
| 21 | | SA | M1 Garand | 1053895 | 30/06 | | |
| 22 | | S+W | 629 | CEV1912 | 44 | | |
| 23 | | Sig | P228 | B314169 | 9 | | |
| 24 | | Ruger | Security Six | 15526541 | 357 | 15826541 | |
| 25 | | S+W | M51 | 45362 | 22 | | |
| 26 | | Glock | 21 | ART232US | 45 | | |
| 27 | 4/30/02 | S+W | 66 | 9K35978 | 357 | | |
| 28 | 5/10/02 | Remington | 03A3 | 4018526 | 30/06 | | |
| 29 | 5/15/02 | Remington | 7400 | B8453075 | 243 | | |
| 30 | 5/20/02 | Izzy | FAL | IGI8809 | 308 | | |
| 31 | 5/19/02 | S+W | 686 | CEV1402 | 357 | | |
| 32 | 5/30/02 | Charter Arms | undercover | 807953 | 38 | | |
| 33 | 5/30/02 | Savage | 10FP Tact | 6031669 | 308 | G031669 | |
| 34 | 6/6/02 | Glock | 30 | EVP065US | 45 | | |
| 35 | | SA | 1911 | N442418 | 45 | | |
| 36 | 6/23/02 | Nevada Arms | SA | 9032 | 9 | 9832 | |
| 37 | | Sig | 228 | B172672 | 9 | | |
| 38 | | Calico | Liberty | 8003112 | 9 | | |
| 39 | | Ruger | Vaquero | 559497 | 45 | | |
| 40 | | FMP | X63S | 003121 | 308 | | |

Open Dispositions 2002
Worksheet 1a
Pg 8/9

| | Date Acq | Make | Model | S/N | Cal/Ga | Alt S/N? | recorded? |
|---|---|---|---|---|---|---|---|
| 1 | 7/1/02 | Glock | 23 | EFB29?us | 40 | | |
| 2 | 8/10/02 | Ruger | P97DC | 663286017 | 45 | 66326817 | |
| 3 | 8/24/02 | Glock | 17 | EEN560 | 9 | | |
| 4 | | Mossberg | SP | L592783 | 12 | | |
| 5 | 8/26/02 | Savage | 116 | CJ010285 | 223 | | |
| 6 | | Winchester | 70 | 6825006 | 3006 | | |
| 7 | | Remington | 11/87 | PC742444 | 12 | | |
| 8 | 9/5/02 | H+R | 686 | AX1406603 | 22 | AY1406603 | OK |
| 9 | | S+W | 15 | 5444359 | 38 | | |
| 10 | 10/1/02 | S+W | 15-15 | AZ51010 | 38 | | |
| 11 | | Ruger | Special Six | 16060955 | 9 | | OK |
| 12 | | Sig | 228 | 8256449 | 9 | | |
| 13 | | Glock | 22 | DEE154us | 40 | | |
| 14 | 10/5/02 | Remington | 870 | 965924M | 12 | | |
| 15 | | Ruger | Blackhawk | 4794775 | 41 | | |
| 16 | 11/?/02 | Ruger | Super redhawk | 55172540 | 44 | | |
| 17 | | Browning | BPR | 32M2?2x5W | 270 | | |
| 18 | | Browning | BPS | 340E5PW152 | 12 | | |
| 19 | | Browning | BPS | 0756RN52 | 12 | | |
| 20 | | Ruger | M77 | 78558044 | 223 | | |
| 21 | | Winchester | Defender | L35078873 | 12 | | |
| 22 | 11/25/02 | Ingram | MAC10 | 55021n8 | 9 | | |
| 23 | 1/13/02 | Beretta | A390 | U112526E | 12 | | |
| 24 | 11/23/02 | Mauser | HSc | 30244 | 380 | | |
| 25 | 11/19/02 | S+W | 4003 | U2T0866 | 40 | | |
| 26 | 11/25/02 | Para Ord | P1245 | RR11141 | 45 | | |
| 27 | 11/23/02 | Taurus | PT22 | AQK55598 | 22 | | |
| 28 | 11/25/02 | S+W | 15-3 | 12966816 | 38 | | |
| 29 | | Glock | 27 | BGL377us | 40 | | |
| 30 | | Colt | Trooper MKIII | 39165a | 22 | | |
| 31 | | Colt | Buntline | 68675F | 22 | | |
| 32 | | Remington | M8 | 00273 | 25 | | |
| 33 | | Winchester | 9422 | F577820 | 22 | | |
| 34 | | Russian | SKS | E?675 | 762X39 | E?175 | |
| 35 | 11/21/02 | Sig | P225 | M?19586 | 9 | | |
| 36 | | Browning | BPR | 32M22884 | 3006 | | |
| 37 | 12/1/02 | S+W | 66-5 | CET7800 | 357 | | |
| 38 | | Glock | 36 | DUU896US | 45 | | |
| 39 | 12/6/02 | Remington | 870 | C263165M | 12 | | |
| 40 | 12/12/02 | Winchester | 1300 | L339768? | 12 | | |

Open Depositions 2002 & 2005 & 2006
Worksheet 1a
Pg 9/9

| | | | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/21/02 | S+W | 3913 | UHL1140 | 9 | | | |
| 2 | 12/30/02 | T/C | | 10235 | 22 | | | |
| 3 | 12/31/02 | Savage | 34 | 0356693 | 22/20 | | | |
| 4 | 12/10/05 | Beretta | 21A | DAA041410 | | | | |
| 5 | 12/11/05 | Benelli | M2 | M551694 | | | | |
| 6 | 10/2/05 | Spfd Armory | DV91522 | N498126 | | | | |
| 7 | 11/23/05 | Remington | 700ADL | E6275119 | | | | |
| 8 | 11/23/05 | S+W | 60 | R326337 | | | | |
| 9 | 1/26/05 | Ruger | Blackhawk | 47-06877 | | | | |
| 10 | 1/8/06 | Walther | PPK | A084047 | | | | |
| 11 | 1/8/06 | Remington | 1100 | M607382R | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| 32 | | | | | | | | |
| 33 | | | | | | | | |
| 34 | | | | | | | | |
| 35 | | | | | | | | |
| 36 | | | | | | | | |
| 37 | | | | | | | | |
| 38 | | | | | | | | |
| 39 | | | | | | | | |
| 40 | | | | | | | | |

E-FILED
Thursday, 06 March, 2008  02:56:33 PM
Clerk, U.S. District Court, ILCD



| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 7-3-92 | Colt | Anaconda | Rev | 44 ll | MM 9408 | FOID | RSR |
| 8-1-07 | STW | 66 | Rev | 357 | BRN 1247 | FFL | Stoney Creek |
| 6-1-07 | Ithaca | 37 | Shotgun | 12S | PSR 4110 | FFL | Rick Guns |
| 6-3-07 | Ruger | 357 | Rev | 357 | 151-06657 | FFL | Dallas Guns Gathrm |
| 6-1-07 | Mossberg | 500 | Shotgun | 12 gg | L700858 | FFL | Stoney Creek |
| 6-17-07 | Arsenal | SLR95 | Rifle | 762x39 | BOB2169 | FFL | |
| 6-17-07 | Arsenal | SLR95 | Rifle | 762x39 | BA36233 | FFL | |
| 6-1-07 | Enfield | #4 MKI | Rifle | 303 | D73442A | DID | SDG |
| 6-16-07 | Personal | SLR95 | Rifle | 762x39 | BA3169A | DID | SDG |
| 7-4-07 | Personal | SLR95 | Rifle | 762x39 | BA7464F | DID | SDG |
| 7-4-07 | FMJ | D D | Pistol | 410LG | 2004-4572 | FFL | SDG |
| 7-4-07 | Arsenal | SLR95 | Rifle | 762x39 | R 007386 | DID | Olans Guns |
| 7-4-07 | Arsenal | SLR95 | Rifle | 762x39 | L731763 | DID | CDNN |
| 6-15-07 | Arsenal | SLR95 | Rifle | 762x39 | L0321197 | DID | CDNN |
| 6-1-07 | Arsenal | SLR95 | Rifle | 762x39 | 2437 | DID | CDNN |
| 6-1-07 | Personal | SLR95 | Rifle | 762x39 | L43714D | " | CDNN |
| 6-1-07 | Personal | SLR95 | Rifle | 762x39 | V03037 | " | CDNN |
| 6-1-07 | Ruger | M10/22 | Rifle | 762x39 | L43714Z | " | CDNN |
| 6-1-07 | Ruger | M10/T | Rifle | 357 | 247-24240 | DID | CDNN |
| 6-1-07 | ArmSport | 5010 | Rev | 357 | 524-4660 | " | Decisions |
| 6-1-07 | ArmSport | 2867 | Shotgun | 12g | L04640 | " | ArmSport |
| 6-1-07 | ArmSport | 2867 | Shotgun | 12g | L05533 | " | ArmSport |
| 6-1-07 | ArmSport | 8610 | Shotgun | 12g | L04885 | " | ArmSport |
| 6-1-07 | ArmSport | 8610 | Shotgun | 12g | L01879 | " | " |

000107

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 2/1-06 | 19amSpfd | 2836 | Shotgun | 20g | 7266 | FOID | ArmSpfd |
| 2/9-06 | " | 4540 | Rev | 357 | 022246 | " | " |
| 2/15-06 | Mossport | 4544 | Rev | 357 | 022242 | " | " |
| 2/15-06 | Ruger | 280 | Shotgun | 12g | 1/2944 | " | " |
| 3/2-06 | Beretta | 6200 | Rev | 22 | 1737602A | DIST | Davidsons |
| 3/9-06 | " | 3032 | Pistol | 32 | DAA17781 | DIST | 2 Androws |
| 3/15-06 | Winchester | 64 | Pistol | 32 | DAA17785S | DIST | 2 Androws |
| 9/5-06 | Marlin | 1895-S | Rifle | 45/C | 626626 | FD | Diamond Bell |
| 2-5-06 | Ruger | Vanway | Rev | 357 | 02133C4 | DIST | Remington |
| | Ruger | EBpay | Rev | 357 | 56-674 | DIST | DAVidsons |
| | Rossi | | Rev | 357 | 571-1915 | DIST | " |
| | Ruger | | Rifle | 38/30 | 212627 | DIST | 2 Androws |
| | STW | 640 | Rifle | 357 | 0317911 | DIST | " |
| | BFI | | Rev | 357 | CCmbou | " | " |
| | BFI | 415 | Pistol | 223 | 410169 | DIST | RTZ |
| | Argus | 212 | Pistol | 9mm | 7209716 | DIST | USA |
| | Rem | 878 | Shotgun | 12g | 8482691m | FFL | Dennis Lewis |
| | Browning | BoClark | Pistol | 25 | 65SMM030 | FFL | KY Import |
| | TIARO | Scope | Shotgun | 12g | 4423 | DIST | TAR |
| | Marlin | 1895-SD | Rifle | 45/70 | 420024 | DIST | Davidsons |
| | HiPoint | 9615 | Pistol | 357 | 03162031 | DIST | Davidsons |
| | Rossi | 9320C | Rifle | 357/38 | 0519 | DIST | 2 Androws |
| | Mossbes | 540 | Shotgun | 12g | P365068 | DIST | " |
| | STW | 642 | Rev | 22 | 0221755 | DIST | " |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 2-3-97 | Barry Brain winter | S/S | 265-2347D | 4473 |
| 2-5-97 | michael Felb | 32-S.W | 374265D | 4473 |
| 2-10-97 | Russ wallin | Savage/Tanfgett | 006723 | 4473 |
| 2/10/97 | Ruswiniw | BKS 38 Spriw | 98295FFF | 4473 |
| 2-13-97 | Garrick williams | J378 | SFF | 4473 |
| 2-13-97 | Robert Sapp | MARLM | OR4116 | 4473 |
| 2-15-97 | Richard JARBOE | VANG-UG | 044.0741 | 4473 |
| 2-15-97 | Edward S Price | MLII | 8/006726 | 4473 |
| 2-15-97 | GARrICLWILLiams | 06G74D | P4413 | 4473 |
| 3-5-97 | LAROOA KFAVCK | 1370 | RR 6343 | 4473 |
| 3-10-97 | Tamas Turner | MFG 0 | 206223 | 4473 |
| 2-12-97 | Herman HITT | S/S | D4173 | 4473 |
| 4-1-97 | James Schuler | OMGG | 53R74D | 4473 |
| 5-4-97 | DAviD MURRAY | MAWI | 222Y3 | 4473 |
| 5-5-97 | JEANLDDASD | 047-Y | E454D6F | 4473 |
| 5-6-97 | FRANK DorscH | 70 POL | 6661 | 4473 |
| 5-6-97 | BrUCE & BaraCR | 24/65 | 430426 | 4473 |
| 6-4-97 | Garrick Williams | 74 | 3676323A | 4473 |
| 7-2-97 | PAUL LYONS | Am-65 | L862555 | 4473 |
| 7-10-97 | JimS Kelley | ANRG404R | mmG46FQ | X | 4473 |
| 7-16-07 | BillS DAviS | 1963 | 265-4-987 | 4473 |
| 7-20-07 | RicHArD PowcLL | G25GJ | 3654D | X | 4473 |
| | | | 2674R4C | 4473 |

000109

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 8-10-97 | David Blanchette | Woodmat | AEB00021 | 4473 |
| 8-11-97 | Cecil Fore | 06-3 | RRN172-9 | 4473 |
| 8-11-97 | Robert Prather | Sig Sauer | AD16345 | 4473 X |
| 8-15-97 | Richard Roy Best mix 1 | | AD34395 | 4473 |
| 8-16-97 | Steve Roll | Security 5 | N39F650 | 4473 X |
| 9-12-97 | Ed Rusick | 262 | N14F6he54 | 4473 |
| 9-01-97 | Gordon Williams | WEYR3 | F62591 | 4473 |
| | Bonnie Williamson | U | 27B65-65 | 4-73 X |
| | Bonnie Williamson MIL | | DEB440-6 | 4473 X |
| | Gordon Williamson 113 | | 1887 F26 | 4473 |
| | Eugene Schutt | 1918 | 3865 | 447 |
| 11-15-97 | Carlos Dallas | SLRGS | BARC0236 | 447 X |
| 10-001 | Richard Foll | | F6-4904V | 447 |
| | Wil Medley | 304S | | 4473 |
| | Roland Bethan | Super | BARM334 | 447 X |
| | Jim McKinney | 900 R6 | CDF17043 | 447 X |
| | Herman H.J. | Barcada | BB246 | 4473 |
| 11-30-97 | Dale Smith | Proseal | 617-635 | 4473 |
| 12-3-97 | Nathan Hayles | 500 | AD2447 | 4073 |
| 12-15-97 | George Daniels | BNC | 3016351 | 4473 |
| 12-21-97 | Phil Brinkley | Hammer | 039644 | 4473 |

000110

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 10-36-97 | John Lyons | Magnum | 315-28653 | 4473 |
| 11-1-97 | George Lonsigen | PT-92 | AHG3845 | 4473 |
| 11-1-97 | Charles Lonsigen | 10-22 | 244519090 | 4473 |
| 11-6-97 | Richard Kristin | Magnum | A3844 | 4473 |
| 11-2-97 | Charles Taylor | BlackHawk | 85-28653 | 4473 |
| 11-3-97 | Tom Miller | | 206-8644 | 4473 |
| 11-4-97 | Gerrick Williams | Flightline | 206-8644 | 4473 |
| 11-15-97 | John Shay | 1022 | 244-5070 | 4473 |
| 11-4-97 | Frankel | Frankel | S-14-11 | 4473 |
| 11-4-97 | Dallas Taylor | 452 | 2445162 | 4473 |
| 11-14-97 | John Cyhart | Hunter | 10233 | 4473 |
| 11-14-97 | Robert Kelly | AB-9 | A0116D | 4473 |
| 11-14-97 | Bryan Loomen | 603 | 3609458 | 4473 |
| 11-14-97 | Bryan Loomen | SLR95 | 1087 1833 | 4473 |
| 1-30-97 | Tom Priess | 30-M1 | 8223M47 | 4473 |
| 2-7-97 | Jim Scott | Magnum | 8K30174 | 4473 |
| 2-7-97 | Sanchez Zeman | SKS | 623M33 | 4473 |
| 2-21-97 | Jack Lyons | SLR95 | 19037 | 4473 |
| 2-21-97 | " | Beretton | 011-61436 | 4473 |
| 2-21-97 | " | Hunter | 150055 | 4473 |
| 2-22-97 | David Coane | Super | 1-283754 Fla | 4473 |
| 3-22-97 | John Doughan | GP100 | 172-82644 | 4473 |

000111

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 1-14-96 | Stan McIntyre | 21 | X A95605S | 2473 |
| 1-14-96 | Walter Hill | SLGS | KA57022M  X | 4473 |
| 1-20-96 | Ray McGill | SPGS | V90G611 | 4473 |
| 1-25-96 | Fred Roark | 3772CW Bowling | CCP38QS6 | 4473 |
| 1-25-96 | John Archer | 100ST | 242 M037 | 4473 |
| 1-30-96 | Garrick Williams | MGV | 0E96075 | 4473 |
| 1-31-96 | Richard Huston | 1800 | 42SA3506M | 4473 |
| 2-14-96 | Wm. Ebert | DD | C0604S072  X | 4473 |
| 2-15-96 | Gary Heim | Hi Power | 0-0216 | 4473 |
| 2-26-96 | Garrick Williams | 295M | 144607 | 4473 |
| 2-26-96 | Garrick Williams | 444M50 | 76116 | 4473 |
| 2-27-96 | Richard Smith | Presidente | 10.0860 | 4473 |
| 2-29-96 | Dennis Clemay | 1911 | N47732 | 4473 |
| 2-29-96 | Garrick Williams | mini 14 | 186-08765 | 4473 |
| 3-01-96 | Louis Colton | 420M IV | DF38446 | 4473 |
| 3-1-96 | Arthur Flemming | 1645 | 343776 | 4473 |
| 3-5-96 | Kevin Wade | 21 | CBY5604 | 4473 |
| 3-14-96 | James Buchanan | SLGS | KA571671 | 4473 |
| 3-19-96 | " | S-GS | K037147J  X | 4473 |
| 3-3-96 | Coleman Miller | 25-01 | 11946Y  X | 4473 |
| 5-15-96 | Dick Stork | SLGS | K032148 | 4473 |
| 4-14-96 | Richard Powell | M Liver | 303446 | 4473 |

000117

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 4-6-98 | Garnick Williams | 92 | NA6097 | 4473 |
| 4-6-98 | Ralph Gosnell | EM6823 | 33863 | 4473 |
| 4-6-98 | Rolph Gosnell | Rockwin XNS | 601697 | 4473 |
| 4-9-98 | Garnick Williams | 60/46 | 17376824 | 4473 |
| 4-20-98 | Richard Dowell | 44 Magnum | 02802 | 4473 |
| 4-26-98 | Tom Maxey | XM1512S | L68355-S | 4473 |
| 5-6-98 | Jeff 6 Med | SP101 | 572 4446 | 4443 |
| 5-11-98 | Garnick Williams | Villege 3 | 056-96790 | 4473 |
| 5-14-98 | Garnick williams | 1895SB | 20833325-9 | 4473 |
| 5-14-98 | William Richards | R70 | 617055520 | 4473 |
| 5-21-98 | Garnick Williams | 586 | CCD6414 | 4473 |
| 6-3-98 | Robert Murphy | Scatting | 3445 | 4473 |
| 6-3-98 | '' '' | CA1641 | 23800 | 4473 |
| 6-3-98 | '' '' | CA282B | 7179 | 4473 |
| 6-17-98 | Don Ducat | 1917 | PAB12550 | 4473 |
| 6-17-98 | Phil Campa | 242 | 789G9163 | X |
| 6-21-98 | '' '' | 12.00 | L371AS-25 | 4473 |
| 7-28-98 | Doug E Tyler | 94/44 | NM104093 | 4473 |
| 8-4-98 | Bill Moy | 2803 | 321629 | 4473 |
| 8-5-98 | Robert Murphy | CA3604 | 44237 | X |
| 8-15-98 | Dennis Juliano | 870 | 842896M | 4473 |
| 8-19-98 | Garnick williams | 18GGES | 0520672D | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 8-28-98 | william mcCoy | mossberg | 406102 | 4473 |
| 8-28-98 | Alison Barr | K8 | CTD00094 | 4473 |
| 8-28-98 | mike Collins | 842 | CCUDSS | 4473 X |
| 8-28-98 | " | 9098C | AS15 | 4473 X |
| 8-28-98 | " | 536 | F88506 R | 4473 X |
| 8-28-98 | Gina Williams | 5x56 | 636110 | 4473 X |
| 9-4-98 | Robert Murphy | scout | 1997 | 4473 X |
| 9-4-98 | Jack Mott | EN CARO | S1021 | 4473 |
| 9-4-98 | Walter Mitchell | 15-40 | 0465-718 | 4473 |
| 10-30-98 | Matt Schaefer | | 247-321-09 | 4473 X |
| 10-7-98 | George Chavez B8300 | | 10116 | 4473 |
| 10-7-98 | Tony Ella | Longstar | | 4473 |
| 10-7-98 | | 556 | E63-143 | 4473 |
| 10-20-98 | Robert Pierce | S8 | 114-3126 | 4473 |
| 10-20-98 | Jim Ihanson | Thor's row | 60 66009 | 4473 X |
| 10-20-98 | Richard Reid | 1180 | M2016044 | 4473 |
| 11-9-98 | DH Bauer | B8100 | 11037 | 4473 |
| 11-9-98 | Tom Wilson | 585C | 881087 | 4473 |
| 11-18-98 | Daniel Reed | 93 SRC | | 4473 |
| 11-18-98 | Marcus Janssen | Buckmark | 657414122953 | 4473 |
| 11-18-98 | Henry Victor | 4001 | 879312 | 4473 |
| 11-18-98 | George Abel | #HMII | DF M49327 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11-26-96 | Marilyn Davisson | Buckmark | 655N0229E3 | Duluca 4473 |
| 11-9-96 | George Abel | HHM878 | DF19444R4 | Duplicate 4473 |
| 11-3-96 | Gerald Windham | Bp500PNR | 27-54465-2 | X 4473 |
| 11-3-96 | Robert Adomski | W/310 | 426243lb | 4473 |
| 11-9-96 | Gerald Windham | HP3Y | 2375-457 | 4473 |
| 11-8-96 | Gerald Windham | 50 EES | LT012223 | 4473 |
| 11-8-96 | Stock Lytle | 504 DTT | LTD0019d | X 4473 |
| 11-15-96 | George Boatz | 505 DTT | LTD0347d | 4473 |
| 11-6-96 | Christine Turner | 507 DTT | LTD08774 | X 4473 |
| 11-1-96 | " | W/9 | 247-77757 | 4473 |
| 11-6-96 | Curt Turner | 18 DV 9N | 326168-74 | 4473 |
| 11-4-96 | " | Ravon | 247-77744 | 4473 |
| 11-4-96 | " | Ravon | 326168-25 | 4473 |
| 11-6-96 | Tim Turner | 1 Ravon | 247-77741 | 4473 |
| 11-6-96 | " | Ravon | Z111Z80 | 4473 |
| 11-6-96 | Bud Turner | Ravon | 326168-84 | 4473 |
| 11-6-96 | " | " | 247-77752 | 4473 |
| 11-5-96 | Dennis Evans | Security | 434-53208 | 4473 |
| 11-3-96 | Rudy Taylor | Skyway | S634434 | 4473 |
| 11-3-96 | Richard Moran | 385J | 0AA17895 | 4473 |
| 11-3-96 | Robert Murphy | LP | Z111383 | X 4473 |
| 11-3-96 | Richard Carroll | Ravon | 326168-76 | 4473 |
| 11-3-96 | James Turner | Ravon | 324-1908 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 1/25/08 | Don Nolan | 544 | NSG52K | 4473 |
| 1/25/08 | Richard Byrd | Defender | 0209024 | 4473 |
| 1/28/08 | John Hardy | VR65G | 03010475 | 4473 |
| 1/28/08 | Henry Whitten | #201L | 07742? | 4473 |
| 1/29/08 | Robert DST ermier | 1982 | 1062846 | 4473 |
| 2/1/08 | Nicole Veach | 590 | 316255S | 4473 |
| 2/1/08 | Drug Neo-M | LR722 | 02-14-07-0082 | 4473 |
| 2/3/08 | Don't wanna | missing | 1214181 | 4473 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## GUN SHOW TRANSFERS

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1-26-99 | MARLIN | 7917 | RIFLE | 22LR | 71/0261 | FFL | Signs Sporting Goods |
| 2-22-99 | S+W | 669 | PISTOL | 9mm | TCE8859 | FFL | M+E Pawn Prices |
| 3-1-99 | Ruger | 10min | RIFLE | 223 | 195-6441 | FFL | Lockrane Guns |
| 3-6-99 | WALTHER | PPKS | PISTOL | 380 | 1984?6 | FFL | Lockrane Guns |
| 3-20-99 | Entrafer | TEC-22 | PISTOL | 22LR | 0910212 | FFL | Johns Gunsling |
| 3-27-99 | Kimber | 84T | RIFLE | 22LR | 548/3 | FFL | Johns Gunsling |
| 3-30-99 | FN | Hi-Power | PISTOL | 9mm | 387290 | FFL | Sundew Firearms |
| 4-5-99 | WALTHER | P-38 | PISTOL | 9mm | 7738 | FFL | Lockrane Guns |
| 4-10-99 | Ruger | 22/45 | PISTOL | 22LR | 222-80201 | FFL | TFL |
| 4-14-99 | Taurus | PT-22 | PISTOL | 22LR | ASA-8952 | FFL | Lockrane Guns |
| 4-14-99 | S+W | 10 | REV | 38SPL | 5A11524 | FFL | Stars Sporting |
| 4-18-99 | Ruger | SBH | REV | 44mag | F010 | FFL | Dallas Custom Armor |
| 4-18-99 | Colt | 1911 | PISTOL | USE-D | 83-94161 | FFL | L Travis |
| 4-18-99 | Ruger | 22/45 | PISTOL | USE-D | UF108 83X | FFL | |
| 4-22-99 | Marlin | M1448 | RIFLE | 22LR | 00-7534 | FFL | Dwights Guns |
| 4-22-99 | AMTATA | 1911-A1 | PISTOL | 21 | 227-2180 | FFL | Willmans Guns |
| 4-22-99 | Ruger | 2P100 | USE-D | 357 | AL65354 | FFL | Ledrano Guns |
| 4-22-99 | S+W | 60 | REV | 357 | 174-09114 | FFL | Lockrane Guns |
| 4-22-99 | Ruger | MK-11 | PISTOL | 357 | CD7227 | FFL | Lockrane Guns |
| 4-22-99 | S+W | 22S | PISTOL | 22 | 223316A | FFL | Lockrane Guns |
| 4-22-99 | GLOCK | 27 | PISTOL | 22 | VAT13S4 | FFL | Lockrane Guns |
| 4-22-99 | MARLIN | 795 | RIFLE | 22 | WC656 | FFL | Dwights Guns |
| 4-22-99 | COLT | Defender | PISTOL | 45 | 10388746 | FFL | Lockrane Guns |
| 4-22-99 | USP | | PISTOL | 45 | DR1/32 | FFL | Dwights Guns |
| | | | PISTOL | 45 | D50289M | FFL | WB Tec |

000117

BROWNING    .380    PISTOL    46NTD 1666

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | | AQUISITION |
|---|---|---|---|---|---|
| 1-14-99 | Marlin | lever/price | 02ACY 67 | | ZANDers |
| 1-14-99 | Marlin | lever/price | 060 F5 6C3 | | ZANDers |
| 1-14-99 | Marlin | lever/rifle | 0200951L | | ZANDers |
| 2-15-99 | Mossberg | Pump shotgun | 26744 k | | ZANDers |
| 2-11-99 | Ruger | lever RFL | 62072 64C | | Davidson |
| 3-11-99 | Ruger | Pistol | 405W 342745 | | Davidson |
| 3-11-99 | Ruger | Revolver | 57.69-9PGY | | Davidson |
| 3-11-99 | Ruger | Pistol | 605-9-211 | | Davidson |
| 3-11-99 | Ruger | Pistol | 3239666 | | Davidson |
| 3-13-99 | Marlin | lever RFL | 020072273 | | ZANDers |
| 3-13-99 | Marlin | lever RFL | 0019044 | | ZANDers |
| 4-5-99 | Marlin | lever RFL | 024 F0064 | | ZANDers |
| 4-5-99 | Marlin | lever RFL | 0100855L | | ZANDers |
| 4-5-99 | Marlin Charter | Pump shotgun | L32 87749 | | ZANDers |
| 4-5-99 | COLT | Pistol | 6CC0044D | | ZANDers |
| 4-30-99 | Marlin | lever RFL | 1647/396 | | ZANDers |
| 4-30-99 | Marlin | semi rifle | 0940941 | | ZANDers |
| 5-11-99 | COLT | Semi Rifle | 0242941 | | ZANDers |
| 6-16-99 | Smith-Wesson | Revolver | C0G141L | | William charter |
| 6-16-99 | Marlin | lever RFL | 0203687 | | ZANDers |
| 6-11-99 | Marlin | lever RFL | 0108-9367 | | ZANDers |
| 6-16-99 | Marlin | lever RFL | 0103 C67 | | ZANDers |
| 6-16-99 | COLT | Semi RFL | CCH 002143 | | ZANDers |
| 6-16-99 | COLT | Semi Rifle | CCH 005 444 | | ZANDers |
| 6-16-99 | Marlin | lever Rifle | 0016 | | Davidson |
| 6-23-99 | Marlin | lever RFL | 00264 | | Davidson |
| 6-23-99 | Marlin | lever RFL | 00372 | | Davidson |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 6-27-99 | Marlin | Lever RFL | 43-70 | DAVIDSONS |
| 6-27-99 | Taurus | Revolver | 357 | WILLIAMS CHAPP |
| 6-27-99 | Ruger | Semi RFL | 10/22 | WILLIAMS CHAPP |
| 6-27-99 | Marlin | semi RFL | 10/22 | WILLIAMS CHAPP |
| 7-14-99 | Marlin | Lever RFL | 4570 | DAVIDSONS |
| 7-19-99 | Ruger | Semi RFL | 223 | DAVIDSONS |
| 8-3-99 | Sig Mannl | Semi RFL | 7/.308 | WILLIAMS CHAPP |
| 6-27-99 | Taurus | Revolver | 357MAG | ZANDERS |
| 6-30-99 | CIA | semi RFL | 7/.308 | ZANDERS |
| 9-3-99 | CIA | semi RFL | 7/.308 | ZANDERS |
| 9-13-99 | Browning | Bolt RFL | 243 | ZANDERS |
| 5-13-99 | Remington | Pump Shotgun | 12G | ZANDERS |
| 5-13-99 | Savage | Bolt | .223 | ZANDERS |
| 5-13-99 | Savage | Spring + Bolt | .308 | ZANDERS |
| 2-30-99 | Marlin | semi | .22LR | ZANDERS |
| 7-3-99 | CIA | semi RFL | 7/.308 | ZANDERS |
| 9-16-99 | Ruger | Revolver | 45/410 | DAVIDSONS |
| 9-15-99 | Ruger | Revolver | 45/410 | DAVIDSONS |
| 9-07-99 | Ruger | Revolver | 45/410 | DAVIDSONS |
| 9-28-99 | Ruger | semi RFL | 22m | DAVIDSONS |
| 9-25-99 | Marlin | Lever RFL | 357m | WILLIAMS CHAPP |
| 9-25-99 | Marlin | Lever RFL | 30/30 | WILLIAMS CHAPP |
| 11-10-99 | T/C | Frame | | DAVIDSONS |
| 11-14-99 | Ruger | Revolver | | ZANDERS |
| | | | | WILLIAMS |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1/12/04 | Jennings | J22 | Pistol | 22LR | 322611 | FFL | MTP ENT. |
| 12-5-04 | Magnum Research | BABY | Pistol | 9mm | 146717 | FFL | Stars Safely GOODWEN |
| 11-7-04 | Engl Arms | P.15 | P.Fle | 223 | EA041491 | FOID | BROST HARTJOY |
| 11-13-04 | Davis | 0.38 | Derringer | 38gal | 0148010 | FFL | Bernard Bauer Arms |
| 12-18-04 | SW | 620 | Rev | 44m | CC41394 | FFL | RICKS 6UNS |
| 12-26-04 | Ruger | P90 | P.Stol | 40 | 66025563 | FFL | Dwights 6uns |
| 12-26-04 | Ruger | MLT | P.Stol | 22 | 11-63045 | FFL | Dwights 6uns |
| 12-26-04 | Hi-Point | C45 | P.Fle | 9mm | 096126 | FFL | RDS Guns |
| 12-31-04 | Rem | 6-70 | Shotgun | 12g | C328653 | FFL | Dwights 6uns |
| 1-1-04 | Ruger | KSP3324 | Rev | 357 | 57241413 | FFL | Dwights 6uns |
| 12-26-04 | Harris & Co | M1191 | S.Potgun | 12 | | FFL | Wiesha Gun Shop |
| 12-8-04 | Lithuania | 11 | ShotGun | 12 | C0819.86 | FFL | Dwights Gun Shop |
| 12-8-04 | SW | G5 | Pistol | 40 | SPJ0667 | FFL | Wal,Stlo SPD |
| 1-8-04 | Judge | BearCat | Rev | 22LR | 91-65889 | FFL | Stars Safety 6000 |
| 12-8-04 | Browning | Buckmark | P.Stol | 22LR | 515NP03163 | FFL | TTL |
| 12-8-04 | Rossi | 97 | Rev | 357 | F134582 | FFL | Stars Sports 6000 |
| 1-6-04 | Marlin | 882SS | Rifle | 22MAG | 0145614 | FFL | Dwights 6uns |
| 1-6-04 | Mossberg | T7 | Pistol | 22LR | 10862 | FFL | Stars Sporting GOODWEN |
| 12-8-04 | Mossberg | 9200 | Shotgun | 12g | 01L2 | FFL | DDS Sportsman Supp |
| 1-6-04 | Riser | mo2450 | D.STL | 40 | R228475G | FFL | MIP American Brokerarms |
| 1-6-04 | Remington | 5PD | Shotgun | 10S | RM00459 | FFL | LOUDON & GUNS |
| 1-6-04 | Ruger | W310 | P.STL L | 22LR | R23-2730 | FFL | RICKS 6UNS |
| 1-6-04 | Wilkostu | 76 | Rifle | 222 | 61098724 | FFL | Stars Safely 6uns |
| 1-6-04 | Remington | 552 | Rifle | 22LR | J696857 | FFL | Wal.Stl SPD |

000120

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1-25-07 | Ranger | LPU | Pistol | 22LR | 22U2ZZ-U3 | FFL | Local Pawn Guns |
| 1-06-07 | Savage | 110 TPCT | Rifle | 243 | F841131 | FFL | Lockstone Guns |
| 1-25-07 | Browning | Gold Hunter | Shotgun | 12g | M14 D4888 | FFL | Dwights Guns |
| 1-28-07 | Glock 22 | 29 | Pistol | 9mm | A6Q21110 | FFL | Prells Guns |
| 1-26-07 | French | 4892 | Shotgun | 10 | L8Y595 | FFL | Whistle Stop |
| 1-28-07 | Ruger | 11 | Shotgun | 10 | 17172 | FFL | Dwights Guns |
| 1-25-07 | Win | 670 Mag | Rifle | 3006 | N/A | 1510 | Qual 2 Hot Ham |
| 1-25-07 | Stw | 641 | Rev | 38 SPL | 7U9443 | FFL | Vienna Gun Stop |
| 1-25-07 | Ruger | 11 DLT | Rifle | 223 | 206-03297 | FFL | Lockstone Guns |
| 1-25-07 | Ruger | SBH | Rev | 44 | 552-41248 | FFL | Whistic Stop |
| 1-25-07 | Sig | P232 | Pistol | 380 | 320U046 | FFL | TFL |
| 1-25-07 | Rem | 700 | Rifle | 243 | 4046841 | FFL | Lockstone Gun |
| 1-09-07 | V21 | V-1 | Pistol | 9mm | U915581 | FFL | Stone Sports Goods |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

000121

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 1-8-99 | Charles Hurt | Sp10 | Rm034521 | 4473 |
| 1-9-99 | Paul Ro√N | 700? | 40N372 | 4473 |
| 1-9-99 | Mark Lyons | Winchester 1700ss | 08 03325P | 4473 |
| 1-9-99 | Delbert Hilton | 1252 | E1105D | 4473 |
| 1-14-99 | John Bryan | hunters | 430621 | 4473 |
| 1-14-99 | Gary Williams | 7044 | DN2233 | 4473 |
| 1-23-99 | Robert Plaster | H&880 | 663721 | 4473 |
| 1-4-99 | Robert Myers | 2519 | 716041 | 4473 |
| 1-14-99 | Robert Myers | 700 | R19158 | 4473 |
| 1-18-99 | Richard Bryson | 350 | 0567446 | 420 |
| 2-20-99 | Denne Bishop | constru | 0200951 | 447 |
| 2-20-99 | Charles Jackson | NE11 | 0024 019 | 4473 |
| 2-21-99 | Patrick | 6596 | TEO655 | 4411 |
| 2-21-99 | Richard Fairbanks | 920 | cano2325 | 447 |
| 2-23-99 | Jack Lajoria | Xm14 | 1256 14725 | 4473 |
| 3-13-99 | Brian Reid | 16945 | 020 85621 | 4473 |
| 3-13-99 | Samordery | 1-02-2 | 20025 | 4473 |
| 3-16-99 | Garrick Williams | 6U557 | 056-09844 | 6447 |
| 3-14-99 | Steve Hammond | 3601 | 101670 | 4473 |
| 3-14-99 | Troy Daniel | PPK5 | 196470 | 4473 |
| 3-16-99 | Fred Woodman | Kimber | 51313 | 4473 |
| 4-1-99 | Ken Scheffick | phhes | 702-2576 5 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 4-5-99 | return to owner | 11027 | GCT05044 | 4473 |
| 4-15-99 | return to owner | mini 14 | 186-85467 | 4473 |
| 4-5-99 | Tom Fighter | mini 14 | 181-96567 | 4473 |
| 5-99 | Jimmie Jordan | 1945555 | 112-0688 | 4473 |
| 5-99 | Monica Chandler | Ranch 70 | N6014KGK | 4473 |
| 7-5-99 | Hill Cook | 1056 | 747588720 | 4473 |
| 5-9-99 | Blue Bomb | 270 | N4N14D | 4473 |
| 5-9-99 | Dual Hayes | SKS | 78322 | 4473 |
| 5-16-99 | Karen Clark | SKS | 842309431 | 4473 |
| 5-16-99 | Godrick Williams | 270 | 911-79955 | 0493 |
| 5-9-99 | " | 870 | C46788230 | 4473 |
| 5-8-99 | " | 06.30 Rem. 377 | BB1411 | 4473 |
| 5-25-99 | Wade Shirley | 184538 | 010572417 | 4473 |
| 5-25-99 | David Boyd | 6739 | 10v7283 | 4473 |
| 5-25-99 | Mark Blumley | 870 | 100-7327 | 4473 |
| 5-1-99 | James Johnson | Breaks | 01762554 | 4473 |
| 5-1-99 | George Mathews | 272 | 7844695 | 4473 |
| 5-16-99 | Michael Nacken | SKS | 270600010 | 4473 |
| 5-1-99 | Al Lemay | 4554 | 04R2449 | 4473 |
| Jr-99 | Mark Fabry | B&B | 342702.44 | 4473 |
| 6-3-99 | Robert Morrison | 686 | C0E1013 | 4473 |
| 5-1-99 | John Peynton | 220 | 6890089 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | | FFL OR 4473 |
|---|---|---|---|---|---|
| 6-26-99 | Phil Davis | FN7712 | DAC1191 | | 4473 |
| 6-29-99 | Phil Campo | 608SS | 6123149 | | 4473 |
| 6-03-99 | Garrick Williams | SKS | 34083 | | 4473 |
| 6-03-99 | " | WAC | 1411-2 | | 4473 |
| 6-26-99 | Ted Mueller | 1895 | LTD A2223 | | 4473 |
| 6-26-99 | Jo Rusinello | 1911 | 0104-22 | | 4473 |
| 7-3-99 | Robert Elson | MPC | 222-72223 | X | 4473 |
| 7-5-99 | Charles Thomas | 1022 | 248-09865 | X | 4473 |
| 7-7-99 | Loren Mueller | MPC26 | MAS212 | | 4473 |
| 7-7-99 | " | " | 033865 | | 4473 |
| 7-7-99 | Phil Campo | 94L | 077607G | | 4473 |
| 7-22-99 | Tad Lyons | 67SS | 00F8352 | | 4473 |
| 7-22-99 | Stanslow Allen | MPC26 | FT266550 | X | 4473 |
| 7-7-99 | " | " | A 74422 | | 4473 |
| 7-7-99 | Russinello | MPC26 | MAS04 | | 4473 |
| 7-7-99 | " | MPC3L | FW5622G | | 4473 |
| 7-10-99 | Phil Campo | 1899CC | 01086557 | X | 4473 |
| 7-14-99 | Steve Belluor | 6700 | CCH 041040 | X | 4473 |
| 7-14-99 | Steve Underwood | Rail gun | AA8000 | X | 4473 |
| 7-14-99 | Richard Masely | 1895G | 0101040D | X | 4473 |
| 7-14-99 | Randy Adkins | 6700 | CCH 023143 | X | 4473 |
| 6-1-99 | Robert OBrion | Disc11 | CM1a193 | X | 4473 |

24

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 5/6/09 | Ron Bean | M-290 | 9307308 | 4473 |
| 6-7-09 | Kathlin Schadwick | B093-8R | 43NU0 4463 | 4473 |
| 6/14/09 | Jim McKinney | Fiction | 107436 | 4473 |
| 6-21-09 | Larry Singular | 184×CL | CCC06723 | 4473 |
| 6-28-09 | " " | | 1835 67yu | 4473 |
| 6-27-09 | P.H. Davis | P-220 | 47002233 | 4473 |
| 6-27-09 | Craig Fishbaugh | 870 Super | 6158-479 | 4473 |
| 6-22-09 | McQuinn | | 021575 6 | 4473 |
| 6-25-09 | | | And 8406 | 4473 |
| 6-25-09 | Don Ealey | misR10 | CMIR1266 | 4473 |
| 6/27/09 | Tim Switzer | 414SS | L006093 | 4473 |
| 6-27-09 | Jason Groer | S1CS | G9403 44 | 4473 |
| 6/26/09 | Mike Meyler | 444P | 010316371 | 4473 |
| 7-2-09 | Bill Deitz | Highway | 464M4137 | 4473 |
| 7-2-09 | Bill Compton | 16HP | A1143846 | 4473 |
| 7-4-09 | Dwayne Smith | mk III | F6138846 | 4473 |
| 7-4-09 | Robert O'Brien | | | 4473 |
| 6/6/09 | Bill Compton | | 571 812 | 4473 |
| 6/27/09 | Russ Withers | McPherson | 41SNK56N36 | 4473 |
| 6-6-09 | Mark Low | Lsp-11 | 111063 37 | 4473 |
| 6-25-09 | | 184×CC | 650775 64 | 4473 |
| 7-2-09 | Justin Polazer | S1CS | 208 B043 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 10-1-99 | Dan Forrest | SLS | 221301344 | 4473 |
| 10-1-99 | Bloomlock | 1067 | 390-26956 | 4473 |
| 10-4-99 | John Roetcor | 60144 | 222-044454 | 4473 |
| 10-1-99 | John Boyton | C2S2 | 146673 blk | 4473 |
| 10-1-99 | Brent Hartley | Partner | NS304344 | 4473 |
| 1-23-99 | Mleon Lioux | MLT | 13-96233 | 4473 |
| 10-23-99 | Wesum Wesum | 0357 | CST007862 | 4473 |
| 10-23-99 | Mark Bliss | Winterson | 45-34327 | 4473 |
| 11-6-99 | Dan Miller | 9147 | 098764 | 4473 |
| 11-5-99 | Brent Mathews | Winterson | 414462 | 4473 |
| 11-14-99 | Rob Ball | Rossi | A2 0067 | 4473 |
| 11-22-99 | Don Ballman | McLaron | Bvi1 41D | 4473 |
| 11-17-99 | " | " | Dm144 8 | 4473 |
| 11-17-99 | Joel Lyons | " | 541244 | 4473 |
| 11-20-99 | Randy Lutz | SWG | B038634 | 4473 |
| 11-12-99 | Mike Lutz | 024 | WG03454 | 4473 |
| 11-20-99 | Brian Kenney | Winterson | 460-310 | 4473 |
| 12-2-99 | Fred Schmaedt | RedLabel | 411-34207 | 4473 |
| 11-27-99 | Stan Wright | Spartans | 2670-94 | 4473 |
| 11-27-99 | " | Walther PPK | 223 D | 4473 |
| 11-27-99 | Denroy Cash | 32Auto | 222-25821 | 4473 |
| 11-27-99 | John Lemon | PPS | A5A5A5A51 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11-27-04 | Mike Minor | JFN | SQ4150U | 4473 |
| 11-24-04 | mike Dylar | | 8R04AK4 | 4473 |
| 11-26-04 | Justin Clegg | | LFJ283.5 | 4473 |
| 11-27-04 | William Richardson | PS2 | 221-255-14 | 4473 |
| 11-27-04 | George William | S70 | 6627851 | 4473 |
| 11-27-04 | Dave Marchican | DLLB | 212-04-011 | 4473 |
| 11-27-04 | Robert Dignis | SqILBJ | AAL52-E-1 | 4473 |
| 11-27-04 | George Hoppe | GJFS | RO08 7102 | 4473 |
| 11-27-04 | Gregory Flook | | 24081104 | 4473 |
| 11-27-04 | Daug Maas | ST00 | CQ07225 | 4473 |
| 11-27-04 | J Pierce | | 014T-05 | 4473 |
| 11-27-04 | Matt Im | | H473534 | 4473 |
| 11-27-04 | mike Syong | G852-2 | MC65216 | 4473 |
| 11-27-04 | Larry Smith | | 1603-37410 | 4473 |
| 11-27-04 | Gary Vespa | O Fendor | DUH83 | 4473 |
| 11-27-04 | Mike Collins | AK47 | 2552 8464 | 4473 |
| 11-27-04 | Charles Johnson | Remington | 722 060 | 4473 |
| 11-28-04 | Paul Hayden | Baby Eagle | 118717 | 4473 |
| 11-28-04 | Brian W. Evans | A-15 | 8204764 | 4473 |
| 11-29-04 | Tim Leach | V038 | 010980 | 4473 |
| 11-28-04 | Brian Summar | 634 | CC713 94 | 4473 |
| 11-27-04 | michael McKinney | 876 | 060-25807 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 1-27-04 | Melvee McKinney | m1E | 10-1.3045 | X 4473 |
| 1-28-04 | Mitchel Harness | 695 | A961b6 | X 4473 |
| 1-28-09 | Steve Poolt | 870 | C3285530 | X 4473 |
| 1-28-09 | Arthur McHoes | 8633YL | 572-11413 | X 4473 |
| 1-28-09 | " | Marlbou | BF19534 | X 4473 |
| 1-28-09 | Mike Letterle | A11 A1 | CD000986 | X 4473 |
| 1-28-09 | Charles Manley | 11 | 3442 | X 4473 |
| 1-28-09 | Donald Hadley | 599/99 | SPB0671 | X 4473 |
| 1-28-09 | Dan Gullily | Bearcat | 91-05885 | X 4473 |
| 1-28-09 | Matt Temott | Bushmaster | L51540 09363 | X 4473 |
| 1-28-09 | Tom s Plus | VP77 | F134502 | X 4473 |
| 1-28-09 | Albert Johnson | BFSS | 0185610 | X 4473 |
| 1-28-09 | Christy m1 | A17 | 10862 | X 4473 |
| 1-28-09 | Bronsmith | MC450 | 220-64744 | X 4473 |
| 1-28-09 | Tom Henington | SD/0 | RM00454 | X 4473 |
| 1-28-09 | Steve Austin | 1057a | 233273b | X 4473 |
| 1-28-09 | David Bradson | WA10 | 6189204 | X 4473 |
| 1-28-09 | Jack Simpson | 552 | A196637 | X 4473 |
| 1-28-09 | Tom Curn | K734 | 222-00337 | X 4473 |
| 1-28-09 | David Loyd | 500.10A | F80131 | X 4473 |
| 1-28-09 | Kristy Hammon | BT00/40A | FDN84 3633 | X 4473 |
| 1-28-09 | George Taylor | 6504 | A6020 | X 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| | Ralph Lynn | 480L | C24595 | 4473 |
| | John Evans | 1 | 17172 | 4473 |
| | Matt Craig | 67 | 601716 | 4473 |
| | Gary Fry | 64 | 10699870 | 4473 |
| | Josh/AL/Bar | 10Bot | 2462-09 | 4473 |
| | ED Bocy | SLRH | 551-02016 | 4473 |
| | James Fabros | B232 | S204241 | 4473 |
| | Randal Morgan | Remm 700 | LMHB8448 | 4473 |
| | Brian Summer | | CC4139A | 4473 |
| | Skiter Gladllow | 11 | SS5765 | 4473 |
| | Robert Glasson | 3494 | 74103074 | 4473 |
| | Don Attfield | | C-154-63 | 4473 |
| | Lewis Hirock | | 0102826 | 4473 |
| | James Bundy | 20 | N/B | 4473 |
| | Ronald Boyd | miniw 14 | 01 | 4473 |
| | Steve Pinyon | v2R | VP15580 | 4473 |
| | Brent Harmoy | mis R | CM11572 | 4473 |
| | Kurt Tarrabt | mini30 | 18998827 | 4473 |

1-14-00  Special Weapons  SW3  Rifle  308  3-06-04-0031  FFL  Part: Tools+Item

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1-27-00 | Bushmaster | 223/193 | Rifle-Semi | 223 | 4769CB | Dist | Danderson |
| 2-15-00 | (CIA) Romarm | 1912-47 | Rifle-Semi | 762x39 | SI-03465-44 | Dist | Zanders |
| 2-15-00 | CIA Romarm | 1912-47 | Rifle-Semi | 762x39 | SI-04444-99 | Dist | Zanders |
| 2-18-00 | DW Arms | mmdmmIV | Pistol | 9x18 | BRA40997 | Dist | Zanders |
| 2-16-00 | Marlin | 18956 | Rifle | 457z | 000 R052 | Dist | Zanders |
| 3-17-00 | Mossberg | 535 | Shotgun | 12g | WMSR473 | Dist | Zanders |
| 3-17-00 | Marlin | 1897B | Rifle | 22lr | 70023087 | Dist | Zanders |
| 4-4-00 | Remington | 870 | Shotgun | 12g | C79K577R | Dist | Zanders |
| 5-7-00 | ENT+L0 | Command | Rifle | 38 cal | W.22 | R.H.A FOID | Old Sacramento OLT |
| 5-21-00 | CZ | U.S. AMMO LAKE | Rifle | 22 LR | 766727 | Dist | Marlin Texas Firearm |
| 6-8-00 | Bert TTA | 960 | Pistol | 40 cal | BRA05200 | Dist | Zanders |
| 6-8-00 | Colt | 6mil | Rifle-Semi | 223 | CTC01577 | Dist | Zanders |
| 6-13-00 | (CIA) 220 Romarm | 47 | Rifle-Semi | 762x39 | W14698R | Dist | Zanders |
| 6-13-00 | (CIA) 220 Romarm | 1912-47 | Rifle-Semi | 762x39 | P91391795 | Dist | Zanders |
| 6-23-00 | Marlin | 45D | Rifle | 45D | B6633517 | Dist | Zanders |
| 7-1-00 | Bia | Li1A1 | Rifle | 308 | 11644457 | Dist | Zanders |
| 7-1-00 | Marlin | 1894P | Rifle | 44m | B6043637 | Dist | Zanders |
| 7-10-00 | Marlin | 444P | Rifle | 444 | 00R0873 | Dist | Zanders |
| 7-21-00 | GPB S.A. | 1911 | Pistol | 45+400 | N405730 | Dist | Zanders |
| 7-21-00 | Colt | 6780 | Rifle | 223 | SL408454 | Dist | Zanders |
| 7-31-00 | Marlin | 18415M | Rifle | 45D | 000GL13 | Dist | Zanders |
| 7-22-00 | (CIA) Romarm(s) | WASR | Rifle | 7.61x39 | S14144 2000 | Dist | Zanders |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 7-27-00 | (CIA) Dominguez | AR-15 | Rifle/semi | 2.62×35 | S18-9087200 | DIST | Rambos |
| 8-01-00 | (CIA) | M1 | 6.42 NATO | Rifle/semi | 7.62×5 | M1 04 238 | DIST | S□ 6 |
| 6-13-00 | (CIA) Remington | AR-47 | Rifle | 2.62×39 | S1-B314 69 | DIST | S□ 6 |
| 6-13-00 | (CIA) Remington | AR-47 | Rifle/semi | 7.62×39 | S1-H53044 | DIST | S□ 6 |
| 6-26-00 | Bacine homemade | sub pow | Rifle | 9mm | | FFL | Right Hand |
| 6-13-00 | Taurus | Ekg/slide | Revolver | 454 | R0473476 | DIST | Ramdos |
| 9-17-00 | special weapons | BDA5 | Rifle | 9mm | | FFL | Right Hand |
| 9-12-00 | HI-Point | com p | Pistol | 9mm | 5-06-06-060 | FFL | Post Entry |
| 9-20-00 | Glock | 21 | Pistol | 45 ACP | P809 864 | DIST | Randos |
| 9-26-00 | Glock | 2 b | Pistol | 9mm | DTW03248 | DIST | Randos |
| 9-22-00 | (CIA) | Lian Spito | Rifle | 30 6 | DVL1368 | DIST | Randos |
| 9-22-00 | (CIA) | M1 Carmmy | Rifle | 30.06 | 1085722 | DIST | Randos |
| 9-22-00 | (CIA) | M1 Grand | Rifle | 30.06 | M108763 | DIST | Randos |
| 9-22-00 | Taurus | 94 | Revolver | 22 lr | M189327 | DIST | Rambos |
| 9-22-00 | (CIA) | Cetme | Rifle/semi | 3 6 6 | 7849410 | DIST | Rambos |
| 9-22-00 | (CIA) | Cetme | Rifle/semi | 30 6 | C00357 | DIST | Rambos |
| 9-22-00 | (CIA) | | Rifle/semi | 30 6 | C00357 | DIST | Rambos |
| 9-22-00 | | 71 A1 | Rifle/semi | 30 6 | 1062-11 | DIST | Rambos |
| 9-22-00 | Aura CZ 52 | 807 | Artrilla | 12 C | M271844 | DIST | Randos |
| 9-20-00 | THALA | M27 | Shotgun | 16 | M37101483 | DIST | Randos |
| 9-22-00 | ITHACA | M37 | Shotgun | 16 5 | M30101354 | DIST | Randos |
| 9-20-00 | Bul Armay | Maduras | Pistol | 9,5,16 | V132 692 | DIST | Randos |
| 10-07-00 | Glock | 17 | Pistol | 9mm | DVL25774 S | DIST | Randos |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 10-11-00 | Glock | 27 | Pistol | 40 cal | DVR432 US | Dist | Zanders |
| 10-4-00 | Glock | 31 | Pistol | 45 | DWN966 US | Dist | Zanders |
| 10-4-00 | Sarsamp | LWS | Pistol | 32 acp | 037478 | Dist/mazze | LW Seal |
| 10-4-00 | Sarsamp | LWS | Pistol | 32 acp | 037477 | Dist/mazze | LW some |
| 10-12-00 | Glock | 27 | Pistol | 40 acp | 037418 | Dist/mazze | LW Sarc |
| 10-13-00 | CIA | C1A1 | Rifle | 30P | 124615 | Dist | Zanders |
| 10-13-00 | CIA | M Garand | Rifle | 30706 | M168694 | Dist | Zanders |
| 10-13-00 | Heritage Arms | Rough Rider | Rifle | 30.06 | M18672 | Dist | Zanders |
| 10-13-00 | Heritage Arms | 2007 PTRM | Revolver | 22 cal/22 | 4269162 | Dist | Zanders |
| 10-13-00 | Glock | 17 | Pistol | 9mm | DTD B843 | Dist | Zanders |
| 10-23-00 | Glock | 27 | Pistol | 40 cal | DNN227 US | Dist | Zanders |
| 10-23-00 | Glock | 21 | Pistol | 45 acp | DTV4166S | Dist | Zanders |
| 10-23-00 | N.G Arms | Zander | Pistol | 38758 | DRDB845 | Dist | Zanders |
| 10-23-00 | NE Arm | Zander | Shotgun | 410 | NP346544 | Dist | Zanders |
| 10-24-00 | CIA | C6TMe | Rifle | 426 | VR348645 | Dist | Zanders |
| 10-24-00 | CIA | C6TMe | Rifle | 326 | C0659 b | Dist | Zanders |
| 10-31-00 | Glock | 35 | Pistol | 40cal | S00336 | Dist | Zanders |
| 10-31-00 | Glock | 23 | Pistol | 40 cal | AYP233US | Dist | Zanders |
| 11-3-00 | Glock | 36 | Pistol | 45 acp | DB276 US | Dist | Zanders |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITI |
|------|--------------|-------|----------|---------|----------|---------------|----------|
| 11-6-00 | IRI | M84 | Rifle | 30 cal | RB65148 | Dist | 20M3e |
| 11-6-00 | IRI | Carbine | Rifle | 30 cal | RB04185 | Dist | 20M3e |
| 11-6-00 | Ruger | 10/22 Ram | Rifle | 22m | 350-82331 | Dist | 20M3e |
| 11-6-00 | CZ-W | CZ 452 | Rifle | 22m | 706827 | Dist | WSS |
| 11-6-00 | Marvin | 1856SS | Rifle | 45/24 | 00073804 | Dist | 20M3e |
| A-L-08 | Ruger | 10/22 | Rifle | 22m | 351-22334 | Dist | 20M3e |
| 11-6-00 | Ruger | P-P516 | Pistol | 40 w | 223341A | 045 | 20045 |
| 11-6-00 | MRS | 1240RB | Rifle | 22m | 246-10653 | Dist | WSS |
| 11-6-00 | Ruger | 1436 | Rifle | 7R | 37164 | Dist | WSS |
| 11-6-00 | Ruger | 10/22 RPR | Rifle | 30m | 26R2363 | Dist | Ruger |
| 11-6-00 | Ruger | P516 | Pistol | 22m | 5755046 | Dist | WSS |
| 11-6-01 | Ruger | MR644 | Pistol | 22m | 845-046 | Dist | WSS |
| 11-6-06 | Ruger | 00789 | Pistol | 22m | 223-8878 | R35 | WSS |
| 11-6-06 | Ruger | 007416 | Pistol | 22m | 223-0444 | Dist | WSS |
| 11-M-08 | Ruger | SP741 | Revolver | 22m | 223-4844 | Dist | WSS |
| 11-6-01 | Ruger | mini 30 | Rifle | 7.62x39 | R52334 | Dist | WSS |
| 11-M-08 | CBT | 6557 | Rifle | 223 | R5242411 | Dist | WSS |
| 11-M-M | CBT | 6471 | Rifle | 223 | CMR84284 | Dist | WSS |

000133

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITIO |
|------|--------------|-------|----------|---------|----------|----------------|-----------|
| 11-25-00 | NEF | Pardner | Shotgun | 12g | SB121 | FOID | David Max |
| 11-25-00 | Pistol Mchat | Mc cce8 | Rifle | 22cal | 147184 | 56127423 | |
| 11-25-01 | Stw | .9 | Revolver | 357 | AC804-66 | FFL | FFL |
| 11-25-01 | Ruger | mkII | Pistol | 22LR | 224-03761 | FFL | Bob Leckrone |
| 11-25-00 | Ruger | Magnum | Revolver | 43LC | 573-784 | FFL | BØ Whistle |
| 11-25-01 | Ruger | mk II | Pistol | 22LR | | FFL | Bob Leckrone |
| 11-25-01 | Peltor | mk1 | Pistol | 22LR | -223 8725 | FFL | Ø Whistle |
| 11-25-01 | Winchester | P-32 | Pistol | 22LR | -615 24105 | FFL | FFL |
| 11-25-01 | FFL | 160 | Rifle | 22LR | 24673 | FFL | Bob wis |
| 11-25-00 | AR | 4'Power | Pistol | 9mm | B997395 | FOID 587722 | Bob Wardic |
| 11-25-00 | MANA I | Carbine | Rifle | 22LR | F44026 | FFL | Bing Lings |
| 11-16-06 | COLT | mk(210 | Rifle | 7.62x39 | 3A-B112A | FFL | |
| 11-16-06 | Ruger | series90 | Pistol | 9mm | CA62178 | FFL | |
| 11-25-00 | Lugds | mk II | Pistol | 22LR | NM03602 | | |
| 11-25-00 | Lugds | Poly | Pistol | 22LR | 2236742 | FOID573366 | |
| 11-26-00 | Remington | 1187 3½ | Shotgun | 12ga | 34103029 | FFL | Whistle Stop |
| 11-25-00 | Browning | A5 | Shotgun | 12ga | SM010733 | FFL | Bob Leckrone |
| 11-26-00 | Springfield | L903-A3 | rifle | 30.06 | 2108412 | Bob | Whistle Stop |
| 11-24-00 | Lumber | Victriall | Shotgun | 12ga | 1299700 | 1278020 | Wince Sheltor |
| 11-24-00 | Mossburg | 500 | Shotgun | 12ga | 1731957 | FFL | FFL |
| 11-24-00 | Remington | 870 E4 | Shotgun | 12ga | CA73029m | 175-03-09278-1230 | Whistle Stop |
| 1-7-6-00 | Ruger | Win 14 | Rifle | 223 | 163-57497 | FFL | Bob Leckrone Gun |



| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1/25-10 | Ruger | 77/22 | Rifle | 22LR | 700-73224 | FOID 715380BA | Martin Harver |
| 1/25-10 | Sig | P220 | Pistol | 45ACP | 630620 | 6249044 | Mike McInerney |
| 1/26-10 | Colt | CarBine | Rifle | 308 | C660575 | FOID 11660041 | Robyn Nunn |
| 1/26-10 | Weatherby | 82 | Shotgun | 12g | 838328 | FFL | Whistle Stop |
| 1/31-10 | Stw | 10-10 | Rev | 38SPL | 8D43668 | FFL | M+D Ent. |
| 1/26-10 | Browning | BABY | Pistol | 25 | 277364 | FFL | T-E-I |
| 1/26-10 | EAA | T2148I | S. Hotgun | 12 | 9833813B | FFL | Leckrone Guns |
| 1/26-10 | Browning | S4 | Pistol | 9mm | 1149648 | FFL | Whistle Stop |
| 1/29-10 | Plur | LAR-15 | Receiver | 223 | CM020041 | FFL | Leckrone Guns |
| 1/29-10 | Plur | Commando | Rifle | 223 | 44792 | FFL | " " |
| 2/1-10 | Colt | Mustang | Pistol | .380 | R55-4330 | FFL | " " |
| 2/6-10 | Marlin | 1844S | Rifle | 44 | 17005566 | FOID | James Cartwright |
| 2/22-10 | Winchester | 941 Trigger | Rifle | 44 | 6494780 | Dist | 2000av5 |
| 2-2-10 | Lanber | bic | Shotgun | 12g | 15D3-0-4278-97 | Dist | 2000av5 |
| 2/4-06 | Socialist Workers | SW/STC | Rifle | 9mm | 27060869 | FFL | Charles Shaird |
| 2/10-10 | Springfield | M1 Garano | Rifle | 30-06 | 3-00-10-0193 | FFL | PDD Hern |
| 2-10-10 | Stw | 64 | Rev | 38SPL | 3004 608 | FFL | Brass Assett |
| 2-6-10 | 6CLCQ | 35 | Pistol | 40 | 1D65172 | FFL | Brass Assett |
| 2-26-10 | Stevens | M17 | Shotgun | 12 | D2F2118 | Dist | RSR |
| 2-1-10 | Beretta | 390UA | Shotgun | 12 | E374444 | Fvid | Richard Munzer |
| 2-6-10 | Traditions | CARACALVS | Rifle | 223 | 2068748 | 5182-1146 | David Hultz |
| 2-8-06 | Bushmaster | Bull Pup | Rifle | 223 | C63083 | Dist | 2000av5 |
|  |  |  |  |  | R0-606 | FOID | David 600ave |

00901735

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITI |
|---|---|---|---|---|---|---|---|
| 11-26-00 | Weatherby | 82 | Shotgun | 12ga | 82-0328 | FFL | Whistle |
| 11-26-00 | S&W | 10-10 | revolver | 38 spl. | BP42698 | FFL | MHP Entry |
| 11-26-00 | Browning | BABY | Pistol | 25ACP | 777309 | FFL | TFI |
| 11-26-00 | E.A.A | 12H81 | Shotgun | 12ga | 9833808A | FFL | Bob Leckr |
| 11-26-00 | Jennings | 59 | Pistol | 9mm | 1049088 | FFL | Whistle |
| 11-26-00 | Rock River | Lowers/bar/15 | Lower Receiver | 223 | CM02044 | FFL | Bob Leckron |
| 11-24-00 | BPWA | commando AR-15 | Rifle | 223 | 44797 | FFL | Bob Leckron |
| 11-26-00 | Colt | Mustang | Pistol | 38 | 1S54332 | FFL | Bob Leckron |
| 12-4-00 | Special Weapon | SUSPAD | Rifle | 9mm | S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 | FFL | Padworm |
| 12-10-00 | Springfield | M1Grand | Rifle | 308 | 3004528 | FFL | Brass Ass |
| 12-10-00 | S&W | 64 | Revolver | 38 spl. | 1D6S772 | FFL | Brass Ass |
| 12-26-00 | Glock | 35 | Pistol | 40 smw | DZF72145 | DIST | QSR |

You might be interested in these products from Maas.com's Map & Travel Store

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|------|--------------|-------|----------|---------|----------|-------------|------------|
| 1/26-00 | Weatherby | 82 | Shotgun | 12 | R2-03528 | FFL | Whistle Stop |
| 1/26-00 | S+W | 10-10 | Rev | 38spl | BPY296B | FFL | MFD Enterprise |
| 1/26-00 | Browning | BDA84 | Pistol | 25 | 277205 | FFL | TFT |
| 1/26-00 | E+19 | 12H81 | Shotgun | 12 | 96273L6L0 | FFL | Lockroma Guns |
| 1/26-00 | Brownings | SS4 | Pistol | 9mm | 104908B | FFL | Whistle Stop |
| 1/31-01 | R2.17 | LyneQRe Commando | Revolver | 223 | CM12944 | FFL | Lockroma Guns |
| 1/26-02 | S+W | | Rifle | 223 | 447767 | FFL | Lockroma Guns |
| 1/26-00 | Colt | Mustang | Pistol | .380 | R564322L | FFL | 11 |
| 1/26-00 | Rabbit'N | 1994 | Rifle | 44m | 17005568 | FFLD | 337 Carmen Spr Jms Central |
| 1/27-00 | WIN | 94 Trailsend | Rifle | 44 | 64359760 | Dist | BANDers |
| 1/30-00 | Browning | CITORI | Shotgun | 12g | 76301MD13 | Dist | BANDers |
| 02/03-00 | Colt | 1991-A1 | Pistol | 45acp | CV08893 | JFFFD | JLTN W El Kins |
| 02/23/01 | Winwicd | 48H11 | Pistol | 40acp | 5IR340 | Foid | William McDavis |
| 02/26-02 | Stevens | M67 | Shotgun | 12g | E374449 | Fbio | Richard M Muzza |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 1-25-00 | Stanley Krok | | 390-204564 | 4473 |
| 1-08-00 | J F Hammen | | DC661333 | 4473 |
| 1-06-00 | Robert Huber? | | 390-201744 | 4473 |
| 1-08-00 | Steven Dwyer | | C661263 | 4473 |
| 1-12-00 | Garrick Williams | | YF33245 | 4473 |
| 1-13-00 | Donald Braun | | 48010 | 4473 |
| 1-09-00 | John Pegert | | W4KJ | 4473 |
| 1-29-00 | Roger Zimmerman | | 164764 | 4473 |
| 1-29-00 | Jeremy Schnell | | L178645 | 4473 |
| 1-26-00 | Harold Walac | | C144273 | 4473 |
| 1-26-00 | Nathan Funkhiser | | L474426 | 4473 |
| 1-26-00 | Richard Mabelt | | L7Z167 | 4473 |
| 1-26-00 | Ethan Huff | | N12390 | 4473 |
| 2-9-00 | Brent Hensley | | A110149 | 4473 |
| 2-14-00 | Russell Turner | | S1 x305-69 | 4473 |
| 2-14-00 | Russell Turner | | S1-84471-64 | 4473 |
| 2-12-00 | Garrick Williams | | 146922 | 4473 |
| 2-17-00 | Jeff Sexton | | 1593C3 | 4473 |
| 2-14-00 | David Gmez | | N389178 | 4473 |
| 2-14-00 | David Pfeiffer | | 390-201647 | 4473 |
| 2-14-00 | Curtis Clandt | | 165631 | 4473 |
| 2-20-00 | Otto Klein | | 73506 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 2-20-00 | Denise Stoltz | Remington | 260-2371B | 4473 |
| 2-21-00 | Gary Harrison | Dross 1911 | 181 4442 | 4473 |
| 2-21-10 | Charlie Williams | Browning | 4160 | 4473 |
| 2-25-00 | Digool Kelley | Winchester | 66571 NT 817 | 4473 |
| 2-25-00 | Frank Derese | Mossberg | FIFK-77 | 4473 |
| 2-26-00 | Randy Lohr | S&W | 2500 20 | 4473 |
| 2-29-00 | Arthur Michaels | Browning | 057-2627 | 4473 |
| 3-1-00 | Donald Brown | Browning | 500 UNM 707 | 4473 |
| 3-4-00 | Donald Brown | Browning | | 4473 |
| 3-4-00 | Marilyn Markey | Bushmaster | 5058NNU617 | 4473 |
| 3-11-00 | Matt Allen | Knudsen | 10167230 | 4473 |
| 3-1-00 | Scott Walker | Mini-14 | 416183 | 4473 |
| 3-10-00 | Charles Brion | ColorD2 | 161-08272 | 4473 |
| 3-1-00 | Donald Oliver-H | Bushmaster | DVWD6V5 | 4473 |
| 3-11-00 | Michael Tautphaes | Bushmaster | 146-04111 | 4473 |
| 3-24-00 | Herman Hitt | Bushmaster | 476956 | 4473 |
| 4-5-00 | James Stine | Bushmaster | RE6960-6 | 4473 |
| 4-15-00 | August Yount | Mossberg | C77657 1A | 4473 |
| 4-15-00 | Manue Story | Ruger | 3013 8157 | 4473 |
| 4-15-00 | Brian Zeller | Colt Carbine | 692-05875 | 4473 |
| 4-15-00 | Lori Cunningham Horn | S&W | B10363 | 4473 |
| 4-1-00 | Curtis Mitchell | Smith Command | 00013 25-0 | 4473 |
| | | | 18772 | 4473 |

000139

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 4-24-00 | Philip Camp | 60 Taurus | SL4204 | 4473 |
| 4-24-00 | Robert Haley | Ruger | 56-06202 | 4473 |
| 4-24-00 | Tim Braver | Sigmund | S15-NH11227 | 4473 |
| 4-24-00 | Michael Hulett | Browning | 214 1055 | 4473 |
| 4-24-00 | Gregory Cross | Sigmund | S7-04643 | 4473 |
| 4-24-00 | Dale White Hurst | Beretta M9 | BES 645 U | 4473 |
| 4-24-00 | Troy Donnely | S&W Engrave Series | SC 11659 | 4473 |
| 4-24-00 | " | " | S C 11713 | " |
| 4-24-00 | " | " | SC 11752 | " |
| 4-24-00 | " | " | SC 11741 | " |
| 4-24-00 | " | " | SC 11799 | " |
| 4-24-00 | John Funderburgh | Marlin | cm 11672 | 4473 |
| 4-24-00 | Jason Hults | Winchester | SR26 745 | 4473 |
| 4-24-00 | Terry Seffert | Big Ruger | 205-44496 | 4473 |
| 4-24-00 | Ron Barnstable | S+W 143 | 72-46643 | 4473 |
| 4-24-00 | John Snow | Marlin 60 | cm 11383 | 4473 |
| 4-24-00 | Paul Simpson | Rossi Bff | 133 383 8 | 4473 |
| 4-24-00 | Russ Crafer | Ruger 10/22 | B012 166 484 | 4473 |
| 4-24-00 | Charles Wilson | Ruger Carb | 16780-1087 | 4473 |
| 4-24-00 | Deward Wilson | Ruger | 039 8767 | 4473 |
| 4-24-00 | Ed U & Rapp | # box 448 | 1337 2655 | 4473 |
| 4-24-00 | Bolton Deqleman | M | | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 4-3-00 | James Ross | Sentry | 1-30698 | 4473 |
| 4-30-00 | Michael Catalano | Sentry | 245 53024 | 4473 |
| 4-30-00 | Michael Henry | SD9 Champ | 036901 | 4473 |
| 4-28-00 | " " | SW 6294 | PSP2170b | 4473 |
| 4-28-00 | Katrine Gilbert | PSP | 4343 | 4473 |
| 5-3-00 | Jim Stone | 4526 | VIV8315 | 4473 |
| 5-6-00 | Michael Schleifer | 7526 WarRam | 290-20449 | 4473 |
| 5-7-00 | John Wayhel | Cat 380 | VI 411 | 4473 |
| 5-11-00 | Garnicl Williams | Commando | WB | 4473 |
| 5-26-00 | Bob Warawal | 2936 | 66015705 | 4473 |
| 5-30-00 | Richard Burton | 845 Gold | 1V000151 | 4473 |
| 5-31-00 | Marvin Jamssan | 7052 | 251-64804 | 4473 |
| 5-26-00 | Apacilltons | 22 Gun Custom | 00370863 | 4473 |
| 5-28-00 | Michael Henry | BA Master | 15C0441 | 4473 |
| 6-13-00 | Kevin Watter | B Master | BA 87013 | 4473 |
| 6-13-00 | Russmila | Mag | B026231 | 4473 |
| 6-17-00 | Ronlya Nuard | Cetme | C0041 | 4473 |
| 6-16-00 | Rodlya Nune | Cetme | C00535 | 4473 |
| 6-24-00 | Dowg LaBriol | Bushmaster | L187891 | 4473 |
| 6-24-00 | Ray Riarcetti | XMIS | 1V000294 | 4473 |
| 7-15-00 | Pat Miller | Srigs | L637Q86Q | 4473 |
| 7-15-00 | Rich Tabush | Bulasf | FS04744 | 4473 |

000141

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 2-15-00 | David Coора | Bostian/570 Bulldog | P06061 | 4473 |
| 2-16-00 | Rent Karviskie | 151/22 | 249918 27 | 44473 |
| 2-16-00 | John Radder | Cobalt | 06.065 | 4473 |
| 2-22-00 | John Gross | 1500 | 06061390 | 4473 |
| 2-23-00 | Kent Cramer | 20 gauge | 281-13143 | 4473 |
| 2-24-00 | Gariah William | 5 pt 19/11/01 | | 4473 |
| 3-5-00 | Daryl Coone | Ruger | N445-130 | X 4473 |
| 6-7-00 | Darrell Miller | Etna | 57-46063 | X 4473 |
| 6-12-00 | Daniel Coone | Micromo | M106-236 | X 4473 |
| 6-14-00 | John Lyons | | 57-46064 | X 4473 |
| 6-14-00 | Tim McCloskey | 620TC | 651-543 | 4473 |
| 6-22-00 | Robert Peters | 00 | C3C356111 | 4473 |
| 6-26-00 | Richard Travis | | 918327 | 4473 |
| 6-26-00 | Phil Ryan | | 25155555 | 4473 |
| 6-26-00 | Robert Hopkins | | 25-92377 | 4473 |
| 6-26-00 | David Nigel | M16-23B | 251-79706 | 4473 |
| 6-26-00 | Robb Calvin | | US59964 | 4473 |
| 6-26-00 | Justin Coone | | CW6499 | 4473 |
| 6-26-00 | Steven Hays | | 251-26963 | 4473 |
| 6-27-00 | Charles Achas | | CCHO54400 | X 4473 |
| 6-3-00 | Ed Osman | | 251-25-40 | 4473 |
| 6-6-00 | Russ Valle | NHM41 | 245NW6901650 | 4473 |
| | | | 06381690 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 9-8-00 | Bill Miller | 299 | T002-680 | 4473 |
| 9-4-00 | Howard Shepard | 297 | 663-22289 | 4473 |
| 9-12-00 | John Hickey | Sar1 | S1-1354-4-06 | 4473 |
| 9-12-00 | '' | Sar1 | S1-14434-06 | 4473 |
| 9-6-00 | Ren Ray | Colt Anis A2 | LGC-01 6327 | 4473 |
| 9-17-00 | Carl Quinlan | SMG | 6-00-06-010 O (cotarti) | 4473 |
| 9-17-00 | Bernard Roller | King Cobra | 12 U 3514 | X 4473 (oTT41/0040) |
| 9-19-00 | Steve Evaloff | LWS32 | 03474 | 4473 |
| 9-14-00 | '' | '' | 63477 | 4473 |
| 9-19-00 | '' | LWS32 | 63477 | '' |
| 9-19-00 | '' | LWS32 | 63478 | '' |
| 9-20-00 | Tony Anderson | Y06, RAM | 290-39146 | 4473 |
| 9-20-00 | Gerry Medlund | MAR LIN Camp G | 03347723 | 4473 |
| 9-23-00 | Loyd Barbar | 10/45 | 251-35810 | 4473 |
| 9-26-00 | Robert O'Brien | Glock 21 | DTW 034US | 4473 |
| 9-27-00 | Bill Campbell | 945 | T64441D | 4473 |
| 9-29-00 | Robert Stern | FMJ D | M000680 4 | 4473 |
| 9-30-00 | Howard Shepard | Winchester Defender | 62676787 | 4473 |
| 9-30-00 | '' | Buck Mark Romanti | 25-2522 | 4473 |
| 10-4-00 | Tony Anderson | SAR-3 | S3-1233-2008 | 4473 |
| 10-4-00 | Joe Adcock | 2 year Colt | 254-609365 | 4473 |
| 10-7-00 | Larry Sinclair | RSBD | 336 00097 | 4473 |
| 10-7-00 | Alex Crabbe | 15 A | 023A0465 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 10-7-00 | Richard Rlieo | SBar-1 | S1-RU41-95 | 4473 |
| 10-7-00 | John Hoffman | 10/22 RB | 25-15774 | 4473 |
| 10-11-00 | Dwaine Shepard | 14250L | 373-49105 | 4473 |
| 10-12-00 | Daniel Gibson | BBS | 057444+852 | 4473 |
| 10-13-00 | David Hults | SBar-1 | S1-145-24 | 4473 |
| 10-14-00 | Darrel Soares | | Rbb37476 | 4473 |
| 10-14-00 | " | | 08373-41A | 4473 |
| 10-14-00 | Gary Line Berry | | CM 00184D | 4473 |
| 10-15-00 | Mr. Dennis Miller | Ruger | 25-262416 | 4473 |
| 10-15-00 | Don Wallace | | B3-23-705 | 4473 |
| 10-15-00 | Robert Holland | | 9155446 | 4473 |
| 10-15-00 | Tom Taylor-Loc | WESSON | FE 2171 | 4473 |
| 11-15-00 | " | | | 4473 |
| 10-16-00 | Craig Trudeau | 6-04-230 | DWN0736 | 4473 |
| 10-16-00 | " | | DWN0936 | 4473 |
| 10-17-00 | Jared Simpson | | C00596 | 4473 |
| 10-17-00 | Garrick Williams | | 17600175-24 | 4473 |
| 10-19-00 | Arthur Michaels | | 92405 | 4473 |
| 10-24-00 | Chan Carter | SBar-3 | 46624211 | 4473 |
| 10-24-00 | Robert Bolon | Gloc/23 | S3-0337-2000 | 4473 |
| 10-24-00 | Louis Howle | | DXR033-US | 4473 |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 1-3-01 | Marlin | 30cal Rifle/rev | 30AA OACG1634 | 2 RIVERS |
| 1-24-01 | Marlin | Other Pistol/rev | | ZANDERS |
| 2-12-01 | GLOCK | PIC Pistol | 45Cal GVKSSG445 | RSR |
| 2-12-01 | GLOCK | 40 Pistol | 40cal MCSDLYD | ZANDERS |
| 2-12-01 | Browning | 22cal Pistol | 40cal MCSDA36 | ZANDERS |
| 4-11-01 | Remington | .357 Shotgun | 12ga4 SM019961 | ZANDERS |
| 4-17-01 | Mossberg | R3 Shotgun | 12ga ESLV04B726 | ZANDERS |
| 5-4-03 | Ruger | 22mm R.P.D/semi | 22LR VMG60676 | ZANDERS |
| 5-9-02 | GLOCK | .283 Pistol | .283 1996057 | M I WILLIAMS |
| 5-11-04 | GLOCK | 27 Pistol | 9Ed ASTRS | RSR |
| 5-14-02 | GLOCK | 19 Pistol | 40cal ECV02EL45 | RSR |
| 5-14-02 | GLOCK | 24 Pistol | 9mm EBOSEYD45 | RSR |
| 6-1-01 | GLOCK 19C | 26 Pistol | 45cal VEE BORYK | RSR |
| 8-2-01 | Para Ord. | 19C Pistol | 45cal DYL073N5 | RSR |
| 8-25-01 | Enq | 45cal Pistol | 9mm EYN132445 | RSR |
| 6-20-01 | Puma | 12H Shotgun | 45cal OMK263 | WILLIAMS |
| 6-20-01 | Savage | 15wt Rifle/rev | 357 COAZL 2174G | ZANDERS |
| 6-20-01 | Savage | 116 Rifle | .243 126C2724 | ZANDERS |
| 8-31-01 | Mossberg | 116 Rifle | .243 F5463658 | ZANDERS |
| 9-19-01 | French | 500 Shotgun | 20X ROTB103 | ZANDERS |
| 10-20-01 | Marlin | MAS 6443 Rifle | 410 64436 | ZANDERS |
| 10-16-01 | GLOCK | 257 Pistol | .22LR 649264 | WILLIAMS |
| 11-26-01 | Bushmaster | 2601 Rifle | 9mm 9383 DSQS | WILLIAMS |
| 10/26/0 | Ruger | TMM4 Rifle | .203 EKV 216445 | RSR |
| | | N/A Rifle | .223 L6H477 | QUAL 34 PORTS |
| | | | .223 65724 | WILLIAMS |
| | | | 196 PRB723 | WILLIAMS |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|------|--------------|----------|----------|------------|
| 10-20-01 | Marlin | 1894/44 R.A. + Lvr | 4kz 04 EV0163 | Devils ans |
| 10-20-01 | Ruger | mini Rifle/semi .223 | 196 64z5 | Devils ans |
| 11-5-01 | Stw | .41 Pistol | Lazas EIRZ 74866 | 2872 |
| 11-25-01 | Ruger | .44 Revolver | Blkhwk EIR9 1586 | Brian & gun |
| 12-15-01 | Ruger | .44 Pistol | Blkhwk R24-12646 | Devils ans |
| 12-21-01 | Ruger | 37 Pistol | .44 67-3-24947 | Devils ans |
| 12-21-01 | Ruger | 30 Pistol | Wnglewn 84665 | 2872 |
| 12-21-01 | H+R | Topper shotgun | 20ga 4A2J823J2 | RC2 |
|  |  |  |  | RC2 |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID OR FFL | AQUISITION |
|------|--------------|-------|----------|---------|----------|-------------|------------|
| 1-5-06 | Glock | 26 | Pistol | 9mm | B7N413GS | Foid | Mike Eurolofri |
| 1-5-06 | '' | 30 | Pistol | 45mm | QWQ0946S | FDiD | '' M |
| 1-5-06 | Ruger | RH | Rev | 44mm | 5031852G | '' '' | '' |
| 1-5-02 | Mossberg | 835 | Shotgun | 125 | UM36264 | '' '' | '' |
| 1-5-06 | Beretta | 9-96 elite | Pistol | 9mm | Berg7328A | FDiD | '' |
| 1-5-06 | Browning | BPS | Shotgun | 205 | 408464PN162 | Foid B08428 | John carcari |
| 1-5-06 | EAA | Siga | Shotgun | 12g | 04414865 | Foid 3508428 | Larry Jones |
| 1-9-06 | ANTSCHUTZ | 64 | Rifle | 22 | RX1829 | FoiD | Steve Burns |
| 1-6-02 | Para ord | LDA | Pistol | 45 | OC1681 | Foid | Steve Burns |
| 1-19-02 | T/C | ENCORE | Framing Kit | N/A | 70418 | DiST | Steve Borras |
| 1-20-02 | Marlin | 1897 | Rifle | 22LR | 96300800 | DiST | ort Dir-Sports |
| 1-10-02 | MARLIN | 1845 6 | Rifle | 46/70 | 74079731 | DiST | DAVidson's |
| 1-10-01 | Glock | 34 | Pistol | 9mm | EGN395US | DiST | DAVidson's |
| 1-17-02 | Sig | 2008 | Pistol | 45 | EMN0866S | DiST | RSR |
| 1-27-02 | SA | 4040 | Pistol | 9mm | B344169 | DiST | RSR |
| 1-4-02 | GLOCK | 19 | Pistol | 40SW | 055696 | DiST | RSR |
| 1-10-02 | SAVAGE | 11FXP7 | Rifle | 300 | Qomg10VS | DiST | RSR |
| 1-19-02 | SA | 1411MC | Pistol | 47ACP | 600080 | FOID | DAVID ALLEN |
| 1-12-02 | Rem | 1100 Skeet | Pistol | 125 | N434142 | DiST | DAN LAW |
| 1-22-02 | C'A 78om | C'Aturn | Shotgun | 125 | N210437 | DiST | RSR |
| 1-20-02 | Glock | 36 | Pistol | 356D | 604250 | DiST | GARY WELLS |
| 1-6-02 | Browning | ABolt | Pistol | ULTRA | D297665 | BoiD | C'A |
| 1-6-02 | BoNd | E212 | Rifle | 3016 | 2632MM47 | FOid | DAVid Allen |
| 1-20-02 | GLOCT 0001AM | 35 | Derringer | 45acp | 7663 | DiST | Rick DAVis |
|  |  |  | Pistol | 40 | EANS7048 | DiST | RSR |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITIO |
|---|---|---|---|---|---|---|---|
| 1-5-02 | 6 loch | 26 | PISTOL | 9mm | BTN 413 US | FOID | MITE |
| 1-5-02 | " " | 30 | PISTOL | 357 SIG | CBUR 049 US | FOID | EVANS FF |
| 1-5-02 | " " | 19 | PISTOL | 9mm | AXH 334 US | FOID | " " |
| 1-6-02 | Ruger | 10-22 Howitz | Rifle | 44mm | 503-185-16 | FOID | " " |
| 1-5-02 | Mossberg | 535 | SHOTGUN | 12g | vm 3688 | FOID | " " |
| 1-5-02 | Beretta | Ap 96 ELT | PISTOL | 9mm | Rav 273761 | (BER) | " " |
| 1-5-02 | Browning | BPS | SHOTGUN | 20g | 40384LPN162 | FOID | JATLUCICCA |
| 1-4-02 | EAA | Siasta | SHOTGUN | 12g | 0141 4665 | FOID | Larry Bown |
| 1-4-02 | ANTCHUTZ | 64 | RIFLE | 22G | 30184298 | FOID | Steve Bunde |
| 1-6-02 | Para ordnance | LDA | PISTOL | 45 | 1221604 | FOID | Steve Bnn D |
| 1-6-02 | Ticklore | Emore | Frame Kit | N/A | ICI 181 | E 09 | Steve Bnn L |
| 12-2-02 | Marlin | 1897T | Rifle | 22 4T | 70410 | FOID | OUT DOOR SP |
| 1-9-02 | Marlin | 1893 6 | Rifle | 45/70 | 98380804 | DIST | David san |
| 1-16-02 | Glock | 34 | PISTOL | 9mm | 49079233 | DIST | David san O |
| 1-19-02 | Beretta | 90 | PISTOL | 9mm | E 6N 24476 | DIST | David san O |
| 1-19-02 | Glock | 15 | PISTOL | 45 ACD | ENM 654 US | DIST | RSCR |
| 1-24-02 | Para safety | D 22L | PISTOL | 9mm | BDG 8705 | FOID | RSCR |
| 1-24-02 | Savage | 110 FXP3 | Rifle | 300 wsm | 6835FSL | FOID | David Allen |
| 1-15-02 | Remington | 1100 SPORT | SHOTGUN | 12g | 6000108 | FOID | David Rush |
| 1-25-02 | H+r | cotra | RIFLE | 30-2 | N720437 | FOID | David san |
| 1-26-02 | Glock | 3L | PISTOL | 40 | 6004356 | DIST | Two David |
| 1-30-02 | Browning | A-BOLT | Rifle | 45770 | D202748 | FOID 2447438 | David san O |
|  |  |  |  | 30-0 |  | 10 | R Loans |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISIT |
|------|--------------|----------|----------|---------|
| 1-13-02 | T/C Encore | Encore Pistol | N/a | 70410 | [illegible] |
| 1-13-02 | Marlin | 1895 | .45.70 lever action | 98300026 | Davids? |
| 1-13-02 | Marlin | 1895 | .45.70 lever action | 96079733 | Davids? |
| 1-18-02 | Glock | 170 | Pistol | 457nd ENM 656 US | 7252 |
| 1-16-02 | Glock | 170 | Pistol | 457nd 36585 | 7252 |
| 1-25-02 | C/a | coins R/Fl w/semi | Dra E66 36585 | C/A |
| 3-18-02 | Remington | 572 | Shotgun | D18 600 4752 | C/A |
| 3-16-02 | Howa US | 6400 Rifle bolt action | Wn 9982767A | Z AND G |
| 3-16-02 | Howa US | 6320A Rifle bolt action | Wn 1556274 | Z AND G |
| 3-16-02 | (C/A) Romanian | 742 rifle semi | UCP 25916 | Z AND G |
| 3-16-02 | C/A Romanian | AK47 R. shotgun | 7682 SY 6SG 2 AN | Z AND G |
|  |  |  | 8146 2052 AN | Z AND G |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|------|-------------|-------|----------|---------|----------|---------------|------------|
| 1-31-02 | Bushmaster | AR15 | Rifle | 223 | L073712 | FFL | Doug King Cusby |
| 1-26-02 | B/S | LTO Man | | | | | |
| 1-26-02 | Bron Animal | 7.30 | Rifle | 30-06 | S103631 | FFL | Doug Brum Cusby |
| 1-31-02 | Win | Type 11 | Pistol | 223 | B22911 | FFL | Doug Brum |
| 1-27-02 | Ruger | 410 mult | Shotgun | 12g | | FOID | Doug Brum |
| 1-27-02 | Taurus | 6 Pistol | Rev | 35-7 | 2941S | FID N7A | |
| 2-4-02 | Rem | 85 | Rev | 357 | R057741 | FOID | George Stroff |
| 2-16-02 | Beretta | 700B0L | Rifle | 30-30 | 636721 | FOID | George Mathews |
| 2-11-02 | T/C | 9615 | Pistol | 9mm | L66235 | Pist | |
| 2-8-02 | T/C | Cont | Pistol/Frame | 10/12 | 22646 | FOID | Accu-Sport |
| 2-16-02 | Browning | Cont | Pistol/Frame | 12mm | 3306413 | FOID | Sordon Melick |
| 2-16-02 | T/C | circulat | Rifle | 10/12 | SID43 | FOID | Ray Anderson |
| 2-18-02 | Rem | 975 Cont | Shotgun Frame | 105g | 0072N8.317 | Dist | Jerry Anderson |
| 2-16-02 | Taurus | SE70 | Shotgun Frame | N/A | 2465711 | FOID | 2 Andos |
| 2-16-02 | Henry | H5 | Pistol | 105 | C0967674 | FFL | Stew Croll |
| 2-16-02 | C/A | 640 Di | Rifle | 357 sol | QU1372 | Dist | Bensler Clibo |
| 2-16-02 | Dimension | FPL | Rifle | 30 Lin | | NT BL | 2 Andos |
| 2-16-02 | Dimension | 97 | Rev | 76x85 | 168-57H | Dist | Matt Owen |
| 2-18-02 | Taurus | 82104 | Rifle | 761x85 | SI45565209 | Dist | 2 Andos |
| 2-02 | Rem | 2104 | Rev | 30H0r | SI45265201 | Dist | 2 Andos |
| 2-02 | Taurus | 1100 | Shotgun | i410 | VCF25-918 | Dist | 2 Andos |
| 2-02-99-02 | Taurus | 617 | Rev | 357 | 75660 HH | FOID | 2 Andos |
| 2-02 | 23 | | Pistol | 40 fw | VA9BSCG6 EPMA3U5 | Dist | Gary Wells |
| | | | | | | Dist | Davidson |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 2-2-6 | Winchester / Russ-Rpro | 140U bolt | Shotgun | 20ga | 2341 C | 7850 | Lindsey ? |
| 2-7-08 | Taurus | Rev | Rev | 357 | | 3844175 F/D | Gary G/MAPD |
| 2-7-08 | Rem | 85 | Rev | 357mm | RB7741 | F/D | Gary G/MAPD R |
| 2-4-02 | Baretta | 2000OL | R.Fle | 22-50 | 628712 | F-OID | List |
| 2-10-02 | ? | Cont. | Pstol | 9mm | 66782 | F-OID | |
| 2-10-02 | ? | Cont. | Pstol LTR | 22LN/40 84P | 66782 | Ford | Rcc Split |
| 2-13-02 | Keystone | Cricket | ? Rifle | N/a | 040 84P | Ford | Stech Mc |
| 2-16-02 | Browning | A5 | Rifle | 22LR | 328843 | F-010 | Temp Aldburg |
| 2-16-02 | ? | Cont. | Shotgun | 12L | 54143 | D.17 | Terry Baddon |
| 2-20-02 | Rem. | 1100U | Shotgun 9mm | N/a | 807334 CM11 | F-010 | 2 mndon 7 DNF |
| | | | Shotgun | N/a | 245740 | FFL | Steve Bareno NF |
| | | | Shotgun | 410 | 1506 0114 | F-010 | Bonnie Clark NF |
| | | | | | | | Gary Wessel NF |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|------|--------------|-------|----------|---------|----------|---------------|------------|
| 4-17-02 | Glock | 23 | Pistol | 40 stw | ERD241V5 | Dist | Davidsens |
| 4-17-02 | Glock | 19 | Pistol | 9mm | ELY506U5 | Dist | Davidsens |
| 4-17-02 | Glock | 26 | Pistol | 9mm | ELY520U5 | Dist | Davidsens |
| 4-17-02 | Charles Arms | Bulldog | Rev | 44spl | 165493 | Dist | Marmora |
| 4-17-02 | Bushmaster | AM15E2 | Rifle | 223 | L262185 | L260265 | Marmora |
| 4-17-02 | Beretta | M1 Carb | Rifle/S Selbur | 30 cal | | | Stev Brown |
| 4-17-02 | Davidson | Turad Our | Rifle | 45-70 | 1533470 | FFL | " |
| 4-03-02 | Ruger | MkII | Pistol | 22LR | 70076 | FFL | Dauks guns cons.g |
| 4-25-02 | High Standard | Dm-11 | Pistol | 22LR | 221-7335 | FFL | Other Guns cons. |
| 4-25-02 | Beretta | 418 | Pistol | 25 | 2006004 | 740017 | Consignment |
| 4-30-02 | Star | | Pistol | 25 | 6704 | 7010 | |
| 4-04-02 | STA | 92B | Pistol | 9mm | | | Russ Gardner |
| 4-24-02 | S+W | McGinand | Rifle | 45 | 270 GU | 7010 | Russ Gardner |
| 4-24-02 | Sig | 220 | Rifle | 38.06 | A8963 | | Roy Gardner |
| 4-24-02 | Ruger | D22B | Rev | 44m | 105 8445 | FFL | Roy Gardner |
| 4-24-02 | S+W | Countsy Six | Pistol | 9mm | CEV9014 | 510/0369 | Roy's Guns |
| 4-24-02 | S+W | MOI | Rev | 357 | R314186 | 821 613413 | Rich Taylbuck |
| 4-24-02 | Glock | 21 | Rev | 9mm | 156-1854 | " | John Calcar |
| 4-28-02 | S+W | 66 | Pistol | 45acp | 45282 | " | " |
| 10-02 | Rem | 63.83 | Rev | 357 | ART236U5 | " | " |
| 3-02 | Rem | 2400 | Rifle | 30.06 | 9K35928 | FOID | Gary Wisby |
| 10-02 | I224 | 191 | Rifle | 243 | 4018508 | FOID | Washington |
| | | | Rifle | 206 | 0643873 | FOID | Pete Maymord |
| | | | | | 1527804 | 822231 | Donovan Looms |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 5-14-02 | STW | 656-5 | Rev | 357 | Cev1402 | cev1402 | Jimmy CALCART |
| 5-23-02 | Charter Arms | Undercover | Rev | 38spl | A17453 | 8316AL3 | Jimmy CALCART |
| 5-30-02 | SA & 8 | Compact | Rifle | .308 | 60810066 | 60810010 | Nova Bernotti |
| 6-6-02 | Glock | 10 Compact | Pistol | 45auto | Eop165v5 | OIST | Simmons |
| 6-6-02 | SA | 30 | Pistol | 45auto | N4434118 | OIST | OIST |
| 6-03-02 | Nevada Arms | V11 | Pistol | 45auto | N4434118 | OIST | RCR |
| 6-07-02 | SIG | SA | Pistol | 9mm | 9833 | OIST | RCR |
| 6-23-02 | CALICO | .228 Liberty | Pistol | 9mm | B372172 | FFL | RCR |
| 6-27-02 | Ruger | 100 | Rifle | 9mm | B372172 | FOID | 240 6 NS |
| 6-27-02 | TRD | Varmint 2635 | Rev | 45LC | B083110 | D.st | Ron GOILBRALT |
| 7-8-02 | Glock | 2635 | Rifle | 30.8 | 55-4697 | FOID | RSR |
| 7-10-02 | Ruger | 243 | Rifle | 40 | 00312 | FOID | Fire Sims |
| 7-24-02 | Colt | P470C | Pistol | 4 | EF05415 | FOID | Hynes-Bichm |
| 7-24-02 | Mossberg | 13 | Pistol | 9mm | 063-22017 | FOID | Jeromy-Beilieu |
| 7-8-02 | Savage | SP | Pistol | 9mm | EEN-59 | 063-75426 | Bill Simmon |
| 7-8-02 | WIN | 116 | Shotgun | PG | L59763 | 2019 | Neil Clasing |
| 7-12-02 | Rem | 70 | Rifle | 2.63 | .2301026 | N159-22-78 | Keny Nolan |
| 8-8-02 | H+R | 11/67 | Rifle | 22LR | 6005R8b6 | RIR.519 | Jonathan Batlay |
| 8-8-02 | B+DL | 656 | Shotgun | 12g | PC74744 | 44 | Jonathan Batlay |
| 8-8-02 | Rem | Pump | Rifle | 22g | A744003 | FOID | 44 |
| 8-02 | STW | 15-15 | Rev | 38spl | BLL434 | 44 | Jimmy Simmons |
| 8-02 | Ruger | Sport | Rev | 28spl | A25.1010 | 63460042 | 44 |
| 8-02 | SIG | P228 | Pistol | 9mm | 160-6255 | #17L | Jimmy CALCART |
| | | | Rev | 9mm | B356 444 | 44 | 44 |

000153

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 10-2-02 | Glock | 22 | Pistol | 40 | DES254US | FOID 62181147 | JOHN CALCARE |
| 10-5-02 | Rem. | 670 | Shotgun | 12g | 91569244 | FOID | ROBERT BERUS |
| 10-5-02 | Ruger | Blu Tech | Pistol | 9mm | BA27597 | FOID | JOHN CALCARE |
| 11-7-02 | Ruger | Black Hawk | Rev | 41m | 474677 | FOID 6143 | FOID |
| 11-8-02 | Ruger | Ren Hawk | Rev | 44 | 5554 | FOID | ROTO MAYNCA |
| 11-9-02 | Browning | BPR | Rifle e 270 | | R31M2RR11 | | |
| 11-9-02 | Browning | BPR | Rifle e 270 | | R31M2RR11 | " | " |
| 11-9-02 | Browning | BPS | Shotgun 20g | | 12RIM12R3R | " | " |
| 11-9-02 | Ruger | BPS | Shotgun 12g | RVRSSPWLD | | " | " |
| 11-9-02 | Winchester | M77MIZ | Rifle 30g | 07516242 | | " | " |
| 11-23-02 | Too Arms | DeFender | Shotgun | 265580UL | | " | " |
| 11-?-02 | Browning | 63 | Rifle | 673 | | FOID | JEREMIAH MURPHY |
| 12-2-02 | Mauser | A790 | IhatJun 00B | 060607 | FOID | RICHARD FRINCH |
| 12-9-02 | STW | HSC | Pistol 32g | W105264 | 235-6415 | STATES GUN CLUB |
| 12-9-02 | STW | 4003 | Pistol 3740 | Z164U | FFL | BILL HENRY |
| 12-9-02 | MARLIN | TACTICAL | Pistol 40 | 427T0601 | FOID | WILLIAM McCOY |
| 12-5-04 | STW | 1645CB | Rifle 45720 | M186645 | FOID | JOHN BIVENS |
| 12-5-02 | MARLIN | 15-3 | Revolver 357m | 941246861 | FOID | BYRON BIVENS |
| 12-4-02 | IngRAM | MAC 10 | 30-30L | 1296641L | FOID | WICLIFF |
| 12-02 | cows 47b 45 | | Pistol 9mm | 5517770 | FOID | " |
| 12-02 | cows 0-02 | | Pistol Pistol | RWINY | " | " |
| 12-02 | Sig P226 cows | P220 | Pistol 45 | A0175598 | " | " |
| | | | | 34ERR858 | | |

000154

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1/15-02 | GLOCK | 27 | Pistol | 40cal | BGL274 | FOID | Brecd |
| 1/25-02 | WALTHER | PPK/S | Pistol | 22LR | GA45762 | " | WALTHER |
| 1/25-02 | COLT | TROOPER MKIII | Rev | 22LR | 41963u2 | " | " |
| 1/25-02 | COLT | BUNTLINE | Rev | 22LR | X216V | " | " |
| 11-25-02 | Ruger | MR | Rev | 22LR | 646757 | " | " |
| 1/25-02 | CZ | CZ22 | Rifle | 25Rem | M373 | " | " |
| 1/25-02 | | MI GARAND | Rifle | 30 | F57722D | " | " |
| 10-25-02 | Rossini | SILS | Rifle | 30.16 | D344517 | " | " |
| 10-27-02 | SIG (Tanfoglio ONLY) | P225 | Pistol | 9mm | EA175 | FOID | Jim Finley |
| 11-30-02 | BITWAING | BDA | Pistol | 22LR | M416586 | FOID | John CALCAGNO |
| 11-30-02 | 660CIL | 30 | Rifle | 3006 | 321m2 | FOID | Paolo Aliegni |
| 12-30-02 | Mossberg | 5000 | Pistol | 12c | ETX54045 | FFL | |
| 12-3-02 | S+W | 66-5 | Shtgn | 410 | JBC21115 | FFL | Dobry Gun's |
| 12-02 | CMF | 1675 | Rev | 357 | CA17800 | FFL | ZANZWOLF |
| 12-1-02 | S+W | 4C | Rev | 45 | 141150 | FFL | Zanis Bartol Gun's |
| 12-02 | COLT | DIAMONDBACK | Rev | 38col | 1834704 | FFL | |
| 12-1-02 | TAURUS | DBULL | Rev | 22LR | DA52M | FFL | |
| 12-02 | COLT | P738 | Pistol | 22LR | AUD1538 | FFL | Davis |
| 12-02 | SAVAGE | 1908 TACTICAL | Pistol | 25 | 1327/4 | FFL | Davis HSJohn Travis |
| 12-02 | MARLIN | 1044 | Rifle | 9mm | G017570 | FFL | Travis |
| 12-02 | BRIAN | 44 | Rifle | 357 | 4065395 | FFL | Cockroach |
| 12-02 | GLOCK | 23 | Rev | 38 | 165418 | FFL | David Newton Laz Long |
| | | | PISTOL | 40 | RLY017U5 | FFL | Stinky Crow |

000155

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 12-1-02 | W.H | 1867 | Shotgun | 12g | 218FLB3 | FOID | Dale Thelemart TX |
| 12-1-02 | Bushmaster | EVHMS | Rifle | 223 | L27641189 | FFL | Dwights gun |
| 12-1-02 | Olympic Arms | OA Plinker | Rifle | 223 | S6W2006 | FFL | Dwights |
| 12-1-02 | Ruger | 22HS | Pistol | 22LR | 225126332 | FFL | Dwights |
| 12-1-02 | Ruger | 17 | Pistol | 9mm | 125V56145 | FFL | Location gun |
| 12-1-02 | Browning | 11/67 | Shotgun | 12g | 12659266 | FFL | Dwights |
| 12-1-02 | N American Arms | Mini | Pistol | 22 | 4334887 | FFL | Dwights |
| 12-1-02 | Braztech/Rossi | Rev | Rev | .357 | L04U670 | FFL | M P Entorme |
| 12-1-02 | Tver/JOHN174 | Shotgun | Shotgun | 2410 | SSP22364 | FFL | Lionna gun |
| 12-1-02 | SIG | Brazil | Rev | 22 | 24657 | FFL | Dean Co Ill |
| 12-1-02 | RCBI2 | 3240 | Pistol | 40 | SPM1192 | FFL | Whistle |
| 12-1-02 | Armsport | 31 | Pistol | 357SG | ECA2005 | FFL | Whistle |
| 12-1-02 | Ruger | 45LD | Rev | 3660L | 0485719 | FFL | Throw Creek |
| 12-1-02 | Walther | Broadway/Row | Row | 357 | 38-7336 | FFL | Dwights |
| 12-1-02 | Ruger | 07 | Pistol | 22LR | L851462 | FFL | Dwights |
| 12-1-02 | N American | Singleg55 | Revolver | 22mm | D63-6480 | FFL | Location gun |
| | NAT 22MS | Row | Row | 22m | L20647 80 | FFL | Whistle ST |
| | Jennings | | Pistol | 22LR | 04U443 | FFL | Whistle ST |
| | Ruger | | Rev/Row | 44m | 53889U | FFL | Whistle ST |
| | Ruger | 04 | Row | 40? | 5502057 | FFL | Whistle ST |
| | Browning | Banmastor | Rifle/STL | 22 | 4334187 | FFL | Location gun |

000156

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|------|--------------|-------|----------|---------|----------|---------------|------------|
| 12-1-02 | S&W | 2246 | Rev | 22LR | 756520 | FOID | |
| 12-1-02 | Glock | | Pistol | 45ACP | | FFL | |
| 12-1-02 | Glock | 513 | Pistol | 40 | 660-2634 | FFL | |
| 12-1-02 | Ruger | 33 | Pistol | 40 | AYR72405 | FFL | |
| 12-1-02 | Glock | 40 | Pistol | L/D | ECFU3396 | FFL | |
| 12-1-02 | Colt | 31 | Pistol | 45 | 601N184 | FOID | |
| 12-1-02 | | Mustang | Pistol | 45 | DVU6WDS | FOID | |
| | | | | | | | |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 8/5/02 | Oνα Betλa McCaster | C9 | P060873 | 4473 |
| 8/27/02 | Milo Alcorn | 25 | 1131444 | 4473 |
| 8/27/02 | George Hohe | 1100 | P1011074U | 4423 |
| 8/21/02 | Sam Carlyson | P230 | 51623742 | 4423 |
| 8/15/02 | Sam Shamp | LW370 | 51137161 | 4473 |
| 3/14/02 | James Shamp | SDD | P085452 | 4473 |
| 8/21/02 | Joel Simpson | 223 Cal | 740-016165 | 4473 |
| 8/20/02 | Russell Waller | 19/141 | 8819390 | 4473 |
| 3/15/02 | Roger Puss | Sar 8 | 07553 | 4473 |
| 8/10/02 | Carl Brown | M Carbine | A1901208 | 4473 |
| 8/21/02 | Peter Reaves | Black Hawk | 46-07350 | 4473 |
| 8/22/02 | Peter May | Black Hawk | 35-11008 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 10-4-02 | Kibler Robert E | 645 | M1640099 | 4473 |
| 10-3-02 | Reagan John Jr | Gtone | 178704 | 2473 |
| 9-30-02 | Azzed Patrick/James $35 | | UMW77525 | 4473 |
| 10-3-02 | Nino Oquendo/USP | | 25-071260 | 4473 |
| 9-15-02 | Orison Frank J | 1100 | 27W6011 | 4473 |
| 9-17-02 | Colarusso A | 19 | EV652645 X | 4473 |
| 9-17-02 | Yuan David Vaughn ER22mb4 | | BU0955 | 4473 |
| 9-19-02 | Yuan Donna Vaughn ER22mb4 | | BU0959 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11-2-02 | Patrilia D. Stringfield | 10/22 | 248-54780 | 4473 |
| 11-2-02 | Patrilia D. Stringfield | 39A | 24332 | 44 73 |
| 11-2-02 | Kurt Lemke | 6810 | AX140063 | 44 73 X |
| 11-2-02 | Scout 4600 YN | 24 | E441-53105 | 44 73 |
| 10-28-02 | Anderson Johnson | 14110-1 | 985988 | 44 73 |
| 11-1-02 | Conner David Eugene | 10-22 | 153-21733 | 44 73 |
| 10-28-02 | Sean Anderson | 980 | H5340405 | 44 73 |
| 10-26-02 | Powell David Joseph | 1570-124 | H02006 | 44 73 |
| 10-23-02 | Floyd William Joseph | 0.0005 | S000149 | 4473 |
| 10-22-02 | Shoro John M | 28 | 15367413192 | 44 73 |
| 10-22-02 | Shoro John P. | 457 | CA17460 | 44 73 |
| 10-21-02 | Keith Michael Patrick | GP100 | 17013878 | 44 73 |
| 10-17-02 | Peter Jeffrey Jay | 18722M | 651353 | 44 73 |
| 10-17-02 | Paul Albert Chad | 44M | Ruger H BS1253 | 44 73 |
| 10-16-02 | Silvester Joel Vinnie | AR-15SA | 470 073 187 | 44 73 |
| 10-16-02 | Perry Kendall Josiah | PRIS | 554445 | 44 73 |
| 10-17-02 | Bart Louie | XM15-E2S | 1734009 | 44 73 |
| 10-14-02 | Miller Roger William | Marbini | 6203342 | 44 73 |
| 10-16-02 | Kauffman Oswald | 90 EL | G-173697 | 44 73 |
| 10-5-02 | Stone W. O'Quinn | 18057 B | AA01B08 | 44 73 |
| 10-6-02 | Michael Roberts | 870 | C459734 A | 44 73 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11/03/00 | Terri Scragin | | 463TU5 | X |
| 11/30/00 | Samuel Abril | | E96209WS | 4473 |
| 11/30/00 | Roger Nuss | 83 | IVAN0154 | 4473 |
| 11/28/00 | Sara Manuele | 1400 | NI0936238 | 4473 |
| 12/1/00 | Harold Higgins | Abolt | Kalle 7HN35 | 4473 |
| 12/5/00 | Colline Giuseppe | 1911067 | MN64945 | 4473 |
| 12/10/00 | George Berton | 835 | VM39159l | 4473 |
| 12/10/00 | Gregory Benton | 37 | 371590601 | 4473 |
| 12/17/00 | Sonnos Finley | XMSFA05 | LO35104 | 4473 |
| 12/17/00 | James Finley | A-15 | FOL087 | 4473 |
| 12/16/00 | Richard Robison | ML | 2111517 | 4473 |
| 12/19/00 | John Calcon | 90fsverto | Rex272343 | 4473 |
| 12/19/00 | Daniel Taylor | 1911-80 | 2782241 | 4473 |
| 12/19/00 | Preston Grown | Ford 3 | 608007 | 4473 |
| 1/23/01 | Earl Calhoun | NANERO | 610-4270 | 4473 |
| 1/23/01 | Lukas Gruaclom | 995 | V23-8-93 | 4473 |
| 1/29/01 | Lukas Gruaclom | AK-47 | UA-21101 | 4473 |
| 1/9/01 | Robin Kesaveos | W44 | 84-5005 | 4473 |
| 1/9/01 | Robert Ohrnan | 1894 | 898/3109 | 4473 |
| 1/31/01 | Mike Alcovin | SDD | CNYTOU | 4473 |
| 12/29/00 | Daniel Peterson | Rockwell | S63-0-5L OR | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|------|-------------|-------|----------|-------------|
| 12-21-02 | James Thomas Lamar | 51 | 51065203 | reloaded 4473 |
| 12-7-02 | James Cantrell | 890 | VOL63081 | 4473 |
| 12-21-02 | Gilbert Charles Robert | USP | 26-00130 | 4473 |
| 12-24-02 | David Lee Eiler | Speed six | 160-40255 | X 4473 |
| 12-13-02 | Maynal Pete Anthony | 444P | DIIZ00793A | 4473 |
| 11-15-02 | Rusinovelly Robert A | RE42-C | IE610003 | 4473 |
| 11-15-02 | Richards Anthony Bragg | SW140V | PBB0083 | 4473 |
| 11-13-02 | Richard Raymond Enna | 1187 | 3MDB5DSD | 4473 |
| 11-17-02 | Fraser Robert Vernon | dragonov | CCD0094-1001 | 4473 |
| 11-17-02 | Maynal Pete Anthony | ABOLT | 10404SER913 | X 4473 |
| 11-17-02 | Maynal Pete Anthony Lamar | Contender | 17104S | 4473 |
| 11-17-02 | Menendez Ramon M | 7777 | 41085 | X 4473 |
| 11-17-02 | Cart Louis | | 86KY491 | 4473 |
| 11-12-02 | Robinson Greg C | 911+A1 | N4523-2 | 4473 |
| 11-11-02 | Pilsbury Bill | Super six | 264-21870 | 4473 |
| 11-11-02 | Wills Gary Allen | 88 | 13910 | 4473 |
| 11-11-02 | Stroll Bill M | 34 | 6x24B405 | 4473 |
| 11-9-02 | Stroll Clark Vernon | 110V | NF104B91 | 4473 |
| 11-9-02 | Eveloff Michael Paul | 92ES | Br78032 | 4473 |
| 11-9-02 | Maynal Pete Anthony Vincent | 46535 | LBR000445 | 4473 |
| 11-7-02 | Schmitago Enna I | 21 | CGUI3065 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|------|-------------|-------|----------|-------------|
| 11/25/02 | William V. Corn | Qtny | C99L699 | 4473 |
| 1-9-03 | Christopher Hewitt | 27D | A95832DM | 4473 |
| 11/20/02 | William McCarthy | 119 SCB | A91011886 | 4473 |
| 11/20/02 | William McCarthy | 1899 CCD | 911(?)890 | 4473 |
| 12/13/02 | Matthew Robinson | 101 CLD | USW0130LLL | 4473 |
| 11/27/02 | Lester Anderson | LE-0820 | LE-0D+672 | 4473 |
| 11/23/02 | Roger Huss | 5165 | S159D | 4473 |
| 11/23/02 | Vincent Anderson | AK-320 | LGL097509 | 4473 |
| 11/23/02 | Carl Schmitz | 15PB | 39mHHos | 4473 |
| 11/24/02 | Louis Broz | ALS-1609 | PT-67-31U | 4473 |
| 11/3/02 | Peter Marquez | MT-WC | 782-07773 | 4473 |
| 11/14/02 | Malcolm Collins | 911 | N/A | 4473 |
| 11/0/02 | Danny Sidery | PT-9HD | STU-9175 | 4473 |
| 11/1/02 | Jason Yoast | 19 | DCHICAGO | 4473 |
| | Kon Gruman | 990 | L0L-64184 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 12-4-00 | Matt Mickey | 1875 | 33G150 | X | 4473 |
| 12-01-00 | Ron Bailey | 28 45 | 22519929 | X | 4473 |
| 2-4-00 | Chevelle Hill | SODF | 5D84465 | | 4473 |
| 2-5-00 | Michael Schussel | 30 | CTK50863 | | 4473 |
| 2-10-00 | Matt Husband | Diamond back | DG304 | | 4473 |
| 2-10-00 | Glenn Stevens | 40 | 32M7709 | X | 4473 |
| 2-10-00 | John Cicone | 100Beer | 248107 | X | 4473 |
| 2-10-00 | George W James | 1897 | 258053 | | 4473 |
| 2-10-00 | Randy Triplet | 83 | BLMDF745 | | 4473 |
| 2-10-00 | Robert Taft | 100 | 105549 | | 4473 |
| 2-10-00 | Douglas Whitehurst | 1894 | 19053805 | | 4473 |
| 8-5-00 | Donald Sanderson | Tactical | 60A577A | X | 4473 |
| 8-5-00 | Donald Becker | 1906 | 133110 | | 4473 |
| 8-05-00 | Wayne Silbeck | 01-22 | AV755TO | | 4473 |
| 8-23-00 | Michael Stand | 3AD | 725102556 | | 4473 |
| 8-1-00 | Malcolm Collins | SVS | L40834 | | 4473 |
| 8-4-00 | Ernst Bartels | 100 | CHA0404 | | 4473 |
| 8-1-00 | Lyndell Gillette | AR-Dinker | SG100No08 | X | 4473 |
| 8-1-00 | Michael Thosne | 33410 | SD000073 | X | 4473 |
| 9-1-00 | William Emmerson | m4h Revolver | SSP05-5360 | X | 4473 |
| 2-9-00 | David Smith | | LMLG71C | | 4473 |
| 10-4-00 | David Ferguson | HDG3 | 423 V887 | X | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 10-10-00 | John Sonneborn | 11-87 | PC105191066 | 4473 |
| 10-4-00 | Robert Nardi | 12 | E505591US | 4473 |
| 10/31/00 | Lonnie Lucas | SKS | CM3070 | 4473 |
| 11/3/00 | James Taylor | YM15 | L2138459 | 4473 |
| 11/21/00 | Joseph Nibland | Rooster Bill | 11-883944 | 4473 |
| 12/21/00 | Michael Epperson | single six | 2163-64813 | 4473 |
| 12/31/00 | Bennie Houser | 10MH-2MM | EOLE 4720 | 4473 |
| 12/27/00 | Benowe Houser | 577 | 64264463 | 4473 |
| 12/15/00 | Arthur Hench | 31 | ECUU645US | 4473 |
| 2/7/01 | Elmer Brisp | 4540 | 648579 | 4473 |
| 2/13/01 | William Good | Black Hawk | 21-7305 | 4473 |
| 2/14/01 | Andy Macias | P22 | L08483 | 4473 |
| 2/14/01 | Norman Imel | Zephyr Hawk | 550-03284 | 2473 |
| 2/13/01 | Ronald Hill | 94 | 28L 898C4 | 2473 |
| 2/3/01 | Dean Bartling | Roy master | 2429552 | 2473 |
| 2/17/01 | Jack Groth | | L2310180 | 4473 |
| 2/17/01 | Walter Watkins | (P800) | T5105320 | 2473 |
| 2/3/01 | John Gribben | 33 | 6102-06367 | 2473 |
| 3/3/01 | Louis Barr | 418 | AY=3644 | 4473 |
| 4/1/01 | Alix Armstead | 23 | G89414 | 4473 |
| 5/21/01 | Anthony Decker | Mustang | MU134134 | 2473 |

6-6-03 · Harvey    6H0015 RIFLE    22LR MB14434

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 1-9-03 | I.B.I | Rifle/semi | 30cal RP0917H | ZANDERS |
| 1-9-03 | Henry | Rifle | 22LR 22220404 | ZANDERS |
| 1-6-03 | Desert Eagle | Pistol | 357mag A2120416 | ZANDERS |
| 2-6-03 | Bond Arms | Pistol | 45/410 9114 | SIMMONS |
| 3-14-03 | Ruger | Rifle/semi | 223 197222.01 | Davidson's |
| 3-1-03 | Winchester | Rifle/lever | 457cal 5708 | CDNN |
| 3-28-03 | Carib-gun | Rifle/semi | 308 149135 | ZANDERS |
| 2-13-03 | (S/A) Swiss | Rifle | 357cal FEN216 | ZANDERS |
| 2-12-03 | (S/A) Russian | Rifle | 762x54 99F222 | SOG |
| 2-12-03 | (S/A) Russian | Rifle | 762x54 PN 3442 | SOG |
| 2-12-03 | (S/A) Russian | Rifle | 762x54 CN P442 | SOG |
| 2-12-03 | (S/A) Russian | Rifle | 762x54 487760 | SOG |
| 2-11-03 | (S/A) Russian | Rifle | 762x54 MD 92 | SOG |
| 2-11-03 | (S/A) Russian | Rifle/semi | 762x54 7N25-44 | SOG |
| 2-12-03 | (S/A) Romanian | Rifle/semi | 22cal SLS0342.02 | DUM INT |
| 3-14-03 | Remington | Rifle/semi | 221 762x54 571242.2103 | DUM INT |
| 3-21-03 | Magnum | Shotgun | 410 RZ167121 | ZANDERS |
| 4-21-03 | Raplofire | Rifle/semi | 454cal 097716.03 | ZANDERS |
| 5-14-03 | Remington | Rifle/semi | 454cal 4411 | Projectiling |
| 5-22-03 | Marlin | Shotgun | 1748 3.244411K | RSR |
| 5-27-03 | S&W | Pistol | 177mag 97647565 | RSR |
| 6-5-03 | Henry | Pistol | 9mm U53944R | RSR |
| 6-12-03 | Bushmaster | Rifle | 223 RFI41183 | ZANDERS |
| 6-11-03 | Bushmaster | Rifle/semi | 223 RFI40105 | RSR |
| 6-6-03 | Ruger | Rifle/semi | 357 124-66V55 | RSR |
| 6-6-03 | S&W | Pistol/semi | 9mm U35243 | RSR |

000166

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISI |
|---|---|---|---|---|
| 8-18-03 | Mossberg | 535 SHTGUN | VMO24CK13 | 2 PNDS |
| 5-26-03 | Ruger | M27 RIFLE | R239 C7616 | PUTOWN |
| 9-9-03 | Colt | Rifle | CMH AR2256 | IC GUN |
| 9-18-03 | Mossberg | 500 SHTGUN | R444483 | 2 PNDS |
| 9-26-03 | Spring Field | Pistol | AY46213 | Spring |
| 10-10-03 | T/C | Pistol | N/S G4116 | 2 PNDS |
| 10/27/03 | Bushmaster | Rifle/Pistol | 233 L25 PF76 | 2 PNDS |
| 10/27/03 | Russian | Rifle | R44 004726 | 2 PNDS |
| 10/27/03 | Russian | Rifle | M44 NKR33 | S/6 |
| 10/27/03 | Russian | Rifle | M44 M14727 | S/6 |
| 10/27/03 | Russian | Rifle | M44 05706 | S/6 |
| 10/27/03 | Russian | Rifle | M44 08764 | S/6 |
| 10/27/03 | Spring Field | Rifle | PC 25356 | S/6 |
| 11/6/03 | Ruger | Revolver | 552-26665 | Jerry |
| 11/4/03 | Taurus | Pistol | EYT 57741 | PUTOWN |
| 11/01/03 | Remington | Shotgun | SJP07P13 | GUN U |
| 11/8/03 | Glock | Pistol | SM04P44M | 2 PNL |
| 11/6/03 | Remington | Shotgun | EX2742KK5 | PUTOWN |
| 11/8/03 | Ruger | Revolver | R23322 | 2 PNDS |
| 11/11/03 | Glock | Pistol | KR33297 | Jerry |
| 11/11/03 | C-A-Taurus | Pistol | EUW56911 | S-MN |
| 11/21/03 | Stevens | Rifle | R4441 | 2 GUN |
| 11/6/03 | Taurus | Rifle | 106799 | 2 PNDS |
| 11/24/03 | EC1-TCC | Pistol | 322-001747 | RSR |
| 11/24/03 | Remington | Shotgun | 197 | RSR |
| 11/24/03 | | Shotgun | PC76333 0 | 2 PNDS |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | | AQUISITION |
|---|---|---|---|---|---|
| 9-22-03 | Ruger | 00573/2 revolver | WCLC | SP-62846 | CHARLES LONG |
| 9-27-03 | Ruger | 00573/2 revolver | WCLC | SP-69817 | CHARLES LONG |
| 10-4-03 | MAADI | risin pistol/semi | WCLC | EM21037 | BED PHILLIPS |
| 10-11-03 | COLT | Defend Pistol/semi | 45RD | DP247-37 | FFL 1378 (Extravaganza) |
| 12-11-03 | Ruger | 4410 Pistol/semi | 22LR | 317-31826 | FFL Wayland Bazzle |
| 12-12-03 | BRAZTECH | 4mm Shts un/rifle | 410ga | 8P0-32315 | FFL Wayland Bazzle |
| 10-21-03 | Ruger | revolver | 317 | 65-37957 | FFL POST |
| 10-22-03 | S&W | 3310 Pistol/semi | 38C | 417-64754 | 2 RANGERS |
| 10-25-03 | CZ52 | M44 Rifle | 762x54 | | STEVE CALCHAN |
| 10-25-03 | CZ52 | M44 Rifle | 762x54 | MM40246 | B. Morris Ennz Pawn |
| 11-1-03 | CZ52 | MM Rifle | 762x54 | mm04373 | FFL S26 INT |
| 11-1-03 | CZ52 | MM Rifle | 762x54 | mm04390 | FFL S26 INT |
| 11-1-03 | CZ52 | MM Rifle | 762x54 | mm04350 | FFL S26 INT |
| 11-1-03 | marlin | 8835 Rifle | 762x54 | mm4400 | FFL S26 INT |
| 11-1-03 | winchester | 240 Rifle/cover | 30mx | 70S7 | FFL S26 INT |
| 11-1-03 | Spring Army | 4411M Pistol/semi | 3142 | B33,38861 | FIO CHARLIE GIBSON |
| 11-7-03 | TAVRUS | M467 Pistol/semi | 38super | B141 13860 | FIO CHARLIE GIGSON |
| 11-7-03 | CZ | C2275 Pistol/semi | 9mm | NM 11751 | FIO PBR + MYHOULD |
| 11-8-03 | Remington | 700 Rifle | 308 | SSA07263 | FFL |
| 11-0-03 | Remington | 887 Shtgun/semi | 12g | B6-633 | GUNS union |
| 11-21-03 | Rel tec | 03AT Pistol/semi | 9mm | 814 633 | JOHN CHICARD |
| 11-21-03 | Savage | 308LA Rifle | 38D | SM14RM704 | JAZZ Suarez |
| 11-21-03 | Savage | 308LA Rifle | 2LR | 42167 | FFL 2 RANGERS |
| 11-21-03 | S&W | 227 Pistol/semi | 9mm | 00 18707 | FFL RSR |
| 11-24-03 | Hi-Point | C9 Pistol/semi | 9mm | 00 1147 | FFL RSR |
| 11-25-03 | Ruger | P92 Pistol/semi | 9mm | VH53,MK | FFL RSR |
| 11-26-03 | S&W | 15 Revolver | 38LR | 622321 | FBID DAVID ARMANT |
| | | 3 FSDL | 3L5048 | 204-84897 | FBID LORAINE SCHWABORN |
| | | | | | FBID Darlene Burrus |

000168

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 11-29-03 | Glock | 21 Semi | Rew 214US | Jennifer Zerwas |
| 11-29-03 | Ruger | Wyoming Revolver | 357 master 31960 | |
| 11-29-03 | Browning | Buckmark Semi | 22LR S16mm1065 | John Colgan |
| 11-29-03 | T Hompson | 1971m Semi | Wcal | |
| 11-29-03 | Kentucky | Cap & Ball Single Bol | | Dave Osborne |
| 11-30-03 | Colt | 45 Revolver | 411 5727 | Dennis Vesey |
| 11-29-03 | Winchester | 190 Revolver | 22LR 20579 | |
| 11-29-03 | Winchester | 101 Shotgun 012 Gg | R262775 | |
| 11-29-03 | Beretta | 101 Shotgun 26 Gy | 04LE7L53 | |
| 11-29-03 | Beretta | 9+ Semi PISTL 9mm | Ber 338923 | Dwights Gun |
| 11-16-03 | S&W | 460 Semi PISTL | 2179 90 | Whistle Stop EC |
| 11-19-03 | Ruger | 460 Revolver | 360 R329243 | Watson 1551 |
| 11-26-03 | H&K USP | .357 Semi Pistol | 357 AC321379 | Watson 1551 |
| 11-26-03 | Walther | P22 Semi Pistl | 22LR 722-318347 | Beretta Pistol |
| 11-29-03 | CZ | 52 Semi Pistl | 9mm C621D | Gunther Emp |
| 11-29-03 | Stambley sr | Reming 12M Revolver | 41/mag447-9477L | Stambley sr Emp |
| 11-26-03 | Remington | 3460 Shotgun oh | 4Lv7236 | Remington Baetz |
| 11-29-03 | Sturm Ruger | ysc-4 Revolver | 44mm | Wyonr |
| 11-29-03 | Russian | SKS Semi Rifle | 761X39 ccc P596741 | Wyonr |
| 11-29-03 | S&W | 66 Revolver | 357 74L6667 | Jenny Hums |
| 11-29-03 | Thompson center | 22 Single Shot | 233 9001b | Stever |
| 11-30-03 | VCFP | 22 Rifle | 206 F051916 | Hubert May |
| 11-30-03 | Taurus | Semi Pistol 9mm | Vcy TND21347 | Whistle Stop |
| 11-30-03 | Stoeger | Double Shotgun Vcy | 5082445 22 | Dwights Gun |
| 11-31-03 | InstLiftr | Sem Pistol | 22 lLWD334153 | Whistle Stop |
| 11-30-03 | Ruger sr | Revolver | 22 LR Cal L650-36646 | Dwights Gun |
| | Mossberg | 500 Repeating 12g | 24Y0452-1 | Dwights Gun |
| | | Shotgun pump | | Dwights Gun |

Springfield Guns S/HW

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 11-29-03 | Beretta | Pistol/semi | 9mm | Bee0336973 | Owners Gun |
| 11-26-03 | Beretta | 9mm Pistol | 9mm | P17590 | Winston Clark |
| 11-30-03 | Remington | 310 Shotgun | 31a | QV2739 | Spring Arms LTO |
| 11-29-03 | Winchester | 101 Shotgun | 12ga | D912753 | Spring Arms LTO |
| 11-29-03 | S+W | 41 Shotgun | 310 | D12775 | Spring Arms LTO |
| 11-29-03 | Ruger | Revolver | 310 | 122-6249 | Wachter Bec Spec S/HV |
| 11-29-03 | Ruger | Revolver | 357 | 153-21579 | Wachter Surts S/HW |
| 11-29-03 | Colt | Revolver | 22 | 42-64775 | Diamond Back Firm |
| 11-29-03 | S+W | 31 Pistol | 45P | AEW 8445 | Stanley Credit |
| 11-26-03 | HHL | Revolver | 616 | 747K6947 | Slovak Louell |
| 11-30-03 | Ruger | Pistol | 3C7 | 222-71542 | Brownell Revell |
| 11-30-03 | Colt Colt | Pistol | 2283 | P7-157275 | Agrosche ... |
| 11-30-03 | Hi Point | Pistol | 9mm | G-626 | Center Firearms |
| 11-30-03 | Tec Container | Pistol | 9mm | 7-75-304 | Reined LLC |
| 11-30-03 | S+W | Pistol | 222 | 91015 | Hughria M24 |
| 11-30-03 | Mechanical Arms | Pistol | 32cal | 152847 | Spring Arms LTO |
| 11-30-03 | St Ruger | Revolver | 32cal | E053476 | Paul Hookers |
| 11-30-03 | Colt | Shotgun | 45P | 505 34G43 | Whistle Cine |
| 11-30-03 | Ruger | Rifle | 26 | E76191F | Whistle Slop |
| 11-30-03 | Remington 74X | Rifle | 30cal | A297646 | USW |
| 11-30-03 | Colt | Shotgun | 12Wma | DCFGR... | Edd Arms |
| 11-30-03 | Ruger Police | Revolver | 38 | 2DC76 | Edd Arms |
| 11-30-03 | Ruger Police | Revolver | 32P | 43 844 m | Forms E Tray |
| 11-30-03 | He Hoac | Pistol | 9mm | 650-36646 | Forms E Tray |
| 11-30-03 | Hi Point | Pistol | 9mm | P172 846 | Owns His Gun |
| 11-30-03 | Walther | Pistol | 65 | P3970 | Owns His Gun |
| 11-30-03 | | | 9mm | W6035455 | Owns His Gun |



| DATE | MANUFACTURER | | GUN TYPE | | SERIAL # | AQUISITION |
|---|---|---|---|---|---|---|
| 1/25-03 | Hi Point | CG | Pistol | 9mm | 072641 | Dave HTS Guns |
| 11/31-03 | Taurus | 9mm | Pistol | 9mm | IND27392 | Dave HTS Guns |
| 11/30-03 | Ruger | 357 | Revolver | 357 | 600-10064 | Bob Cochran |
| 11/21/03 | Herberger | 38 | Revolver | 38m | R92447 | Bob Cochran |

000171

| DATE | MANUFACTURER | GUN TYPE | | SERIAL # | ACQUISITION |
|---|---|---|---|---|---|
| 12-1-03 | Winchester | 9417 | R.Fle/Lvr | .22 long | E765367 | RSR |
| 12-3-03 | Sin Russian | mH4 | R.Fle | 7.62x54 | 044462232 | SOG |
| 12-3-03 | Sin Russian | mH4 | R.Fle | 7.62x54 | 044467244 | SOG |
| 12-3-03 | Sin Russian | mH4 | R.22a | 7.62x54 | mH41071 | SOG |
| 12-2-03 | Sin Russian | mH4 | R.Fle | 7.62x54 | mHH11749 | SOG |
| 12-2-03 | Sin Russian | mH4 | R.Fle | 7 | mHH167220 | SOG |
| 12-3-03 | Sin 02 ssion | mH4 | R.Fle | 2.62x54 | mHH191828169528 | SOG |
| 12-3-03 | Sin Russian | mH4 | R.Fle | 2.62x54 | SOG |
| 12-26-03 | Sin Russian | mH4 | R.Fle | 7.62x54 | 413008452 | RSR |
| 12-4-03 | Baad Arms | XD41 | R.Fle | .44mg | 104CHD | RSR |
| 12-8-03 | Spring field | XD41 | Pistol | 900 | US597164 | RSR |
| 12-10-03 | Lakota | Twvob | Shotgun | .12 | 7110BZ | 12.CD |
| 12-1-03 | Ruger | 1092 | R.Fle/semi | .22 | 06SCB4R5 | 2AMOa |
| 12-16-03 | ChineseTex | S70 | Shotgun | .12 | 06252mm | 2AMOac |
| 12-22-03 | ANSCHUTZ | 2270 | R.Fle | 7mm | 3713766 | 2AMOac |
| 12-22-03 | BREGO | 9427 | R.Fle | .44 | C03-3696 | Outdoor Spa |
| 12-26-03 | Russian | RLG | R.Fle/un | .22 | 012604439 | Outdoor ac |
| 12-31-03 | Walther | P22 | Pistol | .22 | L001718 | 2AMOac |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

000172

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|------|--------------|----------|----------|------------|
| 4-5-04 | Remington | 870 shotgun | Rbemy 096 464 V4 | Josh Morris |
| 4-8-04 | C2wsa | 9738 Pistol-semi | USPD A09 A3 | J Pherons/consign |
| 4-8-04 | Bridr | 8390 Pistol-semi | 9418 A63 B70 | Jpherons/cons |
| 4-8-04 | Stw | 69 Pistol-semi | 9md A33A7A3 | Jpherons/cons |
| 4-9-04 | Stw | 293 Rarfluar | 44m BAR-4051 | John Calcari |
| 4-16-04 | Spring Armory | 6734 Pistol-semi | 9mm Nm167057 | JThN Calcari |
| 4-9-04 | Stw | 619 Revolver | 41m Ce2144 | Binth(?) |
| 4-9-04 | Hrld USB | 669 Pistol-semi | 64brd 20-0N85C) | Pte Matrea |
| 4-9-04 | Ruyr | 860m Revolver | 44m Rb-41696 | Pte Matrea |
| 4-9-04 | Stw | 363 Revolver | 357 NGS3 6F7 | Ptematreal |
| 4-4-04 | Stw | 28 Revolver | 357 S193710 | Ptematreal |
| 4-9-04 | Stw | 275 Revolver | 357 B4F33672 | Pte Matreal |
| 4-9-04 | Stw | 272 Revolver | 357 W447189 | Pte Matrea |
| 4-24-04 | Stw | 68 Revolver | 357 S32722144 | Pth Calcari |
| 4-24-04 | Remington | 1182 Shotgun | 1282 20F 67 | Bill DeRose(?) |
| 4-24-04 | Remington 1100 | 1100 Pistol-semi | 12FT 12913 | Jack Simasek |
| 5-1-04 | Stw | 864M Revolver | 357 BSO 3164 | Tim Crannsil |
| 5-3-04 | Stw | 263 Revolver | 44m N429 01K | Pte Matreal |
| 5-3-04 | Stw | 263 Revolver | 44m AVH7577 | Pte Matreal |
| 5-3-04 | Stw | 6345 Revolver | 44m WmT 0134 | Pte Matreal |
| 5-6-04 | Browmter | 1578 Rifle-semi | 223 L25768 | Pte Matrea/1200(?) |
| 5-8-04 | Banittr | 8F Pistol-semi | 9mm Bera 376973 | Bob Belch M |
| 5-6-04 | ARM Ordnance | 609 Pistol-semi | 9mm 918 1416 | JThN Calcari |
| 5-8-04 | Stw | 84-3 Revolver | 44m P682783 | Pte Matreal |
| 5-8-04 | Stw | 657-14 Revolver | 41m CaL64114 | Pte Matreal |
| 5-8-04 | Remington | 1100 Shotgun | 12g P0354472 | Jeff Ferris |
| 5-5-04 | Remington | 570 Rifle-semi | N/A | Jeff Ferris |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 5-8-04 | American Arms | Silver Det SXL | Shotgun | 12 G | PM11CR2 | F010 | |
| 5-8-04 | Colt | SAL | Revolver | 38 Spl | PS2441 | 1101259 | Jeff George " |
| 5-11-04 | Ithaca | 37 | Shotgun | 20 G | 902448 | " " | " |
| 5-14-05 | Norinca | mak90 | Rifle | 7.62x39 | F2911 | " " | " |
| 5-18-04 | Browning | automag cittingron | Pistol | 22 LR | 568184 | FOID | |
| 5-18-04 | S+W | 2.2 | Revolver | 22 LR | 568184 | FOID | Charles Klein math |
| 5-22-04 | S+W | 637-S | Revolver | 357 | S522194 | F010 | Gary wood |
| 5-22-04 | S+W | 637-S | Revolver | 357 | S522194 | 5063074 | Jeff A George " |
| 6-22-04 | S+W | 637-S | Rastback | 357 | RGF1126 | F050304 | " " |
| 6-22-04 | S+W | 436 | Pistol | 45ACP | CFP0047 | S523504 | " " |
| 6-30-04 | Rossi | 794 | Revolver | 9mm | 0744655 | F010 | " " |
| 6-5-04 | Ruger | 22/45single | Pistol | 357 | F28344 | F010 | Jmes Simpson |
| 6-6-04 | Beretta | 92FS | Pistol | 22 LR | 220-81926 | SU51213 | Bill Atkins |
| 6-15-04 | Ithaca | 49R | Pistol | 9mm | Ben40652R | F010 | Bill Atkins |
| 6-16-04 | Marlin | 783 | Rifle | 22 LR | S00119423 | F010 " | " " |
| 6-16-04 | Glock | 22 | Rifle | 22 LR | 122 25 436 | 122 25 436 | Jared Simpson |
| 6-27-04 | Norincas | SKS | Pistol | 4 ACP | BYMB41NS | F010 | |
| 6-28-04 | Barzell | IF070 | Rifle | 762x39 | GA1176 | 5306186 | Robert Young |
| 6-29-04 | S+W | 686-6 | Pistol | 94/8 | PN28270 | 5235188 | John Noch |
| 7-6-04 | Ruger | M-I | Revolver | 357 | CC23044 | 569050 | Steve Burris |
| 7-10-04 | S+W | 37 | Pistol | 22 LR | 231886 | 5241244 | Rod Cornes |
| 7-8-04 | Firestorm | | Revolver | 357 | BOWIL426 | F010 | Math Simpson |
| 7-13-04 | Japanese Arisaka | 99R | Pistol | 45ACP | 7-044567412 | 114012269 | Bob Conwuld |
| | | 25 | Rifle | 6.5 | 11177011 | F010 | Dary Pottor |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 7-13-04 | Nobel | 26F | Rifle | gun | N/a | FOID Gaffney | John Bates |
| 2-13-04 | Winchester | 1897 | Shotgun | 12g | 211161 | " | " |
| 7-13-04 | Marlin | 60 | Rifle | 22LR | 22482211 | " | " |
| 2-13-04 | H+R | Topper | Shotgun | 12g | BA514415 | " | " |
| 7-20-04 | Orsen | Mod2 | Rifle | 22LR | PT10 | PT10 | Gregory Hope |
| 7-20-04 | Ruger | P89 | Pistol | 9mm | 288-12853 | Gregory Hope | " |
| 7-20-04 | SFN | 422 | Pistol | 22LR | 303-39572 | Gregory Hope | " |
| 7-20-04 | Mossberg | 500 | Shotgun | 12g | 728961 | " | " |
| | Ruger | P89 | Pistol | 9mm | 637-0586 | " | " |
| 10-24-04 | Taurus | Tracker7 | Revolver | 17hmr | BG6-74114 | Bafibrug | Torrey Weedland |
| 11-02-04 | Taurus | PT140 | Pistol | 40 | WE157716 | FFL | Dwight62 |
| | | | | | SUE44260 | PLJN | 296 |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 1/27-04 | C | G2 Pistol | 44 66756 | FPL WHISTLE OY |
| 1/27-04 | S+W | 24 Revolver | 44 CFM4845 | FPL L CRANZ MAA |
| 11-27-04 | Ruger | 66 Revolver | 357 CPN3118 | FPL Humpress |
| 1/27-04 | SPFLD ARMORY | 411 Pistol | 4820 6833288 | FFL Lockdawn |
| 1/27-04 | BROWNING | 25 Pistol | 480 WIN19823 | FIO Lockdown |
| 1/27-04 | Winchester | 94 Shotgun | 20 6724177 | FIO Franklin Rd |
| 1/27-04 | Golena Gun | 94 Shotgun | 410 SG 19174 | FIO Franklin Rd |
| 1/17-04 | Ruger | 94 Pistol | 4540 GGA-02886 | FPL Brown 2 WAY |
| 1/17-04 | FIE | 94 Revolver | 22LR 2LGE-45TUK | FPL WHISTLER LN |
| 1/27-04 | Winchester | 94 Shotgun | 410 1479 | FIO NBWKY 62 t |
| 1/27-04 | H-Point | 36A Pistol | 9mm 368247 | FIO Hraior |
| 1/27-04 | Ruger | Sight Revolver | 7.62 P8340 | FR Allen ARD |
| 1/27-04 | Kimber and Cia | White rifle | 7.62 PAQ0K-82 | FPL Lockdown |
| 1/27-04 | Beretta | 9005 Pistol | 240 P4K24 | FPL Dorv Blvd |
| 1/27-04 | SPFLD ARMORY | 411 Pistol | 4580 N3-8ELC | FFL STLPlmer |
| 1/27-04 | Winchester | 94 Shotgun | 22 ASC2394E | FFL Clinet LN |
| 1/27-04 | H&R | 999 Shotgun | 22 4129122 | FIO RHROad |
| 1/27-04 | S+W | 617 Revolver | 32 CET 277 | FPL WHISTLE |
| 1/27-04 | S+W | 253 Revolver | ACC CN12453 | FPL WHISTLE LN |
| 1/27-04 | H-Point | 210 Pistol | FIO Turquoid |
| 1/27-04 | Jel-tec | 977 Pistol | 9mm 42084 | FFL ARCana GuAS |
| 1/17-04 | AMC | 380 Pistol | 380 3462 | FFL Dwc HTCCU |
| 1/17-04 | Ruger | 9 Pistol | 9MM E8116 | FFL Dwc HTCCU |
| 1/17-04 | B&RTTA | 9-22 Revolver | 22mm DA0461 | FIO Dwc#V blvd |
| 1-28-04 | Colt | Pistol | 9mm P531463 | FFL Dwc#V blvd |
| 1-28-04 | Winchester | Revolver | 22 G-45134 | FFL Turquoise |
| | | Rifle | | FFL Germanna |

F534636

| DATE | MANUFACTURER | MOD | GUN TYPE | CAL | SERIAL # | FFL | AQUISITION |
|------|-------------|-----|----------|-----|----------|-----|-----------|
| 11-28-04 | Beretta | 92FS | Pistol | 9mm | L06544Z | FFL | Jeans |
| 11-28-04 | Remington | Mohawk | Rifle | 6mm | A651953 | FFL | Dwight |
| 11-28-04 | Davidson | P22 | Pistol | 32 | A040265 | FFL | Jackson |
| 11-28-04 | Hugo Mauser | 1048 | Rifle | 8x57 | T-51896 | FFL | DiamondBlack |
| 11-28-04 | Browning | Bunin | Pistol | 25 | 174833 | FFL | Allen Camp |
| 11-06-14 | Henry | H001 | Rifle | 22LR | 1CL160 | FFL | Whestle |
| 11-08-04 | Savage | 110 | Rifle | 223 | 156604 | FFL | Lecasse T8 |
| 11-08-04 | SPEO Remecy | 65 | Pistol | 45A0 | WW4035 | FFL | Lecasse Gut |
| 11-08-04 | Rus gr | UMFA | Revolver | 22vcaue | 57-33786 | FFL | Phil Pittman |
| 11-08-04 | SPEOMOD | CKS | Rifle | 762x39 | T67123 | FFL | Dipono 120 |
| 11-08-04 | Savage | 11p | Rifle | 22LR | F285547 | FFL | Whistle Step |
| 11-28-04 | Hi-Point | C9 | Pistol | 9mm | P1226654 | FFL | |
| 11-28-04 | Mossberg | 500A | Pistol | 129 | R56615 | FFL | Dwight |
| 11-28-04 | S&W | 5.2-1 | Pistol | 38 | 5893.3 | FFL | Robt Hall |
| 11-24-04 | Browning | PicEumo | Rifle | 240 | 213mm244 | FFL | Deckett |
| 12-03-04 | Taurus | 101 | Pistol | 40cal | SYG34052 | DLT | Deckett C |
| 12-13-04 | Winchastor | 84 | Shotgun | 12g | 0654433 | FFL | Whistle Step |

| DATE | MANUFACTURER | GUN TYPE | | SERIAL # | | AQUISITION |
|---|---|---|---|---|---|---|
| 1-8-05 | Llama | Pistol | .380 | 710120263 | FFL | Orig. PS. |
| 1-8-05 | S+W | Revolver | .44 | 0.0 m.8507 | F&O | JEFFS 1980 |
| 1-8-05 | Remington | M7 Rifle/Bolt | .223 | 7643? | F&O | Brian Jenkins |
| 1-8-05 | Rem 770 | 22 Rifle/Bolt | .22 | 72034864 | F&O | Brian Trans |
| 1-8-05 | Remington | 11/50 Shotgun | 34/ | 0A 107776 | F&O | Res. Beuchert |
| 1-9-05 | B+U/Srw | Shotgun | .20y | 7207104 | FFL | Dwight Bale |
| 1-9-05 | Winchester Q-U | Revolver | .357 | 524018? | FFL | W Davis JN |
| 1-8-05 | S+W | Shotgun | .105 | 43874690 | F&O | John Carson |
| 1-10-05 | Fairfield | Revolver | .40m | CMT6667 | D57 | RCP |
| 1-10-05 | (C) Remington | Pistol | RM484 | 1153244 | D57 | LOM INVESTR |
| 1-10-05 | (C) Remington | 21 Pistol(sem) | .682784 | LP2061646 | D57 | 2.8MO14 |
| 1-10-05 | 696 | Revolving | .44 | 440LCCH56PG | FFL | Pearl 47 |
| 1-17-05 | Vulcan Arms | m9 Pistol(sem) | .9mm | 66824 | D57 | Trans 20 LLC |
| 1-17-05 | Vulcan Arms | 11/2 Pistol(sem) | .45.00 | F5219 | D57 | SOG |
| 1-17-05 | (C) Remington | Rifle | 726534 | K-0.0314-80 | D57 | SKS |
| 1-17-05 | (C) Remington | Rifle | 726534 | HM-0182-82 | D57 | SOG |
| 1-30-05 | Winchester | Rifle | .223 | F004631 | F&O | Ross Ross |
| 1-30-05 | Merlin | Rifle | .60 | 6109 1727 | F&O | Martin Reed |
| 1-31-05 | S+W | Revolver | .350 | GT36643 | F&O | M Mitchell Jones |
| 1-31-05 | Ruger | Pistol | .77 | CEZ5823 | F&O | Arthur Daniels |
| 2-4-05 | Heritage Arms | Revolver | .220234 | H2 GRF547 | FFL | COX Green |
| 2-4-05 | Iverson Johnson | RBUTAL CARBINE | .335m | e1383447 | FFL | Campbell CTB |
| 2-4-05 | Point | Revolving | .40000 | GIO3 | FFL | M Carla Jones |
| 2-4-05 | Point | Pistol | .240 | 678465 | FFL | M Al Allen |

500 Revolver 500m CMT6667 D57 72572

Survey 1-11-05

000178

| DATE | MANUFACTURER | GUN TYPE | | SERIAL # | AQUISITION |
|---|---|---|---|---|---|
| 2-11-05 | Whitten | 9m2 | Pistol | 526 | FFL | L Dront |
| 2-11-05 | HMT | B412 | Pistol | PCP | FFL | Whistle |
| 2-11-05 | Taurus | 44mag | Revolver | 45c AA011161 | FFL | Whistle Std |
| 2-11-05 | Ruger | P94 | Pistol | 9mm 302-14607 | Feb | Duhn (wsl) |
| 2-11-05 | Hi Point | 44yst | Pistol | 4cal 44R073 | FFL | Yellow horns |
| 2-11-05 | Hi Point | JHP | Pistol | 45cal 4426671 | FFL | Alan hiral |
| 2-11-05 | FMJ | JB | Pistol | 45cal HAA014102 | 319/041 | Yellow horns |
| 2-11-05 | Ruger | 44mag | Revolver | 08/357582—557751 | FFL | Locfahn (only) |
| 2-11-05 | Benelli | 5001 | Shotgun | 12ga | FFL | Whistle—Std |
| 2-11-05 | (or) Yugo | 3/6 | Shotgun | 762x39 3651361 | FFL | Merris |
| 2-11-05 | Bushmaster | 3/6 | Revolver | 762x39 F154791 | FFL | Whitman horns |
| 2-11-05 | Bushmaster | 8/6 | Rifle | 380 3JU3380 | FFL | Yellow horns |
| 2-11-05 | Remington | 10/23 | Rifle | 25/JQR3 4B | FFL | Locfahn |
| 2-11-05 | 944 | Pistol | | 3242 N/a | FFL | Whistle Std |
| 2-11-05 | Hi Point | C-380 | Pistol | 40cm 349—24587 | FFL | Locfahn Std |
| 2-11-05 | Hi Point | C-9mm | Pistol | 380 P820836 | FFL | Yellow horns |
| 2-11-05 | Bushmaster | briganter | 12rifle | 380 P820711R | FFL | Yellow horns |
| 2-11-05 | Winchester | GY | 12rifle | 308 10318147 | FFL | Whistle+CA |
| 2-11-05 | Ruger | 10/22 | 12rifle | 45cal 655348 SB | FFL | Whistle Std |
| 2-11-05 | Ruger | 10/22 | Shotgun | 22Lm 2666 6675G | FFL | Locfahn Std |
| 2-11-05 | Armalite | 7/6 | Rifle | 243 401 31791 | FFL | Locfahn horns |
| 2-11-05 | Hi Point | H/C | Carbine | 243 6635742 | FFL | Yellow horns |
| 2-11-05 | Taurus | 605 | Revolver | 40cal HO1476 | FFD | Batch 23192a |
| 2-11-05 | Savage | 36 | Revolver | 357 YC67 466 | FFL | Mike VC |
| 2-11-05 | Kel-Tec | 3560 | Shotgun | 33/30 AAH13C6 | FFL | My Re-G |
| 2-11-05 | Winchester | 101 | Shotgun | 12mm 14318 | FFL | Diminguish (ill) |
| 2-11-05 | Yugo | 8/16 | Rifle | 762x38 PL30365 | FFL | HK Th... |

Springfield... Owner...

| DATE | MANUFACTURER | GUN TYPE | | SERIAL # | AQUISITION | |
|---|---|---|---|---|---|---|
| 2-13-05 | S&W | Revolver | 357 | R9M1820 | FFL | Phil Hammath |
| 2-12-05 | Ruger | Semi Shotgun | 12g | VO114754 | FFL | Whistlestop |
| 2-12-05 | (sic) Jyld | Rifle (semi) | 22LR | XRRC1HC | FFL | Alenorra |
| 2-13-05 | Rem 870 | Shotgun | 12g | U272602 | FFL | Whistlestop |
| 2-14-05 | Taurus | Rev | 40R | W1055P65 | FFL | Whistlestop |
| 2-14-05 | (sic) | Rifle (sem) | 30.06 | 6004265 | FFLO | |
| 2-14-05 | NORINCO | SKS | 7.62x39 | 26562204 38-45 | FFLO | 11 |
| 2-14-05 | Ruger | Mini 14 Rifle (sem) | 223 | 188-67204 | FFLO | |
| 2-14-05 | Savage | Rifle-bolt | 30.06 | E561024 | FFLO | |
| 2-14-05 | Hawk | Shotgun | 12g | DM89805 | FFL | Mike Lisch |
| 2-20-05 | Mossberg | Semi Shotgun | 20g | R346872 | FFLO | Jeff Esson |
| 2-28-05 | Mossberg | Shotgun | 12g | R369805 | FFLO | Jeff Esson |
| 2-28-05 | Colt | Rifle | 22 | 462420 | FFL | Mike Lisch |
| 2-20-05 | Inter Arms | Revolver | 357 | JTRRA392 | FFL | The 6 VFS |
| 2-18-05 | E&A | Shotgun (and) | 12g | 01405793 | Dist | DMN |
| 2-18-05 | Savage | Revolver | 183 | 6312452 | Dist | Baumler |
| 2-28-05 | (sic) Remington | Rifle (sem) | 7.62x39 | QL-3282-81 | Dist | S&6 |
| 2-22-05 | (sic) Remington BLR | Rifle (sem) | 7620g | RM-685-F2 | Dist | S&6 |
| 2-22-05 | (sic) Remington HM | Rifle (sem) | 7062g | RV-1725-85 | Dist | S&6 |
| 2-22-05 | (sic) Remington | Rifle (sem) | 2762g | R-272266 | Dist | S&6 |
| 3-08-15 | Vulcan Arms | Rifle | 12g | P01474 | Dist | S&6 |
| 2-18-05 | E&A | Shotgun | 12g | 0140641 | Dist | CDMN |
| 3-15-05 | E&A | Shotgun | 12g | V466765 | Dist | CDMN |
| 3-9-05 | F&A | Shotgun | 12g | CL0397 | Dist | ESP |
| 3-11-05 | Glock | Pistol | 45cal | GUV042 | Dist | 12522 |

| DATE | MANUFACTURER | GUN TYPE | SERIAL # | AQUISITION |
|---|---|---|---|---|
| 3-1-15 | CVA | Rifle Sem 308 | 136 237 | FFO |
| 3-11-05 | Ruger | Rifle 223 | NJ 733 | FFL |
| 3-12-05 | Rock Island | Pistol 45ACP | 2789691 | FFL |
| 3-12-05 | Taurus | Pistol 9mm | TW6 8308 | FFL |
| 3-12-05 | S+W | Pistol 45ACP | TFA 902 | FFL |
| 3-12-05 | Smith Wesson | Pistol 9mm | 45-KR8 | FFL |
| 3-12-05 | Remington | Shotgun 410 | 2153-91 | FFL |
| 3-12-05 | H+J Dist | Pistol 9mm | 262 747 | FFL |
| 3-12-05 | S+W | Pistol 9mm | 226 723 | FA |
| 3-13-05 | S+W | Revolver | 8R7924 | FA |
| 3-13-05 | S+W | Revolver | 41262 | FA |
| | | | 11 | 11 |
| | | | 11 | 11 |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|------|--------------|-------|----------|---------|----------|---------------|------------|
| 3-3-05 | Stw | 39 | Pistol | 9mm | a29737 | FFL | BTB CCERM |
| 3-13-05 | Stw | 18 | Revolver | 38pl | CK97861 | FFL | 8 VNS |
| 3-3-05 | Stw | 36 | Revolver | 38pl | 413c82 | FFL | " " |
| 3-21-05 | Bersa | 2print | Pistol | 380l | YMT7940 | FFL | " " |
| 3-20-05 | Stw | 3245 | Pistol | 9mm | VMT7940 | Foid 4065060 | John Chichal |
| 4-15-05 | Persch+Simp | 70classic | Rifle/AST | 22LR | VNT79411 | Fio 4130479 | Dave Ghech |
| 4-13-05 | Davis | Htsc | Pistol | 271 | 616S676 | Foid 5440490 | Larry Feldman |
| 5-09-05 | Glock | 22 | Pistol | 380 | 38011 | Fao 023440 | Athnas Glash |
| 54-05 | Beretta | cougar | Pistol | 40cal | 6VN321 | PCT Distribtr | Wapmdtg |
| 5-27-05 | Rossi/HER | 1517 | Rifle | 45gap | 068077mc | FFL | " " |
| 5-21-05 | Remington | 31 | Pistol | 17cal | MM104222 | 8041047 | william |
| 6-01-05 | Cassic/Ing | Semitgun | Settgun | 127 | G84LRC | FFL | Fredloy Crook |
| 6-21-05 | Glock | 3 t | Pistol | 46c0 | c93196m | 43c0386 | Richard Miller |
| 01-05 | Weathorman | | Pistol | | Guvgu | F0.0 | |
| 25-05 | Ruger | P-85 | Pistol | 22-40 | 12365 | Faio | mike Oneil |
| 25-05 | Ruger | vperch | Revolver | 9mm | 301-0908 | 4303440 | Brian Kendoy |
| 26-05 | Ruger | MiII | Rifle | 452c | 521-00531 | FFL | Virgil HPL |
| 24-05 | Rem | 700 cpl | Rifle | 300k | 78796144 | F0.T0 | BTB CCERM |
| 24-05 | Taurus | 24/7 | Pistol | 35wtion | 866791L6 | BJ71ACZ | PgCials |
| 24-05 | | | | WHtion | | Distribtor | ZANDUS |
| 2b-05 | Mossberg | 24/7 | SHtgun | 9cany | SYBb2237 | Distribtor | ZANDUS |
| 01-05 | Taurin | SPP660 | SHtgun | 9cal | RL713C3 | Distribtor | Siana, Gna,Spec |
| 31-05 | Bushmaster | vxr3c-25 | Rifle | 253 | ASO70222B | Distribtr | OUTDOOR Gun Hit |
| 0/-05 | Winchster | Defendor | SHotun | | L388301 | | 2 Ryders |

000182

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 11-27-05 | H.Point | 995 | rifle | 9mm | B50980 | FFL | Allen Arms |
| 11-27-05 | S+W | 6864 | pistol | 357 | BSD 3184 | 33465009 | Vince Elmmo |
| 11-27-05 | Ruger | MK4 | pistol | 22 | 2355U734 | FFL | B Zureena Guns |
| 11-27-05 | Remington | 870 EXP | shot gun | 12 | A1806604m | FFL | Augusta Pawn |
| 11-27-05 | Taurus | SP-10 | shotgun | 10 | Rm 023799 | FFL | Augusta Pawn |
| 11-27-05 | Safel | Tracker | pistol | 22 | Yb294853 | FFL | Areola Arms |
| 11-27-05 | S+W | 1911 A1 | pistol | 45 | NCH8863 | FFL | Whistle Stop |
| 11-27-05 | Ruger | B896-4 | rayolver | 357 | CET 3757 | FFL 610339465009 | B Zackrone Guns |
| 11-21-05 | S+W | 10/22 | rifle | 22 | 2579951L | FFL | B Zackrone Guns |
| 11-27-05 | H+R | 5903 | shotgun | 9mm | VIA08057 | FFL | Whistle Stop |
| 11-27-05 | PWA | Commando AR15 | shotgun | 12g | AV271859 | FFL | Whistle Stip |
| 11-27-05 | Remington | AR15 | rifle | 223 | 25483 | FFL | Whistle Stop |
| 11-27-05 | Franchi | 870 | shotgun | 870 | D7034051 | FFL | Thomas Tensel |
| 11-27-05 | H+R | I12 | shotgun | 12g | 7100236R | FFL | Whistle Stop |
| 11-27-05 | Charter Arms | 929 | revolver | 22 | X0178 | FFL | Whistle Stop |
| 11-27-05 | Keystone | Explorer | rifle | 22 | A239870 | FFL | Areola Arms |
| 11-27-06 | Springfield | Cricket | rifle | 22 | 130123 | FFL | B Zackrone Guns |
| 2-11-05 | Beretta | 1911 | Rifle | 4B | LUD57210 | FOID | B Zackrone Guns |
| 2-11-05 | Marlin | 319 | Pistol | 22lr | DAD4446 | FOID 2015-03 | B Zackrone Guns |
| 2-11-08 | S+W | 3914 | Rifle | 22lr | 194411b | FOID 2015-03 | B Zackrone Guns |
| 2-11-05 | Benelli | 447 | Revolver | 38spl | BPY 0450 | FOID | Michael Morgan |
| | | M2 | shotgun | 12g | 2326 00521 | FFL | MASI (S) R |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|------|--------------|-------|----------|---------|----------|---------------|------------|
| 10-2-05 | Winchester | Scout 9416 28 | Shotgun | 12 gauge | 13AW041417 | Distributor | Zanders |
| 10-2-05 | Bushmaster | 161 9-2-05 | Rifle | 223 | L382622 | D3700 H | Zanders |
| 10-2-05 | Spring Armory | 04915-2 | Pistol | 45 ACP | 14408126 | F40 0169 0504 | Zanders |
| 10-23-05 | Navy ARMS | Schofield | Revolver | 44-40 | 9622 | F40 1040094 | litto concord |
| 10-23-05 | STW | 6891 | Revolver | 44spl | 9622 | F40 1040094 | littorossi |
| 10-23-05 | European American Witness | | Pistol | 45 ACP | 2U483 GK | F40 2899247 | Euro / ...gun |
| 10-23-05 | mossberg | 500 | Pistol | 45ACP | AE 86 PL5 | 505/20C25 | Gall Henry gun |
| 10-23-05 | mossberg | High Date | Shotgun | 410 | 26D246 | 505/20C25 | Euromass teiin |
| 10-23-05 | cruiser | Winchester | Shotgun | 410 | R647734 | Distributor | Zanders |
| 11-14-05 | GAT | M147 | Rifle | 762x39 | R647734 | Distributor | Zanders |
| 11-14-05 | Israel stand Arsenal | 1411 01 | Pistol | 45ACP | CPC633 9 | F40 H890H44 | Distributor |
| 11-20-05 | Chinese | S1RS | Rifle | 762x39 | J4650 | FFL | Rollson/NSSL |
| 1-20-05 | AMT | S1RS Automag III | Pistol | 762x51 | J02408 | FFL | Aroca Guns |
| 11-20-05 | AMT | Automag III | Pistol | 30carra | A1113Y | F30 0474 0478 | Usow med gun |
| 12-1-05 | Smithey | #4 m1c | Rifle | 303 | 1639.5 | F30 1040 24g | Usow med gun |
| 1-20-05 | Remington | 1100 | Shotgun | 12gaug | 244634B | F40 1040 2400V4 | Bwy GHdr |
| 1-20-05 | Remington | 870 | Shotgun | 12 gauge | 846 7631 B | F40 1040 24004 | littorossi |
| 1-23-05 | Remington | 7100 01 | Rifle | 270 | F637S/16 | F0:0 12 21 | Rollson/NSSL |
| 1-16-05 | Walthur | PP12 | Pistol | 380 | F637S/16 | F0:0 | Rollson/NSSL |
| 1-16-05 | Ruger | 10/22 | Rifle | 22LR | 146 684C | Distributor | CO Bertoni |
| 1-23-05 | Ruger | 10-22 | Rifle | 22LR | 23411741 | F-0. Distributor | Zanders |
| 1-23-05 | STW | 60 | Revolver | 38 spl | 23142291 | F-0.0 11 | Carls Firon .A.L |
| 1-23-05 | Springfield | 1420/Sar09b | Rifle | 308 | 1190 6 | F0:0 1 | Sans Ferninoth |

000154

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|------|-------------|-------|----------|---------|----------|---------------|------------|
| 11-26-05 | Browning | model 9 | Pistol | 32 u | 82706577 | FOID 40543011 | Darryl Cain |
| 11-26-05 | Beretta | M30 | Pistol | 32 u | 0290089271 | Bob Behrens | Bob Behrens |
| 11-26-05 | Browning | Buckmark | Pistol | 22 u | 515mv4789 | FFL | Whistle Stop |
| 11-26-05 | Glock 20 | 22 | Pistol | 40 u | APH 833 | FOID 6-27789 | Whistle Stop |
| 11-26-05 | Ruger | 22/45 | Pistol | 22 u | APH 833 | Subway | Jim G. |
| 11-26-05 | CORSO | 0338 | Pistol | 22 u | 220-34674 | FFL | Whistle Stop |
| 11-26-05 | Ruger | Blackhawk | Pistol | 38 | 41-08630 | FOID | Russ P |
| 11-26-05 | Hi Point - S&W | JCP | Revolver | 45 | 47-08877 | FOID 40540078 | David Lebesch |
| 11-26-05 | Ruger | Single Six | Revolver | 40 | X726746 | FFL | Arnold |
| 11-26-05 | Colt | Special | Revolver | 460 | 68836647 | FFL | Bob Behrens |
| 12-1-05 | Hi Point | woodsman | Revolver | 387 | 156-P0247 | FOID 37-2465 | Spaulding |
| 12-3-05 | S&W | 380 | Pistol | 22 u | 84VP 85 | FFL | Spaulding |
| 12-3-05 | Ruger | 6 R | Pistol | 9P21 | 811107 | FFL | Larry Thomas |
| 12-3-05 | Ruger | MI # | Revolver | 22 | 631V | FFL | Larry Gun S70 |
| 12-3-05 | Beretta | 21 | Pistol | 22 | 221-0684 | FOID | Russell Griggs |
| 11-26-05 | Benelli | 31 | Pistol | 22 | 04015783 | FOID | Brad G. |
| 11-27-05 | S&W | NOVA | Shotgun | 12g | PAA 05824 | FFL | Jeff East |
| 1-27-05 | Remington | 22 | Rev/Pistol | 18g | 2267260 | FFL | Jeff Salley |
| 1-27-05 | Ruger | 700 | Rifle | 357 | AEEI44? | FFL | Whistle Stop |
| 01-27-05 | Browning | Blackhawk | Revolver | 45cc | B839.6445 | FFL | Phil |
| 1-27-05 | Ruger | S10 RI | Shotgun | 12g | 4746442 | FFL | Bob Behrens |
| 1-27-05 | Ruger | #1A | Rifle | 270 | 0335421R3 | FFL | Whistle Stop |
| | | | | | 13140085 | FFL | |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 10-26-05 | Joseph Alotace | Sanford | 170218 | 4473 |
| 6-01-05 | Michael Olpian | Sanford | | 4473 |
| 8-1-05 | Christine Turner | Beretta PX4 | SXB 60633 | 4473 |
| 11/ | " | Beretta SP800 | Bor 167 0692 | 4473 |
| 8-6-05 | | | AS07302272R | 4473 |
| | Darrin Wood | Rossi | A802 5460 | 4473 |
| | Jeff Sasin | Stoeger | | 4473 |
| 6-01-05 | Brian Rowley | | 455 454 | 4473 |
| 8-05 | Louis Lefebvre | | 48/0376 | 4473 |
| | Louis Lefebvre | | 13 MN 0447 | 4473 |
| | | Cobra | 325-40165 | 4473 |
| | | | P4-110-0008 | 4473 |
| | Walther | | L346301 | 4473 |
| | Leonard Hoffman | | 12694 JR | 4473 |
| | | | L385622 | 4473 |
| | | S4393 | UAL1140 | 4473 |
| | Kathleen Nunn | Spring | FXD 5411 | 4473 |
| | | | D417R3 | 4473 |
| 11-23-05 | Mark G. Ctl | S4607 | L5A3-0613 | 4473 |
| | Jason Total | | 6944564 | 4473 |
| 10-23-05 | Jefferson | STN 604 | ALV3386 | 4473 |
| 11-23-05 | Jefferson | | AAP3586 | 4473 |
| 11-07-05 | Carl Sigmacher | Mossberg | 12684732 | 4473 |
| 11-07-05 | Carl Sigmacher | CAT17 | CAZ01326 | 4473 |
| c-22-05 | | | A E86F45 | FFL |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11-1-05 | Don Mueller | Mark 10 | 236653 | 4473 |
| 11-1-05 | Roy Drannel | S&W | 34560 | 4473 |
| 11-1-05 | Roy Drannel | S&W | 702402f | 4473 |
| 11-4-05 | Brian McInar | S&W 6 U | 9F324 | 4473 |
| 11-6-05 | James Stickngle | 5/11/01 | RM-045690 | 4473 |
| 11-26-05 | David McRoy | Thompson | 163 GE | 4473 |
| 11-26-05 | Louic Bart | Wigestem III | 144 R 04 | 4473 |
| 11-23-05 | Bherry Britton | A 14 m E II | A 11 34 | 4473 |
| 11-28-05 | Melvin Mason | Browning | A 11 34 | 4473 |
| 11-2-05 | Dennis Sutton | Breethedal | Bd70317 | 4473 |
| 11-26-05 | Darrell Morgan | 6-83622 | 518MWd84L8 | 4473 |
| 11-26-05 | John Lawler II | 208-646 | APH 273 | 4473 |
| 11-26-05 | Vito Spalito | Dorringer | 221-34670 | 4473 |
| 11-26-05 | Todd Hooker | You Said | CTO 0160 l | 4473 |
| 11-26-05 | Josh Nyberger | | X786746 | 4473 |
| 11-26-05 | Tom Cash | SwborRed Hny | 8502-285247 | 4473 |
| 11-26-06 | Don Horzbocker | long rp | 1878-057 | 4473 |
| 11-26-05 | Jack Mulligan | WSmizpgn | 2004B-5 | 4473 |
| 11-26-05 | Wayne Harcos | St Comp | B 61187 | 4473 |
| 11-26-05 | BillowMashoduf Gg | HK Lifer | 63765 | 4473 |
| 11-26-05 | Debbie Ray | Mod 1 | 221-0 808 | 4473 |
| 11-28-05 | Dabbi G | Beretta | Daa 57865 | 4473 |
| 11-28-05 | | M-1 | Daa 57865 4 | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11-26-05 | Chris White | Marlin 60 | 08136693 | ~~4473~~ |
| 11-07-05 | Jeff Bloing | NEF SB2 | 227366 | ~~4473~~ |
| 11-27-05 | William Chandler | NEF 57 | 227340 | ~~4473~~ |
| 11-27-05 | Richard Gagleur | Browning Citori | Blk262153 | ~~4473~~ |
| 11-27-05 | Juan Newmann | Browning Citori | 47-46442 | ~~4473~~ |
| 11-27-05 | C Phelps | #1A | 6335UR0353 X | 4473 |
| 11-27-05 | Andrew Reardon | 995 Hi point | 13140085 X | 4473 |
| 11-27-05 | Gary Perryman | MK4 | B50980 X | 4473 |
| 11-27-05 | Russell Zourak | 870 EXP | 225567 36 X | 4473 |
| 11-27-05 | Russell Zourak | SP-10 | AB086604-m X | 4473 |
| 11-27-05 | Vincent Emmons | 686-4 | Km-023199 X | 4473 |
| 11-27-05 | Elmer Bruce | Tracker | BSD 3184 X | 4473 |
| 11-27-05 | Dennis Dooley | 1911A1 | YD284853 X | 4473 |
| 11-27-05 | Darrel Murray | 10/22 | N498863 X | 4473 |
| 11-27-05 | James McCurley | 5903 | 25798516 X | 4473 |
| 11-27-05 | Chas Courturight Jr | Ultra | VAM 8057 X | 4473 |
| 11-27-05 | Norman Olson | Commando A38-15 | HV817859 X | 4473 |
| 11-27-05 | David Rogers | 870 | 25483 X | 4473 |
| 11-27-05 | Billy Brown | Z12 | D7034O5m X | 4473 |
| 11-27-05 | Joe Ferguson | 929 | T100236R X | 4473 |
| 11-27-05 | John Jackson | Cougar | X6178 X | 4473 |
| 11-27-05 | James Malone | Cricket | A239870 X | 4473 |
|  |  |  | 130123 X | 4473 |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 11-30-05 | Michael Block | 1911 | 4457210 X | 4473 |
| 11-30-05 | Christopher Phillips | Rueger | | 4473 |
| 11-30-05 | Vince Zung | AMT 380 auto | 13460065 | 4473 |
| 11-30-05 | Richard Essler | Beretta 96FS-40 | B60318Y | 4473 |
| 11-30-05 | Elmer Rusco | Bushmaster 5.56 | 474764442 | 4473 |
| 11-30-05 | Wm SOPUT | FN Herstal 5.45x60 | 403948113 | 4473 |
| 11-30-05 | Russell Jackwier | Remington 870 | 27621830 | 4473 |
| 11-30-05 | " | Remington 67 | B80-88608-M | 4473 |
| 11-30-05 | James Malm | Glock 9mm Pistol | RM-603766 | 4473 |
| 11-30-05 | Robert ASHBAUGH | Colt II | 132143 | 4473 |
| 11-31-05 | Jeff Bolding | Ruger A5 DVG | 221-08601 | 4473 |
| 11-30-05 | Brian Carr | Springfield | 221-07200 | 4473 |
| 11-30-05 | Wayne Hazelrig | STW 63 | US 453446 | 4473 |
| 11-30-05 | Larry Everyman | DWM II | 63316 | 4473 |
| 11-31-05 | Dennis Wolsey | Colt 11 gov | 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 | 4473 |
| 11-30-05 | Doodt Barr | Beretta 81 | N498663 | 4473 |
| 11-30-05 | " | Beretta | Doo-057-633 | 4473 |
| 11-30-05 | James McRoy | STW | Doo-057-634 | 4473 |
| 11-30-05 | Flo Fornow | AR15 03 | VAM8187 | 4473 |
| 11-30-05 | Doug Anderson | HFR 239 | X6178 | 4473 |
| 12-2-05 | Jim Jacobson | Carolina Arms | 6822748-V | 4473 |
| 10-3-05 | David Mount | Colt | A33 9674 | 4473 |
| | | | 2S7-9851b | 4473 |

000189

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 12-3-05 | Dennis Little | Browning Buckmark | 515mw12646 | 4473 |
| 12-0-05 | William Chandler | Sig 27 | A-371444 | 4473 |
| 12-7-05 | " | 7mm | R639849? | 4473 |
| 12-10-05 | C+T Sporting Goods | S&W | C673257 X | FFL |
| 12-11-05 | C+T Sporting Goods | Mossberg | R6017760 | FFL |
| 12/1/05 | C+T Sporting Goods | Mossberg | 787-016044 | FFL |
| 12/1/05 | C+T Sporting Goods | M&P | DA0b2731 X | FFL |
| 12-11-05 | Cave Tow Cartridge Co | S&B | 3PVLKG X | FFL |
| 12-16-05 | C+T Sporting Goods | Rifle | 307-146107 | FFL |
| 12-16-05 | Randre Hacker | M&B | 39A846916 | 4473 |
| 1-7-06 | Brad Higgason | Winchester | 1460932 | FFL |
| 1-2-06 | Patrick Ewing | Colt | 120757-3 | FFL |
| 1-7-06 | David Allen | Marlin | 19244111 X | 4473 |
| 1-7-06 | Andy Alvey | Winchester | 1057334 | 4473 |
| 1-7-06 | Andy Alvey | Inland M1 | 5434P88 | 4473 |
| 1-7-06 | Glenn Auten | Ruger | 47-04877 X | 4473 |
| 1-7-06 | Gene Bruchant | Ruger | 51-17843 | 4473 |
| 1-7-06 | Robert Dent | Savage | 268-43237 | 4473 |
| 1-7-06 | Patrick Ewing | Colt | 12015-63 | 4473 |
| 1-7-06 | Eugene Haggart | Rock | 174-94099 | 4473 |
| 1-7-06 | Patrick Ewing | Mustang | mu34057 X | 4473 |

| DATE | MANUFACTURER | MODEL | GUN TYPE | CALIBER | SERIAL # | FOID # or FFL | AQUISITION |
|---|---|---|---|---|---|---|---|
| 1-8-06 | Remington | 870 | Shotgun | 12 gauge | 9885033 W | FFL | Whistle Stop |
| 1-8-06 | Colt | SAA | Revolver | 32-20 | 283662 | FFL | Travis Greene |
| 1-8-06 | Browning | A Bolt | Rifle | 204 | 20X32R00857 | FFL | Whistle Stop |
| 1-8-06 | Bersa | Thunder | Pistol | 380 | 445762 | FFL | BBB supply |
| 1-8-06 | Walther | PPL | Pistol | 380 | A184047 | FFL | Travis Greene |
| 1-8-06 | Remington | 1100 | Shotgun | 20 gauge | MW073872R | FFL | 2dm supply |
| 1-8-06 | Colt | Mustang | Pistol | 380 | MW073872R | FFL | Whistle Stop |
| 1-8-06 | Springfield | XD4R | Pistol | 40 cal | US454543 | FFL | Travis Greene |
| 1-08-06 | Browning | BLR | Rifle | 30/06 | 0384W3244 | FFL | BBB supply |
| 1-08-06 | Colt | CAR15 | Revolver | 223 | R6206 | FFL | Travis Greene |
| 1-8-06 | S+W | 460 | Revolver | 38 spcl | 545574 | FFL | BBB supply |
| 1-8-06 | Ruger | MY | Revolver | | C162646 | FFL | Travis Greene |
| 1-8-06 | Ruger | 1022 | Rifle | 22LR | 2579X849 | FFL | BBB supply |
| 1-8-06 | Ruger | SR9 | Rifle | 223 | 2579 8644 | FFL | Travis Greene |
| 1-8-01 | Ruger | 10/22 | Rifle | 22LR | H377445 | FFL | BBB supply |
| 1-8-06 | Ruger | 22050 | P.Rifle | 223 | 236235343 | FFL | Diamond K K |
| 1-8-06 | Rock River Arms | Mini 14 | Rifle | 223 | 162-58604 | FFL | Whistle Stop |
| 1-8-06 | Lowery | P.Rifle | | | CM-544W | FFL | BBB |
| 1-N-06 | Benelli | Practical | Shotgun | 12g | M117116 | FFL | Hughes |
| | | | | | | | |
| | | | | | | | |

| DATE | DISPOSITION | MODEL | SERIAL # | FFL OR 4473 |
|---|---|---|---|---|
| 1-7-06 | Larry Hallmark | Rossi Spec | 153-06824 | 4473 |
| 1-7-06 | Larry Hallmark | Rossi Henry | 6816063 | 4473 |
| 1-7-06 | Henry Hanselman | Rossi Spec Brny .22 | USA13190 | 4473 |
| 1-7-06 | Leslie Tild | Redfield | | 4473 |
| 1-7-06 | Harvey Hudspeth | Remington wasson | 888028 | 4473 |
| 1-7-06 | James McCoy | Wasson Super | JH-361-78 | 4473 |
| 1-7-06 | Arthur Senot | Hi Point | 113 626268 | 4473 |
| 1-7-06 | Jay Tusing | Bersa | BAS 34604 | 4473 |
| 1-7-8-06 | Russell Ross | Hi Point Romington | P1283591 | 4473 |
| 1-8-06 | Roy Ross | Romington | 4415180 | 4473 X |
| 1-8-06 | Jeff Schaber | Browning | P8158233614 | 4473 X |
| 1-8-06 | John Wright | Grat/Fie | 3748200W381 | 4473 X |
| 1-8-06 | Eric Kos Ray | Springfield | BF3662 | 4473 X |
| 1-8-06 | Russell Cooper | 40 cal S&W | US495443 | 4473 X |
| 1-8-06 | Joseph Alexi | Spring | B96011 | 4473 X |
| 1-8-06 | Craig Hamilton | Spring | 63846MM341 | 4473 X |
| 1-8-06 | Donald Miller | 40 cal S&W | 2372537B | 4473 X |
| 1-8-06 | Tom Jennerpay | 40 cal mfg | HO77905 | 4473 X |
| 1-8-06 | Gary Stevens | Ruger Blk | C9604045 | 4473 X |
| 1-8-06 | Gary Stevens | Ruger Mk | 357498049 | 4473 X |
| 1-8-06 | Richard Allen | Ruger Mk2 | 357298641 | 4473 X |
| 1-8-06 | IN MASS Reg | 9 mms mm46 | 357-385-93 F531A | FFL |

| DATE | DISPOSITION | MODEL | SERIAL # | | FFL OR 4473 |
|------|-------------|-------|----------|---|-------------|
| 1-8-06 | Timothy Clbin | P-95 F-6 m.2119 | 1D2-8-8604 | X | 4/4/13 |
| 1-8-06 | Glen Rirlawn | P22A | cm-54424 | X | 4413 |
| 1-18-06 | Robert Hughes | Savage Rociwe Shefield | 45212 | | 4473 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

E-FILED
Thursday, 06 March, 2008   09:07:09 PM
Clerk, U.S. District Court, ILCD

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB No. 1512-0129

Transferee's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if you are prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

| | |
|---|---|
| 1. Transferee's Full Name *(Last, First, Middle)*<br><br>Burris, Darlene M. | 2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*<br><br>108 W. South Box 102<br>Buffalo, IL. 62515 |

| 3. Place of Birth *(City, State or foreign country)*<br>Springfield | 4. Height 5'6 Weight 180 | 5. ☐ Male ☒ Female | 6. Birth Date<br>Month 11 Day 21 Year 73 | 7. Social Security Number *(Optional, but will help prevent misidentification.)* |
|---|---|---|---|---|

**8. Race** *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native          ☐ Black or African American          ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino          ☐ Asian          ☒ White

9. What is your State of residence *(if any)?* Illinois     *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* USA

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? N/A

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An Information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. Are you a fugitive from justice? | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien illegally in the United States? | No |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?    No

Yes ☐    No ☐    Not applicable ☒    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to questions 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

| 14. Transferee's Signature | 15. Date<br>4-7-04 |
|---|---|

**EXHIBIT**
**J**

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

16. Type of firearm(s) to be transferred:

☑ Handgun          ☐ Long Gun          ☐ Both

**Section B - Must Be Completed By Transferor (Seller)**

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

18a. Type of Identification (e.g., driver's license or other valid government-issued photo identification): _____ (city, state)

IL. FOID

Number on Identification: 3003 6629

Expiration Date of Identification (If any): 01-01-07 (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)**

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 1-7-04 (Date)

19b. The NICS or state transaction number (if provided) was: A067905

19c. The reponse initially provided by NICS or the appropriate state agency was:

☐ Proceed    ☐ Denied    ☑ Delayed

132031

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

☐ Proceed    ☐ Denied    ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)         (number)

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____          Date of Issuance: _____

Expiration Date (if any): _____          Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 1-13-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| COLT | M & W Trooper | L68816 | Revolver | 357 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

TONY'S SPORTING GOODS
2001 N. DIRKSEN PKWY.
SPRINGFIELD, IL 62702

30. Federal Firearms License Number (Hand stamp may be used.)

33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name (Please print.)

32. Transferor's Signature

33. Transferor's Title Clerk

34. Date Transfer is completed 1-13-04

DEPAR    NT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-01

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

| Transferor's Transaction Serial Number |

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name  (Last, First, Middle)

Burris, Darlene M.

2. Residence Address  (No., Street, City, County, State, ZIP Code; cannot be a post office box)

108 W. South
Buffalo, IL. 62515

3. Place of Birth  (City, State or foreign country)

Spfld

4. Height 5'6
   Weight 180

5. ☐ Male
   ☒ Female

6. Birth Date
   Month 11  Day 21  Year 73

7. Social Security Number  (Optional, but will help prevent misidentification.)

8. Race (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Black or African American
☐ Hispanic or Latino
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☒ White

9. What is your State of residence (if any)? ILLINOIS  (See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)

10. What is your country of citizenship?  (List more than one, if applicable.) USA

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

**Certification Of Transferee**

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Important Notice 1 for actual buyer definition and examples.) — Yes

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (An information is a formal accusation of a crime by a prosecutor. See Definition 3.) — No

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Definition 3.) — No

d. Are you a fugitive from justice? (See Important Notice 6, Exception 1.) — No

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? — No

f. Have you ever been adjudicated mentally defective (which includes having been adjudicated incompetent to manage your own affairs) or have you ever been committed to a mental institution? — No

g. Have you been discharged from the Armed Forces under dishonorable conditions? — No

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Important Notice 7.) — No

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? (See Important Notice 6, Exception 1 and Definition 4.) — No

j. Have you ever renounced your United States citizenship? — No

k. Are you an alien illegally in the United States? — No

l. Are you a nonimmigrant alien? (See Definition 6.) — No

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? — No

Yes ☐   No ☐   Not applicable ☒   (If "yes," the licensee must complete question 18c.)

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. (See Important Notice 8.)

14. Transferee's Signature

15. Date
1-12-04

ATF F 4473  (5300.9)  PART I  (10-2001)  PREVIOUS

**Section B - Must Be Completed By Transferor (er)**

16. Type of firearm(s) to be transferred:

[ ] Handgun     [ ] Long Gun     [ ] Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____

Number on Identification: _____

Expiration Date of Identification *(if any)* _____ *(See Instruction to Transferor 1.)*

18b. Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ *(Date).*

19b. The NICS or state transaction number *(if provided)* is:

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed     [ ] Denied     [ ] Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed     [ ] Denied     [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ *(name)*    / _____ *(number)* (optional)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____

Expiration Date *(if any)*: _____

Date of Issuance: _____

Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date: 1-18-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Stw | 15 | 3 R J 5 6 4 8 | Revolver | 38 Spl |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a);* and (3) State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name *(Please print.)*

32. Transferor's Signature

33. Transferor's Title

34. Date Transfer is completed

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB. NO. 1512-0129

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
Darlene M. Burris

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
108 W. South Box 102
Buffalo, IL. 62515

3. Place of Birth *(City, State or foreign country)*
Springfield

4. Height 5'6
Weight 165

5. ☐ Male   ☒ Female

6. Birth Date
Month 11 Day 21 Year 73

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino
☐ Asian
☒ White

9. What is your State of residence *(if any)?* Illinois   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* USA

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An indictment or information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. Are you a fugitive from justice? | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien illegally in the United States? | No |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?    No

Yes ☐   No ☐   Not applicable ☐   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that answering *"yes"* to question 12b through 12k is purchasing or receiving a firearm. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date
12-23-??

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS

**ction B - Must Be Completed By Transferor (.....r)**

16. Type of firearm(s) to be transferred:

[X] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

_____ (city, state)

18a. Type of Identification  (e.g., driver's license or other valid government- issued photo identification.): 

_IL FOID_

Number on Identification: _30030839_

Expiration Date of Identification (if any) _01/01/07_    (See Instruction to Transferor 1.)    _11/21/73_

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)**

19a. The transferee's identifying information in Section A, of this form was transmitted to NICS or the appropriate state agency on _12/18/03_ (Date.)  (See Instructions to Transferor 5-7.)

19b. The NICS or state transaction number (if provided) was:

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed    [ ] Denied    [X] Delayed

_T118386_

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)           (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____    Date of Issuance: _____

Expiration Date (if any): _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  (See Instruction to Transferor 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

███████████████████████████████████

23. Date _12-23-03_

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger | MK II Gov. | 216-51411 | Pistol | 22 LR |
| COLT | 01972 | FCI 2629 | Pistol | 9mm |

Complete ATF F 3310.4 For Multiple Purchases Of Handguns  (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor  (Hand stamp may be used.)

TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

30. Federal Firearms License Number  (Hand stamp may be used.)

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A. Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name  (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name *(Last, First, Middle)*

Eason  Jeffery  Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815 MANSION ROAD
CHATHAM , SANGAMON CO., IL  62629

3. Place of Birth *(City, State or foreign country)*

Woodland CA

4. Height 6' 1"
Weight 235

5. ☑ Male
☐ Female

6. Birth Date
Month 7 Day 6 Year 65

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence (if any)? Illinois _____ (See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)*

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | YES

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No

d. Are you a fugitive from justice? | NO

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No

g. Have you been discharged from the Armed Forces under dishonorable conditions? | No

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No

j. Have you ever renounced your United States citizenship? | No

k. Are you an alien illegally in the United States? | No

l. Are you a nonimmigrant alien? *(See Definition 6.)* | No

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | No

Yes ☐    No ☐    Not applicable ☑    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date
6-5-04

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS

Section B - Must Be Completed By Transferor (S.

16. Type of firearm(s) to be transferred:

[✓] Handgun     [ ] Long Gun     [ ] Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ (city, state)

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* IL  FOID

Number on Identification: 927 30 659

Expiration Date of Identification *(if any)* 10/01/04     *(See Instruction to Transferor 1.)*

18b. Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 6-8-04 *(Date).*

19b. The NICS or state transaction number *(if provided)* was: A128229

19c. The reponse initially provided by NICS or the appropriate state agency was:

[✓] Proceed     [ ] Denied     [ ] Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed     [ ] Denied     [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)* _____ / _____ *(optional)*
*(name)* / *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____     Date of Issuance: _____

Expiration Date *(if any):* _____     Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature ▓▓▓▓▓▓▓▓▓▓

23. Date 6-9-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger | SP101 | 570 79297 | Revolver | 22 LR |
| Ruger | SP101 | 573 321 05 | Revolver | 357 MAG |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

30. Federal Firearms License Number *(Hand stamp may be used.)*

33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if Published Ordinances,* it is my belief that the verification was noted in question 18a); and (3) the information in the current State Laws and the Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| ANTHONY SMALL | ▓▓▓▓▓▓▓▓ | Owner | 6-9-04 |

*U.S. Government Printing Office: 2003-496-853/65061

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-012

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm If prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name  *(Last, First, Middle)*

Eason  Jeffery  Wade

2. Residence Address  *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815 Mansion Road
Chatham,  Sangamon Co,  IL  62629

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6' 1"    Weight 235

5. ☐ Male    ☐ Female

6. Birth Date  Month 7  Day 6  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* *(Check one or more boxes)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☑ White

9. What is your State of residence *(if any)*? __Illinois__    *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)*  __U.S.__

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?_____

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)*  **YES**

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)*  YES

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)*  NO

d. Are you a fugitive from justice?  NO

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance?  NO

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution?  NO

g. Have you been discharged from the Armed Forces under dishonorable conditions?  NO

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)*  NO

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)*  NO

j. Have you ever renounced your United States citizenship?  NO

k. Are you an alien illegally in the United States?  NO

l. Are you a nonimmigrant alien? *(See Definition 6.)*  NO

t3. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☐   Not applicable ☑  *(If "yes," the licensee must complete question 18c.)*  NO

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date  3-22

ATF F 4473 (5300.9) PART I (05-2004) PREVIOUS

**16. Type of firearm(s) to be transferred:**

☒ Handgun  ☐ Long Gun  ☐ Both

**...tion B - Must Be Completed By Transferor (S )**

**17.** Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ (city, state)

**18a.** Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____

IL FOID

Number on Identification: ~~_____~~ 9293 0659

Expiration Date of Identification *(if any)* 10-01-04 . *(See Instruction to Transferor 1.)*

**18b. Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

**18c. Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ *(Date).*

**19b.** The NICS or state transaction number *(if provided)* was: _____

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

☐ Proceed  ☐ Denied  ☐ Delayed

**19d.** If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

☐ Proceed  ☐ Denied  ☐ No resolution was provided within 3 business days.

**19e.** The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
(name) / (number)

**20.** ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

**21.** ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____  Date of Issuance: _____

Expiration Date *(if any)*: _____  Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

**I certify that the answers I provided to the questions in Section A of this form are still true and correct.**

**22.** Transferee's Signature

~~_____~~

**23.** Date 3/26/04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| S+W | 13 | 9D 32920 | | .357 |
| S+W | 13 | D 795 762 | Revolver | .357 |
| S+W | 13 | D 816 023 | Revolver | .357 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

**29.** Trade/corporate name and address of transferor. *(Hand stamp may be used.)*

TONY'S SPORTING GOODS
2061 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

**30.** Federal Firearms License Number *(Hand stamp may be used.)*

33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and the Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

*U.S Government Printing Office: 2003—496-853/65061

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-012

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason  Jeffery  Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815  Mansion  Road

Chatham,  Sangamon Co., IL  62629

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6' 1"
   Weight 235

5. ☑ Male
   ☐ Female

6. Birth Date
   Month 07 Day 06 Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence *(if any)?* Illinois  *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)*  U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?  N/A

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | YES |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. | Are you a fugitive from justice? | NO |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. | Have you ever renounced your United States citizenship? | NO |
| k. | Are you an alien illegally in the United States? | NO |
| l. | Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?  NO

Yes ☐    No ☐    Not applicable ☑    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to question 12a is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to questions 12b through 12k is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date

3-22-04

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

01-06-00

**16.** Type of firearm(s) to be transferred:

**tion B - Must Be Completed By Transferor (S     )**

**17.** Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

[X] Handgun     [ ] Long Gun     [ ] Both

_____ (city, state)

**18a.** Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____

IL FOID

Number on Identification: 927 30 659

Expiration Date of Identification *(if any)* 10-01-04     *(See Instruction to Transferor 1.)*

**18b. Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

**18c. Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 3-25-04 *(Date.)*

**19b.** The NICS or state transaction number *(if provided)* was: A102489

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

[X] Proceed     [ ] Denied     [ ] Delayed

**19d.** If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed     [ ] Denied     [ ] No resolution was provided within 3 business days.

**19e.** The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
*(name)*          *(number)*

**20.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

**21.** [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____     Date of Issuance: _____

Expiration Date *(if any)*: _____     Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

**22.** Transferee's Signature

**23.** Date 3/26/04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. ~~Serial~~ Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| S+W | 28 | N507975 | | .357 |
| S+W | 28 | S322194 | Revolver | .357 |
| S+W | 66 | 2K 73228 | Revolver | .357 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

**29.** Trade/corporate name and address of transferor *(Hand stamp may be used.)*

TONY'S SPORTING GOODS
2001 N DIRKSEN PRWY
SPRINGFIELD, IL 62702

**30.** Federal Firearms License Number *(Hand stamp may be used.)*

33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and the Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

*U.S. Government Printing Office: 2003—496-853/65061

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-012

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason  Jeffery  Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815  Mansion Road
Chatham,  Sangamon Co,  IL  62629

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6'1"   Weight 235

5. ✓ Male   ☐ Female

6. Birth Date  Month 07  Day 06  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino
☐ Asian
✓ White

9. What is your State of residence *(if any)?* Illinois
State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.) *(See Definition 5. If you are not a citizen of the United States, you have a)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? n/a

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)*

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)*  — YES

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)*  — NO

d. Are you a fugitive from justice?  — NO

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance?  — NO

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution?  — NO

g. Have you been discharged from the Armed Forces under dishonorable conditions?  — NO

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)*  — NO

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)*  — NO

j. Have you ever renounced your United States citizenship?  — NO

k. Are you an alien illegally in the United States?  — NO

l. Are you a nonimmigrant alien? *(See Definition 6.)*  — NO

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?  — NO

Yes ☐   No ☐   Not applicable ☐   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to question 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date

03 - 22 - 04

ATF F 4473 (5300.9) PART I (10-2001)  PREVIOUS EDITIONS ARE OBSOLETE

**Section B - Must Be Completed By Transferor (S___)**

16. Type of firearm(s) to be transferred:

☑ Handgun  ☐ Long Gun  ☐ Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

_____ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.): _____

Number on Identification: _927 30659_

Expiration Date of Identification (if any) _10-01-04_ . (See Instruction to Transferor 1.)    _7/6/65_

IL   Ford

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ (Date).

19b. The NICS or state transaction number (if provided) was:

19c. The reponse initially provided by NICS or the appropriate state agency was:

☐ Proceed  ☐ Denied  ☐ Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

☐ Proceed  ☐ Denied  ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)       (number)

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____

Date of Issuance: _____

Expiration Date (if any): _____

Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date _3 - 26 - 04_

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| Colt | Python | 72940 | Revolver | .357 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD IL 62702

30. Federal Firearms License Number (Hand stamp may be used.)

_33733941_

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and the Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

Transferor's Transaction Serial Number

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Read the Important Notices, Instructions and Definitions on this form.
Prepare in original only. All entries must be in ink.

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason, Jeffery Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815 Mansion Road
Chatham, Sangamon Co. IL 62629

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6' 1"
Weight 235

5. ☑ Male   ☐ Female

6. Birth Date
Month 7 Day 6 Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☑ White

9. What is your State of residence *(if any)?* Illinois _____ *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? n/a

### Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | NO |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? — NO

Yes ☐    No ☐    Not applicable ☑    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date

**Section B - Must Be Completed By Transferor (Seller)**

16. Type of firearm(s) to be transferred:

[✓] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.) _____ (city, state)

18a. Type of Identification  (e.g., driver's license or other valid government- issued photo identification.): _____

IL D.L.

Number on Identification: E250-4396-5192

Expiration Date of Identification  (if any) _____  (See Instruction to Transferor 1.)

18b. Aliens only:  Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only:  Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)**  (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ (Date)

19b. The NICS or state transaction number (if provided) was: A073854

19c. The reponse initially provided by NICS or the appropriate state agency was:

[✓] Proceed    [ ] Denied    [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided) _____ (name) / _____ (number) (optional)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: IL FOID

Expiration Date (if any): 10/01/04

Date of Issuance: _____

Permit Number: 92730659

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature [redacted]

23. Date 1-26-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| S+W | 28 | S224989 | Revolver | .357 |
| S+W | 66 | BFP3261 | Revolver | .357 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns**  (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

TONY'S SPORTING GOODS

2001 N. DIRKSEN PRWY

SPRINGFIELD, IL 62702

30. Federal Firearms License Number (Hand stamp may be used.)

33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name  (Please print.) ANTHON MARTIN

32. Transferor's Signature [redacted] Dealer

33. Transferor's Title

34. Date Transfer is completed 1-26-04

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason    Jeffery    Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815 Mansion Road
Chatham, Sangamon Co., IL    62629

3. Place of Birth *(City, State or foreign country)*

Woodland CA

4. Height 6'1"
Weight 235

5. ☑ Male  ☐ Female

6. Birth Date
Month 7  Day 6  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native     ☐ Black or African American     ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino     ☐ Asian     ☑ White

9. What is your State of residence *(if any)?* Illinois
*State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)* (See Definition 5. If you are not a citizen of the United States, you have a

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? n/a

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | YES |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | NO |

Yes ☐    No ☐    Not applicable ☑ *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date
3-7-04

ATF F 4473 (5300.9) PART I

**Ilon B - Must Be Completed By Transferor (S        )**

16. Type of firearm(s) to be transferred:

[X] Handgun      [ ] Long Gun      [ ] Both

t7. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

18a. Type of Identification  *(e.g., driver's license or other valid government- issued photo identification.):* _____ *(city, state)*

Number on Identification: _1 Li F 0 C V_
_9 2 7 3 0 6 5 9_

Expiration Date of Identification *(if any)* _10-1-07_  *(See Instruction to Transferor 1.)*

18b. Aliens only:  Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only:  Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _3-9-04_ _(Date)_.

19b. The NICS or state transaction number *(if provided)* was: _H09a585_

19c. The reponse initially provided by NICS or the appropriate state agency was:

[X] Proceed      [ ] Denied      [ ] Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed   [ ] Denied   [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)* _____ / _____ *(optional)*
*(name)        (number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS  *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any):* _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date _3 - 10 - 04_

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| S+W | 15-3 | 1K 44658 | Revolver | .38 |
| S+W | 15-13 | K 999 789 | Revolver | .38 |
| S+W | 10-6 | D 264 788 | Revolver | .38 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns**  *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor  *(Hand stamp may be used.)*
_Fury Sporting Goods_
_2001 W.O.Brien Ary_
_Springfield IL 62702_

30. Federal Firearms License Number *(Hand stamp may be used.)*
_33733941_

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name  *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| M.J. Manuell Jr | | Dealer | 03-10-04 |

*U.S. Government Printing Office: 2003--496-653/65066

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason   Jeffery  Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815 Mansion Road

Chatham, Sangamon Co, IL  62629

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height  6'1"
   Weight  230

5. ☑ Male
   ☐ Female

6. Birth Date
   Month  7  Day  6  Year 65

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* *(Check one or more boxes)*

☐ American Indian or Alaska Native
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino
☐ Asian
☑ White

9. What is your State of residence *(if any)?* Illinois  *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)*  U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?  n/a

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* — **YES**

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* — **No**

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* — **No**

d. Are you a fugitive from justice? — **No**

e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance? — **No**

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? — **No**

g. Have you been discharged from the Armed Forces under **dishonorable** conditions? — **No**

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* — **No**

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* — **No**

j. Have you ever renounced your United States citizenship? — **No**

k. Are you an alien illegally in the United States? — **No**

l. Are you a nonimmigrant alien? *(See Definition 6.)* — **No**

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? — **No**

Yes ☐    No ☐    Not applicable ☑    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date

16. Type of firearm(s) to be transferred:

[✓] Handguns [ ] Long Gun [ ] Both

tion B - Must Be Completed By Transferor ( )

17. Location of sale if at a gun show. (See Instruction to Transferor 13,

_____ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.): __IL FOID__

Number on Identification: __927030659__

Expiration Date of Identification (if any) __10-01-04__ . (See Instruction to Transferor 1.)    __07/06/65__

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section of this form was transmitted to NICS or the appropriate state agency on __12/12/03__ (Date). A

19b. The NICS or state transaction number (if provided) was:

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed [ ] Denied [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed [ ] Denied [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)              (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____    Date of Issuance: _____

Expiration Date (if any): _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)
I certify that the answers t provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date __12/12/03__

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| S&W | 29 | ACH9364 | Revolver | 44 mag |
| S&W | 66 | 77K6740 | Revolver | 357 mag |
| Colt | Python | 40694 | Revolver | 357 mag |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

Tony's Sporting Goods
2001 N. Dirksen Pkwy
Springfield, IL
62702

30. Federal Firearms License Number (Hand stamp may be used.)

337-83941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| Anthony Manuele | | Dealer | 12/12/03 |

*U.S. Government Printing Office: 2003- 494-853/65067

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
Eason Jeff W

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
6815 Mansion Road
Chatham, Sangamon, IL 62629

3. Place of Birth *(City, State or foreign country)*
Woodland CA

4. Height 6'1"
Weight 240

5. ☑ Male   ☐ Female

6. Birth Date
Month 7 Day 6 Year 65

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*
☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence *(if any)?* ILLINOIS   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* US

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

### Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition.)*   YES

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An Information is a formal accusation of a crime by a prosecutor. See Definition 3.)*   NO

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)*   NO

d. Are you a fugitive from justice?   NO

e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance?   NO

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution?   NO

g. Have you been discharged from the Armed Forces under dishonorable conditions?   NO

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)*   NO

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)*   NO

j. Have you ever renounced your United States citizenship?   NO

k. Are you an alien illegally in the United States?   NO

l. Are you a nonimmigrant alien? *(See Definition 6.)*   NO

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?   NO

Yes ☐   No ☐   Not applicable ☐   *(if "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that answering *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date 11/18/03

ATF F 4473

04-6-05

**16.** Type of firearm(s) to be transferred:

**tion B - Must Be Completed By Transferor (S    )**

[X] Handgun    [ ] Long Gun    [ ] Both

**17.** Location of sale if at a gun show. *(See Instruction to Transferor 13.*

_____ (city, state)

**18a.** Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____

ILFaID

Number on Identification: 92730659

Expiration Date of Identification *(if any)* 11-1-04    *(See Instruction to Transferor 1.)*

**18b. Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

**18c. Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ (Date)

**19b.** The NICS or state transaction number *(if provided)* was: AO43672

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

[X] Proceed    [ ] Denied    [ ] Delayed

**19d.** If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

**19e.** The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ (optional)
(name)                (number)

**20.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

**21.** [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

**22.** Transferee's Signature

███████████████████████

**23.** Date    11/21/03

| | | **Section D** | | |
|---|---|---|---|---|
| **24.** Manufacturer and/or Importer | **25.** Model | **26.** Serial Number | **27.** Type *(pistol, revolver, rifle, shotgun, etc.)* | **28.** Caliber or Gauge |
| STW | 19-5 | AAT 4428 | Revolver | 357 |
| Stw | 696-1 | CDM 1880 | Revolver | 44 Spl |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

**29.** Trade/corporate name and address of transferor *(Hand stamp may be used.)*

**30.** Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

**31.** Transferor's Name *(Please print.)*

**32.** Transferor's Signature

**33.** Transferor's Title

**34.** Date Transfer is completed

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-012

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

| | |
|---|---|
| 1. Transferee's Full Name *(Last, First, Middle)*<br>Eason Jeffery Wade | 2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*<br>2305 Mayfair Road<br>Springfield, Sangamon County, IL 62703 |

| 3. Place of Birth *(City, State or foreign country)*<br>Woodland, CA | 4.<br>Height 6, 1<br>Weight 225 | 5. ☑ Male<br>☐ Female | 6. Birth Date<br>Month 7 Day 6 Year 1965 | 7. Social Security Number *(Optional, but will help prevent misidentification.)* |
|---|---|---|---|---|

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino    ☐ Asian    ☑ White

9. What is your State of residence *(if any)*? __Illinois__ *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* __U.S.__

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual person, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | YES |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. Are you a fugitive from justice? | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien illegally in the United States? | No |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | No |
| 13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | No |

Yes ☐   No ☐   Not applicable ☐   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to question 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

| 14. Transferee's Signature | 15. Date<br>10/01/03 |
|---|---|

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE...

**Section B - Must Be Completed By Transferor (Sel**

16. Type of firearm(s) to be transferred:

[X] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show.  *(See Instruction to Transferor 13.)*

_____ (city, state)

18a. Type of Identification  *(e.g., driver's license or other valid government- issued photo identification.)*:

IL FOID

Number on Identification:  9273065 9

Expiration Date of Identification  *(if any)*  10-1-04  *(See Instruction to Transferor 1.)*

18b. Aliens only:  Types and dates of additional required identification  *(e.g., utility bills or lease agreements.  See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only:  Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver.  See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ *(Date)*.

19b. The NICS or state transaction number *(if provided)* was: A016018

19c. The reponse initially provided by NICS or the appropriate state agency was:

[X] Proceed    [ ] Denied    [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

/ _____

*(name)*          *(number)* *(optional)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature _____

23. Date  10 / 03 / 03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| S + W | 42 | 25962 | | |
| S + W | 625 | SCC 0009 | Revolver | .38 |
| S + W | 625 | SCC 0010 | Revolver | .45 ACP |
| | | | Revolver | .45 ACP |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor  *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name  *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason  Jeffery  Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

2305 Mayfair Road
Springfield, SANGAMON CO., IL 62703

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6.0"  Weight 240

5. ☒ Male  ☐ Female

6. Birth Date  Month 7  Day 6  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification)*
▬▬▬▬▬

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino
☐ Asian
☒ White

9. What is your State of residence *(if any)*? Illinois *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? N/A

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | NO |
| c. Have you ever been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |
| 13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | NO |

Yes ☐  No ☐  Not applicable ☒ *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature
▬▬▬▬▬

15. Date
9-16-03

ATF F 4473 (5300.9)  PART I  (10-2001)  PREVIOUS EDITIONS ARE OBSOLETE

16. Type of firearm(s) to be transferred:

☑ Handgun      ☐ Long Gun      ☐ Both

**on B - Must Be Completed By Transferor (Se'**

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____

Number on Identification: ___ I L. ROID ___

9273069

Expiration Date of Identification *(if any)* ___ 10-01-04 ___ *(See Instruction to Transferor 1.)*

18b. Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on __9-16-03__ *(Date)*

19b. The NICS or state transaction number *(if provided)* was: __A009696__

19c. The response initially provided by NICS or the appropriate state agency was:

☑ Proceed    ☐ Denied    ☐ Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ *(Date)*

☐ Proceed    ☐ Denied    ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
*(name)*          *(number)*

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearms. *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*
I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date __9-20-03__

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Stw | 696-1 | CFA5904 | Revolver | 4Spl |
| Stw | 617-6 | CFR3979 | Revolver | 22LR |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|

DEPAR~ ~NT OF THE TREASURY
BUREAU OF AL~~HOL, TOBACCO AND FIREARMS

OMB NO. 1512-0

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name *(Last, First, Middle)*

Eason   Jeffery Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

2305 Mayfair Road
Springfield, Sangamon County, IL 62703

3. Place of Birth *(City, State or foreign country)*

Woodland CA

4. Height 6' 0"   Weight 240

5. ☑ Male  ☐ Female

6. Birth Date  Month 7  Day 6  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence *(if any)*? Illinois
State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.) *(See Definition 5. If you are not a citizen of the United States, you have a*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? N/A

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)*  | YES

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An Information is a formal accusation of a crime by a prosecutor. See Definition 3.)*  | NO

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)*  | NO

d. Are you a fugitive from justice?  | NO

e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance?  | NO

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution?  | NO

g. Have you been discharged from the Armed Forces under dishonorable conditions?  | NO

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)*  | NO

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)*  | NO

j. Have you ever renounced your United States citizenship?  | NO

k. Are you an alien illegally in the United States?  | NO

l. Are you a nonimmigrant alien? *(See Definition 6.)*  | NO

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?  | NO

Yes ☐   No ☐   Not applicable ☑   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to question 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date  9-11-03

ATF F 4473 (5300.9) PART I (10-2000) PREVIOUS EDITIONS ARE ~~

**Section B - Must Be Completed By Transferor (Seller)**

16. Type of firearm(s) to be transferred:

☑ Handgun    ☐ Long Gun    ☐ Both

17. Location of sale if not a gun show. *(See Instruction to Transferor 13.)*

18a. Type of Identification *(e.g., driver's license or other valid government- Issued photo identification.):* _____ *(city, state)*

Number on Identification: 7010 ____ 93 730659    BIRTH DATE

Expiration Date of Identification *(if any)* 10/01/04    *(See Instruction to Transferor 1.)* 07/06/65

18b. Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 9-16-03 *(Date)*.

19b. The NICS or state transaction number *(if provided)* was: A 009698

19c. The response initially provided by NICS or the appropriate state agency was:

☑ Proceed    ☐ Denied    ☐ Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

☐ Proceed    ☐ Denied    ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
*(name)*    *(number)*

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearms. *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 9-20-03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger Ruger | MK II | NRA 04906 | Pistol | 22 |
| | MK II | NRA 04907 | Pistol | 22 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-01

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.
Prepare in original only.

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Eason    Jeffery    Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

2305 Mayfair Road
Springfield IL    62703    Sangamon Co.

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6'0"  Weight 225

5. ☑ Male  ☐ Female

6. Birth Date  Month 7  Day 6  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* *(Check one or more boxes)*

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence *(if any)*? _Illinois_ (See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)

10. What is your country of citizenship? *(List more than one, if applicable.)* _U.S._

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _N/A_

### Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | YES

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No

d. Are you a fugitive from justice? | No

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No

g. Have you been discharged from the Armed Forces under dishonorable conditions? | No

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No

j. Have you ever renounced your United States citizenship? | No

k. Are you an alien illegally in the United States? | No

l. Are you a nonimmigrant alien? *(See Definition 6.)* | No

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | No

Yes ☐  No ☐  Not applicable ☑  *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to question 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS

**16.** Type of firearm(s) to be transferred:

[✓] Handgun  [ ] Long Gun  [ ] Both

**Section B - Must Be Completed By Transferor (Se**

**17.** Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

**18a.** Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____ *(city, state)*

Number on Identification: 92730659

Expiration Date of Identification *(if any)* 10-01-04 _____ *(See Instruction to Transferor 1.)*

**18b.** Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

**18c.** Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 5-6-03 _____ *(Date).*

**19b.** The NICS or state transaction number *(if provided)* was: A967434

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

[✓] Proceed  [ ] Denied  [ ] Delayed

**19d.** If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed  [ ] Denied  [ ] No resolution was provided within 3 business days.

**19e.** The name and Brady identification number of the NICS examiner *(if provided)*

_____ *(name)*  _____ *(number)*  *(optional)*

**20.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

**21.** [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____

Date of Issuance: _____

Expiration Date *(if any)*: _____

Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

**22.** Transferee's Signature

**23.** Date 5/20/03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger | 00660 | 268-25887 | Revolver | .22 |
| Ruger | 00660 | 268-26231 | Revolver | .22 |
| S+W | Chief Spl. | 56575 | Revolver | .38 Spl |

Complete ATF F 3310.4 For Multiple Purchases Of Handguns *(See Instruction to Transferor 11.)*

**29.** Trade/corporate name and address of transferor *(Hand stamp may be used.)*

**30.** Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-012

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

| 1. Transferee's Full Name (Last, First, Middle) | 2. Residence Address (No., Street, City, County, State, ZIP Code; cannot be a post office box) |
|---|---|
| Eason  Jeffery  Wade | 2305 Mayfair Rd., Sangamon Co., Springfield  62703 |

| 3. Place of Birth (City, State or foreign country) | 4. | 5. | 6. Birth Date | 7. Social Security Number (Optional, but will help prevent misidentification.) |
|---|---|---|---|---|
| Woodland CA | Height 6'0"  Weight 225 | ☑ Male  ☐ Female | Month 7 Day 6 Year 65 | |

8. Race (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native      ☐ Black or African American
☐ Hispanic or Latino          ☐ Native Hawaiian or Other Pacific Islander
                    ☐ Asian          ☑ White

9. What is your State of residence (if any)? ___ILLINOIS___ (See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)

10. What is your country of citizenship? (List more than one, if applicable.) ___USA___

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Important Notice 1 for actual buyer definition and examples.) | |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (An information is a formal accusation of a crime by a prosecutor. See Definition 3.) | YES |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Important Notice 6, Exception 1.) | NO |
| d. | Are you a fugitive from justice? | NO |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. | Have you ever been adjudicated mentally defective (which includes having been adjudicated incompetent to manage your own affairs) or have you ever been committed to a mental institution? | NO |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Important Notice 7.) | NO |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? (See Important Notice 6, Exception 1 and Definition 4.) | NO |
| j. | Have you ever renounced your United States citizenship? | NO |
| k. | Are you an alien illegally in the United States? | NO |
| l. | Are you a nonimmigrant alien? (See Definition 6.) | NO |
| 13. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | NO |

Yes ☐    No ☐    Not applicable ☑    (If "yes," the licensee must complete question 18c.)

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to question 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. (See Important Notice 8.)

| 14. Transferee's Signature | 15. Date |
|---|---|
| | 6/7/03 |

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE    2/1/15

**Section B - Must Be Completed By Transferor (Se**

16. Type of firearm(s) to be transferred:

[X] Handgun  [ ] Long Gun  [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.): _____ (city, state)

Number on Identification: I L. F.O.I.D. 9273665 9

Expiration Date of Identification (if any) 11-01-14 (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 6-5-03 (Date).

19b. The NICS or state transaction number (if provided) was: A976775

19c. The response initially provided by NICS or the appropriate state agency was:

[X] Proceed  [ ] Denied  [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed  [ ] Denied  [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ (name)  _____ (number)  (optional)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____    Date of Issuance: _____

Expiration Date (if any): _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 6/12/03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| BereTTA | 21 | OAA057835 | PISTOL | 22LR |
| BeroTTA | 21 | DAA 057834 | PISTOL | 22 LR |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)
Tony Sporting Goods
2001 N. Dirkson PKY
Springfield IL 62702

30. Federal Firearms License Number (Hand stamp may be used.)
33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name (Please print.) P.J.MANUEL. JR

32. Transferor's Signature

33. Transferor's Title Dealer

34. Date Transfer is completed 6-12-03

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-01

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name *(Last, First, Middle)*

Eason   Jeffery   Wade

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

6815  Mansion Road
Chatham,  Sangamon Co.,  IL  62629

3. Place of Birth *(City, State or foreign country)*

Woodland, CA

4. Height 6'1"   Weight 235

5. ☑ Male   ☐ Female

6. Birth Date
Month 7  Day 6  Year 1965

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence *(if any)*? ILLINOIS
*(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | NO |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |
| 13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | NO |

Yes ☐   No ☐   Not applicable ☑   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to question 12a is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date 9/15/03

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

16. Type of firearm(s) to be transferred:

[✓] Handgun     [ ] Long Gun     [ ] Both

**tion B - Must Be Completed By Transferor (S     )**

17. Location of safe if at a gun show. (See Instruction to Transferor 13.)

_____ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.): _____

IL   FOID

Number on Identification: 92730659

Expiration Date of Identification (if any) 10/01/2004 . (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on F.B-64 (Date).

19b. The NICS or state transaction number (if provided) was: AC706G4

19c. The response initially provided by NICS or the appropriate state agency was:

[ ] Proceed     [ ] Denied     [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed     [ ] Denied     [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)                  (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____     Date of Issuance: _____

Expiration Date (if any): _____     Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| S & W | 27 | N 445 886 | Revolver | .357 |
| S & W | 28 | N 81565 | Revolver | .357 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

30. Federal Firearms License Number (Hand stamp may be used.)

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and the Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|

*U.S. Government Printing Office: 2003—436-853/65061

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB. NO. 1512-0129

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in Ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

| 1. Transferee's Full Name  *(Last, First, Middle)* | 2. Residence Address  *(No., Street, City, County, State, ZIP Code; cannot be a post office box)* |
|---|---|
| CALCARI  John Alexander | 516 ANDERSON  CARLINVILLE, ILLINOIS 6262  MACOUPIN COUNTY |

| 3. Place of Birth *(City, State or foreign country)* | 4. Height  6'0"  Weight  185 | 5. ☒ Male  ☐ Female | 6. Birth Date  Month 10 Day 17 Year 43 | 7. Social Security Number *(Optional, but will help prevent misidentification.)* |
|---|---|---|---|---|
| LITCHFIELD  ILLINOIS | | | | |

8. Race *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native      ☐ Black or African American      ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino      ☐ Asian      ☒ White

9. What is your State of residence (if any)? ILLINOIS  *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* UNITED STATES of America

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? NOT APPLICABLE

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

**Certification Of Transferee**

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | NO |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. | Are you a fugitive from justice? | NO |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. | Have you ever renounced your United States citizenship? | NO |
| k. | Are you an alien illegally in the United States? | NO |
| l. | Are you a nonimmigrant alien? *(See Definition 6.)* | NO |
| 13. | If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? | NO |

Yes ☐    No ☐    Not applicable ☑    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

| 14. Transferee's Signature | 15. Date  11-27-204 |
|---|---|

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

**Section B - Must Be Completed By Transferor(s)**

16. Type of firearm(s) to be transferred:

[✓] Handgun  [ ] Long Gun  [ ] Both

17. Location of sale if at a gun show (See Instruction to Transferor 13.)

_Sprn gsi, il_ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.):

_I D_

Number on Identification: _S100050 04_

Expiration Date of Identification (if any) _4/1/09_ (See Instruction to Transferor 1.)

_04
01
09_

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _11-27-05_ (Date).

19b. The NICS or state transaction number (if provided) was: _A198663_

19c. The reponse initially provided by NICS or the appropriate state agency was:

[✓] Proceed  [ ] Denied  [ ] Delayed

_A 198663_

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed  [ ] Denied  [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)      (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____

Date of Issuance: _____

Expiration Date (if any): _____

Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date _11-30-2004_

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| _Ruger_ | _Super 6_ | _396381_ | _Rifle_ | _22_ |

**Complete ATF F 3310.4 For Multiple Purchases of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

**TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702**

30. Federal Firearms License Number (Hand stamp may be used.)

_33733941_

On the basis of (t) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name (Please print.) _Anthony Manuele_

32. Transferor's Signature

33. Transferor's Title _Dealer_

34. Date Transfer is completed _11-30-04_

*U.S. Government Printing Office: 2004—304-380/73104

OMB NO. 1512-0129

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only.   All entries must be in ink.   Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

| 1. Transferee's Full Name *(Last, First, Middle)* | 2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)* |
|---|---|
| CALCARI JOHN ALEXANDER | 516 ANDERSON CARLINVILLE, ILLINOIS 6262 MACOUPIN COUNTY |

| 3. Place of Birth *(City, State or foreign country)* | 4. Height 6'0" Weight 185 | 5. ☒ Male ☐ Female | 6. Birth Date Month 10 Day 17 Year 43 | 7. Social Security Number *(Optional, but will help prevent misidentification.)* |
|---|---|---|---|---|
| LITCHFIELD ILLINOIS | | | | |

8. Race *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☒ White

9. What is your State of residence *(if any)?* ILLINOIS    *(See Definition 5.  If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* UNITED STATES of AMERICA

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? NOT APPLICABLE

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form?  **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.**  *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year?  *(An information is a formal accusation of a crime by a prosecutor.  See Definition 3.)* | NO |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?  *(See Important Notice 6, Exception 1.)* | NO |
| d. | Are you a fugitive from justice? | NO |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. | Have you been discharged from the Armed Forces under **dishonorable** conditions? | NO |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner?  *(See Important Notice 7.)* | NO |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence?  *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. | Have you ever renounced your United States citizenship? | NO |
| k. | Are you an alien illegally in the United States? | NO |
| l. | Are you a nonimmigrant alien?  *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐    No ☐    Not applicable ☒    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct.  I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony.  I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm.  I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13.  I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony.  I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law.  *(See Important Notice 8.)*

| 14. Transferee's Signature | 15. Date |
|---|---|
| | 11-27-2004 |

ATF F 4473 (5300.9)  PART I (10-2001)  PREVIOUS EDITIONS ARE OBSOLETE      21/75

**tion B - Must Be Completed By Transferor (S    )**

16. Type of firearm(s) to be transferred:

[X] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

_Springfield I_ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.):

_FOID_

Number on Identification: _510.505.04_

Expiration Date of Identification (if any) _4-1-09_ . (See Instruction to Transferor t.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _11-27-09_ (Date).

19b. The NICS or state transaction number (if provided) was: _A 198351_

19c. The reponse initially provided by NICS or the appropriate state agency was:

[X] Proceed    [ ] Denied    [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady Identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)    (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____    Date of Issuance: _____

Expiration Date (if any): _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature ▓▓▓▓▓▓▓▓

23. Date _11-30-84_

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| _S+W_ | _29_ | _CFM 9899_ | _Rev_ | _44_ |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

_TONY'S SPORTING GOODS_
_2001 N. DIRKSEN PRWY_
_SPRINGFIELD, IL 62702_

30. Federal Firearms License Number (Hand stamp may be used.)

_337 33941_

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and the Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name (Please print.)

_Anthony Manuelu_

32. Transferor's Signature ▓▓▓▓▓▓▓▓

33. Transferor's Title

_Dealer_

34. Date Transfer is completed

_11-25-04_

*U.S. Government Printing Office: 2004–304-380/73104

LORENZ E TRAVIS    **279479**
6488 HOPEDALE ROAD
HOPEDALE, IL 61747    217 - 854
FFL # 3-37-179-01-6G-35703    909
800-440-5746

| CUSTOMER'S ORDER NO. | | | | | DATE 11-27-04 | |
|---|---|---|---|---|---|---|
| NAME John A CALCARI | | | | | | |
| ADDRESS 516 ANDERSON | | | | | | |
| CITY, STATE, ZIP CARLINVILLE IL 62626 | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D. | PAID OUT |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 4168 Sw 39 | | | 49 |
| 2 | CFM9899 | | | |
| 3 | | | | |
| 4 | foid | | | |
| 5 | 51050509 | | | |
| 6 | 11-17-43 B.D. | | | |
| 7 | 4-1-09 exp | | | |
| 8 | | | | |
| 9 | TRNF TO | | | |
| 10 | TOMS SPORTING | | | |
| 11 | Goods TAX | | 3 | |
| 12 | | | | 190 00 |

RECEIVED BY

KEEP THIS SLIP FOR REFERENCE

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

OMB NO. 1512-0129

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

Mayoral Der Anthony

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

32 Meander Pike
Chatham, Illinois
Sangamon 62629

3. Place of Birth *(City, State or foreign country)*

Carbondale
Illinois

4. Height 5'8"  Weight 195

5. ☒ Male  ☐ Female

6. Birth Date
Month 07 Day 31 Year 59

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino  ☐ Asian  ☒ White

9. What is your State of residence *(if any)?* Illinois _____ *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* United States of America

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?_____

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.** If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | no |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | no |
| d. Are you a fugitive from justice? | no |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | no |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | no |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | no |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | no |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | no |
| j. Have you ever renounced your United States citizenship? | no |
| k. Are you an alien illegally in the United States? | no |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | no |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?
Yes ☐  No ☐  Not applicable ☒ *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date 4-9-04

ATF F 4473 (5300.9) PART I

**Section B - Must Be Completed By Transferor (Seller)**

16. Type of firearm(s) to be transferred:

[X] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.)*: I.L. I.D.

Number on Identification: 82160790

Expiration Date of Identification *(if any)* 8-1-04 . *(See Instruction to Transferor 1.)*

18b. **Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. **Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 4-2-04 *(Date)*.

19b. The NICS or state transaction number *(if provided)* was: A110057

19c. The response initially provided by NICS or the appropriate state agency was:

[ ] Proceed    [ ] Denied    [ ] Delayed

173014

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on 4-12-04 *(Date)*

[X] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)* _____ *(optional)*
*(name)*     *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature [signature redacted]

23. Date 4·13·04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| MAGNUM Research SA | Desert Eagle PM134L | Sev95258233 NM18775I | Pistol Pistol | 44 mag 9mm |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*
Tays Sporting Goods
2001 MacArthur Blvd. #12
Springfield, IL 62712

30. Federal Firearms License Number *(Hand stamp may be used.)*
33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is Completed |
|---|---|---|---|
| ANTHONY IMANUEL J. | [signature redacted] | Dealer | 4/13-04 |

*U.S. Government Printing Office: 2003– 496-853/65061

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

Transferor's Transaction Serial Number

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

### Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name** (Last, First, Middle)

Green  David  J

**2. Residence Address** (No., Street, City, County, State, ZIP Code; cannot be a post office box)

4051 Vanderen st
Curran, Sangamon - Ill 62670

**3. Place of Birth** (City, State or foreign country)

**4.** Height  5'10"   Weight  155

**5.** ☒ Male   ☐ Female

**6. Birth Date** Month 6  Day 6  Year 1937

**7. Social Security Number** (Optional, but will help prevent misidentification.)

**8. Race** (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☒ White

**9.** What is your State of residence (if any)? _ILL._  (See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)

**10.** What is your country of citizenship? (List more than one, if applicable.)  U.S.

**11.** If you are not a citizen of the United States, what is your INS-issued alien number or admission number?_____

### Certification Of Transferee

**12.** Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| **a.** Are you the actual buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. (See Important Notice 1 for actual buyer definition and examples.) | yes |
| **b.** Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (An information is a formal accusation of a crime by a prosecutor. See Definition 3.) | NO |
| **c.** Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Important Notice 6, Exception 1.) | NO |
| **d.** Are you a fugitive from justice? | NO |
| **e.** Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| **f.** Have you ever been adjudicated mentally defective (which includes having been adjudicated incompetent to manage your own affairs) or have you ever been committed to a mental institution? | NO |
| **g.** Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| **h.** Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Important Notice 7.) | NO |
| **i.** Have you been convicted in any court of a misdemeanor crime of domestic violence? (See Important Notice 6, Exception 1 and Definition 4.) | NO |
| **j.** Have you ever renounced your United States citizenship? | NO |
| **k.** Are you an alien illegally in the United States? | NO |
| **l.** Are you a nonimmigrant alien? (See Definition 6.) | NO |

**13.** If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☐   Not applicable ☐   (If "yes," the licensee must complete question 18c.) | NO |

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that answering "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. (See Important Notice 8.)

**14. Transferee's Signature**

X

**15. Date**  9-15-04

ATF F 4473 (5300.9)  PART I (10-2001)  PREVIOUS EDITIONS ARE OBSOLETE

**~~tion~~ B - Must Be Completed By Transferor (Se~~~~)**

16. Type of firearm(s) to be transferred:

☐ Handgun  ☑ Long Gun  ☐ Both

17. Location of sale i~~~~ gun show. *(See Instruction to Transferor 13.)*

_____ (city, state)

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____
ILROID

Number on Identification: 41330479

Expiration Date of Identification *(if any)* 5-1-08 *(See Instruction to Transferor 1.)*

18b. **Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. **Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 1-16-04 *(Date).*

19b. The NICS or state transaction number *(if provided)* was: A163513

19c. The reponse initially provided by NICS or the appropriate state agency was:

☑ Proceed  ☐ Denied  ☐ Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ *(Date)*

☐ Proceed  ☐ Denied  ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*
_____ / _____ *(optional)*
  *(name)*     *(number)*

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____ Date of Issuance: _____

Expiration Date *(if any)*: _____ Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions In Section A of this form are still true and correct.

22. Transferee's Signature
X ~~[signature]~~

23. Date 9-18-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger | mkII | 331-886 | Pistol | 22LR |
| Colt | mT | 371 2515 | Pistol | 22LR |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*
TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is ~~completed~~ |
|---|---|---|---|
| ~~[redacted]~~ | | ~~[signature]~~ caler | 9/18/04 |

OMB NO. 1512-0129

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
Schussele Michael J.

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
29 ILLMO DR
Springfield, IL 62711

3. Place of Birth *(City, State or foreign country)*
Canton, IL

4. Height 5'10
Weight 185

5. ☒ Male ☐ Female

6. Birth Date
Month 2 Day 25 Year 47

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*
☐ American Indian or Alaska Native
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino
☐ Asian
☒ White

9. What is your State of residence *(if any)?* IL
*(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* USA

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* — YES

b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An Information is a formal accusation of a crime by a prosecutor. See Definition 3.)* — NO

c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* — NO

d. Are you a fugitive from justice? — NO

e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? — NO

f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? — NO

g. Have you been discharged from the Armed Forces under dishonorable conditions? — NO

h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* — NO

i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* — NO

j. Have you ever renounced your United States citizenship? — NO

k. Are you an alien illegally in the United States? — NO

l. Are you a nonimmigrant alien? *(See Definition 6.)* — NO

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?
Yes ☐ No ☐ Not applicable ☒ *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or false written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's

15. Date 10/12/04

ATF E 4473 (5300.9) PART I

**Section B - Must Be Completed By Transferor (Seller)**

16. Type of firearm(s) to be transferred:

[X] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* IL FOID

Number on Identification: 203 05 001

Expiration Date of Identification *(if any)* 2-1-06 *(See Instruction to Transferor 1.)*

18b. Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 10-12-04 *(Date).*

19b. The NICS or state transaction number *(if provided)* was:

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed    [ ] Denied    [ ] Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)* _____ / _____ *(optional)*
*(name)*    *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| WALTHer | P99 | 156 2680 | Pistol | 9mm |
| Sig | 2340 | SPM36R4G | Pistol | 357Sig |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

TONI'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

30. Federal Firearms License Number *(Hand stamp may be used.)*

33739941

On the basis of (1) the statements In Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted In question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮ | | dealer | |

OMB. NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.

Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

| 1. Transferee's Full Name *(Last, First, Middle)* | 2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)* |
|---|---|
| JACKSON Victor Seth | 157 E Lafayette Rushville, IL. 62681 (Schuyler) |

| 3. Place of Birth *(City, State or foreign country)* | 4. | 5. | 6. Birth Date | 7. Social Security Number *(Optional, but will help prevent misidentification.)* |
|---|---|---|---|---|
| Rushville Illinois | Height 5'10" Weight 203 | ☒ Male ☐ Female | Month 09 Day 01 Year 31 | |

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino   ☐ Asian   ☒ White

9. What is your State of residence *(if any)?* ILLINOIS *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* USA United States

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? NA

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. | Are you a fugitive from justice? | No |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. | Have you ever renounced your United States citizenship? | No |
| k. | Are you an alien illegally in the United States? | No |
| l. | Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☐   Not applicable ☒   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

| 14. Transferee's Signature | 15. Date |
|---|---|
| | 11/27/04 |

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

**...ion B - Must Be Completed By Transferor (S**

**16. Type of firearm(s) to be transferred:**

☑ Handgun    ☐ Long Gun    ☐ Both

**17. Location of sale if at a gun show.** *(See Instruction to Transferor 13.)*

*Springfield* _____ *(city, state)*

**18a. Type of Identification** *(e.g., driver's license or other valid government- issued photo identification)*

FOID

Number on Identification: 52190645

Expiration Date of Identification *(if any)* 08-01-2009 . *(See Instruction to Transferor 1.)*

**18b. Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

**18c. Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on *11-27-04 (Date).*

**19b.** The NICS or state transaction number *(if provided)* was: A 198811

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

☑ Proceed    ☐ Denied    ☐ Delayed

**19d.** If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on ____ *(Date)*

☐ Proceed    ☐ Denied    ☐ No resolution was provided within 3 business days.

**19e.** The name and Brady identification number of the NICS examiner *(if provided)* ____ / ____ *(optional)* *(name)* *(number)*

**20.** ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

**21.** ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

**I certify that the answers I provided to the questions in Section A of this form are still true and correct.**

**22. Transferee's Signature** ~~[signature redacted]~~

**23. Date** 12/2/04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| KEL-TEC | P-11 | 134892 | Pistol | 9mm |
| AMT | Backup | E 01165 | Pistol | 380 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

**29.** Trade/corporate name and address of transferor *(Hand stamp may be used.)*

**30.** Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

*U.S. Government Printing Office: 2003—496-853/65061*

OMB NO. 1512-0129

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

| 1. Transferee's Full Name (Last, First, Middle) | 2. Residence Address (No., Street, City, County, State, ZIP Code; cannot be a post office box) |
|---|---|
| Eason Jeffery Wade | 6815 Mansion Road Chatham, Sangamon Co, IL 62629 |

| 3. Place of Birth (City, State or foreign country) | 4. Height 6' 1" Weight 235 | 5. ☑ Male ☐ Female | 6. Birth Date Month 07 Day 06 Year 65 | 7. Social Security Number (Optional, but will help prevent misidentification.) |
|---|---|---|---|---|
| Woodland, CA | | | | |

**8. Race** (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino   ☐ Asian   ☑ White

9. What is your State of residence (if any)? __Illinois__ (See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)

10. What is your country of citizenship? (List more than one, if applicable.) __U.S.__

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

## Certification Of Transferee

12. Answer questions 12a through 12i by writing "yes" or "no" in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** (See Important Notice 1 for actual buyer definition and examples.) | YES |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? (An Information is a formal accusation of a crime by a prosecutor. See Definition 3.) | NO |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? (See Important Notice 6, Exception 1.) | NO |
| d. | Are you a fugitive from justice? | NO |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. | Have you ever been adjudicated mentally defective (which includes having been adjudicated incompetent to manage your own affairs) or have you ever been committed to a mental institution? | NO |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? (See Important Notice 7.) | NO |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? (See Important Notice 6, Exception 1 and Definition 4.) | NO |
| j. | Have you ever renounced your United States citizenship? | NO |
| k. | Are you an alien illegally in the United States? | NO |
| l. | Are you a nonimmigrant alien? (See Definition 6.) | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? ..... NO

Yes ☐   No ☐   Not applicable ☑   (If "yes," the licensee must complete question 18c.)

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 12i is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. (See Important Notice 8.)

| 14. Transferee's Signature | 15. Date |
|---|---|
| [signature redacted] | 4-3-04 |

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

Section B - Must Be Completed By Transferor (S

16. Type of firearm(s) to be transferred:

[✓] Handgun        [ ] Long Gun        [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

_____ (city, state)

18a. Type of identification (e.g., driver's license or other valid government- issued photo identification): _____

IL FOID

Number on Identification: 92730659

Expiration Date of Identification (if any) 10/01/2004 (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 4-5-8 (Date).

19b. The NICS or state transaction number (if provided) was: A108004

19c. The reponse initially provided by NICS or the appropriate state agency was:

[✗] Proceed        [ ] Denied        [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ † _____ (optional)
(name)          (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____        Date of Issuance: _____

Expiration Date (if any): _____        Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 04-07-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| S + W | 686 | AWN 2157 | Revolver | .357 |
| S + W | 29 | BAR 4051 | Revolver | .44 |

Complete ATF F 3310.4 For Multiple Purchases Of Handguns (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

TONY'S GUNS & GOLD
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

30. Federal Firearms License Number (Hand stamp may be used.)

3373 3924 1

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is Completed |
|---|---|---|---|
| | | Dealer | |

U.S. Government Printing Office: 2003—496-853/65081

217-523-1541    OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.

Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
CORLAS, MICHAEL ANDREW

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
1623 E WATCIT
SPRINGFIELD, IL 62702
SANGAMAN CO

3. Place of Birth *(City, State or foreign country)*
SPRINGFIELD, IL

4. Height 5'11    Weight 160

5. ☒ Male    ☐ Female

6. Birth Date    Month 11  Day 28  Year 58

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino    ☐ Asian    ☒ White

9. What is your State of residence *(if any)?* ILLINOIS
*(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* US

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? N/A

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | NO |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐    No ☐    Not applicable ☒    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date    21 AUG 04

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

on B - Must Be Completed By Transferor (Se

16. Type of firearm(s) to be transferred:

☐ Handgun    ☐ Long Gun    ☐ Both

17. Location of sale if at a gun show.  *(See Instruction to Transferor 13.)*

_____ (city, state)

18a. Type of Identification  *(e.g., driver's license or other valid government- issued photo identification.):*

IL FOID                          11-28-58

Number on Identification:  41220189

Expiration Date of Identification  *(if any)*  05-01-2009  (See Instruction to Transferor 1.)

18b. Aliens only:  Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only:  Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver.  See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)**  *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on  8-22-04  *(Date).*

19b. The NICS or state transaction number (if provided) was:

19c. The reponse initially provided by NICS or the appropriate state agency was:

☐ Proceed    ☐ Denied    ☑ Delayed

216099

19d. If initial NICS or state response was *"Delayed,"* the following response was received from the NICS or the appropriate state agency on

_____ (Date)

☐ Proceed    ☐ Denied    ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
    (name)              (number)

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS  *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearms.  *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

✗ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

23. Date

✗ 24 AUG 04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| INTRATEC | TEC-22 | 062552 | PISTOL | 22LR |
| ROSSI | M-971 | F-269932 | REVOLVER | 357 MAG |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns**  *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

Fox Sporty Goods
2802 W. Divresen Ray
Springfield IL 62702

30. Federal Firearms License Number *(Hand stamp may be used.)*

33783441

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a);* and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name  *(Please print.)*

P Imprivella JR

32. Transferor's Signature

▓▓▓▓▓▓▓▓▓▓

33. Transferor's Title

Dealer

34. Date Transfer is completed

ARCOLA GUNS, AMMO & GUNSMITHING
220 N. PINE
ARCOLA, IL 61910
217-268-5000

582531

| | | | | | | | DATE 8-22-04 | |
|---|---|---|---|---|---|---|---|---|
| NAME | | | | | | | | |
| ADDRESS | | | | | | ORDER NO. | | |
| CITY, STATE, ZIP | | | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | 062 $52 | |

| | QUAN. | DESCRIPTION  STAR-1 | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | | FC 22  221 R | 2 | |
| 2 | 1 | Rossi 971 357 | | |
| 3 | | SER# F-267733 | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | RANS | | |
| 9 | | TONY | | |
| 10 | | | | |
| 11 | | GUNS | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| RECEIVED BY | | | TAX | |
| | | | TOTAL | |

24705

52 /75

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
**BUREAU OF ALCOHOL, TOBACCO AND FIREARMS**
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name** *(Last, First, Middle)*
~~█~~ JACOBS JOHN W

**2. Residence Address** *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
7739 Mechanicsburg Road
Springfield ILL 62712
Sangamon

**3. Place of Birth** *(City, State or foreign country)*
Springfield IL

**4.** Height 6.3  Weight 244

**5.** [X] Male  [ ] Female

**6. Birth Date**  Month 10 Day 12 Year 62

**7. Social Security Number** *(Optional, but will help prevent misidentification.)* ~~████~~

**8. Race** *(Ethnicity) (Check one or more boxes)*

[ ] American Indian or Alaska Native   [ ] Black or African American   [ ] Native Hawaiian or Other Pacific Islander

[ ] Hispanic or Latino   [ ] Asian   [X] White

**9. What is your State of residence** *(if any)?* ___ILL___ *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

**10. What is your country of citizenship?** *(List more than one, if applicable.)* UNITED STATES OF AMERICA

**11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?** _____

## Certification Of Transferee

**12.** Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

**a.** Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* — **yes**

**b.** Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* — **No**

**c.** Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* — **No**

**d.** Are you a fugitive from justice? — **No**

**e.** Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance? — **No**

**f.** Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? — **No**

**g.** Have you been discharged from the Armed Forces under dishonorable conditions? — **No**

**h.** Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* — **No**

**i.** Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* — **No**

**j.** Have you ever renounced your United States citizenship? — **No**

**k.** Are you an alien illegally in the United States? — **No**

**l.** Are you a nonimmigrant alien? *(See Definition 6.)* — **No**

**13.** If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes [ ]   No [ ]   Not applicable [X]   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

**14. Transferee's Signature** ~~████████~~

**15. Date** 8-13-04

**tion B - Must Be Completed By Transferor (S    )**

16. Type of firearm(s) to be transferred:

[X] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of tdentification *(e.g., driver's license or other valid government-issued photo identification.):* IL Epin

Number on Identification: 576-702-61

Expiration Date of Identification *(if any)* 6-1-09    *(See Instruction to Transferor 1.)*

18b. Allens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 6/19/04 *(Date.)*

19b. The NICS or state transaction number *(if provided)* was: A151880

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed    [ ] Denied    [X] Delayed

T214984

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
*(name)*      *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 9-3-04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| GLOCK | 35 | GBF675 | PISTOL | 40cal |
| GLOCK | 35 | GGS833 | PISTOL | 40cal |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY
SPRINGFIELD, IL 62702

30. Federal Firearms License Number *(Hand stamp may be used.)*

33733941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name *(Please print.)*
Anthony Manuele

32. Transferor's Signature

33. Transferor's Title
Dealer

34. Date Transfer is completed
9/3/04

*U.S. Government Printing Office: 2003—496-853/65061*

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

Transferor's Transaction Serial Number 03191
03397

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
Boyd  Ronald  Lee

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
3009 KC Drive
Hillsboro
Montgomery
Il.  62049

3. Place of Birth *(City, State or foreign country)*
Hillsboro Il.

4. Height 5'10"  Weight 185

5. [X] Male  [ ] Female

6. Birth Date  Month 6  Day 13  Year 44

7. Social Security Number *(Optional, but will help prevent misidentification)*

8. Race *(Ethnicity) (Check one or more boxes)*

[ ] American Indian or Alaska Native
[ ] Black or African American
[ ] Native Hawaiian or Other Pacific Islander
[ ] Hispanic or Latino
[ ] Asian
[X] White

9. What is your State of residence *(if any)?* IL.  *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* United States

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. Are you a fugitive from justice? | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien illegally in the United States? | No |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes [ ]   No [ ]   Not applicable [X]   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature  [signature redacted]

15. Date 1/17/04

ATF F 4473 (5300.9)  PART I (10-2001)  PREVIOUS EDITIONS ARE OBSOLETE

55/75

**tion B - Must Be Completed By Transferor (S    )**

16. Type of firearm(s) to be transferred:
[✓] Handgun   [ ] Long Gun   [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)
_Springfield, IL_ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification):
_IL. DRIVERS LIC._
Number on Identification: _B915B0177_
Expiration Date of Identification (if any) _6/13/04_ . (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _1/7/04_ (Date).

19b. The NICS or state transaction number (if provided) was: _A011325_

19c. The reponse initially provided by NICS or the appropriate state agency was:
[ ] Proceed   [ ] Denied   [✓] Delayed
_T132655_

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _1-7-04_ (Date)
[✓] Proceed   [ ] Denied   [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided) (optional)
_____ (name)   _____ (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)
State Permit Type: _IL. FOID_
Date of Issuance: _06/13/44_
Expiration Date (if any): _06/01/04_
Permit Number: _915B0177_

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature _[signature redacted]_

23. Date _1/21/04_

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| A(?) | 617 | BUF2782 | Rev. | 22 |
| S(?)W | 647 | CFY9976 | Rev. | 17 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)
**TONY'S SPORTING GOODS**
**2001 N. DIRKSEN PRWY**
**SPRINGFIELD, IL 62702**

30. Federal Firearms License Number (Hand stamp may be used.)
_3 3733941_

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name (Please print.) _[handwritten]_
32. Transferor's Signature _[signature redacted]_
33. Transferor's Title _[signature]_
34. Date Transfer is completed _1-21-04_

*U.S. Government Printing Office: 2002 – 491-811/53556



OMB NO. 1512-0129

**DEPART~~MENT~~ NT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name *(Last, First, Middle)*
FRIEDRICH JERRY LEE

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
529 WEST MAIN (SPRG.)
WILLIAMSVILLE, ILL 62693

3. Place of Birth *(City, State or foreign country)*
WILLIAMSVILLE

4. Height 6' 1"
Weight 180

5. ☑ Male   ☐ Female

6. Birth Date
Month 9  Day 24  Year 44

7. Social Security Number *(Optional, but will help prevent misidentification.)*
███████

8. Race *(Ethnicity)* (Check one or more boxes)

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☑ White

9. What is your State of residence *(if any)?* ILL.   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.A.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? N/A

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | NO |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☐   Not applicable ☐   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature
███████

15. Date
2/2/04

7/24/44

**tlon B - Must Be Completed By Transferor (S   )**

16. Type of firearm(s) to be transferred:

[X] Handgun   [ ] Long Gun   [ ] Both

t7. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

Decatur, IL *(city, state)*

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):*  ILFOID

Number on Identification:  10560384

Expiration Date of Identification *(if any)*  03/01/05  . *(See Instruction to Transferor 1.)*

18b. **Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. **Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 2-1-04 *(Date)*.

19b. The NICS or state transaction number *(if provided)* was: A077857

19c. The reponse initially provided by NICS or the appropriate state agency was:

[X] Proceed   [ ] Denied   [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ *(Date)*

[ ] Proceed   [ ] Denied   [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
*(name)*            *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____   Date of Issuance: _____

Expiration Date *(if any)*: _____   Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date  2/4/04

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| A. UBERTI | S.A. Cattle man | 142867 | revolver | 44-40 |
| A. UBERTI | S.A. Cattle man | 160287 | revolver | 44-40 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

Tony's Sporting Goods
3201 No Dirksen Pkwy
Springfield, IL 62702

30. Federal Firearms License Number *(Hand stamp may be used.)*

337-33941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name *(Please print.)*

32. Transferor's Signature

33. Transferor's Title

34. Date Transfer is completed  2-4-04

OMB. NO. 1512-0129

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

### Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name** *(Last, First, Middle)*

Tuxhorn John William

**2. Residence Address** *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

1158 No 6 St. Springfield
Sangamon Illinois 62702

**3. Place of Birth** *(City, State or foreign country)*

Springfield Ill

**4.** Height 6    Weight 200

**5.** ☒ Male   ☐ Female

**6. Birth Date**   Month 2  Day 20  Year 57

**7. Social Security Number** *(Optional, but will help prevent misidentification.)*

**8. Race** *(Ethnicity)* (Check one or more boxes)

- ☐ American Indian or Alaska Native
- ☐ Hispanic or Latino
- ☐ Black or African American
- ☐ Asian
- ☐ Native Hawaiian or Other Pacific Islander
- ☒ White

**9.** What is your State of residence *(if any)?* **Illinois**   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

**10.** What is your country of citizenship? *(List more than one, if applicable.)*   **USA**

**11.** If you are not a citizen of the United States, what is your INS-issued alien number or admission number?   **N/A**

### Certification Of Transferee

**12.** Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| **a.** Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| **b.** Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| **c.** Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| **d.** Are you a fugitive from justice? | No |
| **e.** Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| **f.** Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| **g.** Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| **h.** Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| **i.** Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| **j.** Have you ever renounced your United States citizenship? | No |
| **k.** Are you an alien illegally in the United States? | No |
| **l.** Are you a nonimmigrant alien? *(See Definition 6.)* | No |

**13.** If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☐   Not applicable ☒   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

**14.** Transferee's Signature 

**15.** Date   10-12-03

**tion B - Must Be Completed By Transferor (S    )**

t6. Type of firearm(s) to be transferred:

☐ Handgun  ☐ Long Gun  ☒ Both

t7. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ (city, state)

t8a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* __ IL, FOID

Number on identification: 21245002

Expiration Date of identification *(if any)* 5-1-06 . *(See Instruction to Transferor 1.)*

t8b. **Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

t8c. **Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

t9a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 10-13-03 *(Date).*

19b. The NICS or state transaction number *(if provided)* was:

t9c. The reponse initially provided by NICS *or* the appropriate state agency was:

☐ Proceed  ☐ Denied  ☐ Delayed

t9d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

☐ Proceed  ☐ Denied  ☐ No resolution was provided within 3 business days.

t9e. The name and Brady identification number of the NICS examiner *(if provided)* 080923

_____ / _____ *(optional)*
(name)         (number)

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

2t. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____  Date of Issuance: _____

Expiration Date *(if any)*: _____  Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

**I certify that the answers I provided to the questions in Section A of this form are still true and correct.**

22. Transferee's Signature

23. Date 10·15-03

**Section D**

| 24. Manufacturer and/or importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Hi Standard | 64 | 2474051 | Pistol | 22LR |
| Hi Standard | 64 | 200 6004 | Pistol | 22m |
| Ruger | 94/22 | 620-07067 | Rifle | 22 LR |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (t) the statements in Section A; (2) my verification of identity noted in question t8a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for ma to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 3t-34.**

| 3t. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

DEPART      NT OF THE TREASURY
BUREAU OF AL   HOL, TOBACCO AND FIREARMS

Transferor's Transaction Serial Number
**03-559**

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.

Prepare in original only.  All entries must be in ink.  Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1. Transferee's Full Name** *(Last, First, Middle)*
BerToni George E

**2. Residence Address** *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
2052 Fairingdon
Springfield, Ill.     SANGMON
62702-2

**3. Place of Birth** *(City, State or foreign country)*
SANGMON

**4. Height** 5'11"
**Weight** 255

**5.** ☒ Male   ☐ Female

**6. Birth Date**
Month 3  Day 3  Year 41

**7. Social Security Number** *(Optional, but will help prevent misidentification.)*

**8. Race** *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native     ☐ Black or African American     ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino     ☐ Asian     ☒ White

**9.** What is your State of residence *(if any)?* _____ *(See Definition 5.  If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

**10.** What is your country of citizenship? *(List more than one, if applicable.)*  U.S.A.

**11.** If you are not a citizen of the United States, what is your INS-issued alien number or admission number?_____

## Certification Of Transferee

**12.** Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| **a.** Are you the actual buyer of the firearm(s) listed on this form?  **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.  If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.  *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| **b.** Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year?  *(An information is a formal accusation of a crime by a prosecutor.  See Definition 3.)* | No |
| **c.** Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?  *(See Important Notice 6, Exception 1.)* | No |
| **d.** Are you a fugitive from justice? | No |
| **e.** Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| **f.** Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| **g.** Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| **h.** Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner?  *(See Important Notice 7.)* | No |
| **i.** Have you been convicted in any court of a misdemeanor crime of domestic violence?  *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| **j.** Have you ever renounced your United States citizenship? | No |
| **k.** Are you an alien illegally in the United States? | No |
| **l.** Are you a nonimmigrant alien?  *(See Definition 6.)* | No |

**13.** If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐     No ☐     Not applicable ☐     *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct.  I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony.  I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm.  I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13.  I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony.  I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law.  *(See Important Notice 8.)*

**14. Transferee's Signature**

**15. Date**
11-29-03

ATF 4473 (5300.9)  PART I (10-20   PREVIOUS EDITIONS ARE OBSOLETE

**Section B - Must Be Completed By Transferor ( )**

16. Type of firearm(s) to be transferred:

[✓] Handgun    [ ] Long Gun    [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

Springfield, IL.

(city, state)

18a. Type of identification (e.g., driver's license or other valid government- issued photo identification): D.L. I. # B635-3059-10L5

Number on Identification: 10820416

Expiration Date of Identification (if any) 03-03-05    (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ (Date)

19b. The NICS or state transaction number (if provided) was: A045300

19c. The reponse initially provided by NICS or the appropriate state agency was:

[✓] Proceed    [ ] Denied    [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

[ ] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided) _____ / _____ (optional)
(name)           (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: FOID

Expiration Date (if any): 3-1-05

Date of Issuance: 3-3-4~~  3-1-05

Permit Number: 10800416

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 12-2-03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| H & K | USP | 22-31547 | Pistol | .40S&W |
| Walther | P22 | W004512 | Pistol | .22 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

Tonys Sporting Good
2001 N.D. Pleseq P124
Springfield, IL. 62702

30. Federal Firearms License Number (Hand stamp may be used.)

3-37-33941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| A J MANUEL JR | | Owner | |

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

Transferor's Transaction Serial Number

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

1. Transferee's Full Name *(Last, First, Middle)*
HUGHS ROBERT LEE

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
1650 MCQUEEN RD.
PLEASANT PLAINS ILLINOIS 62677
SABAMON

3. Place of Birth *(City, State or foreign country)*
SPRINGFIELD ILLINOIS

4. Height 6⁰  Weight 170

5. ☒ Male  ☐ Female

6. Birth Date  Month 4  Day 23  Year 49

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☒ White

9. What is your State of residence *(if any)?* ILLINOIS    *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.A

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number?_____

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.** If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An indictment or information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | ~~YES~~NO |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you ever been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | NO |
| i. Have you ever been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?
Yes ☐  No ☐  Not applicable ☐  *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date  12-09-03

**Section B - Must Be Completed By Transferor (Seller)**

16. Type of firearm(s) to be transferred:

☑ Handgun          ☐ Long Gun          ☐ Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ (city, state)

18a. Type of Identification *(e.g., driver's license or other valid government-issued photo identification.):* Il. Frin

Number on Identification: 22996020

Expiration Date of identification *(if any)* 11-1-06 *(See Instruction to Transferor 1.)*

18b. **Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. **Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 12-11-03 _____ *(Date).*

19b. The NICS or state transaction number *(if provided)* was: A054931

19c. The reponse initially provided by NICS or the appropriate state agency was:

☑ Proceed          ☐ Denied          ☐ Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ *(Date)*

☐ Proceed   ☐ Denied   ☐ No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)* _____ / _____ *(optional)*
(name)              (number)

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____   Date of Issuance: _____

Expiration Date *(if any)*: _____   Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature ~~[redacted]~~

23. Date 12-15-03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger | Ag. | 58-62816 | Revolver | 45LC |
| Ruger | Bg. | 58-62817 | Revolver | 45LC |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

**TONY'S SPORTING GOODS
2001 N. DIRKSEN PRWY.
SPRINGFIELD, IL 62702**

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a);* and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

OMB NO. 1512-0129

## DEPARTMENT OF THE TREASURY
### BUREAU OF ALCOHOL, TOBACCO AND FIREARMS
# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

| Transferor's Transaction Serial Number |
|---|

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

### Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
Danow John Anthony

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
7808 Givens Rd. MDRD, Madison, Illinois 62067

3. Place of Birth *(City, State or foreign country)*
St. Clair Shores, Mich.

4. Height 6'0" Weight 210

5. ☒ Male ☐ Female

6. Birth Date Month 12 Day 25 Year 49

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity)* *(Check one or more boxes)*

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino    ☐ Asian    ☒ White

9. What is your State of residence *(if any)?* Illinois *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.A.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? NA.

### Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. | Are you a fugitive from justice? | No |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. | Have you ever renounced your United States citizenship? | No |
| k. | Are you an alien illegally in the United States? | No |
| l. | Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐    No ☐    Not applicable ☒    *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date 12-14-03

tion B - Must Be Completed By Transferor (S

| 16. Type of firearm(s) to be transferred: | 17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)* |

☒ Handgun    ☐ Long Gun    ☐ Both       Collinsville Il.    _(city, state)_

18a. Type of Identification  *(e.g., driver's license or other valid government- issued photo identification.):*  IL Fpin

Number on Identification:  907704 69

Expiration Date of Identification  *(if any)*  3-1-04    *(See Instruction to Transferor 1.)*

18b. **Aliens only:**  Types and dates of additional required identification  *(e.g., utility bills or lease agreements.  See Instruction to Transferor 2.)*

18c. **Nonimmigrant aliens only:**  Type of documentation showing an exception to the nonimmigrant alien prohibition  *(e.g., hunting license/permit; waiver.  See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)**  *(See Instructions to Transferor 5-7.)*

| 19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on  12-14-03  _(Date)_ | 19b. The NICS or state transaction number *(if provided)* was: |
| 19c. The reponse initially provided by NICS or the appropriate state agency was:  ☐ Proceed  ☐ Denied  ☒ Delayed    114995 | 19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on _____ _(Date)_  ☐ Proceed  ☐ Denied  ☐ No resolution was provided within 3 business days. |

19e. The name and Brady identification number of the NICS examiner  *(if provided)*
_____ / _____ *(optional)*
  _(name)_          _(number)_

20. ☐ No NICS check was required because the transfer involved only NFA firearm(s).  *(See Instruction to Transferor 7.)*

21. ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS  *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

**I certify that the answers I provided to the questions in Section A of this form are still true and correct.**

| 22. Transferee's Signature | 23. Date  12-20-03 |

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Springfield Arms | XD9 | US 971614 | Pistol | 9mm |
| Browning | MKII S | 245NZ 202552 | Pistol | 9mm |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns**  *(See Instruction to Transferor 11.)*

| 29. Trade/corporate name and address of transferor  *(Hand stamp may be used.)*  **TONY'S SPORTING GOODS  2001 N. DIRKSEN PRWY  SPRINGFIELD. IL 62702** | 30. Federal Firearms License Number  *(Hand stamp may be used.)* |

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name  *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*
Mayoral, Peter Anthony

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*
32 Meander Pke
Chatham, Illinois
Songamon   62629

3. Place of Birth *(City, State or foreign country)*
Carbondale Illinois

4. Height  5'9
Weight  185

5. ☒ Male   6. Birth Date
☐ Female
Month 07 Day 31 Year 59

7. Social Security Number *(Optional, but will help prevent misidentification)*

8. Race (Ethnicity) (Check one or more boxes)

☐ American Indian or Alaska Native    ☐ Black or African American    ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino    ☐ Asian    ☒ White

9. What is your State of residence *(if any)?* Illinois   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* United States of America

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person.** If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | no |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | NO |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | NO |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | NO |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | NO |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | no |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | NO |
| j. Have you ever renounced your United States citizenship? | NO |
| k. Are you an alien illegally in the United States? | NO |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | NO |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?
Yes ☐   No ☐   Not applicable ☒   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

t4. Transferee's Signature

t5. Date
08-15-2003

ATF E 4473 (5300.9) PART I (10-98) PREVIOUS EDITIONS

**Section B - Must Be Completed By Transferer (Seller)**

16. Type of firearm(s) to be transferred:

[X] Handgun      [ ] Long Gun      [ ] Both

17. Location of sale if at a gun show. *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of Identification *(e.g., driver's license or other valid government- issued photo identification.):* _____

IL. FOID

Number on Identification: P-621607L0

Expiration Date of Identification *(if any)* 8-1-04 . *(See Instruction to Transferor 1.)*

18b. Aliens only: Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 8/18/03 *(Date).*

19b. The NICS or state transaction number *(if provided)* was: A99566L

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed      [ ] Denied      [X] Delayed

19d. If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on 8-19-03 *(Date)*

[X] Proceed      [ ] Denied      [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ _____ *(optional)*
    *(name)*         *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____      Date of Issuance: _____

Expiration Date *(If any)*: _____      Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C Immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions In Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 8-21-03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Ruger S&W | Super Blackhawk 29 | 86-41506 CFV3055 | Revolver Revolver | 44 44 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a);* and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

OMB NO. 1512-0129

**DEPARTMENT OF THE TREASURY**
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

Transferor's Transaction Serial Number

**FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER**

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.

Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

**Section A - Must Be Completed Personally By Transferee (Buyer)**

| 1. Transferee's Full Name *(Last, First, Middle)* | 2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)* |
|---|---|
| Mayoral Rae Anthony | 32 Mearde Rde Chatham, Ill 62629 SAN CAM (?) Co |

| 3. Place of Birth *(City, State or foreign country)* | 4. Height 5'9" Weight 185 | 5. ☒ Male ☐ Female | 6. Birth Date Month 07 Day 31 Year 59 | 7. Social Security Number *(Optional, but will help prevent misidentification.)* |
|---|---|---|---|---|
| Carbondale Illinois | | | | |

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native      ☐ Black or African American      ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino      ☐ Asian      ☒ White

9. What is your State of residence *(if any)?* Illinois   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* United States of America

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

**Certification Of Transferee**

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | | |
|---|---|---|
| a. | Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | yes |
| b. | Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | no |
| c. | Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | no |
| d. | Are you a fugitive from justice? | no |
| e. | Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | no |
| f. | Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | no |
| g. | Have you been discharged from the Armed Forces under dishonorable conditions? | no |
| h. | Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | no |
| i. | Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | no |
| j. | Have you ever renounced your United States citizenship? | no |
| k. | Are you an alien illegally in the United States? | no |
| l. | Are you a nonimmigrant alien? *(See Definition 6.)* | no |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2? no

Yes ☐      No ☐      Not applicable ☒   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is purchasing or receiving a firearm, unless the person also answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

| 14. Transferee's Signature | 15. Date 01-25-200_ |
|---|---|

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

**Section B - Must Be Completed By Transferor (Se**

**16. Type of firearm(s) to be transferred:**

[✓] Handgun    [ ] Long Gun    [ ] Both

**17. Location of sale if at a gun show.** *(See Instruction to Transferor 13.)*

_____

_____ *(city, state)*

**18a. Type of Identification** *(e.g., driver's license or other valid government- issued photo identification.):* ___ I L. F O i D

Number on Identification: _8 2 1 6 0 7 9 0_

Expiration Date of Identification *(if any)* _08/01/04_ . *(See Instruction to Transferor 1.)*

**18b. Aliens only:** Types and dates of additional required identification *(e.g., utility bills or lease agreements. See Instruction to Transferor 2.)*

**18c. Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition *(e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _1-25-13_ *(Date)*.

**19b.** The NICS or state transaction number *(if provided)* was: _A 9 3 3 5 3 0_

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed    [ ] Denied    [✓] Delayed

_T 9 7 6 9 9 9_

**19d.** If initial NICS or state response was *"Delayed,"* the following response was received from NICS or the appropriate state agency on

_____ *(Date)*

[✓] Proceed    [ ] Denied    [ ] No resolution was provided within 3 business days.

**19e.** The name and Brady identification number of the NICS examiner *(if provided)* _____ *(optional)*

*(name)*          *(number)*

**20.** [ ] No NICS check was required because the transfer involved only NFA firearm(s). *(See Instruction to Transferor 7.)*

**21.** [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS *(See Instruction to Transferor 7.)*

State Permit Type: _____    Date of Issuance: _____

Expiration Date *(if any)*: _____    Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

**22. Transferee's Signature**

████████████████████

**23. Date**

1·28·03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Browning | HI-Power | 73C76066 | Pistol | 9mm |
| S+W | 24 | ACA73286 | Revolver | .44 |
| S+W | 457 | CEZ1627 | Revolver | 4 in |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

**29. Trade/corporate name and address of transferor** *(Hand stamp may be used.)*

Tops Sporting Goods
3001 N. Dirksey Pky
Springfield IL. 62702

**30. Federal Firearms License Number** *(Hand stamp may be used.)*

33 3 33941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| ____ F. MANCHEK ██ | ████████ | Dealer | 1-28-03 |

OMB NO. 1512-0129

DEPARTM'T OF THE TREASURY
BUREAU OF ALC OL, TOBACCO AND FIREARMS

| Transferor's Transaction Serial Number |

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The Information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

John F. CURRAN, JOHN FRANCIS

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

2512 SUTHERLAND RD.
SPRINGFIELD, IL 62702

3. Place of Birth *(City, State or foreign country)*

SAN FRANCISCO, CA

4. Height 5'7"  Weight 195

5. ☒ Male   ☐ Female

6. Birth Date   Month 05  Day 18  Year 57

7. Social Security Number *(Optional, but will help prevent misidentification.)*

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander
☐ Hispanic or Latino   ☐ Asian   ☒ White

9. What is your State of residence *(if any)?* ILLINOIS   *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

10. What is your country of citizenship? *(List more than one, if applicable.)* U.S.A.

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? N/A

## Certification Of Transferee

12. Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice t for actual buyer definition and examples.)* | YES |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An Information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. Are you a fugitive from justice? | NO |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. Have you been discharged from the Armed Forces under dishonorable conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception t and Definition 4.)* | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien illegally in the United States? | No |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?   N/A No

☐ Yes   ☐ No   ☐ Not applicable   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature

15. Date  1-6-03

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

**Section B - Must Be Completed By Transferor (Sell**

16. Type of firearm(s) to be transferred:

[X] Handgun     [ ] Long Gun     [ ] Both

17. Location of sale if at a gun show. (See Instruction to Transferor 13.)

_____ (city, state)

18a. Type of Identification (e.g., driver's license or other valid government- issued photo identification.): FOID

Number on Identification: 20955010

Expiration Date of Identification (if any) 05-01-06    (See Instruction to Transferor 1.)

18b. Aliens only: Types and dates of additional required identification (e.g., utility bills or lease agreements. See Instruction to Transferor 2.)

18c. Nonimmigrant aliens only: Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on 1-06-03 (Date).

19b. The NICS or state transaction number (if provided) was: A915813

19c. The reponse initially provided by NICS or the appropriate state agency was:

[ ] Proceed     [ ] Denied     [X] Delayed

T968758

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on 1-07-03 (Date)

[X] Proceed     [ ] Denied     [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner (if provided)

_____ / _____ (optional)
(name)           (number)

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____     Date of Issuance: _____

Expiration Date (if any): _____     Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date 1-10-03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| FEG | PJK-9Hp | B 98778 | pistol | 9mm |
| mauser | HSc | 01.30244 | pistol | 380 acp |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

29. Trade/corporate name and address of transferor (Hand stamp may be used.)

Tonys Sporting Goods
2001 N. Dirksen Pkwy
Springfield, IL 62702
(217) 544-3740

30. Federal Firearms License Number (Hand stamp may be used.)

337-33941

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

31. Transferor's Name (Please print)

32. Transferor's Signature

33. Transferor's Title

34. Date Transfer is completed 1-1-03

ATF F 4473 (5300.9) PART 1

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

1. Transferee's Full Name *(Last, First, Middle)*

ZERKLE, JAMES K.

2. Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

1904 Oak Creek Rd
Springfield, IL 62704

3. Place of Birth *(City, State or foreign country)*

MACOMB
ILLINOIS

4. Height 5'10
Weight 220

5. ☒ Male   ☐ Female

6. Birth Date
Month 9  Day 6  Year 54

7. Social Security Number *(Optional, but will help prevent misidentification.)*
▮▮▮▮▮▮▮

8. Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native      ☐ Black or African American      ☐ Native Hawaiian or Other Pacific Islander

☐ Hispanic or Latino      ☐ Asian      ☒ White

9. What is your State of residence *(if any)?* __Illinois__
State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.) *(See Definition 5. If you are not a citizen of the United States, you have a*

10. What is your country of citizenship? *(List more than one, if applicable.)* __U.S.A.__

11. If you are not a citizen of the United States, what is your INS-issued alien number or admission number? _____

## Certification Of Transferee

12. Answer questions 12a through 12l by writing "yes" or "no" in the boxes to the right of the questions.

| | |
|---|---|
| a. Are you the actual buyer of the firearm(s) listed on this form? **Warning:** You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you. *(See Important Notice 1 for actual buyer definition and examples.)* | Yes |
| b. Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | No |
| c. Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | No |
| d. Are you a fugitive from justice? | No |
| e. Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | No |
| f. Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | No |
| g. Have you been discharged from the Armed Forces under **dishonorable** conditions? | No |
| h. Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | No |
| i. Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | No |
| j. Have you ever renounced your United States citizenship? | No |
| k. Are you an alien illegally in the United States? | No |
| l. Are you a nonimmigrant alien? *(See Definition 6.)* | No |

13. If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?

Yes ☐   No ☐   Not applicable ☐   *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering "yes" to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers "yes" to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers "yes" to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers "yes" to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

14. Transferee's Signature ▬▬▬▬▬▬▬

15. Date 2-22-03

**Ion B - Must Be Completed By Transferor (Self**

16. Type of firearm(s) to be transferred:

[✓] Handgun     [ ] Long Gun     [ ] Both

17. Location of sale if at a gun show.  *(See Instruction to Transferor 13.)*

_____ *(city, state)*

18a. Type of Identification  *(e.g., driver's license or other valid government- issued photo identification.):*  FOID

Number on Identification:  I#3355009

Expiration Date of Identification *(if any)* 12/01/05  . *(See Instruction to Transferor 1.)*

18b. Aliens only:  Types and dates of additional required identification  *(e.g., utility bills or lease agreements.  See Instruction to Transferor 2.)*

18c. Nonimmigrant aliens only:  Type of documentation showing an exception to the nonimmigrant alien prohibition  *(e.g., hunting license/permit; waiver.  See Instruction to Transferor 3.)*

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** *(See Instructions to Transferor 5-7.)*

19a. The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on  2-18-03  *(Date).*

19b. The NICS or state transaction number *(if provided)* was:  A934156

19c. The reponse initially provided by NICS or the appropriate state agency was:

[✓] Proceed     [ ] Denied     [ ] Delayed

19d. If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on

_____ *(Date)*

[ ] Proceed     [ ] Denied     [ ] No resolution was provided within 3 business days.

19e. The name and Brady identification number of the NICS examiner *(if provided)*

_____ / _____ *(optional)*
*(name)*          *(number)*

20. [ ] No NICS check was required because the transfer involved only NFA firearm(s).  *(See Instruction to Transferor 7.)*

21. [ ] No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS  *(See Instruction to Transferor 7.)*

State Permit Type: _____

Date of Issuance: _____

Expiration Date *(if any)*: _____

Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s).  *(See Instruction to Transferee 3 & Instruction to Transferor 8.)*

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

22. Transferee's Signature

23. Date  2-22-03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type *(pistol, revolver, rifle, shotgun, etc.)* | 28. Caliber or Gauge |
|---|---|---|---|---|
| Smith & Wesson | Airlite | LGT9370 | revolver | 22LR |
| H&R | Sportsman 999 | 999451 | revolver | 22LR |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** *(See Instruction to Transferor 11.)*

29. Trade/corporate name and address of transferor *(Hand stamp may be used.)*

30. Federal Firearms License Number *(Hand stamp may be used.)*

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification, again at the time of transfer *(if the transfer does not occur on the same day the verification was noted in question 18a)*; and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name *(Please print.)* | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

ATF F 4473 (5300.9) PART I (10-03)

DEPARTMENT OF THE TREASURY
BUREAU OF ALCOHOL, TOBACCO AND FIREARMS

OMB NO. 1512-0129

Transferor's Transaction Serial Number

# FIREARMS TRANSACTION RECORD PART I - OVER-THE-COUNTER

**WARNING:** You may not receive a firearm if prohibited by Federal or State Law. The Information you provide will be used to determine whether you are prohibited under law from receiving a firearm.
Prepare in original only. All entries must be in ink. Read the Important Notices, Instructions and Definitions on this form.

## Section A - Must Be Completed Personally By Transferee (Buyer)

**1.** Transferee's Full Name *(Last, First, Middle)*

Mayoral Peter Anthony

**2.** Residence Address *(No., Street, City, County, State, ZIP Code; cannot be a post office box)*

32 Meander Pike
Chatham, Illinois
Sangamon, 62629

**3.** Place of Birth *(City, State or foreign country)*

Carbondale
Illinois

**4.** Height 5'9"  Weight 185

**5.** ☒ Male  ☐ Female

**6.** Birth Date
Month 07 Day 31 Year 59

**7.** Social Security Number *(Optional, but will help prevent misidentification.)*

**8.** Race *(Ethnicity) (Check one or more boxes)*

☐ American Indian or Alaska Native
☐ Hispanic or Latino
☐ Black or African American
☐ Asian
☐ Native Hawaiian or Other Pacific Islander
☒ White

**9.** What is your State of residence *(if any)*? Illinois *(See Definition 5. If you are not a citizen of the United States, you have a State of residence only if you have resided in a State for at least 90 days prior to the date of this sale.)*

**10.** What is your country of citizenship? *(List more than one, if applicable.)* United States of America

**11.** If you are not a citizen of the United States, what is your INS-issued alien number or admission number?

### Certification Of Transferee

**12.** Answer questions 12a through 12l by writing *"yes"* or *"no"* in the boxes to the right of the questions.

| | |
|---|---|
| **a.** Are you the actual buyer of the firearm(s) listed on this form? **Warning: You are not the actual buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual buyer, the dealer cannot transfer the firearm(s) to you.** *(See Important Notice 1 for actual buyer definition and examples.)* | YES |
| **b.** Are you under indictment or information in any court for a felony, or any other crime, for which the judge could imprison you for more than one year? *(An information is a formal accusation of a crime by a prosecutor. See Definition 3.)* | no |
| **c.** Have you been convicted in any court of a felony, or any other crime, for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? *(See Important Notice 6, Exception 1.)* | no |
| **d.** Are you a fugitive from justice? | no |
| **e.** Are you an unlawful user of, or addicted to, marijuana, or any depressant, stimulant, or narcotic drug, or any other controlled substance? | no |
| **f.** Have you ever been adjudicated mentally defective *(which includes having been adjudicated incompetent to manage your own affairs)* or have you ever been committed to a mental institution? | no |
| **g.** Have you been discharged from the Armed Forces under dishonorable conditions? | no |
| **h.** Are you subject to a court order restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? *(See Important Notice 7.)* | no |
| **i.** Have you been convicted in any court of a misdemeanor crime of domestic violence? *(See Important Notice 6, Exception 1 and Definition 4.)* | no |
| **j.** Have you ever renounced your United States citizenship? | no |
| **k.** Are you an alien illegally in the United States? | no |
| **l.** Are you a nonimmigrant alien? *(See Definition 6.)* | no |

**13.** If you are a nonimmigrant alien, do you fall within any of the exceptions set forth in Important Notice 6, Exception 2?  no

Yes ☐  No ☐  Not applicable ☒  *(If "yes," the licensee must complete question 18c.)*

I certify that the above answers are true and correct. I understand that answering *"yes"* to question 12a when I am not the actual buyer of the firearm is a crime punishable as a felony. I understand that a person who answers *"yes"* to any of the questions 12b through 12k is prohibited from purchasing or receiving a firearm. I understand that a person who answers *"yes"* to question 12l is prohibited from purchasing or receiving a firearm, unless the person also answers *"yes"* to question 13. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony. I further understand that the repetitive purchase of firearms for the purpose of resale for livelihood and profit without a Federal firearms license is a violation of law. *(See Important Notice 8.)*

**14.** Transferee's Signature

**15.** Date 09·08·05

EXHIBIT NO

ATF F 4473 (5300.9) PART I (10-2001) PREVIOUS EDITIONS ARE OBSOLETE

**16. Type of firearm(s) to be transferred:**

Section B - Must Be Completed By Transferor (Sel...

☒ Handgun        ☐ Long Gun        ☐ Both

**17.** Location of sale if at a gun show. (See Instruction to Transferor 13.)

_____ (city, state)

**18a.** Type of Identification (e.g., driver's license or other valid government- issued photo identification.): _____

Number on Identification:   I L   F O I D

_____

Expiration Date of Identification (if any) _____. (See instruction to Transferor 1.)

**18b. Aliens only:** Types and dates of additional required identification (e.g., utility bills or lease agreements. See instruction to Transferor 2.)

_____

**18c. Nonimmigrant aliens only:** Type of documentation showing an exception to the nonimmigrant alien prohibition (e.g., hunting license/permit; waiver. See Instruction to Transferor 3.)

_____

**Question 19, 20, or 21 Must Be Completed Prior To The Transfer Of The Firearm(s)** (See Instructions to Transferor 5-7.)

**19a.** The transferee's identifying information in Section A of this form was transmitted to NICS or the appropriate state agency on _____ (Date).

**19b.** The NICS or state transaction number (if provided) was: _____

**19c.** The reponse initially provided by NICS or the appropriate state agency was:

☐ Proceed        ☐ Denied        ☐ Delayed

**19d.** If initial NICS or state response was "Delayed," the following response was received from NICS or the appropriate state agency on _____ (Date)

☐ Proceed        ☐ Denied        ☐ No resolution was provided within 3 business days.

**19e.** The name and Brady Identification number of the NICS examiner (if provided)

_____ (name)        _____ (number)        (optional)

**20.** ☐ No NICS check was required because the transfer involved only NFA firearm(s). (See Instruction to Transferor 7.)

**21.** ☐ No NICS check was required because the buyer has a valid permit which qualifies as an exemption to NICS (See Instruction to Transferor 7.)

State Permit Type: _____

Expiration Date (if any) _____

Date of Issuance: _____

Permit Number: _____

**Section C**

If the transfer of the firearm(s) takes place on a different day from the date that the transferee signed Section A, the transferee must complete Section C immediately prior to the transfer of the firearm(s). (See Instruction to Transferee 3 & Instruction to Transferor 8.)

I certify that the answers I provided to the questions in Section A of this form are still true and correct.

**22.** Transferee's Signature [redacted]

**23.** Date   09·11·03

**Section D**

| 24. Manufacturer and/or Importer | 25. Model | 26. Serial Number | 27. Type (pistol, revolver, rifle, shotgun, etc.) | 28. Caliber or Gauge |
|---|---|---|---|---|
| Stw | 13-4 | HCP6123 | Revolver | 357 |
| Stw | 686-5 | CEFR732 | Revolver | 38 |

**Complete ATF F 3310.4 For Multiple Purchases Of Handguns** (See Instruction to Transferor 11.)

**29.** Trade/corporate name and address of transferor (Hand stamp may be used.)

**30.** Federal Firearms License Number (Hand stamp may be used.)

On the basis of (1) the statements in Section A; (2) my verification of identity noted in question 18a and my verification again at the time of transfer (if the transfer does not occur on the same day the verification was noted in question 18a); and (3) the information in the current State Laws and Published Ordinances, it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section A.

**The Person Actually Transferring The Firearm(s) Must Complete Questions 31-34.**

| 31. Transferor's Name (Please print.) | 32. Transferor's Signature | 33. Transferor's Title | 34. Date Transfer is completed |
|---|---|---|---|
| | | | |

ATF F 4473 (5300.9) PART I...

1        UNITED STATES DEPARTMENT OF JUSTICE

2      BUREAU OF ALCOHOL, TOBACCO, FIREARMS,

3              AND EXPLOSIVES

4

5   In re:                    )

6       Tony Manuele, Jr.        )

7

8

9

10

11            REPORT OF PROCEEDINGS

12       FEDERAL FIREARMS LICENSE HEARING

13

14

15          3161 WEST WHITE DRIVE

16             SUITE 200

17       SPRINGFIELD, ILLINOIS  62704

18

19

20

21

22

23

24

25

VICTORIA'S TRANSCRIPTION SERVICES, INC.
312-551-8818

EXHIBIT

1

1                         I N D E X                                    1

2         WITNESS                              DX CX RDX RCX

3

4         THERESA BOLASH

5

6         TONY MANUELE, JR.

7

8

9

10

11                            EXHIBITS

12

13    A THROUGH M, X                          PAGE 111

14

15

16

17

18

19

20

21

22

23

24

25

2

```
 1          HEARING OFFICER:  All right.  This is a hearing being
 2     conducted out Divisions of Section 923 f2 of Title 18
 3     United States Code.  And section478.74 titled 27 code of
 4     Federal Regulations.  The time - now a recording is being
 5     of the proceedings, for the record.  The time is 10:15 AM;
 6     the date is January 30'ʰ, 2007.  The place is 3161 West
 7     White - Drive Suite 200, Springfield, Illinois, 62704.
 8          At this time I'd like the licensee and those who on
 9     his behalf to state and spell your last name and give your
10     title and your relationship to the hearing.  So we'll
11     start with you.
12          MICHAEL LOGAN:  Michael Logan, attorney for the
13     licensee 837 South - Springfield, Illinois, 62703.
14     2875228880.
15          ANTHONY MANUELE, JR.:  Anthony Manuele Jr., 7922
16     Wildlife, Chatham, 62629.
17          HEARING OFFICER:  Okay.
18          TAMRA SANDERS:  I'm Tamra Sanders, -- investigator
19     out of the Springfield office - served.
20          A,  Theresa Bolash, industry operations
21     investigator.
22          HEARING OFFICER:  Could you spell your last name?
23          A.  B-o-l-a-s-h.
24          HEARING OFFICER: Thank you.
25
```

3

1      ERICA RITT:  Erica Ritt, R-i-t-t.  I'm a senior attorney with

2 the Bureau of Alcohol, Tobacco, and Firearms, out of the

3 Chicago office.

4      HEARING OFFICER:  And I am Gary Schuster, hearing

5 officer.  I am acting as hearing officer by the direction

6 under the authority of the Chief of Firearms, Explosives,

7 and Arson service division; Bureau of Alcohol, Tobacco,

8 Firearms, and Explosives, United States Department of

9 Justice.

10      A hearing is an administrative proceeding and is

11 informal in nature.  This hearing is to review the notice

12 of revocation of a license, ATF form 4500, issued under

13 divisions of Section 923 and Title 18, United States Code.

14      The name on the license is Tony Manuele, Jr., doing

15 business as Tony's Sporting Goods, 7922 Wildlife Drive,

16 Chatham, Illinois, 62629.

17      As -destructive devices, the firearms license 3-37-

18 167-01-63-33931.  Your position in the company is owner,

19 is that correct, Mr.?

20      TONY MANUELE, JR.: Yes.

21      HEARING OFFICER:  As a result of receipt of ATF form

22 4500, we, Mr. Manuele, request that a hearing be granted.

23 At this time, it's -prepare to present the hearing case,

24 review the circumstances of investigating - proceedings.

25

4

DIRECT EXAMINATION

BY ERIKA RITT

Q.   Yes.   Before delving into the individual
accounts I'd like to just use some background information.
Investigator Bolash, please.   Miss Bolash, please
introduce yourself for the record.

A.   My name is Theresa Bolash.

Q.   And have you ever testified before?

A.   Yes, I have.

Q.   Okay.   I just want to review with you some of
the ground rules, because I think it's important, and for
Mr. Manuele, as well.   All responses, because we're
recording this have to be verbal, so head nods, shrugs,
can't obviously be recorded.   If you need a bathroom break
or any sort of break at any time, let me know.

A.   Sure.

Q.   I love to just charge ahead, feel free to slow
me down.   I might slow you down, if I feel like you might
be talking too fast.

A.   Okay.

Q.   Which I know is something I do as well, so that
can go both ways.   And, let's see, I have one more issue
which is slipping my mind so if it comes to me - I'll
bring it up for sure.

5

1          Can you tell me what your job title is?

2          A.   Industry Operations investigator.

3          Q.   And who are you employed by?

4          A.   The Bureau of Alcohol, Tobacco, and Firearms, US

5     Justice.

6          Q.   And how long have you worked for ATF?

7          A.   It'll be six years in April.

8          Q.   And what are your job functions as an

9     investigator.

10         A.   To inspect and regulate -industries.

11         Q.   This is where I tell you to slow down.

12         A.   Okay.

13         Q.   If any of my questions are confusing, or you

14    need me to break them down, or just rephrase them, let me

15    know.

16         A.   Okay.

17         Q.   Okay.  So you said inspect and regulate the

18    firearms and explosives industry.

19         A.   Yes.

20         Q.   Why does ATF concentrate on these two

21    industries?

22         A. Because these two industries, if misused, will

23    become dangerous.

24         Q.   Okay.  Just for everyone here, we're making a

25

6

1    record of, obviously not only for the people present in this room,

2    but if this case is appealed to District Court, which is

3    why we're going over a few things.  I know Mr. Manuele,

4    you know it like the back of your hand, and - very

5    familiar with, but we need to make the record as well.  We

6    might be reviewing this down the line.

7           Investigator Bolash, could you tell me what

8    kind of training is received as an investigator?

9       A.  Coming out of ATF, I went through professional

10   training for ten weeks, in 2001.  I also attended an

11   Advanced Firearms Trafficking class in 2004.

12      Q.  Does everyone go through professional training?

13      A.  Yes.

14      Q.  And where is that located?

15      A.  In Georgia.

16      Q.  What type of course is it?  Is it very in-depth?

17      A. Yes, it is.

18      Q.  Okay.  And after you attended that course you

19   said Firearms Trafficking.

20      A. Yes.

21      Q.  Does everyone go to Firearms Trafficking?

22      A. Oh, yeah.

23      Q.  And so you were selected for that course?

24      A. Yes, I was.

25

7

1      Q.  Okay.  Prior to ATF, what kind of background, education

2  did you have?

3      A.  I received a Bachelor's in Criminal Justice from

4  Illinois State University, and I am currently working on a

5  Master's in Law Enforcement and Justice Administration

6  from Western.

7      Q.  Nice.  Busy woman.  Your job, when you're not in

8  school, you're employed with the ATF?  Approximately how

9  many inspections have you done during your ATF career?

10      A.  Just under four hundred.

11      Q.  And, of those, how many were firearm related?

12      A.  About two hundred.

13      Q.  Okay, we're not here to talk about all two

14  hundred, we're here to talk about one.

15      A.  Correct.

16      Q.  And who are we here to discuss today?

17      A.  Mr. Manuele.

18      Q.  Mr. Manuele.  And the name on the license is

19  Anthony Manuele, Jr.

20      A.  Correct.

21      Q.  But as the hearing officer had served, he does

22  business as -?

23      A.  Tony's Sporting Goods.

24      Q.  And how long has Mr. Manuele been licensed?

25

8

```
 1          A. Since 1991.

 2          Q. And he's a dealer in firearms?

 3          A. Yes, he is.

 4          Q. And the location that he does business at is 722

 5   Wildlife Road in Chatham, Illinois?

 6          TONY MANUELE, JR.: 7922.

 7          ERIKA RITT: Say that again, please?

 8          TONY MANUELE, JR.: 7922.

 9          ERIKA RITT: 7922 Wildlife Road.

10          TONY MANUELE, JR.:  Yes.

11   BY ERIKA RITT:

12          Q. Correct?  And is that a storefront or a

13   residence?

14          A. His residence.

15          Q. It's his residence.  What type of volume - how

16   would you describe the volume of Mr. Manuele's business?

17          A. An exact number is very hard to say because the

18   records were so incomplete or are - high.

19          Q. And by high volume, what do you mean?  More that

20   a hundred guns a year?  -- Or his business?

21          A. Yes.

22          Q. We're here to talk more about the records and the

23   issues you ran into with the records.  So let's get a

24   little more background information.

25
```

9

What was, when you did your inspection, what was the
inspection period that you reviewed?

A. The ATF form 4473 filed transaction records were
reviewed.

Q. Let me stop you right there.  4473 is -

A. Transaction records.

Q. That's the form the individual fills out?

A. Yes, when they purchase a firearm.

Q. Okay.

A. Those were reviewed from 2003 to 2006.

Q. Okay.

A. And the acquisition/disposition record was
reviewed from 1996 to 2006.

Q. And what's the acquisition/disposition record?

A. That's the basic log of all the files that come
in and out of the business.

Q. Okay.  Now those you looked at from 1996, but you
told me he's been in business since 1991.  How come you
didn't go back to 1991?

A. Prior to 1996, Mr. Manuele was not keeping legal
records, he was keeping unauthorized, computerized
records.

Q. Unauthorized?  What do you mean by that?

A. In order to keep records on the computer, you

10

1 would require approval from ATF. Mr. Manuele did not have that.

2   Q. Okay. So from '91 to '96, he was keeping

3 computer record. Were you able to review the computer

4 record?

5   A. Part of the computer record. I was able to

6 review the ammunitions - I did not get a copy of the

7 disposition records.

8   Q. Okay. And that was in '91 to '96, and then

9 what'd you do from '96 to 2006?

10   A. The acquisition/disposition record.

11   Q. But you said with 4473s you only looked at from

12 2003 to 2006.

13   A. Correct.

14   Q. How come only three years for those.

15   A. At that point, I had reviewed approximately 1200

16 4473s, and exposed a number of violations, to go back on

17 wasn't necessary.

18   Q. Okay. So you weren't looking to keep on.

19   A. Right.

20   Q. Okay. Were there any special issues or problems

21 relating to this inspection?

22   A. There was some special issues, but the records

23 were very incomplete and hard to follow through on, as

24 well as communication issues during this inspection; Mr.

25

11

1    Manuele had some health problems and was in the hospital for a
2    short period of time.  At which time I was referred to Mr.
3    Manuele's attorney, Mr. Logan.  And there was some
4    communication issues in trying to - returning and to
5    complete the inspection.

6        Q. So we're going to talk a lot about the records
7    and the issues you had with the records.  But, let's talk
8    about some of these communication issues.  You started -
9    your first attempt to start this inspection was when?

10       A. In October of 2005.

11       Q. Okay.  And how was that initiated?

12       A. At that time, Mr. Manuele actually operated a
13   storefront with regular business hours.   I went to that
14   storefront location, and it was closed, and the telephone
15   number had been disconnected.  I then contacted Mr.
16   Manuele at his residence and asked him to contact the ATF.
17   When Mr. Manuele did contact ATF, he stated he was moving
18   to his residence, and was in your office a few days
19   earlier - approval to operate from his residence.

20       Q. So he was moving his business premises from a
21   storefront location to his residence?

22       A. Correct.

23       Q. And was given zoning?

24       A. Yes.  He anticipated that taking a couple of
25

12

1   weeks, at which time I said to let me know when he attained that

2   zoning, and we would come out and amend the application to

3   move his business, at the same time as – inspection.

4       Q. So explain the difference between a compliance

5   inspection and an amended application inspection.

6       A. The amended application is simply to relocate his

7   business so he can operate from his residence. The

8   compliance inspection requires that you keep records and

9   your firearms.

10      Q. So you had a compliance inspection scheduled, but

11  then you learned about the move and were going to do them

12  both at the same time.

13      A. Correct.

14      Q. Okay. So you first contacted him in October.

15  When did you finally have the first opportunity to look at

16  his records?

17      A. In January of 2006.

18      Q. So a period of October to January, four months?

19      A. Yes.

20      Q. Is that typical for a licensee to have three

21  months of advance knowledge?

22      A. No, it's not.

23      Q. Typically how much advance knowledge or heads up

24  does ATF provide a licensee?

25

13

1        A. You typically go unannounced.

2        Q. Okay.  But he knew for three months you were

3    coming.

4        A. Yes.

5        Q. To look at his records.

6        A. Yes.

7        Q. You talk about some communication issues.  And

8    that Mr. Manuele was sick at one point during the

9    inspection process.  You began it in January; tell me what

10    happened in January.

11        A. I made, back in January I made a visit to Mr.

12    Manuel's residence and started the inspection, at some

13    point, continued the inspection Mr. Manuele went into the

14    hospital, which I was referred to Mr. Logan to continue

15    the inspection.

16        Q. Do you know roughly when he went into the

17    hospital?

18        A. About February, somewhere around there.

19        Q. Okay.  At this point, what I'm gonna do is give

20    every party a packet of all the exhibits that we're

21    looking to admit.  I'll give this to you, as opposed to

22    just shuffling paper the whole time, I'll give you the

23    whole pack.

24        HEARING OFFICER:  So wouldn't you - at some point?

25

14

1      ERIKA RITT: If it's okay with you what I'd like to do is

2   review them all and then make a motion at the end to move

3   them all into the record?

4      HEARING OFFICER:   That's fine.

5   BY ERIKA RITT:

6      Q. Okay.  All right.  You mentioned that when Mr.

7   Manuele was hospitalized for a night or two –

8      A. Yes.

9      Q. After that you were referred to his attorney.

10  We're looking at Exhibit A-1.  This is a two-page

11  document.  Can you identify this for the records please?

12     A. This is a letter that we sent to Mr. Manuele

13  requesting that he either contact ATF to complete the

14  inspection or provide a Power of Attorney so that we could

15  continue with Mr. Logan.

16     Q.  You hadn't had any contact with Mr. Logan.

17     A.  Correct.

18     Q.  And ATF requires Power of Attorney --

19     A.  Somebody to act on behalf of a licensee.

20     Q.  Okay.  And the date of that letter please?

21     A.  March 2nd, 2006.

22     Q.  We can mark this exhibit A-2.  Can you identify

23  this for the record please?

24     A.  This is a limited Power of Attorney that was

25

15

1      signed by Mr. Manuele and Mr. Logan.

2      Q.   And the date on that please.

3      A.   March 6th, of 2006.

4      Q.   Okay.  Please mark this Exhibit A-3.  Can you

5  identify this Exhibit for the record please?

6      A.   It's a letter - Mr. Manuele stating that we did

7  not feel the Power of Attorney was sufficient, because it

8  did not conform to Illinois form for Power Attorneys, and

9  requested the actual form of Power of Attorney.

10     Q.   And what is the date of the - and to whom was it

11 sent?

12     A.   It was March 23rd, 2006, and it was sent to Mr.

13 Manuele.

14     Q.   I'm showing here is Exhibit A-4.  Can you

15 identify this for the record please?

16     A.   This is a copy of the letter was returned

17 because it was left unclaimed by Mr. Manuele.

18     Q.   All right.  And I am now going to give you a

19 copy of Exhibit A.  That letter requesting Power of

20 Attorney was never signed, completed back in March.

21     A.   Correct.

22     Q.   But showing you Exhibit A, can you tell me what

23 we have here?

24     A.   This is a formal Power of Attorney form, Mr.

25

16

1          Manuele, for Mr. Logan to represent him.
2

17

1    Q.  Okay.  So that's what bringing us here today, so Mr.

2    Logan, we will talk of Power of Attorney, for him to

3    represent Mr. Manuele.

4        A. Yes, we do.

5        MICHEAL LOGAN:  I would like to object to the fact

6    that the other attorney, that she's making reputation that

7    my original Power of Attorney was invalid or inoperative.

8        HEARING OFFICER:  Your objection --?

9    BY ERIKA RITT:

10       Q.  Miss Bolash, how did you become aware

11   That the original Power of Attorney was invalid?

12       A.  I ran it through our ATF Chief Counsel's

13   office, and he reviewed it and said that it was not

14   sufficient.

15       Q.  Okay.  Now that we have the Power of Attorney,

16       did

17   you have an opportunity then to complete the inspection?

18       A.  No, I didn't, because we did not receive the

19       Power

20   of Attorney until the Notice of Revocation was sent.

21       Q.  Okay.  Did you attempt to complete - in March to

22   complete the inspection through either Mr. Manuel or Mr.

23   Logan?

24       A.  I did - meet with Mr. Logan to review the

25

18

1    foundations that were disclosed and the corrective action that was

2    necessary, however, no complete formal - or corrections

3    was issued to the licensee because of communication

4    issues.

5        Q.  Did you attempt to do so?

6        A.  Yes.

7        Q.  So you, because you could not finish your

8    inspection, you had to close the inspection.

9        A.  Correct.

10        Q.  Upon closing inspection, what did you do?

11        A.  I prepared a report with all my findings.

12        Q.  And what was your report's recommendation?

13        A.  To revoke the license.

14        Q.  And did anyone review your recommendation?

15        A.  My area supervisor, Michael Fitzgerald.

16        Q.  And what did he do?

17        A.  He concurred with my recommendation.

18        Q.  And did he forward to another person?

19        A.  He forwarded it to the Director of Industry

20    Operations.

21        Q.  And the Director of Industry Operations, can you

22    explain that position.

23        A.  He oversees all the Industry Operation letters

24    in the Chicago Field Division.

25

1          Q.    And the Director of Industry Operations, did he make a –                    19

2    as to your report's recommendation?

3          A.   He also concurred with the recommendation.

4          Q.   To revoke the license.

5          A.   Yes.

6          Q.   And, as a result of that, a Notice of Revocation

7    was issued.   Is that correct?

8          A.   Correct.

9          Q.   What I'm showing has been pre-marked as Exhibit

10   B.   Can you identify this for the record please?

11         A.   This is the Notice of Revocation of License.

12         Q.   Okay.   Can you tell me who signed that?

13         A.   Richard Alexander, Director of Industry

14   Operations.

15         Q.   And what is that date?

16         A.   7-26 of '06.

17         Q.   And can you tell me just a little bit about this

18   document?

19         A.   The first page is just the form stating that we

20   are giving notice that we are revoking the license, and

21   behind it the documentation of why ATF is revoking the

22   license.

23         Q.   And how many counts are there?

24         A.   Eight.

25

20

1    Q.  And are there any Exhibits supporting those counts.

2    A.  Yes, there are.

3    Q.  We're going to do just a couple more

4    housekeeping matters, when Mr. Manuele received this

5    Notice of Revocation, did he request a hearing?

6    A.  Yes, he did.

7    Q.  And how did ATF, I'm showing this as Exhibit C,

8    can you identify this for the record?

9    A.  This is a letter from Mr. Manuele's attorney

10   requesting a hearing.

11   Q.  And how did ATF respond?  I'm showing pre-marked

12   Exhibit D.

13   A.  We responded with a letter scheduling a Notice

14   of Hearing.

15   Q.  Okay, and what date was the hearing scheduled

16   for?

17   A.  October 24th, 2006?

18   Q.  Did the hearing take place on October 24th, 2006?

19   A.  No, it did not.

20   Q.  Why did the hearing not take place?

21   A.  October 23rd, 2006, Mr. Logan contacted ATF and

22   asked that it be rescheduled due to a death in the family.

23   Q.  And do you know who passed away?

24   A.  Mr. Manuele's father.

25

21

1        Q.  And do we know approximately when Mr. Manuele's father

2   passed away?

3        TONY MANUELE, JR.: October 15th.

4   BY ERIKA RITT:

5        Q.  October 15th?  And then the hearing was cancelled

6   on?

7        A.  The 23rd.

8        Q.  And did we reschedule the hearing?

9        A.  Yes, we did.

10       Q.  Okay, has been marked as Exhibit B-1.

11       A.  That's the Notice of Hearing for the

12   rescheduling of the Revocation Hearing.

13       Q.  Okay.  And can you tell me what date the hearing

14   was rescheduled for?

15       A.  January 30th, 2007.

16       Q.  Which brings us to today.

17       A.  Yes.

18       Q.  Okay.  Very good.  I believe we're done with our

19   housekeeping matters.  The one thing I do want to ask you

20   is we're going to talk about a number of violations, and

21   all of them are alleged to have been committed willfully.

22   Can you tell us what "willful" means in the context of the

23   Gun Control Act?

24       A.  It's basically blatant disregard or plain

25

22

1    indifference to a known legal requirement.

2        Q.  That sounds like something a lawyer would say.

3    In plain language, what does that mean?

4        A.  In plain English, Mr. Manuele knew what was

5    required of him and failed to do what was required.

6        Q.  Okay.  How are ways you can demonstrate

7    willfulness?

8        A.  There are a number of ways.  One is repeat

9    violations, that they continually violate the same thing,

10   over and over.  Another is that some of these are so basic

11   requirements of being a dealer that the licensee should

12   know what's required.

13       Q.  Okay.  And do dealers have access to other

14   resources within ATF, for example, working with other --?

15       A.  Yes.  Many dealers are often in another network

16   of -, the ATF has a website, as well as publications that

17   are available, as well as an office that they can contact.

18       Q.  Okay.  I believe we're finally done with our

19   housekeeping matters.  If it's all right I'll proceed with

20   first counts?

21       HEARING OFFICER:  That's fine with me.

22       ERIKA RITT:  I'm reading from Exhibit B, I'll read

23   the first count, for the record.  Count 1, from on or

24   about September 26, 1997, to on or about January 8, 2006,

25

23

1    Licensee willfully failed to properly maintain an acquisition and

2    disposition record for 611 firearms.  In that licensee

3    failed to acquire the disposition of these firearms, as

4    required by the regulations.  Out of the 611 firearms, 312

5    are evidenced by Exhibit A - this is Exhibit A to Exhibit

6    B, not to confuse us with our Exhibits here today - and

7    remaining 299 are evidenced by licensee's acquisition and

8    disposition book, has open entries for all firearms

9    acquired in the years 2001, 2002, 2003, and 2004.  This is

10   in violation of Title 18, United States Code, Section 923,

11   G1a, and Title 27, Federal Regulation 478.125B.  Again,

12   clearly can you tell me that means in plain language?

13        A.  In plain language, there were 611 firearms that

14   Mr. Manuele received but never logged as being transferred

15   or not in physical inventory.

16        Q.  He never logged these firearms out of what?

17        A.  His A and D Records, the Acquisition and

18   Disposition Records.

19        Q.  Which is the law?

20        A.  Yes.

21        Q.  Okay.  What do the laws and regulations require?

22        A.  The laws and regulations require the licensee

23   enter the date the that the firearms was disposed, as well

24   as the name and address, -- for the FFL name - of the

25

VICTORIA'S TRANSCRIPTION SERVICES, INC.
312-551-8818

24

1    licensee.

2        Q. And when does this information have to be

3    recorded by?

4        A. Within seven days.

5        Q. And are we talking about situations here where

6    the date wasn't recorded, the address wasn't recorded, or

7    it was recorded on the eighth day?

8        A. No. We're talking about instances where it was

9    never recorded at all.

10       Q. Okay. So all those 611 firearms?

11       A. Correct.

12       Q. This is somewhat complicated, so I'm going to go

13   through a couple Exhibits at once, and maybe this will

14   help us explain. Pre-marked Exhibit E, pre-marked Exhibit

15   F, and pre-marked as Exhibit G.

16           I think it would be easiest if we start

17   with the 299 that were not recorded. 299 dispositions

18   that were not recorded at all in the years 2011, 2002,

19   2003. Please explain.

20       A. Yes. Those specific years, there was no record

21   of any business at all for those three years.

22       Q. For a total of –

23       A. 299 firearms.

24       Q. Those three years, no disposition?

25

25

1    A.  Correct.

2    Q.  Were some acquisitions recorded?

3    A.  Yes.

4    Q.  Okay.  So that's 299.  Now let's look at the

5    remaining 312, will bring us to the 611 total.  How did

6    you learn about the 312 dispositions that were not

7    recorded?

8    A.  The 312 dispositions were the remaining used

9    where the licensee did keep an acquisition and disposition

10    record, but there were acquisitions in this group that

11    there were no dispositions for.

12    Q.  And how do you know there should have been

13    dispositions?

14    A.  Because they weren't in the licensee's physical

15    inventory.

16    Q.  And which Exhibit in front of you evidences what

17    you've found in the licensee's physical inventory at the

18    time of your inspection?

19    A.  Exhibit E.

20    Q.  So Exhibit E is the list of, I don't know, how

21    many guns?

22    A.  29 firearms.

23    Q.  29 firearms that you found during your

24    inspection.  And Exhibit G is what?

25

26

1      A.   The licensee's Acquisition and Disposition records.

2      Q.   And Exhibit G tells you, what did you learn from

3  Exhibit G?

4      A.   Exhibit G shows that there should be, total, 611

5  firearms in the licensee's inventory, they had not been

6  transferred.

7      Q.   Okay, because, what do you call it, in ATF

8  vernacular?

9      A.   Open dispositions.

10     Q.   Open dispositions.  Open entries.  So there was

11  an acquisition, and no corresponding disposition.

12     A.   Correct.

13     Q.   Exhibit F is what?

14     A.   It's a list of all the open dispositions for

15  years other than 2001, 2003, 2004.

16     Q.   So other than the years 2001, 2003, 2004,

17  Exhibit F is the total of the open entries in G, minus

18  what was found in the --, which was Exhibit G.

19     A.   Yes.

20     Q.   So Exhibit G shows open entries,

21  HEARING OFFICER:  That's where, so G is?

22  THERESA BOLASH: G is the A and D book.

23  HEARING OFFICER: G is right there --

24  THERESA BOLASH: Shows 312 open entries.

25

27

1     HEARING OFFICER: Right.

2     THERESA BOLASH: Which are listed on Exhibit F, while

3     Exhibit G shows 312 open entries, Exhibit E shows physical

4     inventory

5     HEARING OFFICER:  So E is the physical inventory, of

6     the guns, you said 29.

7     THERESA BOLASH: And F --

8     HEARING OFFICER: is a list of how many guns?

9     THERESA BOLASH: 312 open dispositions.

10    HEARING OFFICER: Okay.

11    THERESA BOLASH: So it's the open entries from G,

12    minus what was found in inventory which is E, equals up.

13    HEARING OFFICER:  All right.

14    MICHAEL LOGAN:  Go back, I'm sorry.

15    ERIKA RITT: I don't blame you.

16    HEARING OFFICER:  What are the two - let me ask you

17    this, what are the 299?

18    THERESA BOLASH: That's excluding the 299, because

19    it's basically all the acquisitions from those two years.

20    HEARING OFFICER:  That's --.  You have a record of

21    312 guns, that, it's in the A and D book, which is Exhibit

22    F, right?

23    THERESA BOLASH: Mm-hmm.

24    HEARING OFFICER:  Those are the firearms that were

25

28

1   not in inventory?

2       THERESA BOLASH: Correct.

3       HEARING OFFICER:  Okay.  The 299, you have no record

4   of other than it's a math issue, where he had it in the

5   book of no dispositions.

6       THERESA BOLASH: Correct.  For the years 2001, 2003,

7   and 2004.  So anywhere acquisition in those years, and I

8   don't believe any of those continue to exist in physical

9   inventory.  So, all acquisitions in those years.

10      MICHAEL LOGAN: No, go ahead.

11      ERIKA RITT: No, please Mr. Logan.

12      HEARING OFFICER:  No, we wanted to wait, I think I

13   understand too, because you're splitting years here.

14   Actually there's a total of 611 firearms that there's no

15   disposition record.

16      THERESA BOLASH: Correct.

17      HEARING OFFICER:  And that would have about 700

18   firearms throughout four, five years.

19      THERESA BOLASH: Correct.  And there is 611, but

20   because we don't have a list of the 611.

21      HEARING OFFICER:  You've got a list of the 312.

22      THERESA BOLASH: We got 312, and the other 299 are on

23   separate lists, sir.

24      THERESA BOLASH: If you have any questions I'd rather

25

29

1  answer them.

2      MICHEAL LOGAN:  It's okay.

3      THERESA BOLASH: Okay.

4      ERIKA RITT: It's because we're dealing with such a

5  high number.

6      HEARING OFFICER:  I think I follow you now.

7      ERIKA RITT: I think this is as bad as it gets, the

8  math.

9      HEARING OFFICER:  Okay.

10 BY ERIKA RITT:

11     Q.  So, I think that's our evidence.  How do you

12 know that this was in willful violation?

13     A. There's a number of things here.  First of all,

14 this is a basic requirement if you're a dealer, to enter

15 this information as a record.  Also, Mr. Manuele did enter

16 this information for some firearms, just not the 611.  So,

17 he knew the requirement, he failed to do so ---

18     Q. Okay.  And we also talked about how he

19 interacted with other FFLs, and knows he can contact ATF.

20     A. Yes.

21     Q. Speaking of contacting ATF, I'm showing pre-

22 marked H-1, can you identify this for the record?

23     A. This is a letter Mr. Manuele provided, previous

24 amended application inspection in March of 2000, stating

25

30

1    that he knew that an ATF —.

2        Q. Okay. Couple of things. Application inspection.

3    What does that mean?

4        A. An amended application inspection, again, Mr.

5    Manuele was moving his business location.

6        Q. Okay. And if someone deliver this to Mr.

7    Manuele?

8        A. It was done over the telephone.

9        Q. Okay, and during the course of those television

10   conversations, Mr. Manuele sent this letter.

11       A. Correct.

12       Q. And the letter again says what?

13       A. That he visited the ATF booth at the Shot Show in

14   Las Vegas and asked them some questions.

15       Q. And what's the Shot Show?

16       A. It's an industry conference.

17       Q. Okay. So what did you learn from this letter?

18       A. That Mr. Manuele knew he could contact ATF if he

19   had any questions.

20       Q. Did you have a chance to discuss the missing 611

21   firearms with Mr. Manuele?

22       A. I did not with Mr. Manuele, I did with Mr. Logan.

23       Q. Showing what's been pre-marked as Exhibit H, can

24   you identify this exhibit?

25

31

1    MICHAEL LOGAN:  I think we already had H.

2    ERIKA RITT: We had H-1.

3    MICHAEL LOGAN: H-1? Okay, is this?

4    ERIKA RITT: This is H.

5    MICHAEL LOGAN: Okay.

6    THERESA BOLASH: This is the report of violations

7    listing all of the violations disclosed during this

8    inspection.

9    BY ERIKA RITT:

10       Q.  Did you discuss this report of violations with

11    Mr. Logan?

12       A.  The violations were discussed with Mr. Logan,

13    along with corrective action that needed to be taken.

14       Q.  What do you mean by corrective action?

15       A.  For instance, with the 611 firearms, to enter

16    those dispositions into the record.

17       Q.  I understand, kind of like of a criminal case,

18    motive is not an element.  But, we don't need to prove why

19    this is important.  But tell me, why does this matter that

20    611 dispositions were not recorded.

21       A.  It matters for tracing purposes, we need a

22    complete record to trace a file on, and determine where it

23    had been.  It also matters for tracking loss purposes; we

24    don't if these firearms were transferred, or if they were

25

32

1    stolen, or simply lost.

2        Q.   Okay.  Let's talk about tracing purposes.  Tell

3    me what you mean by tracing.

4        A.   Tracing a firearm is when ATF has a firearm and

5    we're trying to determine where that firearm has been

6    throughout its life, starting at the manufacturer's level,

7    and because of the records - we can determine where that

8    firearm has been.

9        Q.   In what contexts are firearms tracings typically

10   done?

11       A.   For criminal patterns.

12       Q.   So then, -- for example.

13       A.   Correct.

14       Q.   And have we ever attempted, ATF ever attempted

15   to trace any guns of Mr. Manuele's?

16       A.   Yes, we have.

17       Q.   On business.

18       A.   Yes, we have.

19       Q.   And what is the result of those traces?

20       A.   There have been some successful traces; he's

21   also had two unsuccessful traces.

22       Q.   And by unsuccessful traces, what do you mean?

23       A.   In one instance, the licensee failed to respond

24   to our request for a trace, and in another instance, the

25

33

1    licensee responded to ATF saying that the firearm was lost--.

2        Q.  So in one he never responded, in another, he

3    said he lost it, but had never reported the loss?

4        A.  Correct.

5        ERIKA RITT: Can we go off the record a minute?

6        HEARING OFFICER:  It is now 10:45 and we're going to

7    take a few minute break.

8        HEARING OFFICER:  It is 10:46 and we're now back on

9    the record.

10   BY ERIKA RITT:

11       Q.  So we were discussing the importance of criminal

12   traces.

13       A.  Correct.

14       Q.  And two have not been completed from Mr.

15   Manuele's shop?

16       A.  Correct.

17       Q.  And how can the missing disposition entries have

18   contributed to the failure to successfully trace these

19   guns.

20       A.  Because if we can't determine the disposition

21   who it was sold to, we can't trace that firearm.

22       Q.  And why is a failure to trace a firearm, how can

23   that be significant to a criminal case?

24       A.  We rely on - as evidence in a criminal case.

25

34

Q.  Okay.  We know if the bad guy got the gun?

A.  Correct.

Q.  Okay.  You also mentioned theft and loss.  How does the failure to record 611 dispositions factor into theft and loss issues?

A.  Because right now, we don't know if 611 firearms were stolen, lost or simply transferred.

Q.  At this point we are waiting for some documents to come back into the room that were established, Mr. Manuele's failure to respond to a trace request.  While we're waiting for that, Mr. Logan wants to proceed, and then, if it would be okay with you, introduce those documents.

HEARING OFFICER:  That's fine.  I just got one question.

ERIKA RITT: Sure.

HEARING OFFICER:  I kind of missed something here. Do you say, what kind of application inspection he had?

THERESA BOLASH: An amended application inspection in 2000.

HEARING OFFICER:  And that was done over the phone?

THERESA BOLASH: Yes, it was.

HEARING OFFICER:  How about the regular one?

THERESA BOLASH: I believe that was done over the

35

1   phone as well.

2       HEARING OFFICER:  They were both over the phone?

3       THERESA BOLASH: Yes.

4       HEARING OFFICER:  Okay, thank you.

5           Mr. Logan, did you have any questions?

6   MICHAEL LOGAN: Yeah --

7       HEARING OFFICER:  -- present to us?

8   MICHAEL LOGAN: No, not yet.

9       HEARING OFFICER:  You want to do it all at the end?

10  MICHAEL LOGAN: Well it's up to you.

11      HEARING OFFICER:  Well it's easier if we go back and

12  forth, that way, when we're finished.

13      MICHAEL LOGAN: That's fine.

14          --There was two that could be accounted for, is

15  that correct?

16      THERESA BOLASH:   Two traces that were unsuccessful.

17      MICHAEL LOGAN:   Do you know why they were

18  unsuccessful?  Is there documentation to indicate that?

19      ERIKA RITT: We're waiting for the documentation to

20  come back that Inspector Bolash said he never responded to

21  one, the one he replied is lost, although that loss was

22  never reported to ATF.

23      MICHAEL LOGAN: Tony, you shed some light on this,

24  specifically,

25

36

```
 1          TONY MANUELE, JR.: I've never not responded to the ATF.
 2          HEARING OFFICER:  Could you speak just a little bit
 3    louder please?
 4          TONY MANUELE, JR.: I've never not responded to an
 5    ATF trace.
 6          MICHAEL LOGAN: Do you remember the two she's talking
 7    about here?
 8          TONY MANUELE, JR.: I have no clue.
 9          MICHAEL LOGAN: Was there one where your son was
10    involved?
11          TONY MANUELE, JR.: Yep.
12          MICHAEL LOGAN: What was that?
13          TONY MANUELE, JR.: There was a Johnny's -- .38.
14          MICHAEL LOGAN: I mean what was the circumstances of
15    that?
16          TONY MANUELE, JR.: He was in the house living with
17    me at the time.  At that point, I got the gun trace, from
18    a person named - and I responded to her by letter and
19    asked her what I should do, she never responded back, I
20    talked to Mark - and Dennis - and asked them what's I
21    should do,
22          MICHAEL LOGAN: Who are they?
23          TONY MANUELE, JR.: They were two ATF agents here in
24    Springfield at the time.
25
```

37

1        MICHAEL LOGAN: Okay.  And that was, did you ever write a

2   letter explaining your son's -

3        TONY MANUELE, JR.: Yes, I did.

4        MICHAEL LOGAN: What about the other one?

5        TONY MANUELE, JR.: I believe there was second one

6   involved in that, I explained that to Dennis - and Mark -

7   also.

8        MICHAEL LOGAN: And you talk about another problem

9   with the possibility of missing guns, regarding UPS

10  shipment?

11       TONY MANUELE, JR.: Yeah, there was, I went to pick

12  up some firearms and it was a year or two back, at that

13  point, I went to pick them up, they were gone.  Said they

14  couldn't find 'em -

15       MICHAEL LOGAN: You're talking UPS?

16       TONY MANUELE, JR.: Yes, UPS.  I believe it was Pat

17  at the time, over at UPS to come back in six days, give us

18  time to recoup these, see what's going on, I went back,

19  she told me, at that point, I needed to notify the

20  shipper, which was Jerry's Sporting Goods.  -At the time.

21  I notified them, told them that UPS'd being robbed, and I

22  was supposed to notify you.  Well, she said, wait up to

23  ten days till we hear from UPS, then reorder the guns.

24  Which, at that time, I did, I received those guns, the

25

38

1   ones I reordered.  ATF later called me up to ask me about the gun

2   traces, and I explained to them then, that those guns were

3   stolen from UPS, I never signed the manifest to take

4   possession of those guns.  And, the robber, the - over

5   there, was a matter of record in the newspaper.

6       MICHAEL LOGAN: So -

7       TONY MANUELE, JR.: No, I didn't.

8       HEARING OFFICER:  You got anything to say about the

9   A and D record, you to talk about that or you want to

10  wait?

11      MICHAEL LOGAN: We'll wait.

12      HEARING OFFICER: Okay.

13      MICHAEL LOGAN: We're still on Count 1?

14      ERIKA RITT: We're still on Count 1.  And involved in

15  Count 1 is the 611 dispositions, the trace is just the

16  significance of it, I don't want us to lose our focus.

17      MICHAEL LOGAN: The focus is whether we're

18  cooperating with ATF.  Which, he said that he had all

19  along.

20          Tony, you've heard the testimony of the 611

21  and the 299, what is your stance of that?

22      TONY MANUELE, JR.: 611 and 299?

23      MICHAEL LOGAN: Yeah, this is from September 1997 to

24  January '06.

25

39

1      TONY MANUELE, JR.: I've got records for all those weapons.

2      MICHAEL, LOGAN: What records do you have?

3      TONY MANUELE, JR.: I've got the 4473s.

4      MICHAEL LOGAN: Now that was told, that was indicated

5   to be filled out by the customer, is that correct?

6      TONY MANUELE, JR.: That's correct.

7      MICHAEL LOGAN: And you've kept all of those?

8      TONY MANUELE, JR.: Yes, I have.  I got them going

9   back all the way to 1991.

10      MICHAEL LOGAN: Were those made available to any

11   inspector from the ATF?

12      TONY MANUELE, JR.: They were made available to

13   Terry, she stopped, went in there, at that point she told

14   me I had some problems, and I asked her questions about

15   how to get the problems resolved.  She hadn't replied, I

16   told her, she said start a bound book, which I started a

17   bound book as they requested.

18      MICHAEL LOGAN: Up to that point, did you have a

19   bound book?

20      TONY MANUELE, JR.: I just did 'em on papers like

21   this here.  And I put in the dispositions on one side, but

22   at that point, she says, you gotta - and she said that

23   this guy in here, I guess to make it simpler, she was

24   explaining the that gun now, had to have the name next to

25

40

1    it here.

2        MICHAEL LOGAN: Okay, so on the left-hand side, you

3    do the acquisitions here?

4        TONY MANUELE, JR.: Right.

5        MICHAEL LOGAN: And rather than chronologically

6    indicate when that gun was disposed of in the book, that

7    you just did, that the request was to put it in the same

8    line item as the acquisition.

9        TONY MANUELE, JR.: This down here, that wanted that

10   473 listed over here.

11       MICHAEL LOGAN: Regardless of when that actually was

12   disposed of?

13       TONY MANUELE, JR.: Even in the computer record I

14   had, I didn't do it that way, so -

15       MICHAEL LOGAN: How did you do it, just

16   chronologically?

17       TONY MANUELE, JR.: I just put them in there by date.

18       HEARING OFFICER:  So that I understand, on the left-

19   hand side here you have all the acquisitions, is that

20   correct?  This is the gun that you?

21       TONY MANUELE, JR.: ----It came to me from a

22   distributor, -- FFA -

23       HEARING OFFICER:  Now did you have, this is in your

24   final acquisition and disposition that you have over

25

41

1    there? Is that the same?

2        TONY MANUELE, JR.: This one here is one that I

3    started after she visited me.

4        HEARING OFFICER:  Okay, so this was just a record

5    that you maintained?

6        TONY MANUELE, JR.: --Over the years, right.

7        HEARING OFFICER:  Okay, but you didn't record any of

8    the dispositions anywhere, did you?  Of the 600?

9        TONY MANUELE, JR.: Yes, I did.  At that point, there

10   were some that I'm still in the process of,

11       HEARING OFFICER:  But that was just a record of who

12   you sold them to.

13       TONY MANUELE, JR.: Right.

14       HEARING OFFICER:  So it didn't correspond with like

15   the record's set up now.

16       TONY MANUELE, JR.: Right.  I didn't realize, she

17   explained to me then that at that time, it was in

18   chronological order, but I didn't realize at that time

19   that this guy come in for Smith and Wesson .66, it had to

20   be next to the guy -

21       HEARING OFFICER:  Who bought it?

22       TONY MANUELE, JR.: Who bought it?

23       HEARING OFFICER:  You didn't have a left and right

24   side, all you had was a left hand side of anything that

25                                        `

42

1  you bought, and when you sold it, you just took another sheet and

2  recorded it that way.

3      TONY MANUELE, JR.: Right.

4      HEARING OFFICER: And they didn't correspond to

5  anything, other than you had the guns coming in, and the

6  records of who you sold them to.

7      TONY MANUELE, JR.: Right.

8      MICHAEL LOGAN: Now, how long had you been doing that

9  prior to -

10      TONY MANUELE, JR.: Since '96, I put 'em on sheets

11  like this, I was always told as long as I had a copy with

12  where the guns went, and I always had a copy of where the

13  guns went.

14      MICHAEL LOGAN: Do you ever look at that system prior

15  to 2005, and indicate that there's probably inappropriate

16  or -

17      TONY MANUELE, JR.: No.

18      MICHAEL LOGAN: So, is your testimony to Count 1, is

19  that of the 611 firearms listed here, you could account

20  for all of them?

21      TONY MANUELE, JR.: Yes, I can.

22      MICHAEL LOGAN: How do you do that?

23      TONY MANUELE, JR.: I'd have to go back to my 4473s

24  and I count every one of them. Which I've already started

25

43

1    doing.

2        MICHAEL LOGAN: The record of formal request.

3        TONY MANUELE, JR.  Formal request.

4        ERIKA RITT: I'm confused.  He says he can account

5    for them in 4473s, and you said upon request and you

6    gestured towards his

7        TONY MANUELE, JR.: No, I haven't got all of the 611

8    guns transposed into a book yet.

9        ERIKA RITT: Okay.  So you do not have disposition

10   entries then, for all 611 firearms.

11       TONY MANUELE, JR.: Yes, I started disposition

12   entries.  I haven't got 'em complete.

13       ERIKA RITT: So it's not complete as of today –

14       TONY MANUELE, JR.: This is from when I started in

15   November.

16       ERIKA RITT: Okay, your separate list of

17   dispositions, you're not alleging that this includes all

18   611.

19       TONY MANUELE, JR.: The total 611 that she's counting

20   on, I believe's in this book up to '05.  This starts

21   November of '05.

22       HEARING OFFICER: Okay, so basically what you're

23   saying, you have 4473s, but nothing was ever recorded in

24   your A and D, as such.

25

44

1      TONY MANUELE, JR.: I had a record but it wasn't the way they

2   said it was supposed to be.

3      HEARING OFFICER: Is that your understanding?

4      ERIKA RITT: Well, that's my understanding to what

5   he's saying, but my question still remains for all these

6   611 dispositions that we're alleging, can you show me,

7   even if you entered them the wrong way, can you show me

8   611 dispositions?

9      TONY MANUELE, JR.: This right here, I'm not sure.

10      HEARING OFFICER: Why would you not be able to?

11      TONY MANUELE, JR.: I'd have to go through all these

12   and I -

13      ERIKA RITT: The ones with X's, along the side of

14   Exhibit G, are guns that Inspector Bolash did account for.

15      TONY MANUELE, JR.: All right.

16      ERIKA RITT: So for example the first one unaccounted

17   for would be in Exhibit G, is I believe the date is

18   September 26, 1997, the manufacturer's Arsenal, you see

19   the rifle that I'm referring to?

20      TONY MANUELE, JR.: Which one here?

21      MICHAEL LOGAN: This guy.

22      ERIKA RITT: You see that?

23      TONY MANUELE, JR.: 22618?

24      ERIKA RITT: So we're not talking in theory, can you

25

E-FILED
Thursday, 06 March, 2008  03:07:31 PM
Clerk, U.S. District Court, ILCD

45

1    account for that gun somewhere in this record as a disposition?

2        TONY MANUELE, JR.: Not in this record, I can't, but

3    I did find that gun last night.

4        ERIKA RITT: It's not in this record?

5        TONY MANUELE, JR.: Not in that record.

6        ERIKA RITT: Do you want to try another one?  You

7    think we should try another one?

8        HEARING OFFICER: You say that you found it.  Where

9    did you find it, on a form or inventory?

10       TONY MANUELE, JR.: It's not in inventory, it was on

11   a form.

12       HEARING OFFICER: Okay.  On a 4473 so you actually

13   transferred it —

14       TONY MANUELE, JR.: Right.

15       HEARING OFFICER: Record that you were maintaining in

16   the back of just what you sold?

17       TONY MANUELE, JR.: Right.

18       HEARING OFFICER: Okay.

19       ERIKA RITT: Do you want to do a couple more of these

20   see if you can find any of them in the back in the record

21   that you sold?  Or are you gonna tell me you have to go to

22   a 4473 on all of these?

23       TONY MANUELE, JR.: All I know is if she's saying

24   they're not in here, let's try another one.

25

46

1    ERIKA RITT: Okay. Let's try another one. Mr. Logan do you
2    want to pick, or do you want me to pick another?

3    MICHAEL LOGAN: That's fine.

4    ERIKA RITT: We could go to the very next one; I have
5    a couple of pages. Let's go to the next page, the very
6    first one on the second page, manufactured at Armsport,
7    it's a shotgun, that one's not X'd. Can you account for
8    that firearm? I believe it is a firearm. 21198?

9    TONY MANUELE, JR.: 21198. Which one do you have
10    here?

11    ERIKA RITT: The second page, first gun?

12    TONY MANUELE, JR.: I can account for that, it's in
13    my closet.

14    ERIKA RITT: It's in your closet?

15    TONY MANUELE, JR.: Yeah. It's meant to be a
16    personal gun.

17    ERIKA RITT: Did you log it out yourself as a
18    personal gun?

19    TONY MANUELE, JR.: No, I didn't.

20    ERIKA RITT: So that gun has also never been logged
21    out?

22    TONY MANUELE, JR.: That's probably right, I guess.

23    ERIKA RITT: Okay. Let's take another one then,
24    let's start towards the back so then we're doing more

25

47

1    recent guns.  Let's take the, that's a disposition; I think we're

2    three pages from the back, this disposition date is 1-8-

3    06, it's a - pistol.

4        TONY MANUELE, JR.: What's the date on that?

5        ERIKA RITT: 1-8-06.

6        TONY MANUELE, JR.: About forty four some dollars in

7    a transfer.

8        MICHAEL LOGAN: 1-8-06?

9        ERIKA RITT: 1-8-06.  I'm asking about the document

10   the Inspector Bolash inspected, so you can - Exhibit G.

11       TONY MANUELE, JR.: Not in that Exhibit.

12       ERIKA RITT: Okay, not in Exhibit G.  For the record,

13   Mr. Manuele is examining a newly created A and D book.

14       TONY MANUELE, JR.: --- would be this one right here,

15   1-8-06, Stony Creek Trading, -80 pistol transfer, went to

16   an attorney William -.

17       ERIKA RITT: But the time of Inspector Bolash's

18   inspection, it was not on the Acquisition/Disposition

19   book.

20       TONY MANUELE, JR.: That's right.  She told me this

21   is where I should start; I did what she told me to do.

22       ERIKA RITT: But you weren't doing it at that point?

23       TONY MANUELE, JR.: I was writing them in -

24       ERIKA RITT: But you weren't writing them in.  Right?

25

48

1    Can we just establish that they weren't written in?

2        TONY MANUELE, JR.: It's wrote in.

3        ERIKA RITT: Can you find any for me where they were

4    written in?

5        TONY MANUELE, JR.: I just found one.

6        ERIKA RITT: I don't want to look at that book,

7    because it came after the inspection.  Focusing on Exhibit

8    G, can you find any for me, or are you willing to

9    stipulate that none of the 611 are in this document of

10    dispositions.

11        MICHAEL LOGAN: Are you saying that they weren't

12    disposed of?  Or that we didn't put it on Exhibit G.

13        ERIKA RITT: I'm saying that they were not recorded

14    on Exhibit G., which is the Acquisition/Disposition book.

15        MICHAEL LOGAN: We would stipulate that they are not

16    line itemed like you're doing now; we would have to go

17    through chronologically and cross-reference.

18        ERIKA RITT: But at this point we can't - any, of the

19    611. Of Exhibit G.

20        MICHAEL LOGAN: Correct.

21        ERIKA RITT: Okay.  That adds to the trace issue that was

22    raised, I'm handing out marked as Exhibit X., I ask that you use

23    this in conjunction with Exhibit K., which we're gonna get to

24    later; we'll talk about the failed trace.

25

49

1    Exhibit X. shows the definition codes, Exhibit K. will show the two

2    failed traces.  So these two documents in conjunction

3    explain, A.) if there were two failed traces, and B.) the

4    reasons for the failed traces.

5         TONY MANUELE, JR.: What's the date?

6         ERIKA RITT: That's why I asked to look at Exhibit K.

7    Exhibit K. will provide you the date.

8         THERESA BOLASH: On Exhibit K., on the first page,

9    the two entries, the second and third entry at the top of

10   the page, if you see on the third column, there's some

11   information at the very bottom, is D zero and D two, those

12   are the trace codes that correspond to Exhibit X. that you

13   were provided, that list the reasons why those traces were

14   not successful.  The firearm information is in the first

15   column, the purchase rightful arms -

16        TONY MANUELE, JR.: Right.

17        THERESA BOLASH: Again, we did not cite you for

18   failure to comply with trace requests.

19        TONY MANUELE, JR.: No, those are those letters I

20   gave you.

21        MICHAEL LOGAN: These letters represent our response

22   to the trace things, if you're they're not of issue here,

23   then it's immaterial.  I think these Exhibits, --

24        HEARING OFFICER: Well we can - go on and enter that

25

50

1    Licensee's Exhibits 1 and 2 have been entered into the record. And

2    will show which is which if you like; we can have somebody

3    make copies of them.

4         ERIKA RITT: Thank you. And the date on those?

5              Those are from 1993 is that correct? They're

6    both from '96.

7              And reading Exhibit K, the two missing traces,

8    I believe, are from '93 and '94? Just so we're all on the

9    same page?

10        MICHAEL LOGAN: Well that's what this says, I would

11   have no independent knowledge if those were the correct

12   dates.

13        ERIKA RITT: But the truth, we're actually conducting

14   '94 and '96. Okay.

15             And we'll have to check the letters to see if

16   they correspond to the same firearms; do you know if those

17   letters reference particular firearms?

18        TONY MANUELE, JR.: Yes, they did.

19        ERIKA RITT: Okay, we'll check.

20        TONY MANUELE, JR.: I talked to Dennis - at the

21   Springfield office and I talked to Martin - both.

22        HEARING OFFICER: Those are ATF agents?

23        TONY MANUELE, JR.: Yes.

24        HEARING OFFICER: On the record.

25

51

1     MICHAEL LOGAN: I do have a question on K. K represents all
2  traces done between '91 and '06.

3     THERESA BOLASH: I believe so.

4     MICHAEL LOGAN: And of all those, there were only two
5  that were issued?

6     THERESA BOLASH: Yes.

7     MICHAEL LOGAN: So he complied fully with the others,
8  is that right?

9     THERESA BOLASH: Correct. Which is why he was not
10  cited for failing to comply with the trace request. That
11  was brought up as an example as to why incomplete
12  disposition records can cause law enforcement a lot of
13  hard work.

14     HEARING OFFICER: Anything else you wanted to add?

15     ERIKA RITT: Nothing from us.

16     HEARING OFFICER: Your understanding is that given
17  Exhibit G and give records for the 4473s, you would be
18  able to account for all of these?

19     TONY MANUELE, JR.: If they're not on there,
20  probably, I know I did, I've got several 4473s to go
21  through, I can't count how many.

22     MICHAEL LOGAN: Now the 4473s would show
23  acquisitions? Or just dispositions?

24     TONY MANUELE, JR.: No, 4473's just the disposition.

25

VICTORIA'S TRANSCRIPTION SERVICES, INC.
312-551-8818

52

1    MICHAEL LOGAN: So if you go through this with your 4473s, it

2  would come —

3    TONY MANUELE, JR.: Right.

4    MICHAEL LOGAN: Were the 4473s made available to the

5  investigator?

6    TONY MANUELE, JR.: Yes.

7    MICHAEL LOGAN: In fact, did the investigator remove

8  those from the premises?

9    TONY MANUELE, JR.: Some of them she did.

10    MICHAEL LOGAN: And did she volunteer to bring them

11  back?

12    TONY MANUELE, JR.: Yes, she did, and I think the

13  others she took to your office.

14    MICHAEL LOGAN: Far as we know there was nothing

15  missing.

16    TONY MANUELE, JR.: As far as I know.

17    MICHAEL LOGAN: Was she remove it from the premises?

18    TONY MANUELE, JR.: It was my belief that they're not

19  supposed to remove those from the premises.

20    MICHAEL LOGAN: That all inspections were supposed to

21  be there on-site, is that correct?

22    TONY MANUELE, JR.: Right.

23    MICHAEL LOGAN: Was the on-site provision laid for

24  her to investigate them?

25

1      2005, that the records you were keeping were in any way inadequate? 54

2           TONY MANUELE, JR.: No one's ever been to my place.

3           MICHAEL LOGAN: Since when?

4           TONY MANUELE, JR.: Since January of '06.

5           MICHAEL LOGAN: Prior to that?

6           TONY MANUELE, JR.: There was nobody there prior to

7      January of '06.

8           MICHAEL LOGAN: Since when?

9           TONY MANUELE, JR.: Since I started in '91.

10          MICHAEL LOGAN: Is it true to your understanding that

11     you should be audited on a regular basis?

12          TONY MANUELE, JR.: Probably they should come in at

13     least once a year, minimum, that's what it says in the

14     book, I believe.

15          ERIKA RITT: For the record, that's not what it says

16     in the book.

17          MICHAEL LOGAN: It's your understanding that people

18     should come in?

19          TONY MANUELE, JR.: My understanding, yes.

20          MICHAEL LOGAN: Had they come in '92, or '95, -

21          TONY MANUELE, JR.: Never sent anybody until January

22     of '96.

23          MICHAEL LOGAN: Okay, '96.

24          TONY MANUELE, JR.: January of '06.

25

55

1      MICHAEL LOGAN: So had they come in and indicated there was an

2  accounting problem, at that point, you would have

3  corrected it at that point just like you did now?

4      TONY MANUELE, JR.: Right.

5      ERIKA RITT: Mr. Manuele you said just now that is

6  what it said in the book, in reference to inspections?

7      TONY MANUELE, JR.: No, I said that's what I believe.

8      ERIKA RITT: Okay.  Do you have access to the ATF

9  Firearms Laws and Regulations?

10     TONY MANUELE, JR.: I just got it, not too long, I

11  don't remember when I got it.

12     ERIKA RITT: And you said you always had someone you

13  could call with questions about the laws?

14     TONY MANUELE, JR.: Years back, there was a guy, if I

15  had a question I'd call Dennis .  But he's no longer

16  here, from what I understand.

17     THERESA BOLASH: For the record, Agent - is still

18  employed in the Springfield office.

19     TONY MANUELE, JR.: I haven't talked to him in

20  several years, so -

21     ERIKA RITT: And you've spoken to other FFL's when

22  you had questions about the laws as well?

23     TONY MANUELE, JR.: Mm-hmm.

24     ERIKA RITT: So you realize that there were laws and

25

56

1    regulations controlling what you did as an FFL?

2        TONY MANUELE, JR.: Right. And I did the best I

3    could to do what I did, I mean, I didn't sell a gun

4    illegally, and I'm not a criminal.

5        ERIKA RITT: What I'm saying is, no one's saying

6    you're a criminal. This is not a criminal issue.

7        HEARING OFFICER: I'm sorry, off the record.

8        HEARING OFFICER: Back on tape again.

9        ERIKA RITT: Inspector Bolash, Mr. Logan raised some

10    issues regarding your turning your 4473s for tracking

11    purposes. Can you address that?

12        THERESA BOLASH: They are ATF records and ATF does

13    have the authority. Prior to removing them, I did ask -

14        ERIKA RITT: I'm sorry. The ATF has the authority -

15        THERESA BOLASH: They do.

16        ERIKA RITT: To remove the 4473s from the license

17    premise. Please proceed.

18        THERESA BOLASH: At the time I asked Mr. Manuele if

19    he had any problem with me removing them for the purpose

20    of photocopying, he said he didn't, I provided him with a

21    receipt dating the 4473s I was removing, which he signed,

22    and I returned them all.

23        ERIKA RITT: That goes again to your authority to

24    remove 4473s. Does that in any way, removing the 4473s,

25

1    mitigate the missing 6D disposition entries?                          57

2              THERESA BOLASH: No, it does not.

3              ERIKA RITT: Mr. Manuele, again, I thought you said

4    that's what - but maybe you didn't.  Have you at any point

5    possessed the ATF laws and regulations?

6              TONY MANUELE, JR.: Not too long ago.

7              ERIKA RITT: Before you just got them.

8              TONY MANUELE, JR.: The only thing was ever sent to

9    me was State laws on --.

10             ERIKA RITT: Okay.  Did you - you obviously were

11   unaware that ATF had laws and regulations, correct?

12             TONY MANUELE, JR.: Right.

13             ERIKA RITT: And you called Agent -, and you asked

14   other FFL's questions?

15             TONY MANUELE, JR.: On certain sales, yeah.

16             ERIKA RITT: Okay, did you ever take any steps

17   yourself to get your hands on those laws and regulations.

18             TONY MANUELE, JR.: They'd send me State laws and - I

19   always assumed they'd be sent.

20             ERIKA RITT: For the last 17 years you've been

21   waiting for them to come in the mail?

22             TONY MANUELE, JR.: No, no.  (Inaudible.)

23             ERIKA RITT: So Mr. Manuele, you were aware that the

24   laws and regulations existed?

25

1    TONY MANUELE, JR.: Right.                                    58

2    ERIKA RITT: Thank you.

3    ERIKA RITT: We're prepared to move on to Count 2.

4        Count 2 reads, from on or about February 3rd,

5    1997, to on or about January 10, 2006, licensee willfully

6    failed to properly maintain an Acquisition and Disposition

7    record, and that licensee failed to timely enter 502

8    acquisitions as required by the regulations and as

9    evidence --.  This is violation of Title 18, United States

10   Code, Section 923, G1a, and Title 27, Code of Federal

11   Regulations, Section 478.125b.

12       Inspector Bolash, or Investigator Bolash, can

13   you tell me what we're talking about here?

14       THERESA BOLASH: We're talking about 511 firearms

15   that the licensee transferred that never entered as

16   firearms.

17       ERIKA RITT: Let me correct you there, would 502 be

18   more -

19       THERESA BOLASH: I'm sorry, 502.

20       ERIKA RITT: 502 that the -

21       THERESA BOLASH: Were never entered as acquisitions

22   in his records.

23       ERIKA RITT: Okay. What do the laws and regulations

24   require?

25

1    THERESA BOLASH: The laws and regulations require that included
2    date of the acquisition, the make, model, caliber, serial
3    number and type of a firearm, as well as who is releasing
4    from.

5        ERIKA RITT: Within what time period?

6        THERESA BOLASH: Seven business days in - were kept.

7        ERIKA RITT: And again we're talking about 502
8    acquisitions never reported. Are we talking that in some
9    the manufacturer wasn't recorded, in some the caliber
10   wasn't recorded, some that was recorded eight days?

11       THERESA BOLASH: No. We're talking about no entries
12   at all.

13       ERIKA RITT: No entries as to the acquisition.

14       THERESA BOLASH: Correct.

15       ERIKA RITT: Okay. Hopefully this will not be as
16   complicated as the last count, but we're going to look and
17   try and figure out how you came to this conclusion. I'm
18   going to show you, Exhibit G, Exhibit E, and Exhibit I,
19   should help you establish that.

20       Okay, using E, G, and I, can you explain how
21   you came to the conclusion that 502 firearms were never
22   reported as acquisitions?

23       THERESA BOLASH: I came to this conclusion because
24   when comparing the acquisitions to the dispositions, Mr.
25

60

1    Manuele showed dispositions that he never showed having acquired, as
2    well as 16 firearms that were in inventory but never
3    entered as acquired.

4        ERIKA RITT: Okay, so let's start with the in
5    inventory.  We're looking at Exhibit E.

6        THERESA BOLASH: Yes.

7        ERIKA RITT: Exhibit E is the physical inventory –

8        THERESA BOLASH: During my inspection.

9        ERIKA RITT: During your inspection.  And what did
10    you say about 60 of those firearms?

11        THERESA BOLASH: 60 of those firearms were not
12    entered as acquired in the licensee's A and D record.

13        ERIKA RITT: Okay, but you knew he had acquired them
14    because?

15        THERESA BOLASH: I had seen them.

16        ERIKA RITT: You saw them.

17                And then, so that gives us, of 16 out of
18    502, 486.

19        THERESA BOLASH:  Yes.

20        ERIKA RITT: 486 guns.  How did you establish that
21    they were never recorded as acquisitions?

22        THERESA BOLASH: Because the licensee had recorded as
23    he transferred them, however they were never shown how
24    they were received.

25

61

1    ERIKA RITT: Okay, in which Exhibit did you examine them?

2    THERESA BOLASH: I exhibit, examine G for their

3    information and recorded such firearms on Exhibit I.

4    ERIKA RITT: 486 are reported in Exhibit I.  How do

5    we know that this is a willful violation?

6    THERESA BOLASH: Well, again, this is a basic

7    requirement of being a firearms dealer, and Mr. Manuele

8    had entered the acquisitions of other firearms for

9    everything else he had received.

10    ERIKA RITT: Just as he had entered the dispositions

11    of the previous count, for some of the firearms?

12    THERESA BOLASH: Correct.

13    ERIKA RITT: So, he knew how to do it, we've seen him

14    do it correctly.

15    THERESA BOLASH: Correct.

16    ERIKA RITT: And here on the acquisitions, he knew

17    how to do it.

18    THERESA BOLASH: Correct.

19    ERIKA RITT: But failed to do it on 502 occasions.

20    THERESA BOLASH: That's correct.

21    ERIKA RITT: Why is this significant?  The failure to

22    record acquisitions?

23    THERESA BOLASH: Again for accountability purposes

24    and tracing purposes we need a complete record of where a

25

62

1    firearm came from and what.  Also, we only know of these 500 or 486

2    because he happened to record the dispositions.  We've

3    already established that that wasn't necessarily diligent,

4    recording the dispositions there could be other firearms

5    that we don't know of that weren't recorded on either

6    side.

7         ERIKA RITT: Do you have any particular concerns

8    about theft or loss?

9         THERESA BOLASH: I do, again, the guns are not being

10   recorded, something could happen and you have no idea

11   where that firearm is.

12        ERIKA RITT: Or that may be existing in Mr. Manuele's

13   inventory?

14        THERESA BOLASH: Correct.

15        ERIKA RITT: Do you have anything else you want to

16   add to this count?

17        THERESA BOLASH: No.

18        HEARING OFFICER: So this Exhibit I is guns that were

19   recorded on the back of his so-called A and D book, were

20   there 4473s?

21        THERESA BOLASH: I didn't look for 4473s for these he

22   added along --

23        ERIKA RITT: Can he explain for the hearing officer,

24   and we're going to talk about it later, but the 4473s some

25

1    quick why you may not have reconciled those?    63

2        THERESA BOLASH: Because the 4473s were in complete

3    disarray.

4        ERIKA RITT: So there was no order.  And then the

5    additional 16 other ones in inventory.

6        MICHAEL LOGAN: We'll be able to comment on that.

7    First of all, where these the same, 502 included in the

8    611?

9        THERESA BOLASH: No.  These were separate.  These

10    were acquisitions that were not entered.

11        MICHAEL LOGAN: So we're talking at this point

12    separate –

13            Any comment on that?  They should be

14    distributed, they were recorded but not received?

15        TONY MANUELE, JR.: Probably I tried to record em

16    all.

17        MICHAEL LOGAN: The ones you recorded that you

18    disposed of that hadn't?

19        TONY MANUELE, JR.: All I know is I tried to the best

20    I could with what I could.

21        MICHAEL LOGAN: Is the inventory still 16, as far as

22    you know?

23        TONY MANUELE, JR.: As far as I know now, my current

24    inventory?

25

64

1    MICHAEL LOGAN: Since you received this Notice of Revocation?

2    Since -

3    TONY MANUELE, JR.: Six, seven, eight?  Right around

4    ten.

5    MICHAEL LOGAN: Now, if you went through Exhibit G, I

6    think, and you indicated - is - listed?

7    TONY MANUELE, JR.: No.

8    MICHAEL LOGAN: Why?

9    TONY MANUELE, JR.: Because they said there's no

10   requirement for 4473 on Black - it just has to be called

11   in.

12   MICHAEL LOGAN: Okay, and but you listed it.

13   TONY MANUELE, JR.: She listed it.

14   MICHAEL LOGAN: Okay.

15   TONY MANUELE, JR.: Must have been something she ran

16   or found.

17   MICHAEL LOGAN: The investigation was back in,

18   started back in January -

19   TONY MANUELE, JR.: Of '06.

20   MICHAEL LOGAN: Of '06.  You were licensed at that

21   time correct?

22   TONY MANUELE, JR.: Yep.

23   MICHAEL LOGAN: Was anything said by anybody, either

24   Miss Bolash or anyone else, to stop operating as a gun

25

1    dealer?  Previous to the investigation?                              65

2          TONY MANUELE, JR.: No.

3          MICHAEL LOGAN: In March, did you do an application

4    for a license renewal?

5          TONY MANUELE, JR.: Yes.

6          MICHAEL LOGAN: Did you submit it?

7          TONY MANUELE, JR.: Yes.

8          MICHAEL LOGAN: It's my understanding, correct me if

9    I'm wrong, that if there's any question regarding a gun

10   dealer and new applications due, that they can just

11   continue existing license for six months pending

12   investigation?

13         TONY MANUELE, JR.: That's what I'm hearing.  That's

14   what I'm understanding.  If there was a problem I would

15   assume they would have said it was revoked or granted an

16   extension.

17         MICHAEL LOGAN: Extension.  Okay.  Was either of

18   those, was an extension formally requested?

19         TONY MANUELE, JR.: No, they just sent the license.

20         MICHAEL LOGAN: ---?

21         TONY MANUELE, JR.: Yes.

22         MICHAEL LOGAN: So you've been dealing guns ever

23   since.

24         TONY MANUELE, JR.: Yep.

25

66

1      MICHAEL LOGAN: And -guilty?

2      ERIKA RITT: Investigator Bolash, time a little bit

3   here -new license.

4      THERESA BOLASH: At the time that the new one was

5   submitted my work had not been completed and submitted for

6   revocation, therefore the new license was renewed prior to

7   the Notice of Revocation going out.

8      ERIKA RITT: And when did this Notice of Revocation

9   go out?

10      THERESA BOLASH: In July '03.

11      ERIKA RITT: Okay.  Mr. Manuele, it seems to me, most

12   of the time you got it right recording acquisitions.  Did

13   you know that you were required to record all

14   acquisitions?

15      TONY MANUELE, JR.: Yeah.

16      ERIKA RITT: Okay.  So you admit that you knew you

17   were supposed to do it.

18      TONY MANUELE, JR.: Yeah, I did the best I could.

19      ERIKA RITT: Okay.  Okay.  And how about

20   dispositions?  Did you know you were supposed to record

21   all dispositions?

22      TONY MANUELE, JR.: Now that I'm reading that, I

23   didn't realize that if I put in 4473 in their name I

24   thought it was more important to record the acquisitions

25

VICTORIA'S TRANSCRIPTION SERVICES, INC.
312-551-8818

67

1    than it was the dispositions, cause the dispositions were dealt with

2    the 4473.

3        ERIKA RITT: Okay, so you knew that you put in the

4    acquisitions was really important then?

5        TONY MANUELE, JR.: Yeah.

6        ERIKA RITT: Okay, but you still didn't do it on 502

7    occasions

8        TONY MANUELE, JR.: I don't know about that.  502

9    occasions.

10       ERIKA RITT: And you did record a lot of the

11   dispositions.  Is that correct?

12       TONY MANUELE, JR.: Yeah.

13       ERIKA RITT: So you knew you were supposed to do it.

14       TONY MANUELE, JR.: Yeah.

15       ERIKA RITT: Okay.

16       HEARING OFFICER: Any other questions?  Go on to

17   Count 3.

18       ERIKA RITT: Okay, from an unknown date in 1996 to

19   January 12, 2006, licensee willfully failed to maintain an

20   Acquisition and Disposition book in bound fashion as

21   required by the regulations.  This is in violation of

22   Title 18, United States Code, Section 923, G1A, and Title

23   27, Code of Federal Regulations, Section 478.125E.

24   Inspector Bolash, can you explain this?

25

68

1    THERESA BOLASH: The licensee is required to keep these A and D

2    records in a bound fashion and failed to do so.

3    ERIKA RITT: What do you mean by a bound fashion?

4    THERESA BOLASH: They need to be kept in a binder,

5    since he made his own records, in a binder or some sort of

6    bound fashion so they aren't loose papers.

7    ERIKA RITT: Okay, and you said he failed to do so in

8    this case?

9    THERESA BOLASH: Yes.

10    ERIKA RITT: And how do you know that?

11    THERESA BOLASH: Because I observed these records

12    when I was doing my inspection.

13    ERIKA RITT: And they were in what form?

14    THERESA BOLASH: They were in loose papers.

15    ERIKA RITT: How did this impact your inspection, --

16    loose papers?

17    THERESA BOLASH: It was hard to account for all the

18    papers, papers that Mr. Manuele provided on the first date

19    of my inspection, we could not locate on the second visit

20    of my inspection.

21    ERIKA RITT: Okay.  So they just disappeared?

22    THERESA BOLASH: Yes.

23    ERIKA RITT: And that's the point of keeping them

24    bound?

25

1      THERESA BOLASH: Exactly.                          69

2      ERIKA RITT: Okay.  How would you describe the

3   requirement to keep them in a bound fashion?

4      THERESA BOLASH: It's a basic requirement of the A

5   and D record.

6      ERIKA RITT: Okay.  And I see here that Mr. Manuele

7   actually made his own format.  The regulation that

8   describes an A and D book, is that the same place that you

9   would find the requirement that it be kept in bound

10  fashion?

11     THERESA BOLASH: Yes, it is.

12     ERIKA RITT: And why is it significant that the book

13  be kept in bound fashion?  You explained it impeded your

14  inspection?

15     THERESA BOLASH: Yes.

16     ERIKA RITT: How else?

17     THERESA BOLASH: Also so that we don't lose track of

18  firearms, if one of these pages goes missing, we've lost

19  all information on that.

20     ERIKA RITT: We have further questions.

21     HEARING OFFICER: Response?

22     MICHAEL LOGAN: The statute talks about the records,

23  required in bound form under the format described below,

24  and that's about a 30 or 40 page, 30 or 40 line statute,

25

70

1    and again, we're talking about -book, abide by all the rules.

2    giving a directive to a particular part of that statute.

3    I think that it's, well, it's to the convenience of the

4    ATF, not too sure it's sufficiently critical that --.

5        ERIKA RITT: Investigator Bolash, are some dealers

6    offered to?

7        THERESA BOLASH: Yes, they are.

8        ERIKA RITT: And how are they notified?

9        THERESA BOLASH: Mailings are sent out.

10       ERIKA RITT: To?

11       THERESA BOLASH: Any licensee in the area.

12       ERIKA RITT: And how often is that ATF ?

13       THERESA BOLASH: It just depends on funding and

14   availability -period approximately two years ago.

15       ERIKA RITT: And because of Mr. Manuele's geographic

16   location he would have been invited to Peoria?

17       THERESA BOLASH: Yes, he would.

18       ERIKA RITT: Okay.

19       MICHAEL LOGAN: Yes, he was?

20       THERESA BOLASH: I assume he was, I know mailings

21   were sent out to all licensees in the geographical area.

22       MICHAEL LOGAN: His name was on the mailing list?

23       THERESA BOLASH: I was not provided a copy of the

24   mailing list.

25

1    HEARING OFFICER: Count 4.

2    ERIKA RITT: Count 4.

3        From unknown date in 1996, to January 12,

4    2006, licensee willfully failed to record the address

5    and/or federal firearms licensee or FFL number from any

6    and all individuals from whom licensee acquired firearms

7    and to whom licensee disposed firearms, as required by the

8    regulations and is evidenced by licensee's acquisition and

9    disposition record. This in violation of Title 18, United

10   States Code, Section 923, G1A, and Title 27, Code of

11   Federal Regulations, Section 478.125B.

12       Inspector Bolash, can you put that in plain

13   English for me?

14       THERESA BOLASH: The licensee is required to record

15   not only who the firearm is received from/disposed to but

16   also the address of that individual or the FFL number of

17   the licensee.

18       ERIKA RITT: And did Mr. Manuele do so?

19       THERESA BOLASH: No, he did not.

20       ERIKA RITT: The records in Exhibit G.  Explain to me

21   how you know he didn't record this information.

22       THERESA BOLASH: In Exhibit G, Mr. Manuele has a

23   column for the acquisition where he lists who he received

24   the firearm from, but there's no place to enter the

25

72

1   address or FFL number. Again, with the disposition information

2   there's a column where it states FFL or 4473, and Mr.

3   Manuele will just indicate if it was a 4473, and also has

4   the name of the individual it was transferred to.

5       ERIKA RITT: And where is this requirement described?

6       THERESA BOLASH: In the regulations, the same

7   regulations that indicate how the records are to be kept

8   in a bound fashion.

9       ERIKA RITT: And how would you prove that this was

10   willful; Mr. Manuele should have known this?

11       THERESA BOLASH: Again, this is a basic requirement

12   of keeping an A and D record, the name and address; it's

13   also an example in the regulations of what this format

14   should look like.

15       ERIKA RITT: Did Mr. Manuele know that if he had any

16   questions he could contact ATF?

17       THERESA BOLASH: It appears that he did.

18       ERIKA RITT: Why is it an issue as to whether or not

19   the address or FFL number were maintained?

20       THERESA BOLASH: Again, tracing relies on complete

21   and accurate records; these are not complete or accurate

22   records. We need the address or FFL number in order to

23   continue any possible leads.

24       ERIKA RITT: For tracing purposes?

25

73

1          THERESA BOLASH: Correct.

2          MICHAEL LOGAN: What information's missing?

3     Specifically?

4          THERESA BOLASH: Specifically, the address or FFL

5     number where the firearms are acquired from an individual,

6     or the address or FFL numbers to whom they're disposed.

7          MICHAEL LOGAN: Is there any present?

8          THERESA BOLASH: There's none present.

9          MICHAEL LOGAN: Can it be determined from the

10    information that's there?

11         THERESA BOLASH: No, it cannot.

12         HEARING OFFICER: So have records of the gun, model,

13    serial number, that's all complete, right?

14         THERESA BOLASH: It appears to be.

15         MICHAEL LOGAN: - number, or FFL, column seems to be

16    filled out.

17         THERESA BOLASH: It's filled out with information; it

18    does not list the actual FFL number.

19         MICHAEL LOGAN: Okay, but also gives the number, the

20    name of the person, correct?

21         THERESA BOLASH: On that first page is actually the

22    name of the person from whom he received the firearm.

23         MICHAEL LOGAN: Okay.  And, so you could find out the

24    FFL number?

25

VICTORIA'S TRANSCRIPTION SERVICES, INC.
312-551-8818

74

1    THERESA BOLASH: Not by looking at these records, I cannot

2    MICHAEL LOGAN: So, if we went back on right hand

3    column, the acquisition column, we could find the -or FFL

4    number.

5    THERESA BOLASH. No, because in that previous column

6    it does not list the - or FFL number.

7    MICHAEL LOGAN: But if we had, let's say that column

8    -

9    THERESA BOLASH: Okay.

10    MICHAEL LOGAN: If we had the acquisition name, we

11    should be able to go back and get the FFL number, right?

12    THERESA BOLASH: Go back where? I'm not

13    understanding what you're saying.

14    ERIKA RITT: Mr. Logan's saying that, for example,

15    look at 33g, for 705 on the guns. You could pull the FFL

16    number for 705 on the guns?

17    THERESA BOLASH: From an internal database, I can.

18    ERIKA RITT: But where you look at some of these

19    other ones, are they self-explanatory, would be able to

20    lead you to the correct FFL number?

21    THERESA BOLASH: Not necessarily.

22    MICHAEL LOGAN: For instance?

23    THERESA BOLASH: For instance, the third line down

24    there's Rick's Guns.

25

1    MICHAEL LOGAN: Okay.        75

2    THERESA BOLASH: I don't know how many Rick's Guns

3 there are across the country, I don't know if that's a

4 trade name or a corporate name.

5    MICHAEL LOGAN: So you don't know?

6    THERESA BOLASH: Exactly.  Which is why it's required

7 to be recorded on the acquisition.

8    MICHAEL LOGAN: Do you know Stoney Creeks, or, that's

9 what I'm saying, is there a way to find out by running it

10 in the company.  It may not be convenient for -

11    ERIKA PITT: Mr. Logan, just so you know, FFL, it's

12 not, there may be several FFL's with the same name

13 throughout the country.  We don't require every FFL to

14 have an individual name.  So there may be several FFLs who

15 have the same name, and also, I think what Inspector

16 Bolash is saying, these are not necessarily standardized

17 names, so Rick's Guns could be Tony's Guns, Tony's

18 Sporting Goods, lots of people use "doing business as" and

19 we don't always have all of them in the database.

20    MICHAEL LOGAN: But the thrust is not that we're

21 trying to hide these, it's that it may be inconvenient to

22 find -

23    THERESA BOLASH: But the thrust is that they're

24 required under the law to be present, it's not.

25

76

TONY MANUELE, JR.: But upon receipt of a firearm, I have to have a copy of that license, is that not correct?

THERESA POLASH: Right. The license has a number, so you can record that number.

TONY MANUELE, JR.: Right. We have identifying all the FFLs that we received by, which is in a separate book.

HEARING OFFICER: I'm going to say something to move this thing along. It's not the issue right now, at this point, if you were in business is not an issue. What becomes the issue, we need this information, once you go out of business and the records are sent to a business records center, all they have it's what's in here. And see, they won't know who Rick's Guns are. You will, when you're in business, but if you send these records out of business and we have to trace a gun, find that you're out of business, they go to the business records center, they pull your records, then they find this particular gun says Rick's Guns, without a license number or an address, they wouldn't know who Rick's Guns is. That's the issue. When you go out of business. It's also required, anyhow.

TONY MANUELE, JR.: Wouldn't this go to -

HEARING OFFICER: That's still not going to tell me who Rick's Guns are. Your records are, but your records only can speak for what's written here. 4473s aren't

77

1    going to tell me who you bought the gun from either, it's going to

2    tell me who you sold it to.  But the problem is, need to

3    back to Rick's Guns and see if that's the right Rick's

4    Guns.  That's the problem that we have, we don't all that

5    information.  It's required, it wasn't, it could be found

6    out with some work while you're in business, but when

7    you're not in business and you send your records that's

8    when your problem becomes, to answer your question.

9          MICHAEL LOGAN: He's referring to a book where he

10   keeps all the FFLs.

11         HEARING OFFICER: We may not have that.  This is

12   required to be sent in.  When he goes out of business, and

13   all those 4473s are required now, if he doesn't send those

14   in, then they wouldn't have any reason to have those.

15   There's only certain records that are required to be

16   mailed in when you go out of business.

17         ERIKA RITT: No, your explanation's very helpful.

18         HEARING OFFICER: That's where the problem becomes

19   those records there are not required to be sent in.

20         TONY MANUELE, JR.: Distributors don't send an FFL or

21   the numbers.

22         HEARING OFFICER: You should have that when you call.

23   That's when they're supposed to give it to you.

24         TONY MANUELE, JR.: They've never, not even on their

25

1    invoices.                                                                            78

2         HEARING OFFICER: You're required to have that,

3    that's the problem.  That's a different issue.  That's the

4    main reason why the information's required, so when you do

5    go out of business, for whatever reason, and a gun has to

6    be traced, they go to find the records out of business,

7    and they find your A and D book, and it doesn't have all

8    the information, then that trace basically comes to a stop

9    at that point.  Because they can't trace.

10        ERIKA RITT: And to borrow a cliché, time is of the

11   essence.

12        HEARING OFFICER: That's really why, it's really

13   important.

14        MICHAEL LOGAN: If that, what you just said, that

15   they're not putting the FFL numbers on them, is that a

16   problem with the system, versus each individual?

17        THERESA BOLASH: The point is, though, the law

18   clearly requires them to put that in.  The fact that he

19   may not know the ins and outs of why ATF requires it is

20   neither here nor there, but he has been made aware that's

21   it's required.

22        ERIKA RITT: Anything else that anyone wants to add

23   on this count?

24             Okay.  Count 5.  From January 2003 to January

25

79

1    2008 licensee willfully failed to report to ATF on 3310.4, which is
2    recording multiple sale or other disposition of pistols
3    and revolvers, instances of a sale or other dispositions
4    of two or more pistols or revolvers, or any combination of
5    pistols and revolvers totaling two or more.  To non-
6    licensee's during any five consecutive business days.
7              Specifically, licensee failed to report to ATF
8    multiple sales of pistols and revolvers specified in 40
9    instances involving 91 firearms, evidenced in Exhibit C,
10   and that's Exhibit C.
11             This is violation of Title 18, United States
12   Code, Section 923, G3, Title 27, Code of Federal
13   Regulations, Section 478.126A.
14             Investigator Bolash, what are we talking about
15   here?
16        THERESA BOLASH: The licensee's required to file a
17   report of multiple sales when any two or more handguns are
18   sold to the same individual within a five-day period.  In
19   40 instances, Mr. Manuele did not.
20        ERIKA RITT: Let me give you Exhibit J.  Can you
21   identify Exhibit J for the record?
22        THERESA BOLASH: Exhibit J is sample copies of 4473s
23   where these multiple sales occurred, as well as in the
24   back is a copy of some ATF worksheets that were completed
25

1   and copied but not made available.                                      80

2        ERIKA RITT: Okay, why weren't the copies made

3   available?

4        THERESA BOLASH: Again because the latest inspection

5   and I was not able to return Mr. Manuele the — copies.

6        ERIKA RITT: So we have copies, I think, on all of

7   these, but some of them we had an awards sheet.

8        THERESA BOLASH: Yes.

9        ERIKA RITT: An awards sheet is a contemporaneous

10  recording of what you observed?

11       THERESA BOLASH: Yes.

12       ERIKA RITT: That these 4473s are listed, but we

13  don't have photocopies of them.

14       THERESA BOLASH: Correct.

15       ERIKA RITT: Let's look at a couple of the samples.

16  Let's start with the first one. The first 4473 is for

17  Darlene Burress, on January 13th of 2004, she purchased a

18  Colt revolver, and along with a second 4473 for Darlene

19  Burress, on January 16 h, she purchased a Smith and Wesson

20  revolver. Which is two or more firearms in a five-day

21  period.

22       QUESTION:  Those were on two 4473s, does that change

23  anything?

24       THERESA BOLASH: No, it does not.

25

81

1    ERIKA RITT: So a multiple sale form should have been recorded?

2    THERESA BOLASH: Correct.

3    ERIKA RITT: Or filed?

4    THERESA BOLASH: Correct.

5    ERIKA RITT: Was one filed?

6    THERESA BOLASH: No.

7    ERIKA RITT: How do you know that?

8    THERESA BOLASH: I ran a trace history for the

9    licensee's records to record any traces or multiple sales

10    recorded by the licensee --

11    ERIKA RITT: I'm showing this in pre-marked, is it K?

12    What is Exhibit K?

13    THERESA BOLASH: The trace history for Mr. Manuele,

14    over January of '91 through January of 2006.

15    ERIKA RITT: Okay, and can you see a multiple sale

16    form having been recorded for Miss - these two

17    transactions for Miss Burress?

18    THERESA BOLASH: No.

19    ERIKA RITT: No.  Let's take another example, I want

20    to do one off the worksheet so we can see how that works.

21    We've got a bunch of multiple sales on 4473s, but let's

22    look at -

23    THERESA BOLASH: On the very last page of the

24    Exhibit, there's one for Jeff Eason, for 11-28 of '04, all

25

82

1   the way on the right hand side is a column that says, M, a multiple
2   sale form was not completed, which indicated it was not.
3          ERIKA RITT: Okay, so multiple sale form is not
4   completed, and how many 4473s did Mr. Eason complete?
5          THERESA BOLASH: With this sale, one.
6          ERIKA RITT: One, and in that one sale on 11-28-04,
7   how many guns did he receive?
8          THERESA BOLASH: Two.
9          ERIKA RITT: Okay, so we don't' have a 4473, but we
10  do have your recording of it.
11         THERESA BOLASH: Yes.
12         ERIKA RITT: I would, this is going to be the oddball
13  one, it's November 30, '05, it was a sale to Debbie Lou
14  Ray?
15         THERESA BOLASH: Yes.  Three pages from the back of
16  the Exhibit, is a copy of the licensee's A and D record,
17  where Mr. Mannele had logged out two Lorettas to Debbie
18  Ray on 11-30 of '04.
19         ERIKA RITT: Okay.  And you don't have a copy of the
20  4473?
21         THERESA BOLASH: No, we do not.
22         ERIKA RITT: And why is that?
23         THERESA BOLASH: Again, the copy was not available
24  because I could not contact the ...
25

83

1        ERIKA RITT: You can see from his own A and D book that he made
2    two or pistols sold within five consecutive business days.
3        THERESA BOLASH: Yes.
4        ERIKA RITT: And again, consulting K for Debbie Lou
5    Ray can we see the?
6        THERESA BOLASH: No, we cannot.
7        ERIKA RITT: And, I'm sorry, I forgot to ask you to
8    do that on Jeffrey Eason for 28 November, '04.
9        THERESA BOLASH: No, there was no form filed.
10        ERIKA RITT: When you met with Mr. Logan to discuss
11    these violations, did you advise him of the importance of
12    the multiple sale form?
13        THERESA BOLASH: Yes, I did.
14        ERIKA RITT: And what did you ask?
15        THERESA BOLASH: I asked that these firearms be
16    recorded on the multiple sale form.
17        ERIKA RITT: And were they ever recorded to your
18    knowledge?
19        THERESA BOLASH: No, they were not.
20        ERIKA RITT: Can you, Exhibit K-1, identify this for
21    the record?
22        THERESA BOLASH: This is a second trace history that
23    was run on January 26th of 2007, for the period of January
24    '04 through the period of January 26th, '07.
25

84

1      ERIKA RITT: And what does that show us?

2      THERESA BOLASH: That no multiple sales have been

3   filed since my inspections, as of corrections.

4      ERIKA RITT: Okay, no of these 40 multiple sales,

5   over 91 firearms, to this day, no multiple sale forms have

6   been filed.

7      THERESA BOLASH: Correct.

8      ERIKA RITT: Even after, Mr. Manuele, per Mr. Logan,

9   were notified of the importance of this.

10      THERESA BOLASH: Yes.

11      ERIKA RITT: Okay, we just talked about three

12   transactions, we've got another 37 to cover, we can do

13   that if you want unless you want to stipulate the

14   remaining 37?

15      MICHAEL LOGAN: What are you saying?

16      ERIKA RITT: Transactions, multiple sales

17   transactions.

18      MICHAEL LOGAN: In?

19      ERIKA RITT: Exhibit J.

20      MICHAEL LOGAN: What is J?

21      THERESA BOLASH: J is a copy of some of the 4473s

22   where all the multiple sales occurred, as well as my

23   worksheet for the ones that copies were not made.

24      MICHAEL LOGAN: That's fine.

25

E-FILED
Thursday, 06 March, 2008  03:07:58 PM
Clerk, U.S. District Court, ILCD

85

1           Tony, do you recognize this?

2           TONY MANUELE, JR.: Yep.

3           MICHAEL LOGAN: What are they?

4           TONY MANUELE, JR.: DVDs.

5           MICHAEL LOGAN: For multiple?

6           TONY MANUELE, JR.: Yep.

7           MICHAEL LOGAN: --

8           TONY MANUELE, JR.: They're saying they didn't

9    receive them.

10          MICHAEL LOGAN: But you had them?

11          TONY MANUELE, JR.: Most likely.  I have them at

12   home.

13          MICHAEL LOGAN: Could you prove that you did?

14          TONY MANUELE, JR.: Yes.

15          ERIKA RITT: But, do you want them at home or --?

16          TONY MANUELE, JR.: They're probably at home, I got a

17   bunch of 'em at home still, some of them here.

18          ERIKA RITT: Do have the ones that you brought here

19   then?

20          TONY MANUELE, JR.: Yes.

21          ERIKA RITT: For these missing items?  For these

22   missing ones?

23          TONY MANUELE, JR.: I don't know if those are the

24   missing ones or not.

25

86

ERIKA RITT: Inspector Bolash, did you ask Mr. Manuele to provide all multiple sale forms during your inspection?

THERESA BOLASH: Yes, I did.

ERIKA RITT: Did he have some?

THERESA BOLASH: Yes, he did.

ERIKA RITT: How many did he have?

THERESA BOLASH: I don't know exactly how many.

ERIKA RITT: Would you be surprised to find dates of multiple sales between '98 and 2003.

THERESA BOLASH: No.

MICHAEL LOGAN: Are you saying that you did, in fact,

TONY MANUELE, JR.: I'm saying there's a possibility -- for whatever reason.

MICHAEL LOGAN: How would you know if they were multiple?

TONY MANUELE, JR.: Two or more handguns.

MICHAEL LOGAN: How would you know that?

TONY MANUELE, JR.: Hmm?

MICHAEL LOGAN: If I came and ordered two or more handguns, not a problem. But, if I ordered one today and one day after tomorrow --

TONY MANUELE, JR.: Well it's in a five day --

MICHAEL LOGAN: Right. But how would you know that is was multiple, unless you remembered me?

87

TONY MANUELE, JR.: There's no way of knowing without remembering.

ERIKA RITT: Were you good at remembering your customers, Mr. Manuele?

TONY MANUELE, JR.: I can't remember all of them, not all of them.

ERIKA RITT: But if you see the same face, within a couple of days?

TONY MANUELE, JR.: Yeah.

ERIKA RITT: Okay.

MICHAEL LOGAN: -- the ones you still had?

(inaudible)

THERESA BOLASH: But you could produce them upon inspection.

ERIKA RITT: Miss Bolash, Investigator Bolash, how did you know this was a willful violation?

THERESA BOLASH: Because Mr. Manuele had previously recorded multiple sales up until 2003.

ERIKA RITT: What happened in 2003?

THERESA BOLASH: He said they stopped.

ERIKA RITT: So he knew that it was a requirement.

THERESA BOLASH: Yes.

ERIKA RITT: And did he state that he was aware that it was a requirement?

88

THERESA BOLASH: Yes.

ERIKA RITT: Why is it significant that multiple sales reports be reported?

THERESA BOLASH: It's significant because it can be a tracking indicator for criminal purposes, as someone who's purchasing multiple handguns or short time frame.

ERIKA RITT: What do you mean? Tell me a little about that.

THERESA BOLASH: Tracking is basically people buying firearms and diverting them into the criminal market, people who purchase multiple handguns can be doing such things.

ERIKA RITT: So, when those multiple sale forms go to ATF, what happens to them?

THERESA BOLASH: They're recorded in the database and they can become criminal leads for special agents.

ERIKA RITT: Okay. So —someone's curiosity?

THERESA BOLASH: Yes

HEARING OFFICER: Count 6?

ERIKA RITT: Count 6. Count 6 reads from a period of January 2003 to January 2006, licensee willfully failed to properly maintain forms 4473, firearms transaction record, by not maintaining the forms in an alphabetical, chronological, or numerical order as required by the

89

1    regulation.  This is in violation of Title 18 United States Code,

2    Section 923 G(a), and Title 27 Code of Federal Regulations,

3    Section 178.121B.                Okay, Investigator Bolash,

4    can you tell me what this count's about?

5          THERESA BOLASH:  The 4473s are required to kept in

6    one of three ways: either alphabetical, chronological, or

7    numerical order. Mr. Manuele did not keep his forms in any

8    such manner when the inspection was started.

9          ERIKA RITT: What order did he keep them in?

10          THERESA BOLASH: Absolutely no order.

11          ERIKA RITT: How about, yearly, order by year?

12          THERESA BOLASH: No order whatsoever.

13          ERIKA RITT: So how did you find them?

14          THERESA BOLASH: A large portion of the inspection

15    was spent going through all of Mr. Manuele's records

16    trying to pull out specific years to review.

17          ERIKA RITT: How does it impact your inspection?

18          THERESA BOLASH: It was certainly time consuming to

19    go through and pull out 1200 forms from the rest of Mr.

20    Manuele's records to review, and certainly, should a trace

21    request happen, Mr. Manuele would not have been able to

22    respond in a timely manner.

23          ERIKA RITT: How do you know this was a willful

24    violation?

25

90

1     THERESA BOLASH: Mr. Manuele stated during the inspection that

2     he used to keep the 4473 maintained in a binder, however,

3     they would routinely fall out and he said he got behind.

4         ERIKA RITT: And how did he keep them in that binder?

5         THERESA BOLASH: In alphabetical, or I'm sorry in

6     chronological order.

7         ERIKA RITT: Okay so he had them in chronological

8     order in a binder, but -

9         THERESA BOLASH: He stated that they would fall out

10    or he would get behind, never kept up with it.

11        HEARING OFFICER: Count 7?

12        ERIKA RITT: Count 7.

13            From on or about March 31st 2003 to on or

14    about November 30, 2005, licensee willfully failed to

15    properly maintain records of the sales of firearms to non-

16    licensees as required by the regulations.

17            Licensee failed in 11 instances to

18    maintain complete 4473, firearms transactions records, as

19    detailed below. This is in violation of Title 18, United

20    States Code 923 G1A, and Title 27, Code of Federal

21    Regulations Section 478.124C1.

22            Inspector Bolash, can you explain this

23    please?

24        THERESA BOLASH: In approximately 1100 ATF 4473s, I

25

91

1   exposed it where the questions were not clearly answered.

2         ERIKA RITT: And what are the laws and the

3   regulations require?

4         THERESA BOLASH: That the ATF 4473 be completed fully

5   and accurately prior to a firearm, including questions.

6         ERIKA RITT: And by recruiting question what do you

7   mean?

8         THERESA BOLASH: These are questions that were

9   designated to be answered by the purchasers to indicate

10  whether or not they are prohibited from possessing or

11  receiving a firearm?

12        ERIKA RITT: And why are these two categories so?

13        THERESA BOLASH: These are categories that have been

14  designated who should not be in possession of firearms.

15  Dangerous, criminals, fugitives, as examples.

16        ERIKA RITT: I'm showing what's been pre-marked as

17  Exhibit F.  Can you identify this for the record?

18        THERESA BOLASH: There are copies of 4473s where such

19  questions were not answered.

20        TONY MANDELE, JR.: The questions 12-1?

21        THERESA BOLASH: Different questions were left blank

22  throughout the 4473s.

23        ERIKA RITT: Well let's look at a couple maybe give

24  you an idea.  Let's start with, what's your first?

25

92

1        THERESA BOLASH: Kenny?   Brian Kenny?

2        ERIKA RITT: Okay let's start with Brian Kenny.

3        THERESA BOLASH: Brian Kenney did not answer question

4    12 – are you a non-legal alien?

5        ERIKA RITT: And by answer what?

6        THERESA BOLASH: It was left blank.

7        ERIKA RITT: And why is that question significant?

8        THERESA BOLASH: It's significant because had Mr.

9    Kenny answered "yes" to that question, Mr. Manuele would

10    need to get further information before transferring a

11    firearm.

12        ERIKA RITT: What sort of information?

13        THERESA BOLASH: Residency information, as explained

14    on question 18 B and C, an exception to non- alien

15    prohibition.

16        ERIKA RITT: Why has Congress designated this as an

17    important question?

18        THERESA BOLASH: Because they decided that they don't

19    want firearms to be transferred to individuals who don't

20    intend to make the United States their residency or make

21    their livelihood here.

22        ERIKA RITT: I have a couple, back to B, a number of

23    them have been left blank.  Let's pick up at Zach Pearson.

24    That transaction happened January 30th, '04?

25

93

1          THERESA BOLASH: Yes.

2          ERIKA RITT: Which question did he leave blank?

3          THERESA BOLASH: 11A, Are you the actual buyer --?

4          ERIKA RITT: And why is this question significant?

5          THERESA BOLASH: Because the licensee should

6    determine if the person filling out the form will be the

7    actual person possessing that firearm.

8          ERIKA RITT: Why?

9          THERESA BOLASH: To insure that this firearm doesn't

10   end up in the hands of somebody who can't legally purchase

11   it themselves.

12         ERIKA RITT: I've heard the phrase "straw purchase."

13         THERESA BOLASH: Mm-hmm.

14         ERIKA RITT: Tell me how this plays into 12A?

15         THERESA BOLASH: A straw purchase is when an

16   individual is buying a firearm for someone who can't

17   purchase a firearm themselves.  Very often it leads to -

18   market.

19         ERIKA RITT: And that's why the people are asked on

20   this form, "Are you the actual purchaser?"

21         THERESA BOLASH: Correct.

22         ERIKA RITT: And that was left blank?

23         THERESA BOLASH: Yes.

24         ERIKA RITT: Should Mr. Manuele transfer a firearm to

25

94

1    someone who leaves any of these blank?

2        THERESA BOLASH: No.

3        ERIKA RITT: Why not?

4        THERESA BOLASH: Because that gives Mr. Manuele

5    reasonable cause to believe that person is prohibited from

6    receiving that firearm.

7        ERIKA RITT: Let's flip towards the back, I

8    understand there's worksheets on this as well.

9        THERESA BOLASH: Yes, we do.

10        ERIKA RITT: Again, why do you have the worksheet and

11    not actual copies of the 4473?

12        THERESA BOLASH: Again, because -to Mr. Manuele - to

13    obtain those copies

14        ERIKA RITT: Let's look at one, is it Gooddall?

15        THERESA BOLASH: The very last sheet, Richard

16    Gooddall?  Made the transfer on 11-30 of '05.  It's

17    indicated on the worksheet questions 11B and C were

18    incorrect.

19        ERIKA RITT: What was the issue with Mr. Gooddall?

20        THERESA BOLASH: This transaction took place on a new

21    4473, questions 11B and C ask -

22        ERIKA RITT: Are you just, I'm sorry because there

23    are no copies we have problems, you can 32 and the way the

24    actual question is under 32, this is a new form to the

25

95

1    back of Exhibit 1, so we can see question 11.

2                    We're reading from the very last page of

3    Exhibit 1, this is a new 4473.  What are the questions 11B

4    and C?

5        THERESA BOLASH: 11B asks, "Are you -for information

6    in any Court for a felony or any other class in which the

7    judge can imprison you for more than one year?" and

8    question 11C asks, "Have you been convicted in any Court

9    for a felony or any other crime for which the judge could

10   have imprisoned you for more than one year, even if you

11   received a shorter sentence, including probation?"

12       ERIKA RITT: So they correspond to the old 12B and

13   12C?

14       THERESA BOLASH: Yes.

15       ERIKA RITT: Okay.  And how did Mr. Gooddall respond

16   to these?

17       THERESA BOLASH: He put an "X" in both of those

18   boxes.

19       ERIKA RITT: Did Mr. Gooddall use "X"s anywhere else

20   on the form?

21       THERESA BOLASH: No, he did not.

22       ERIKA RITT: How else did he respond to the other

23   questions?

24       THERESA BOLASH: He correctly answered "yes" or "no."

96

1       ERIKA RITT: As required by the form.

2       THERESA BOLASH: Yes.

3       ERIKA RITT: And then these he just "X"ed out?

4       THERESA BOLASH: Correct.

5       ERIKA RITT: What concern does ATF have when someone

6  doesn't respond to those questions?

7       THERESA BOLASH: That there is a reason that Mr.

8  Gooddall did not respond to those questions.  It would

9  make me believe that those questions he didn't want to

10  answer "yes" to.

11       ERIKA RITT: He may be under indictment for a felony

12  or actually convicted of a felony.

13       THERESA BOLASH: Correct.

14       ERIKA RITT: Does the ATF want someone, or the

15  government, or anyone want someone convicted of a felony

16  to possess, to be sold a firearm?

17       THERESA BOLASH: No.

18       ERIKA RITT: So we've covered three, we have eight

19  more of these that we can cover.  Would you like, unless

20  you're willing to stipulate?

21       MICHAEL LOGAN: Mainly my objection is to the

22  question.  If you put, "Have you ever been convicted of a

23  felony?" Why would they ever answer yes?  Or under

24  indictment for a felony?  Who would ever answer yes?

25

97

1    ERIKA RITT: Do you want me to finish up –

2    MICHAEL LOGAN: That's fine.

3    ERIKA RITT: I don't know, if you don't want to

4    stipulate, I'm going to finish the direct, and we'll just

5    go through the remaining ones.

6    MICHAEL LOGAN: Yes.

7    ERIKA RITT: Okay. Let's begin at the beginning.

8    King? What's the problem with Richard King?

9    THERESA BOLASH: King, again, on question 12 was left

10   blank.

11   ERIKA RITT: Okay next one?

12   THERESA BOLASH: Is Zach Pearson, which we already

13   covered, 12A,B left blank.

14   ERIKA RITT: Okay next one?

15   THERESA BOLASH: David Green. Question 12L, are you

16   non legal alien left blank?

17   ERIKA RITT: Okay. Next one?

18   THERESA BOLASH: George Burront. Question 12L, are

19   you a non legal alien left blank;

20         Next is Steve Olderman, again question

21   12L, are you a non-legal alien left blank;

22         Ray McGill, question 12D, are you a

23   fugitive from justice and question 12L, are you a non-

24   legal alien was left blank;

25

98

Then going to the worksheets, on February 18,
2005, Gary Weiss, question 11L was left blank;

James Frey, on 2-11 of '05, question 12L
was left blank.

2-17 of '05, John Cash, question 12A was
left blank;

And Richard Gooddall we've already
covered.

ERIKA RITT: Okay. So those are all of those. How
do we know - why should these have been recorded properly?
Why should we be able to make sure that the information
was recorded?

THERESA BOLASH: To ensure that the firearms were not
going into the hands of someone was prohibited.

ERIKA RITT: Mr. Logan raised the question, why would
anyone answer this truthfully? What's ATF's response?

THERESA BOLASH: Well it's ATF's position that the
licensee needs to ensure that this form is completed to
the best of their knowledge. So therefore, these
questions need to be answered. If self-reporting, the
licensee has to stop the sale, that the licensee has
reasonable cause to believe that person is a felon, or a
non legal alien, or a fugitive from justice, they need to
stop the sale.

99

1          ERIKA RITT: And in your experience, have you found that people

2     have recorded things that are detrimental to them

3     acquiring a firearm?

4          THERESA BOLASH: Yes.

5          ERIKA RITT: People do confess to being a felon?

6          THERESA BOLASH: Yes.

7          ERIKA RITT: People do confess to being found

8     mentally defective?

9          THERESA BOLASH: Yes.

10         ERIKA RITT: People do confess to being a non-legal

11    alien?

12         THERESA BOLASH: Yes.

13         ERIKA RITT: In self-reporting?

14         THERESA BOLASH: Yes.

15         ERIKA RITT: How do we know this is willful?

16         THERESA BOLASH: It was willful because out of 1200

17    forms I reviewed for the licensee, they were all completed

18    correctly.

19         ERIKA RITT: So, Mr. Manuele knew what needed to be

20    done.

21         THERESA BOLASH: Yes.

22         MICHAEL LOGAN: Is it the state of ATF to require the

23    licensee to go beyond the answers given by the applicant?

24    You indicated, I suppose, actual knowledge of someone

25

100

1  shows up at your shop and they just got out of prison, or they were,

2  they had the mentality of a six year old, but does it

3  require the licensee to go beyond those answers to verify

4  them?

5        THERESA BOLASH:  The licensee is required to ensure

6  that the answers are completed, and if he has reasonable

7  cause to believe to stop the sale.  We do not require that

8  the licensee require personal background checks, it is

9  part of the requirement that they do a background check,

10  but on his own behalf, we don't require the licensee to go

11  out and determine if the answers are correct.

12        MICHAEL LOGAN: So, there's an aside, I may be asking

13  the wrong person here, but if an applicant had objection

14  to answering one of these questions, could he leave it

15  blank or mark an "X" in it?

16        THERESA BOLASH: Applicant you mean purchaser?

17        MICHAEL LOGAN:  Yes.

18        THERESA BOLASH: It could, but Mr. Manuele could not

19  transfer the firearm to him.

20        MICHAEL LOGAN: Regardless of why?

21        THERESA BOLASH: Because there is a requirement that

22  these questions be completed for him to legally transfer a

23  firearm.

24        MICHAEL LOGAN: Okay.  Now a lot of these were non-

25

101

1    legal alien status line is blank. Is that correct?

2        THERESA BOLASH: Yes.

3        MICHAEL LOGAN: Would I know that? If I were a non-

4    legal alien, would I necessarily know that I'm a non-legal

5    alien?

6        THERESA BOLASH: I would believe so, yes.

7        MICHAEL LOGAN: If I were the child of a couple,

8    would I necessarily know that?

9        BRIAN PITT: For the record Mr. Logan, the point is

10    not, we don't have the purchaser here today, Mr. Manuele,

11    who needs to ensure that his forms are properly –

12        MICHAEL LOGAN: Tony, you had some questions on some

13    of the issues?

14        TONY MANUELE, JR.: There seems to be a lot of

15    misinformation about that, because last gun sold, they

16    were leaving that question blank, I asked 'em to fill it

17    out. Now, apparently, some of the ATF agents, on these

18    compliance checks, and they're telling everybody they can

19    leave it open, were told by the ATF agents not to respond.

20    -- Said that the agents came in and said, "Leave 12L

21    blank."

22        MICHAEL LOGAN: Did they say why?

23        TONY MANUELE, JR.: He said it's not required to

24    sign, I got into this with several dealers, and I said,

25

102

1   because I knew there was an issue with it.  But they're claiming

2   that the ATF that inspected their books are telling the

3   dealers to leave it blank.

4       ERIKA RITT: Is that why you left it blank?

5       TONY MANUELE, JR.: This was before.

6       ERIKA RITT: Okay, that was before, so why did you

7   leave it blank?

8       TONY MANUELE, JR.: I didn't leave it blank; if it

9   was left blank it was because it was an oversight on my

10  part.  Every time they came to me, I told 'em, I got in

11  argument about it, they said they were going to continue

12  to leave it blank because they were told so.

13      ERIKA RITT: Well, we'll deal with them, but our

14  conversation's about you.

15      TONY MANUELE, JR.: Right, and I'm trying to do the

16  right thing now and make sure that it was left - that

17  they're filling them out.

18      ERIKA RITT: Okay.  And the ones that didn't get

19  filled out?  How do you explain those?

20      TONY MANUELE, JR.: She my attention, --some of the

21  ones she said, some I did not get a response from, I came

22  with what I did not get a response from.

23      ERIKA RITT: Okay, but how did it get past you the

24  first time is what I'm asking.

25

103

1    TONY MANUELE, JR.: It's probably oversight on my part, it

2    wasn't political or intentional.  I always get the

3    important ones first.

4    ERIKA RITT: They're all important.

5    By important ones do you mean like the

6    felony convictions?

7    TONY MANUELE, JR.: Yeah.

8    ERIKA RITT:  So, like Mr.Gooddall's?

9    TONY MANUELE, JR.: He put an "X" there; I have no

10   explanation for that.  I just basically scanned them to

11   make sure all of them were answered.

12   ERIKA RITT: So you do admit that you examine these

13   answers pretty quickly?

14   TONY MANUELE, JR.: Yeah.

15   ERIKA RITT: Maybe you don't give them as much time

16   as they should?

17   TONY MANUELE, JR.: Probably, but I'm just, it's not

18   intentional.

19   HEARING OFFICER: There's also a couple of 'em here,

20   Cash, that, and I'm not too sure because I don't have that

21   in front of me, how they answered 13A.  Are you the actual

22   buyer?  Do you recall that?

23   TONY MANUELE, JR.: Is that in ?

24   ERIKA RITT: It's in your Exhibit B,

25

104

1    Cash is on the review worksheet.

2    TONY MANUELE, JR.: I got a corrected copy from him

3    on that.

4    ERIKA RITT: Okay, so there was a problem with

5    Cash's?

6    TONY MANUELE, JR.: Yeah. She pointed that out to me

7    when she was there, and she corrected that with the photo

8    static copy.

9    HEARING OFFICER: So literally when she referred to,

10   where, they were not 14L, which is the non-legal alien,

11   which you explained your issue with.

12   ERIKA RITT: For the record, he said there's an

13   issue, but that's not his issue. For the record, he said

14   he does not agree with what the other dealers are saying.

15   HEARING OFFICER: Your explanation for all the

16   others was that it was just oversight?

17   TONY MANUELE, JR.: No, he told me I was wrong by

18   filling it out.

19   ERIKA RITT: But that was after your inspection,

20   correct?

21   TONY MANUELE, JR.: Yeah.

22   ERIKA RITT: Okay, that's not really relevant to this

23   conversation.

24   TONY MANUELE, JR.: See now, they're telling me that

25

105

1    they were told to leave it blank.

2        MICHAEL LOGAN:  Some of the other problems, for

3    instance, Keane, is that the one you indicated you sent

4    off to get a corrected copy?

5        TONY MANUELE, JR.: He was, I never got a response

6    back.

7        MICHAEL LOGAN:  Okay.  And there's how many, 11 with

8    that?

9             Okay, I want to go back to, I missed the

10   count, out of how many over 1100 guns?

11       ERIKA RITT: Over 1200 4473s.

12       MICHAEL LOGAN: Less than one percent had problems.

13       THERESA BOLASH: Had - question problems.

14       ERIKA RITT: There were other problems with the

15   4473s, what type of problems were there?

16       THERESA BOLASH: There was problems with the

17   identification information, there was also information

18   missing for licensees, on some of the forms, licensee's

19   information, and there's identification ---

20       ERIKA RITT: Why do you concentrate on these

21   questions?

22       THERESA BOLASH: These are more important, more

23   serious.   ERIKA RITT: Okay.

24             8?  Our 8 and final Count, from on

25

106

1    on about February 2003 to on or about January 16th, 2004, licensee

2    willfully failed to properly maintain records of sales of

3    firearms to non-licensees, as required by the regulations.

4    In that, licensee failed on four occasions to properly

5    maintain the identification document, properly record, I

6    apologize the identification document used by the

7    purchaser on the ATF Form 4473, Firearms Transaction

8    Record, detailed below.

9                    Four forms are described, I'm handing

10   you what has been pre-marked as Exhibit M, can you

11   identify this?

12       THERESA BOLASH: These are copies of the 4473s the

13   licensee failed to record the identification.

14       ERIKA RITT: And what is required by the law and

15   regulations?

16       THERESA BOLASH: That the licensee verify and record

17   data on age of the purchaser on question 18A of the 4473.

18       ERIKA RITT: Okay so let's look at these four.

19       THERESA BOLASH: The first one for Darlene Burress,

20   question 18A is left blank;

21                    Second one for William Gentry, again

22   question 18a is blank;

23                    David Green, again 18A is blank;

24                    and then Peter •, again question 18A is

25

107

1    blank.

2         ERIKA RITT: Okay, again, those contribute

3    significant questions, why do we also concentrate on

4    identification documents?

5         THERESA BOLASH: To verify that person answering all

6    the information on the front of this form is the person

7    who is transferring the firearm.

8         ERIKA RITT: So, you're selling it to who you think

9    you're selling it to.

10        THERESA BOLASH: Exactly.

11        ERIKA RITT: And is there any other record, that Mr.

12   Manuele has entered a picture ID or identification

13   document?

14        THERESA BOLASH: On 4473 there's an invoice for

15   information for identification supportive of that.

16        ERIKA RITT: And is the invoice part of the official

17   ATF record?

18        THERESA BOLASH: No, it is not.

19        ERIKA RITT: Okay, so on the official ATF record,

20   there is no evidence of identification to see.

21        ERIKA RITT: And why does this matter again?

22        THERESA BOLASH: To identify the purchaser is the

23   person filling out the information.

24        ERIKA RITT: And what can happen if someone otherwise

25

108

1    was picking it up?

2        HEARING OFFICER: Sorry to interrupt you, but -

3        HEARING OFFICER: All right, we're back on tape

4    again.

5        ERIKA RITT: So you were describing that one of the

6    concerns is that gun will end up in the hands of the wrong

7    person.

8        THERESA BOLASH: Correct.

9        ERIKA RITT: Because if someone's not providing

10   picture ID, we don't actually know that they are who they

11   say they are.

12       THERESA BOLASH: Correct.

13       ERIKA RITT: Okay. Again, how do we know that this

14   is, I'm sorry if I'm repeating myself, I just can't

15   recall, No, that's my fault, short term memory just isn't

16   so hot. How do we know this was a willful violation?

17       THERESA BOLASH: The records he had recorded

18   identification on the forms we reviewed.

19       ERIKA RITT: Had he done it properly in the past?

20       THERESA BOLASH: Yes.

21       ERIKA RITT: Okay. Is this a basic requirement?

22       THERESA BOLASH: Yes, it's a question on the 4473.

23       ERIKA RITT: Okay, and entire 4473 has to be

24   completed.

25

109

1          THERESA BOLASH: Yes.

2          ERIKA RITT: So any blanks should be a red flag to

3      the FFL?

4          THERESA BOLASH: Yes.

5          ERIKA RITT: And can the FFL, in this case Mr.

6      Manuele, transfer a gun if the form is not completed?

7          THERESA BOLASH: No.

8          ERIKA RITT: Okay.  No further.

9          MICHAEL LOGAN: Can you explain a couple of these?

10     Like William Gentry?

11         TONY MANUELE, JR.: Which one?  --Cascade Providence,

12     that was an oversight on my part.

13         MICHAEL LOGAN: Did you say you never even gotten it.

14         TONY MANUELE, JR.: Well I don't have the sheets in

15     front of me so I don't know.

16         ERIKA RITT: Did you have the sheets in front of you

17     for Exhibit M?

18         TONY MANUELE, JR.: Do I?

19         ERIKA RITT: Mm-hmm.

20         TONY MANUELE, JR.: Let's see.

21         ERIKA RITT: We're looking at Gentry.

22                      The second page of Gentry.

23         TONY MANUELE, JR.: They put the make in it was in

24     Chinese, copies that, that was the invoice to it.

25

110

MICHAEL LOGAN: The complaint was what, that it was –

TONY MANUELE, JR.: I'll have to find it.

MICHAEL LOGAN: 13, I'm sorry, Gentry was 22? Or 18?

TONY MANUELE, JR.: Well, what's 18.

ERIKA RITT: 18.

TONY MANUELE, JR.: That was down here on the sheet, I forgot to transfer it over.

MICHAEL LOGAN: And the others, somebody that's living down the street from you.

TONY MANUELE, JR.: Yep, Pete Carroll lives down the street from me.

MICHAEL LOGAN: So you had his – but not the other information?

TONY MANUELE, JR.: Right.

MICHAEL LOGAN: Again, an oversight?

TONY MANUELE, JR.: It looks like it.

ERIKA RITT: I apologize. – identification card is issued by the Illinois the State of Illinois, as a firearms code, as an exemption to this.

MICHAEL LOGAN: What's it called there?

HEARING OFFICER: In North Carolina, you can be a long gun, you ---. But if you buy a handgun, you have to get a handgun permit from the police department.

MICHAEL LOGAN: --

111

1        HEARING OFFICER: No it's just a handgun permit, if you don't
2    have it, you don't ...
3        MICHAEL LOGAN: Okay.
4        ERIKA RITT: Investigator Bolash, is there any
5    exception to the identification requirement, signed,
6    waiver, letter, something?
7        THERESA BOLASH: No.
8        HEARING OFFICER: All right.
9        MICHAEL LOGAN: No I think we're good for today.
10       ERIKA RITT: At this point, we would move to have all
11   of the exhibits that we referenced moved into the record.
12       HEARING OFFICER: All right, - A through -
13       ERIKA RITT: M.
14       HEARING OFFICER: M. Seen to entered into the record.
15       MICHAEL LOGAN: I would object to Exhibit X.  It
16   doesn't refer to anything.
17       ERIKA RITT: Exhibit X?
18       MICHAEL LOGAN: Yes.
19       ERIKA RITT: Is the definitions, right in conjunction
20   with K, it explains, those the codes for why the trace was
21   not completed.
22       MICHAEL LOGAN: Oh, this is the -
23       ERIKA RITT: This is the definitions.
24       MICHAEL LOGAN: Okay that's fine.
25

112

1          ERIKA RITT: Any objection to X now?

2          HEARING OFFICER: So then?

3          ERIKA RITT: So I guess we did increments of A

4    through M plus X

5          HEARING OFFICER: Plus X, have been received into the

6    record. Okay.

7          ERIKA RITT: Do you want - or how?

8          HEARING OFFICER: Do you have any - to the

9    presentation?

10         MICHAEL LOGAN: No. By records.

11         HEARING OFFICER: Okay. So if you want you could make

12    your closing statements and then we could leave. Wrap this

13    up.

14         ERIKA RITT: Just very briefly, this is a first

15    inspection. Mr. Manuelo has pointed out several times

16    that ATF had not been out to see him before, had not

17    provided him the guidance before. Our position is that he

18    has been provided guidance all along. He has access to

19    ATF materials including the laws and regulations which Mr.

20    Manuelo stated he was aware of it, he was aware of them

21    and that he discussed them with other FFLs, that he was

22    aware of the ability ATF, either through Agents - and -,

23    or even at the Shot Show. He was aware of the laws and

24    regulations and in many instances followed them. But

25

113

1    also, when it came to him and when he failed to have time, he

2    disregarded them, and that is a willful disregard.  Again,

3    the willful standard here is not the same as the criminal

4    standard; but rather that he knew that he had an

5    obligation under the law, and failed to meet that

6    obligation.

7              Mr. Manuele was aware of his obligation.

8    He had the dispositions and the acquisitions, and simply

9    did not follow through.  He was aware of them.  The fact

10   that ATF had never visited him personally before is no

11   excuse.  And for this, Mr. Manuele should lose his

12   license, the license should be revoked.  In my eight years

13   with ATF, I can honestly say this is one of the more

14   grievous cases that I have seen; the number of missing

15   entries, it would cause a great deal of heartburn to trace

16   those.  That's it, I promised you short.

17        HEARING OFFICER: That's fine.

18        MICHAEL LOGAN: Yes, thank you.  -Hearing Officer,

19   since he's sat through this ordeal, that we need to keep

20   things in perspective here.  Was there some --, without a

21   doubt.  Was there a failure on ATF's part to support,

22   whether to criticize its dealers, was also a failure.  In

23   one case, 11 entries, in one case five entries, out of

24   1200 transactions, I think we need to keep that in

25

114

1  perspective.  As far as the 4473s, generally, for the most part,
2  were done correctly.  To follow through with the bound
3  book, obviously we did not have a bound book.  We started
4  that as soon as we were told.  The, we have the FFL's
5  dealers, that we deal with.  We have traces requested, and
6  only two out of three pages of trace requests were
7  unfulfilled.  There's not an issue brought up here that
8  any gun in particular gun has been used in a crime, that
9  any particular gun has not been adequately traced, with
10  the exception of the two that we gave supposedly, because
11  we've not heard anything back satisfactory responses to.
12  So what we're talking about here is, is not a dealer who
13  has real doubts as to whether he's involved in any kind of
14  trafficking, but about --.  Partly through him, partly due
15  to the lack of supporting direction by the ATF. It may not
16  view itself as having an obligation to do that. I think if
17  it's available, -, it should be very forward with that,
18  the relation should be that it requires from 1991 to 2005,
19  he did everything right in request for traces be
20  fulfilled. I would like the Hearing Officer to explain
21  exactly what available options he has.  My understanding
22  is that either revoke or it's not, that there's no
23  probation, fine, or suspension available, to, as far as a
24  recommended disposition, but if you could talk to that I'd
25

115

1    appreciate it.  ---Can we correct it?  Yes, we're starting to

2    correct it.  The ATF specifically they wanted along with

3    that at this point.

4        HEARING OFFICER:  ---As far as, really no options

5    other than revocation or since it's not --.  There's only

6    those two options right now, --the law.

7        MICHAEL LOGAN:  ---But I read somewhere that the

8    Attorney General has the three options, now I don't know

9    if—

10        ERIKA RITT:  What options?

11        MICHAEL LOGAN:  Suspension, probation, and fine, or

12    any combination of the three.

13        ERIKA RITT:  They do exist, maybe he can re --.  There

14    is a suspension or fine option, but only when Brady, or

15    Nick's check violations, which we're not talking about

16    here.  That's the only place in the Code that it's written

17    that it's anything other than, it's all or nothing at all.

18        MICHAEL LOGAN:  So if he has one problem, one

19    purchaser problem, your choice is revocation or non-

20    revocation?

21        ERIKA RITT:  Correct.  If there is one problem, our

22    choice is revocation or non-revocation and of course we

23    would waive that one problem.  However, in this case,

24    we're not looking at one problem.  – your point, there's

25

116

1      1105 missing entries in the A and D book, no.

2          MICHAEL LOGAN: How can you, if you can weigh one or

3      two I assume, even bring an action if there's one

4      violation are you duty bound to action?  You say no.

5          ERIKA RITT: You're asking me if we had a single

6      violation -

7          MICHAEL LOGAN: Yes.

8          ERIKA RITT: Are we compelled under the law to bring

9      revocation action?

10         MICHAEL LOGAN: Yes.

11         ERIKA RITT: No.  The Director of Industry Operations

12     has discretionary authority as to whether or not he wants

13     to bring revocation action.

14         MICHAEL LOGAN: But not discretionary to that here

15     today?

16         ERIKA RITT: No.  This is not provide with that.  It

17     doesn't exist under the law.

18         MICHAEL LOGAN: Okay.  If you know in conjunction,

19     like this, has there been a conservative effort within the

20     past year to seek out and check gun dealers.

21         ERIKA RITT: Within the resources at ATF, we're

22     constantly given a number of FFLs, and the ratio of FFLs

23     to inspectors, unfortunately, there's a lot more FFLs than

24     inspectors.  What we do is, we essentially try and triage,

25

117

1  those that have a high number of traces, or perhaps their names just

2  come up, they get inspected, other things may cause them

3  to get inspected, sometimes it's just, unfortunately in

4  your case fifteen years. We cannot inspect every person,

5  every license every year. Unfortunately. We wish could,

6  we wish Congress would give us more dollars so we could.

7  But we can't do it. So, this is the best use of our

8  resources. If we could inspect more, I think we would.

9

10      For the point that you make, regulatory and

11  bringing people in compliance, other people have that some

12  people out there that allow guns to go unchecked into the

13  criminal market. Which your point about regulatory is a

14  very good one, however, what we found in this case with an

15  outstanding number of missing A and D entries, very

16  troubling on ————.

17      MICHAEL LOGAN: As I understand it, I will get a - to

18  explain the procedure to my client from this point on.

19      HEARING OFFICER: Something in here, that will

20  basically explain it.

21      MICHAEL LOGAN: That's fine. Anything else you want

22  to add?

23      HEARING OFFICER: Anything else?

24              I'll finish up. The Director of

25

118

1    Industry Operations, the Bureau of Alcohol, Tobacco, and Explosives

2    will make the final decision on your license based on this

3    hearing.  If the decision is the license is not revoked,

4    you will receive a written notice that he has made that

5    decision.  In the event the DIO reaches the decision that

6    the license is to be revoked, you will receive a final

7    Notice of Revocation of License on ATF Form 4501, and a

8    copy of the findings and conclusions of the DIO.  If you

9    do receive the Final Notice of Revocation on ATF Form

10   4501, you may file request in Federal District Court in

11   the District where you conduct business on provisions of

12   Section 9.3363, Title 18 United States Code for a -

13   hearing.  This request can be submitted within 60 days of

14   the receipt of the ATF Form 4501.  So that's the important

15   date, if you do get a revocation notice, you've got 60

16   days, if it's 61 days, he's out of luck, if he doesn't

17   file.  You all understand that, correct?  Does anybody

18   else have anything they want to add, before I close the

19   hearing, on one or both sides, for the record?

20        MICHAEL LOGAN:  Yes, just to maybe  response, the

21   fact that he was, after this came to light, reissued a

22   license.  I assume that doesn't have any effect on the

23   revocation, just whether it was a new or old license.

24        HEARING OFFICER:  It's really the same license, just

25

119

1    a new expiration date, that's really all it is.  Anything else?

2          All right.  The time is now 12:41 PM and I'm

3    recording this hearing closed.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    I, Courtney Drobick, do hereby certify or affirm that I have impartially transcribed the

2    foregoing from an audiotape record of the above-captioned proceedings to the best of my

3    ability.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

```
1              IN THE CIRCUIT COURT
2     FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
              SANGAMON COUNTY, ILLINOIS
3
4  TONY MANUELE, JR.,
   d/b/a TONY'S SPORTING GOODS,
5
6              Plaintiff,
7         -vs-              NO. 07-3163
8  ACTING DIRECTOR OF INDUSTRY
   OPERATIONS, BUREAU OF ALCOHOL,
9  TOBACCO, FIREARMS and EXPLOSIVES,
10             Defendant.
11
12
13
14     Deposition of ANTHONY J. MANUELE, JR., taken at
15 the instance of the Defendant, before Susan Freeman,
16 CSR, RPR, and Notary Public, on the 4th day of
17 February, 2008, at the hour of 12:30 p.m., at 318
18 South Sixth Street, Springfield, Illinois.
19
20
21
22              CAPITOL REPORTING SERVICE, INC.
                   2033 TIMBERBROOK DRIVE
23                 SPRINGFIELD, IL 62702
                      217-787-6167
24
```

```
1  APPEARANCES:
2     MR. MICHAEL LOGAN
      Attorney at Law
3     837 South Fourth Street
      Springfield, Illinois  62703
4
5         On behalf of the Plaintiff;
6  UNITED STATES ATTORNEY'S OFFICE, by
   MR. JAMES A. LEWIS and
7  MS. NILARY FROOMAN
   Assistants United States Attorney
8  318 South Sixth Street
   Springfield, Illinois  62701
9
         on behalf of the Defendant.
10 ALSO PRESENT:
11    MS. ERIKA RITT
      Counsel, ATF
12    525 West VanBuren, #600
      Chicago, Illinois  60607
13
14    MS. Theresa Bolash
      Investigator, ATF
15
              INDEX                    PAGE
16 Examination by Mr. Lewis            3
17 EXHIBITS:
                              IDENTIFIED
18 Government Exhibit 1
   Government Exhibit 3            16
19 Government Exhibit 4            17
                                  90
20 (All exhibits retained by Mr. Lewis.)
21
22
23
24
```



EXHIBIT
2

```
1            ANTHONY J. MANUELE, JR.                    3
2  having been duly sworn, was examined and testified as
3  follows:
4              EXAMINATION BY
5  MR. LEWIS:
6     Q.  Mr. Manuele, I'm going to ask you a series of
7  questions.  Please state your name.
8     A.  Anthony J. Manuele, Jr.
9     Q.  Your address?
10    A.  7922 Wildlife Road.
11    Q.  In?
12    A.  Chatham, Illinois.  It's a Springfield
13 address, but it's just the way the post office system
14 works.
15    Q.  How long have you lived there?
16    A.  16 years, 17, since '89.
17    Q.  And who lives there with you?
18    A.  My wife and three kids, which one of them are
19 gone now or two of them are gone but --
20    Q.  Okay.  How old is your littlest child, the
21 one that's still with you?
22    A.  19, he's away at school, military.
23    Q.  Your date of birth?
24    A.  6-6-54.
```

```
1     Q.  And how long have you been married?         4
2     A.  23 years.
3     Q.  And your wife's name?
4     A.  Lois.
5     Q.  Had you been married before?
6     A.  Once.
7     Q.  And do you have children from that marriage?
8     A.  Yes.
9     Q.  Does that child live with you?
10    A.  No.
11    Q.  Let me switch to the subject of education.
12 How far did you go in school?
13    A.  High school.
14    Q.  Whereabouts?
15    A.  Griffin.
16    Q.  And have you had any schooling since Griffin?
17    A.  No.
18    Q.  Courses or anything?
19    A.  Took some courses but not for that long, and
20 that was in real estate.
21    Q.  Okay.  So when did you graduate from Griffin?
22    A.  '73.
23    Q.  What I would like you to do is tell me in
24 general your work experience since 1973.
```

**5**

1    A.  I got out of high school, I worked for the
2  Laborers Local until 1975.  Then I went to work for
3  the -- then I went to -- in '74 I worked a year in New
4  Orleans at a grain elevator, and then August of '75 I
5  started with the city of Springfield, and that's where
6  I am right now.
7      Q.  what do you do for the city?
8      A.  Division manager.
9      Q.  Of what kind of division?
10     A.  It's over wards, I oversee wards 8 and 10.
11     Q.  And what --
12     A.  Wards are two quadrants of the city.
13     Q.  Sure.  what department do you work for?
14     A.  Public works.
15     Q.  Okay.  And what's your responsibility?
16     A.  Report problems, take constituent complaints.
17     Q.  And who do you answer to, who supervises you?
18     A.  who supervised me, the superintendent of
19  public works and the director of public works.
20     Q.  And who are they?
21     A.  Dennis McDaniels and Michael K. Norris.
22     Q.  And then how many people do you supervise?
23     A.  I supervise none.
24     Q.  Excuse me?

**6**

1      A.  I supervise none.
2      Q.  Okay.
3      A.  Our job title doesn't require us to supervise
4  unless for a snow emergency then.
5      Q.  Give us just sort of a general description of
6  what it is that you do then, what kinds of things are
7  you asked to do?
8      A.  well, if a constituent calls with a complaint
9  I've got to go look at the complaint, research it, see
10  if it falls in the department's hands or if it's
11  zoning or whatever else.
12     Q.  Okay.
13     A.  And if an alderman calls me to look at
14  something, I've got to go look at it.  If it's
15  something to be fixed I put a work order in for it to
16  get it fixed.
17     Q.  So basically you help the public works
18  department do its job?
19     A.  Yes.
20     Q.  Okay.  And are there -- you indicated that
21  you supervise two wards.  Are there a couple of other
22  people that do a similar job with the other wards?
23     A.  There are four -- or ten wards all together.
24  And we've got five what we are called or our official

**7**

1  title is division manager but we're zone managers.
2  And wards one and two our supervisor or are looked
3  after by one guy or one and three.  And then two and
4  four are supervised by somebody else.  I've got wards
5  four and ten.  And so six and nine goes to somebody
6  else.
7      Q.  And what are your work hours?
8      A.  7 to 3.
9      Q   Okay.  Five days a week?
10     A.  Yes.
11     Q.  weekends at all?
12     A.  Only if we're called in.
13     Q.  Okay.
14     A.  Our summer hours are 6 to 2 because of union
15  contract, so if they come in at 6 we all have to come
16  in at 6.
17     Q.  And for how many years have you been having
18  the job that you've been describing?
19     A.  Since '95 or 6, somewhere in there.
20     Q.  Okay.
21     A.  No, wait, this particular job I took in 2003.
22     Q.  Okay.  what was your job before that?
23     A.  Division manager over fleet maintenance.
24     Q.  Okay.  Maintaining the -- what is that, the

**8**

1  trucks and --
2      A.  Trucks and so forth.
3      Q.  Okay.  And how long had you -- did you do
4  that?
5      A.  From probably '94 up until '96, somewhere in
6  there.
7      Q.  All right.  And then is it '96 that you
8  switched to your present job?
9      A.  No, '96 they put me division manager over
10  sidewalks, streets.
11     Q.  Okay.  And how long did you do that?
12     A.  Until 2003.
13     Q.  Okay.  And basically in all those jobs were
14  those pretty much eight hours a day, five days a week?
15     A.  Yes.
16     Q.  Okay.  Now, there's also -- this is about a
17  company or a business which I think is titled Tony
18  Manuel, Jr. doing business as Tony's Sporting Goods,
19  is that the --
20     A.  Yes.
21     Q.  Is that the official title?
22     A.  That's what it was on the license.
23     Q.  Okay.  Do you have -- besides the work that
24  you do for the city and whatever you do with Tony's



1 Sporting Goods, do you have any other jobs that you've
2 held in the last ten years?
3    A.   Nope.
4    Q.   Okay. When did you begin -- what's the easy
5 way for us to call it, Tony's Sporting Goods or what
6 do you want to indicate?
7    A.   Whatever you want to call it.
8    Q.   Let's call it Tony's Sporting Goods. When
9 did you begin Tony's Sporting Goods?
10    A.   About '91 or '92.
11    Q.   Okay. Did you buy an ongoing business or did
12 you start one up?
13    A.   No, I just applied for my license one day, it
14 cost 30 bucks at the time, and they sent it to me like
15 three months later.
16    Q.   Okay. What was the purpose of Tony's
17 Sporting Goods?
18    A.   Well, at the time it was just going to be for
19 collections and stuff or just to buy stuff to collect,
20 you know. Then I started doing gun shows a little
21 bit, and then I thought it would be something I could
22 retire into, because I was getting close to the end of
23 my tenure at the city, which I got a couple three
24 years left. And that was the general purpose of it.

1    Q.   Okay. You say in the beginning it was more
2 for a collection, is that --
3    A.   It was just more for a fun hobby.
4    Q.   Okay.
5    A.   I guess would be the safe way to put it.
6    Q.   All right. In the beginning then what did
7 you do, how did you pursue your hobby? First of all,
8 did you have an office or did you do it out of your
9 home?
10    A.   It was out of my home.
11    Q.   Okay. And what did you do, did you use it to
12 just buy guns and keep them or what?
13    A.   I'd buy guns. If somebody wanted one I'd
14 order it for them. And then, you know, it was nothing
15 like -- you know, that's all it was. If somebody
16 wanted one, I might do one show and that would be
17 about it.
18    Q.   Then you said over time it changed into
19 something a little bit more than that. Tell me what
20 it changed into.
21    A.   Yeah, well, we started doing -- picking up
22 more gun shows, and at the time it was like getting
23 away for a weekend and maybe make a little money at
24 the same time.

1    Q.   All right. Was it a formal corporation or --
2    A.   No.
3    Q.   I mean did it have officers?
4    A.   No.
5    Q.   But you were the owner?
6    A.   Yes.
7    Q.   Okay. Were there any other owners?
8    A.   No.
9    Q.   Did you have any employees?
10    A.   No.
11    Q.   For instance was your wife an employee?
12    A.   No, she'd just come and help me once in a
13 while if I needed help, but she wasn't an employee.
14    Q.   Okay. Starting back in 1991, I'm interested
15 in where it was located. You indicated in the
16 beginning it was in your house.
17    A.   Yes.    .
18    Q.   Did you ever move it to a different location?
19    A.   No.
20    Q.   So it was always in your house?
21    A.   Up until 2000.
22    Q.   Okay. And then tell me where did it move in
23 2000?
24    A.   2001 North Dirksen Parkway.

1    Q.   Can you give me that again?
2    A.   2001 North Dirksen Parkway.
3    Q.   And what kind of building is that?
4    A.   It's just a -- it's a retail thing. I don't
5 know how to say it. There was an automotive shop in
6 there before.
7    Q.   Okay. So what did you keep there, did
8 you keep the guns or what did you keep there?
9    A.   I'd keep guns and accessories.
10    Q.   All right. And how long did you stay at that
11 address?
12    A.   Until 2006 when I left.
13    Q.   Okay. And while you were there did you
14 have --
15    A.   Or it would have been -- go ahead.
16    Q.   No, go ahead.
17    A.   I would say it was towards the end of 2005
18 when I left.
19    Q.   Okay. In those five years was it a business
20 that was open on any regular basis?
21    A.   Just in the evenings.
22    Q.   In the evenings, okay. And typically how
23 many days a week?
24    A.   It would be five days a week.

13

1    Q.    And what kind of hours?

2    A.    It was 4 to 8.

3    Q.    Okay.  So basically you ran Tony's Sporting

4 Goods out of that location on did you say North Grand,

5 South Grand?

6    A.    It was Dirksen Parkway.

7    Q.    Dirksen Parkway, excuse me.  And did

8 customers come in during those hours?

9    A.    Yeah, they'd come in.

10    Q.    Okay.  What kind of licenses did you have?

11 Did you have any local business licenses?

12    A.    I had a sales tax license and a federal

13 firearms license.

14    Q.    Okay.  And that federal firearms license is

15 something you had to renew every three years?

16    A.    Yes.

17    Q    Generally speaking about how much was the

18 business's gross in a year?

19    A.    In a year?  I'd have to go refer to my tax

20 returns up until back then, I can't give you the

21 figures off the top of my head.

22    Q.    Okay.  And I'm going to ask you for what

23 lawyers call sort of a ballpark estimate where we're

24 not asking you for the numbers that are on a tax

14

1 return, but just sort of a general sense, it's a

2 10,000 dollar business, it's a hundred thousand dollar

3 business, what is it?

4    A.    Well, I don't know, I can't recall right now,

5 I can't recall the numbers.

6    Q.    Okay.

7    A.    I'd like to give you an accurate number, but

8 I'm not going to say a number, it's not accurate.

9    Q.    Okay.  So I'm going to ask you once again for

10 a ballpark estimate, and your answer may be I cannot

11 give you a ballpark estimate, but I want to give you a

12 second chance.

13    Do you have a ballpark rough estimate?

14    A.    Right now I can't give you a ballpark rough

15 estimate.

16    Q.    Okay.  And the documents that would show that

17 would be tax documents, would you still have those?

18    A.    Yes.

19    Q.    Okay.  And this house that you live in, can

20 you describe how many bedrooms are in the house?

21    A.    Four.

22    Q.    And what have -- you've got a living room and

23 a dining room and a kitchen?

24    A.    Yes.

15

1    Q.    And anything else, basement?

2    A.    Yes.

3    Q.    Now, you moved out of the Dirksen Street

4 location in late 2005?

5    A.    Yes.

6    Q.    And you --

7    A.    I was in the process of moving, yes.

8    Q.    And you moved back to your -- you moved

9 Tony's Sporting Goods back to your house?

10    A.    Yeah, but I mean I was in the process of

11 moving, yes.

12    Q.    Okay.  Now I want to switch a little bit to

13 the fact that you had a federal license.

14    A.    Okay.

15    Q.    What basically did the federal license say

16 you could do?

17    A.    It was a type one where other than explosive

18 devices or whatever it was, whatever it says.

19    Q.    You could buy, sell and trade --

20    A.    Right.

21    Q.    -- guns?

22    A.    Yes.

23    Q.    Okay.  I just want to show you something I'm

24 going to use a little bit when I ask you questions.

16

1 It's something called the Federal Firearms Regulations

2 Reference Guide dated 2005, and I've marked it as

3 Government Exhibit 1.

4    A.    Yes.

5    Q.    Have you ever seen this?

6    A.    Not until I was in the process of moving.

7    Q.    Okay.  And tell me what made you look at it

8 around the time you were moving.

9    A.    Well, I didn't even really look at it at the

10 time we were moving, it was in the mail.

11    Q.    Okay.  You received it in the mail?

12    A.    Yes.

13    Q.    Okay.  And --

14    A.    Around that time.

15    Q.    Approximately when did you receive it?

16    A.    I can't give you an approximate date on that.

17    Q.    Do you know why you received it?  Had you

18 asked for it or did it just show up one day and --

19    A.    No, it just showed up.

20    Q.    It just showed up?

21    A.    Yeah.

22    Q.    Okay.  It's dated 2005.  Do you think --

23    A.    Right.

24    Q.    -- it just showed up in 2005?

17

1    A.   Well, I would assume if that's when it was.
2 I'm just telling you when I was going through my mail,
3 my brother brought it to me when I was in the --
4 brought my mail to me and it was in there.
5    Q.   Okay.  Did you do anything with it, did you
6 read it?
7    A.   I put it with the rest of my gun stuff or my
8 record stuff.
9    Q.   Okay.  Now I want to show you what I've
10 marked as Government Exhibit 3, which is a Federal
11 Firearms Regulations Reference Guide dated 2000.  Do
12 you think you've seen this?
13    A.   The ones I've got at home going back to 2000
14 are the state laws and published ordinances.
15    Q.   The state ones.
16    A.   Right.
17    Q.   But you don't have the federal ones?
18    A.   Not like that, no.
19    Q.   Do you --
20    A.   All I've got is state law and published
21 ordinances.
22    Q.   Did you ever try to get the federal one?
23    A.   Well, I never tried, no.
24    Q.   Okay.  Now, I've shown you the federal

18

1 reference guides for 2000 and 2005.  Did you ever get
2 any other reference guides?  You said you've been in
3 this business since 1991.  Did you ever get anything
4 else that had a bunch of rules and regulations?
5    A.   The only ones I've ever seen from the
6 government was state laws and published ordinances and
7 I got a stack of those.
8    Q.   Okay.  How come the state gets those to you?
9    A.   They're coming from the ATF.
10    Q.   Okay.  The ATF sends you state laws?
11    A.   State laws and published ordinances.
12    Q.   Okay.  And what does that look like, I'm not
13 looking at it?
14    A.   They're about the same type of book.
15    Q.   Is it about as thick as these?
16    A.   Yeah, some are thicker.
17    Q.   And what kind of information is in them?
18    A.   It just tells you what the state law is
19 pertaining to firearms.
20    Q.   Okay.  And do you still have those?
21    A.   Yeah, I got a bunch of them.
22    Q.   What other kinds of materials do you have
23 that tell you about firearms?
24    A.   Other than those, none.

19

1    Q.   Okay.  Did you ever ask for the 2000 version
2 of the Firearms Regulations Reference Guide?
3    A.   No.
4    Q.   Okay.  Have you ever gone to an Alcohol,
5 Tobacco and Firearms, I'm going to call it ATF, have
6 you ever gone to an ATF booth at any gun show and
7 asked any questions?
8    A.   Just to see what the -- what the laws were
9 regarding handguns and stuff, because they -- at that
10 time they started the Youth Handgun Act or whatever it
11 was.
12    Q.   Okay.  Well, when was that that you asked
13 those questions?
14    A.   Oh, like 2000, 2000, I don't remember when
15 they had that law come in.
16    Q.   Okay.  Well, let me ask you a question even a
17 little bit more broadly.  You were in the firearms
18 business, you had a federal license.  How -- I'm
19 assuming that you had some curiosity about what you
20 had to do under that federal license to do it right,
21 am I correct that you had some curiosity about how to
22 do it right?
23    A.   I was -- I kept records of firearms.
24    Q.   That's not my question.  My question was I'm

20

1 assuming that you wanted to know how to do it right.
2 Am I correct?
3    A.   No, because it was never brought to my
4 attention.  All I was ever told was you need to keep
5 active records.  I keep records, I'd keep them in
6 invoices, I'd keep them on sheets as I got them in,
7 and it wasn't until 2005 or '06 when Terry came over
8 and gave me this handbook and asked me this is how it
9 should be done.  When that day started, that's when I
10 started putting them in the way they said they should
11 be done.
12    Q.   Okay.  Now let me see if I understand your
13 answer.  And I'm going to make it very precise if I
14 can.
15    You had a federal license?
16    A.   Yes.
17    Q.   Did you want to know how to do it correctly?
18    A.   Yes.
19    Q.   What did you do starting in 1991 so you would
20 learn how to do it correctly under that license?
21    A.   What did I do under '91?  I would just keep
22 records as I got them and I'd keep all my receipts and
23 stuff.
24    Q.   What did you do starting in 1996 so that you

```
 1  would be doing what you were supposed to do with that      21
 2  license?
 3      A.  Basically the same thing.
 4      Q.  Did you ever ask anybody in ATF for written
 5  materials?
 6      A.  No.
 7      Q.  Okay.
 8      A.  I just assumed that they would be sent to me.
 9      Q.  Well, were they sent to you?
10      A.  State laws and published ordinances.
11      Q.  But did you know that there were also federal
12  laws and federal requirements?
13      A.  They just said when I -- when I first got it
14  was to keep a record, ongoing record of acquisitions
15  and dispositions.
16      Q.  What said that?
17      A.  I don't remember where it was.  And I kept a
18  record of acquisitions.  I had automatically assumed
19  that the 4473s would be the dispositions.
20      Q.  What made you automatically assume that a
21  4473 was sufficient for a disposition?
22      A.  Because it's a federal form.
23      Q.  All right.  Did the form itself say it was
24  sufficient for keeping track of dispositions?
```

```
 1      A.  I don't know if it said it or not.  I know      22
 2  that -- I know what the forms are.
 3      Q.  Let me go back to my basic question.  It's a
 4  very basic question, Mr. Manuele, it's this.  You're
 5  in a business.
 6      A.  Yes.
 7      Q.  You've got a license.
 8      A.  Yes.
 9      Q.  You want to keep the license.
10      A.  Yes.
11      Q.  You want to live up to the license.
12      A.  Yes.
13      Q.  Good.  Now, in order to live up to the
14  license, you have to know the rules and regulations
15  that come with the license, don't you?
16      A.  Yes.
17      Q.  Good.  Tell me what you did to learn the
18  rules and regulations that come with the license.
19      A.  Are you talking about before or now?
20      Q.  Before 2006.  What did you do before 2006 to
21  learn how to live up to the rules and regulations that
22  come with the license?
23      A.  I kept the records the way I've been doing
24  for years.  And it wasn't up until Terry showed up and
```

```
 1  I asked her point blank that day and she came over      23
 2  with the book, with regulations, this is how it needs
 3  to be done.  It was up till that day I went out and
 4  got the books, and did it the way she said it should
 5  be done.
 6      Q.  Okay.  Now, I've heard three different things
 7  about the books so I want to see if we're talking
 8  about the same thing.
 9      A.  No, I'm talking -- that was nothing that she
10  brought over.
11      Q.  Okay.  What books did you get that would
12  teach you how to do it correctly?
13      A.  What was the -- I gave it to Mike, it was
14  just a reference guide, it wasn't that thick.
15      Q.  Okay.  Was it a federal publication or a --
16      A.  Yes.
17      Q.  You got a federal reference guide.  When did
18  you get it?
19      A.  When she brought it to me.
20      Q.  All right.  So until -- now let's go back to
21  before Terry, the investigator, the inspector came to
22  see you.
23      My question was, you've already told me that you
24  wanted to learn how to live up to that license that
```

```
 1  you had.  So now what I'm asking you again is what --      24
 2  you wanted to live up to the license.  What did you do
 3  to educate yourself so that you could follow whatever
 4  came with that license?
 5      A.  My answer to you is I would keep an
 6  acquisition record.  My big thing was to make sure I
 7  didn't sell a gun to somebody that didn't need to have
 8  a gun.  That was my priority.
 9      Q.  So your thing was you would keep an
10  acquisition record.
11      A.  No.
12      Q.  Now who taught you to keep an acquisition
13  record?
14      A.  That's something I just did.  All I was told
15  in the beginning, just keep a record of acquisitions.
16  There was nothing ever said to me about how they
17  should be kept, there was nothing any record of how a
18  disposition should be put in.
19      Q.  You were told.  Who told you that?
20      A.  Just another dealer when I first got into
21  this.
22      Q.  Okay.  So you got your information from
23  another dealer about how to do it?
24      A.  Yeah.  Acquisitions, he said to make sure you
```

1 keep track of everything good or when you get them in.  25

2     Q.  All right.  Let me ask you a question.  who

3 was this other dealer?

4     A.  I don't remember.  It was several years ago.

5     Q.  All right.  Do you have any information that

6 would help us figure out who this person was that

7 supposedly gave you the information?  Can you help us

8 find that person?  Do you know anything, do you know

9 where that person works, do you know anything that

10 would help us find that person?

11     A.  well, it was, I don't know, several years

12 ago.  That's all he does is gun shows.

13     Q.  Okay.  Outside of that one person and

14 whatever that one person told you, what else did you

15 do to learn how to live up to your license?

16     A.  Basically I don't know what you're asking,

17 it's the same question and I've given you the best

18 answer I know possible.

19     Q.  All right.  I'm not asking what you learned,

20 I'm just saying how did you get information that told

21 you to do it correctly?  You said you got something

22 from someone else who you can't identify that you had

23 some contact with who did gun shows.

24     A.  We're talking 15 years ago.

1     Q.  15 years ago.  All right.  what else did you  26

2 do to educate yourself about how to do it right?

3     A.  What did I do to educate myself?  I guess I

4 did nothing, because nobody came in to tell me to do

5 it any different.

6     Q.  Okay.  Did you ever ask for the federal

7 regulations?

8     A.  No.

9     Q.  Did you ever get any federal forms of any

10 kind?

11     A.  I get the 4473s and then I'd get the

12 newsletters.

13     Q.  Good.  Tell me how you got the 4473s.

14     A.  when they changed them, the ATF would send

15 them to me.

16     Q.  So you got some forms.  Did they also -- did

17 you also get forms for multiple sales?

18     A.  Yeah, I had those.

19     Q.  where did you get those?

20     A.  They sent them to me.

21     Q.  They being ATF?

22     A.  Yeah.

23     Q.  Okay.  Did you get any other forms from ATF

24 other than 44473s and the multiple sales forms?

1     A.  Not that I can recall.  27

2     Q.  Did you get forms from ATF for acquisitions

3 and dispositions?

4     A.  Nope.

5     Q.  Do you know whether the ATF has forms for

6 acquisitions and dispositions?

7     A.  No, I don't.

8     MR. LOGAN:  You mean other than 4473s?

9     Q.  Other than 4473s.

10     A.  No, I didn't.

11     Q.  Okay.  Do you know whether the federal

12 regulations tell you what should be on forms for

13 acquisitions and dispositions?

14     A.  Now?

15     Q.  Going into -- before the inspection with

16 Terry, did you know whether the federal government

17 specified the information that should be in your

18 acquisitions and dispositions?

19     A.  No.

20     Q.  You didn't know?

21     A.  No, because I was keeping them the way I did.

22 My thing was to make sure if I got a gun traced, I was

23 able to pull it.

24     Q.  Okay.  And your education on the subject, the

1 only thing you've been able to tell us, is some state  28

2 regulations and whatever this person who did gun shows

3 told you, and that's it?

4     A.  Yeah, that was it.

5     Q.  Okay.  Did you have a computer at any time?

6     A.  Early on I did.

7     Q.  Okay.  Using the computer, did you ever try

8 to get any publications or training?

9     A.  No, because I wasn't hooked up to the

10 Internet at the time.

11     Q.  when did you get hooked up to the Internet?

12     A.  It wasn't until the late '90s.

13     Q.  Okay.  After you got hooked up to the

14 Internet, did you try to get any training or any

15 publications?

16     A.  No.

17     Q.  were you a member of any groups or

18 associations related to firearms?

19     A.  Was I a member of them?

20     Q.  Yes.

21     A.  Are you talking about the NRA?

22     Q.  Any.

23     A.  I guess I was a member of the NRA.

24     Q.  Any other groups or associations related to



29

1 firearms?

2    A.  NRA, ECA.

3    Q.  Go ahead.

4    A.  That's about it.  ECA and GOCA, whatever it

5 is, I don't know, CIGCA I think it's called.

6    Q.  CI --

7    A.  -- GCA.

8    Q.  Okay.  Now, is the NRA the National Rifle

9 Association?

10    A.  Yeah.

11    Q.  Did they put out information that told you

12 what you needed to do under a license?

13    A.  Nope.

14    Q.  What was the ECA?

15    A.  Egyptian Gun Collectors.

16    Q.  Did they put out anything that told you what

17 to do under a federal license?

18    A.  Nope.

19    Q.  What was GOCA?

20    A.  I can't remember, it's another one of those,

21 it's another one of these like the ECA I guess.

22    Q.  Okay.  Did they put out anything that told

23 you how to do it correctly under a federal license?

24    A.  No.

30

1    Q.  And CIGCA, what was that?

2    A.  That's what I think it's Central Illinois Gun

3 Collectors I think is what it is.

4    Q.  Did they put out information about what to do

5 under a federal license?

6    A.  No.

7    Q.  Were there ATF agents in Springfield that you

8 would talk with?

9    A.  The only ones I talked to were one time

10 Dennis Fritzsche and Mark Geever, and that was over a

11 couple guns that turned up missing out of my house.

12    Q.  So you talked to them just once?

13    A.  Yeah.

14    Q.  And just about some guns that were missing?

15    A.  Right.

16    Q.  All right.  Approximately what year was that?

17    A.  Oh, I don't have a letter in front of me, I'm

18 going to ballpark '94 I'm thinking, I can't remember.

19    Q.  Okay.  Outside of that conversation in 1994,

20 did you have other conversations with ATF agents?

21    A.  Other than the concerns of missing guns?

22    Q.  Other than that.

23    A.  Nope.

24    Q.  Did you ever ask an ATF agent how do I keep

31

1 my records properly?

2    A.  No.

3    Q.  So really what you're telling me then if I've

4 got it correct, and correct me if I'm wrong, is that

5 your knowledge of what you needed to do to do it

6 correctly up to the time of the inspection by Terry

7 was based on the two forms that you had, which was

8 form 4473 and the form for multiple sales, and what

9 this person who did gun shows told you, and that was

10 it?

11    A.  That was it.

12    Q.  In the course of a year, when you had this

13 store on Dirksen, about how many guns would you buy in

14 an average year?

15    A.  Oh, unless I went through any invoices I

16 can't give you a ballpark on that either.

17    Q.  About how many would you sell in an average

18 year?

19    A.  I don't think I could give you a fair

20 ballpark on that because, you know, you're asking me

21 to go back so many years and remember this, and I

22 can't remember it unless I refer to my invoices.

23    Q.  Okay.  Did you used to keep your 4473s in any

24 particular manner?

32

1    A.  Yeah, they'd be in a bound book.

2    Q.  Okay.  I brought --

3    A.  Like that.

4    Q.  That's what I -- that's why I brought this,

5 this is a relatively standard what they call

6 three-ring binder.

7    A.  Right.

8    Q.  It's just one we have in our office.

9    A.  Right.

10    Q.  Did you have standard three-ring binders?

11    A.  Yeah.

12    Q.  And how did you use them, what did you try to

13 keep in them?

14    A.  I would put my 4473s in there by order.

15    Q.  Okay.

16    A.  By date I guess.

17    Q.  All right.  Explain what a 4473 is basically.

18    A.  It's a disposition record.

19    Q.  Okay.  And it tells you -- it's basically

20 something a person wants to buy a gun and they fill

21 out information?

22    A.  It's -- yeah, it's basically an application

23 to buy a gun.

24    Q.  All right.  And you'd put these in your



1 binders?
                                          33
2     A.  Right.

3     Q.  And you would put them in in order of date,
4 am I correct?

5     A.  Yeah.

6     Q.  So if you had one on Monday and one on
7 Tuesday, which one would be on top?

8     A.  Probably Monday.

9     Q.  Okay.  And you'd put Tuesday behind it?

10     A.  Right.

11     Q.  And if you sold two guns on Tuesday, would
12 you have the first one and then underneath it would be
13 the second one?

14     A.  Most likely.  I don't know.  If you're
15 talking about two guns in the same day?

16     Q.  Yes.

17     A.  I didn't have that or by a single individual,
18 I'd only get one, you know, one a day.

19     Q.  Okay, if two separate people came in on a
20 day, which one did you put on top?

21     A.  Well, it just depends.  If it was the same
22 day they'd just go into the binder.

23     Q.  Okay.  So if I opened up the binder when it
24 was full what I would find is your first sale and then

---

1 afterwards your next sale and your next sale and your
                                          34
2 next sale, right?

3     A.  Yeah.

4     Q.  Okay.  Approximately when did you start
5 keeping it that way?

6     A.  I was keeping them like that for a long time.

7     Q.  Starting when?

8     A.  Well, probably for instance '92, '93, that's
9 the way I used to keep them.

10     Q.  And when did you stop keeping them that way?

11     A.  I never stopped keeping them that way.

12     Q.  What made you start using binders?

13     A.  Because it was an easy way to sort them.

14     Q.  Okay.  Did anybody say to you they should be
15 kept in binders?

16     A.  Nope.

17     Q.  Did anybody say to you that I keep them in
18 binders, it's a good way?

19     A.  Nope.

20     Q.  You just thought up gee, maybe I should use a
21 binder?

22     A.  I said I needed an easier way to do this and
23 that's the way I came up with it.

24     Q.  Good.  What had you been using before you

---

1 used binders?
                                          35
2     A.  Nothing, because I'd put them in there from
3 the beginning.  I needed an easy way to do it and
4 that's the way we did it.

5     Q.  So you did it from binders in the beginning?

6     A.  Yeah.

7     Q.  Did you also do it by computers at some point
8 in time?

9     A.  I'd have information in the computers, but I
10 still had the 4473s in the binders.

11     Q.  Okay.  All right.  So you -- what kind of
12 information did you put in the computer?

13     A.  Where they came from, where they went.

14     Q.  All right.  What made you decide to keep
15 track of where guns came from and where they went?

16     A.  I've always done it, because I was told I was
17 supposed to keep track where they came and where they
18 went.

19     Q.  And who is it that told you that?

20     A.  A dealer when I first got into this.

21     Q.  And that's the dealer that we can't -- we
22 don't know his name?

23     A.  I don't remember.  It was 15 years ago.  I
24 can't remember everybody I ran across 15 years ago.

---

1     Q.  All right.  And he said keep track in your
                                          36
2 computer or keep track in some way of when guns come
3 in and when they go out?

4     A.  Right.

5     Q.  Okay.

6     A.  Some way.

7     Q.  Some way.  All right.  And you started using
8 a computer to do that?

9     A.  Up until I think it was I had to quit in '98
10 because my computer crashed and I couldn't afford
11 another one.

12     Q.  When your computer crashed, what happened to
13 the records from '91 to '98?

14     A.  Fortunately I had them on a three and a half
15 inch floppy disk.

16     Q.  And what did you do with that floppy disk?

17     A.  I still have it.

18     Q.  All right.  Have you ever printed them out or
19 are they still on the disk?

20     A.  I tried to, yeah.  I printed it out while I
21 could, I got the acquisitions out, but I couldn't get
22 the dispositions.

23     Q.  And why wouldn't you get the dispositions
24 out?

37

1    A.  Because I didn't have a -- the computer I had
2  at the time wouldn't read the floppy disk, it was an
3  older version of windows.
4    Q.  And you stopped using computers you're
5  telling us in what year?
6    A.  I don't remember, I'm going to say when I
7  first started putting them in it had to be '94 or '95
8  because my computer just up and quit.
9    Q.  When you stopped doing them on the computer,
10  what form did you start doing?  Did you start doing
11  them again in any form, acquisitions or dispositions?
12    A.  Yeah, I made my own acquisition thing.
13    Q.  All right.  And how did you know the
14  information that you wanted to put on your acquisition
15  thing?
16    A.  I basically took the information off the 4473
17  and used that for the acquisition.
18    Q.  And what did you use for dispositions?
19    A.  Just a name and the person it went to.
20    Q.  Okay.  Did anybody tell you that was a good
21  form to use?
22    A.  No.
23    Q.  Did you ask anyone whether it was a good
24  form?

38

1    A.  No.
2    Q.  Did you ask anyone whether those forms were
3  keeping the information that the government wanted you
4  to keep?
5    A.  Will you rephrase that?
6       MR. LEWIS:  Please read it back.
7          (The reporter read the last question.)
8    A.  No.
9    Q.  Do you still have the binders full of the
10  4473s?
11    A.  What I got there is went in there now because
12  I switched them to the folders.
13    Q.  When did you switch to the folders?
14    A.  Because they wouldn't stay in the binders.
15    Q.  Okay.  Now, you bought a standard binder,
16  didn't you?
17    A.  Uh-huh.
18    Q.  Yes?
19    A.  Yeah.
20    Q.  With the rings that close?
21    A.  Yeah, just like that.
22    Q.  All right.  Why were things falling out of
23  the binders?
24    A.  Because I overstacked them, and when we put

39

1  them in the boxes to move a lot of the sheets tore
2  away from the binder.
3    Q.  Okay.  Until then were the binders holding
4  together?
5    A.  No, they weren't, not really, I just made --
6  I didn't move them that much.
7    Q.  All right.  Well, what I'm trying to
8  understand is this.  If you put things in a binder and
9  when the binder's full I assume you'd buy another
10  binder, don't you?
11    A.  Not on those.  I had binders with the
12  oversized rings and I didn't have that many binders
13  and I put them in there and they got basically over
14  full when I put them in the boxes.
15    Q.  Well, who overfilled them?  Did you overfill
16  them?
17    A.  Yeah.
18    Q.  Okay.  And so then they started to come
19  apart?
20    A.  Right.
21    Q.  So once you overfilled the binders, what did
22  you do to put them -- you know, maybe buy another
23  binder or do something else to put them back in
24  binders, did you do anything to get them back into

40

1  binders?
2    A.  I would try to stack them, get them back to
3  where they should be, and I never got any other
4  binders.
5    Q.  Okay.  And when did they start to come out of
6  the binders?
7    A.  When I was in the process of the move.
8    Q.  All right.  And as of today, have you made
9  any efforts to get them back into binders?
10    A.  No, we cycled them out and put them in
11  folders.
12    Q.  When did you do that?
13    A.  I don't know, it was after -- I don't
14  remember when.
15    Q.  Okay.  Let's turn a little bit to the
16  question of inspection and then we're going to end up
17  going through these boxes a little bit.
18       Did you get a contact in 2005 to the effect that
19  ATF was going to conduct an inspection?
20    A.  It was late in '05 I believe if I remember
21  right.
22    Q.  All right.  Telephone call, letter or what?
23    A.  It was a telephone call.
24    Q.  From whom?



41

1    A.    Terry Bolash.

2    Q.    The woman who is sitting here?

3    A.    Yes.

4    Q.    And tell me what was said.

5    A.    She asked me if I was out of business and I
6    told her no, I said I was moving out of the business
7    or out of a building I was in, I was in the process of
8    contacting them to -- I was going to contact them when
9    I got everything moved.

10    Q.    Good.  And why were you moving?

11    A.    Because I couldn't deal with the stress
12    anymore.

13    Q.    Okay.  And so you were moving back to your
14    house?

15    A.    Right.

16    Q.    Okay.  And that was in late 2005.  Do you
17    know whether it was October?

18    A.    I don't remember.

19    Q.    Okay.  And did she do the inspection right
20    then or was it a couple of months later?

21    A.    I think it was a couple months later, I was
22    still moving stuff.

23    Q.    Okay.  And when did you finally close up that
24    place on Dirksen?

42

1    A.    It was after January of '06 I believe, I
2    would have closed up, I got everything out of there, I
3    wasn't doing business out of there.

4    Q.    All right.  And did you also have to do
5    anything with the city as far as changing your
6    business location?

7    A.    Yeah.

8    Q.    All right.  And how long did that take?

9    A.    Just a matter of putting in the application
10    for it.

11    Q.    Okay.  When did you get yourself straightened
12    out in your new place?

13    A.    I never did really get straightened out of my
14    new place, other than getting stuff put up.

15    Q.    Okay.  I'm going to ask you a bunch of
16    questions about your -- let me back up for a question.

17    You said to me that you put things in your binder
18    basically in a chronological day-by-day order, and I
19    just wonder what made you think of putting them in
20    day-by-day order or in chronological order?

21    A.    Because it was easier to keep track of them.

22    Q.    And that's the sole reason, it was easier?

23    A.    Yup.    Can I take a break here for a minute?

24    Q.    Absolutely.

43

1    (A recess was taken.)

2    Q.    Before the break, a while before the break I
3    was asking you about things you knew and things you
4    had learned, you indicated that you were getting
5    newsletters.  I thought you meant newsletters from
6    ATF, is that what they were?

7    A.    Yes.

8    Q.    Tell me what kind of information was in the
9    newsletters from ATF.

10    A.    It was basically they'd have letters in there
11    or something about cases or something about the Youth
12    Handgun Act or settlements on certain cases, stuff
13    like that.

14    Q.    And they also were sending you you said the
15    state laws?

16    A.    Yeah.

17    Q.    Okay.  And you had talked to ATF in 1994
18    about a question that you had, you had talked to
19    Dennis and someone else.

20    Am I correct then that you knew that you could go
21    to ATF if you wanted to and find out whatever you
22    wanted to about rules and regulations?

23    A.    If there was a question I assumed so, but
24    there's never a need to because I didn't feel like

44

1    there was a need to.

2    Q.    Right.  Well, suppose you had felt the need
3    during this period of time to be sure that what you
4    were doing was correct.  If you had felt that need,
5    could you have gone to ATF?

6    A.    Well, I would assume that if something was
7    going wrong with them during that time period they
8    would have called me before and said something.

9    Q.    Okay.  So you assumed that they would call
10    you if there was a problem?

11    A.    Yes.

12    Q.    And my question was if you had wanted to know
13    whether you were doing it correctly, and if you had
14    not wanted to wait for them to call, am I correct that
15    you could have contacted ATF and found out how to do
16    it right, yes or no?

17    A.    If that's a yes or no question, I guess the
18    answer would be yes, I guess I could have called them.

19    Q.    Okay.  Did anyone -- we talked about the
20    records that you were keeping on computers.  Has
21    anyone ever said to you that you weren't supposed to
22    keep --

23    A.    No.

24    Q.    -- records for the ATF on computer?



45

```
1    A.  No.
2    Q.  No one's ever said that to you?
3    A.  No.
4    Q.  All right.  I want to talk a little bit if
5  you don't mind about issues of your health, but only
6  if you think that issues of your health are any sort
7  of an explanation for your record keeping.
8        Do you think issues of your health have been an
9  explanation for the way you kept records?
10    A.  I'll tell you I was under a lot of stress for
11  a while.
12    Q.  Well, you know, I'm sure that every single
13  one of us in the room at one time or another has
14  stress.  Do you believe that your health is an
15  explanation for how you did or did not keep records?
16    A.  Is it an explanation for it?  No, I don't
17  think it has anything to do with how the records were
18  kept.
19    Q.  Okay.  Good.  Well, then I'm not going to ask
20  you too much about your health, unless -- is there
21  anything about your health that you think is relevant
22  to this whole case at all?
23    A.  Yeah.
24    Q.  Well, then now we've got to go into it if you
```

46

```
1  think it's relevant.  Tell me what you think is
2  relevant.
3    A.  Well, I'm being treated for high blood
4  pressure.
5    Q.  All right.  Anything else?
6    A.  Yeah, I'm on Xanax for stress and these panic
7  attacks.
8    Q.  All right.  Anything else?
9    A.  That's about it.
10    Q.  Okay.  Is your -- lot of people have high
11  blood pressure and take medicine for it.  Do you take
12  medicine?
13    A.  Yeah.
14    Q.  How effective is the medicine?
15    A.  It seems to be working.
16    Q.  Okay.  So in other words, you have the
17  condition of high blood pressure, but it seems to be
18  under control with medicine, yes?
19    A.  Yeah.
20    Q.  Okay.  You indicated that you've had panic
21  attacks.  Has that been a thing that you've had going
22  back many years?
23    A.  The last six probably, five every now and
24  again.
```

47

```
1    Q.  All right.  So it started approximately when?
2    A.  I don't remember, a few years back, five --I
3  don't remember the first episode I had.
4    Q.  All right.  And who is your doctor for that?
5    A.  I go to Dr. Mauer and Dr. Trask is my
6  cardiologist.
7    Q.  Okay.  And has one of them prescribed Xanax?
8    A.  Yup.
9    Q.  And how does the Xanax seem to be doing?
10    A.  It seems to be.
11    Q.  So my question to you then is have panic
12  attacks, which seem to be helped by medicine as you
13  say, been an explanation for why your records were not
14  in good order?
15    A.  No, I mean I think they came out of disarray
16  the 4473s and everything was when I was in the process
17  of the move.
18    Q.  Okay.  And did your health cause you to move?
19    A.  Yes.
20    Q.  All right.  Because --
21    A.  A big factor of it.
22    Q.  Right.  Because of stress, am I right?
23    A.  Yes.
24    Q.  And is the stress something -- is the stress
```

48

```
1  related to the panic attacks or the high blood
2  pressure or what?
3    A.  No, the panic attacks are due to the stress.
4    Q.  All right.  And what do you do for stress?
5    A.  What do I do for stress?
6    Q.  Sure.
7    A.  Right now I sit at home, I work on my house,
8  if something upsets me I'll leave with my wife for a
9  weekend.
10    Q.  Okay.  All right.
11    A.  And --
12    Q.  Is your stress -- do you believe that your
13  stress is the reason that you -- that your records
14  would be in good order or not in good order?  In other
15  words, is there a connection between the stress and
16  your record keeping?
17    A.  The way I kept them, I wouldn't say the
18  stress is.  A lot of them went out of disarray when I
19  had all kinds of problems back then toward the end, I
20  had some personal issues I had to deal with, work
21  issues I had to deal with.
22    Q.  When you say personal issues, do you mean
23  family issues?
24    A.  Family came first.
```

49

1    Q.   All right.  And then you said you had some
2  work-related issues.  Are you talking about your work
3  with the city?
4    A.   Uh-huh.
5    Q.   Yes?
6    A.   Yes.
7    Q.   Okay.  Now, Terry got ahold of you in late
8  2005.  You were in the process of moving.  Was your
9  business open while you were moving?
10   A.   No.
11   Q.   Okay.  How long did it stay closed?
12   A.   I was out, I was gone from there for I want
13 to say it started in oh, it was September or October,
14 because I had some real serious problems I had to deal
15 with at home regarding a rental property.
16   Q.   All right.  So you closed the business up you
17 think around September or October?
18   A.   It wasn't officially closed, but I wasn't
19 there.
20   Q.   Right.  And then when did you -- when were
21 you ready to start up again?
22   A.   I wasn't.  I was going to pack my stuff up
23 and go home and just tend to things at home.
24   Q.   Okay.  And am I right that the inspection was

50

1  in January, 2006?
2    A.   Somewhere in there.
3    Q.   What did you do with the records that you had
4  kept at the business on Dirksen to get them in order
5  for the inspection?
6    A.   I didn't, I didn't have enough time to do
7  anything.
8    Q.   Well, you -- you closed up on Dirksen in
9  September or October or you stopped selling?
10   A.   Yeah, because I had some personal issues I
11 had to deal with.
12   Q.   Right.  And then the inspection was sometime
13 in January?
14   A.   Right.
15   Q.   What if anything did you do between the
16 closing up of what you were doing on Dirksen and the
17 inspection in January to get the records in order?
18   A.   I couldn't, because I didn't have enough time
19 because I had personal issues I had to deal with, plus
20 try to get the stuff out of the building.
21   Q.   Okay.  When the inspector came to your --
22 came to do the inspection, that was at your house,
23 correct?
24   A.   Correct.

51

1    Q.   All right.  What part of the house did you
2  keep your records in, or was it in several parts of
3  the house?
4    A.   They were -- I had them in the living room, I
5  had some upstairs, because the house itself really
6  isn't that big.
7    Q.   Were some on a dining room table?
8    A.   Yeah.
9    Q.   Okay, some were in the living room?
10   A.   Yes.
11   Q.   Some were upstairs?
12   A.   Yeah.
13   Q.   What, in a bedroom upstairs?
14   A.   Yeah, we were trying to get them in order.
15   Q.   Well, you say you were trying to get them in
16 order.  Tell me what you were doing to actually get
17 them in order.
18   A.   We were trying to get them sorted out by
19 date.
20   Q.   Who was doing that?
21   A.   Me and my daughter was trying to help me get
22 it set up by date.  And when I brought them down, when
23 we were getting them up she called in for another
24 person to come in.

52

1    Q.   Okay.  When did you and your daughter try to
2  start getting them arranged by date?
3    A.   When I knew they were coming over.  I told
4  her at the time on the phone that I wasn't going to
5  have a lot of time to get things done.
6    Q.   Okay.
7    A.   But --
8    Q.   All right.  So they came, and when they came
9  the things were out of date.  How long did you and
10 your daughter, how many hours did you and your
11 daughter spend trying to get them into order?
12   A.   Well, when they come I was trying to get it
13 all done within a short amount of time.
14   Q.   All right.  And when you were trying get it
15 done you were trying to get them arranged by date, is
16 that what you said to me?
17   A.   The way I used to keep them, right.
18   Q.   How did you know that they should be kept by
19 date?
20   A.   Because it was easier to keep track.
21   Q.   Okay.  Not because anyone told you, you just
22 wanted to keep them by date?
23   A.   It was easier to keep track.
24   Q.   All right.  So did you and your daughter get

53

1 anything done in terms of getting them organized by
2 date?
3       A.   Not a whole lot of them, no.
4       Q.   Now, I did want to ask you a couple more
5 basic questions about your health.  Were you in this
6 time period late 2005, early 2006, hospitalized?
7       A.   Yes.
8       Q.   For how long?
9       A.   A couple three days.
10      Q.   And what was -- what for?
11      A.   Stress induced panic attack.  My blood
12 pressure was 200 over 120.
13      Q.   During this time period were you confined to
14 your home or were you able to go out?
15      A.   No, I was confined to my home.
16      Q.   For how long?
17      A.   At least three weeks.
18      Q.   All right.  And in that three week period did
19 you do anything to get the records organized?
20      A.   Nope, I didn't even concentrate on them.
21      Q.   And then were you able to go back to work
22 after those three weeks?
23      A.   Yeah.
24      Q.   All right.  And did you go back to work with

54

1 the city?
2       A.   Yeah.
3       Q.   Okay.  So you were off work about a total of
4 three weeks?
5       A.   Yeah.
6       Q.   Okay.  When you were back to work with the
7 city and when you came home in the evenings, did you
8 do anything to get your records back into order?
9       A.   Yeah, we were working on them.
10      Q.   You and your daughter?
11      A.   Yeah.
12      Q.   And what was the work you were trying to do?
13      A.   We were putting everything back in the file
14 folders that they are now.
15      Q.   During this period were you buying and
16 selling guns?
17      A.   Sold.
18      Q.   Sold?
19      A.   Uh-huh.
20      Q.   Yes?
21      A.   Yeah.
22      Q.   All right.  Approximately how many guns did
23 you sell in this time period?
24      A.   Well, I'd have to refer to my record book.  I

55

1 don't have that in front of me, it's at my lawyer's
2 office.
3       Q.   Okay.  And did you keep records of what you
4 were selling?
5       A.   Uh-huh.
6       Q.   Yes?
7       A.   Yes.
8       Q.   4473s?
9       A.   Yes.
10      Q.   Okay.  Now I want to look with you at these
11 boxes that are sitting on the table, and basically
12 there are two boxes sitting on the table.  Do you
13 recognize them?
14      A.   Yeah, they came out of my house.
15      Q.   All right.  Oo you call them what, tote
16 boxes?
17      A.   Uh-huh.
18      Q.   Yes?
19      A.   Yes.
20      Q.   Okay.  And I say yes to you sometimes just
21 because you need to say yes rather than uh-huh.
22      A.   Okay.
23      Q.   Now, so you bought these tote boxes?
24      A.   Uh-huh, yes.

56

1       Q.   You're doing fine.  Approximately when did
2 you buy the boxes, or have you had them for a long
3 time?
4       A.   I don't remember.
5       Q.   A long time?
6       A.   I'd see them on sale, I'd buy them.
7       Q.   Okay.  Do you use them for other things
8 around the house?
9       A.   Oh, yeah, I use them to store stuff around
10 the house.
11      Q.   Okay.  Now, when did you start using them to
12 keep your gun records?
13      A.   It was probably right after '06 or whatever
14 it was.
15      Q.   Until then how did you keep your gun records
16 at home, was it just spread out around the house?
17      A.   No.
18      Q.   How did you keep them?
19      A.   They'd be in -- you mean at home?
20      Q.   At home.
21      A.   No, we stored them out -- if we're going
22 after '06, this is the way it was.
23      Q.   Okay.
24      A.   If this is where we're going.

57

1    Q.  No, we're earlier, when you first were home

2 before the inspection.

3    A.  No.

4    Q.  How did you keep them at home?

5    A.  They were in a big box at home.

6    Q.  Okay.  And how did you keep them at work, in

7 a big box or in a file cabinet?

8    A.  No, I had a bookshelf.

9    Q.  Okay.  Now, why don't you tell me a little

10 bit what is in this tote box, the one that's nearest

11 you.  And let's sort of go through it slowly.

12    I see a bunch of yellow papers in a folder called

13 2003.

14    A.  Yup.

15    Q.  What are those?

16    A.  Those are 4473s.

17    Q.  For that year?

18    A.  Yeah.

19    Q.  And are they kept in any date order?

20    A.  These would all be in date order.

21    Q.  You think they're in date order?

22    A.  Yeah.

23    Q.  Okay.

24    MR. LOGAN:  Excuse me, date by week, month,

58

1 year?

2    Q.  Well, we know that they're 2003 from the

3 outside of the folder, don't we?

4    A.  Yeah, I put all the 2003s in there.

5    Q.  And are you telling me then that I should

6 find January on top and December on the bottom?

7    A.  Well, that I'm not going to -- I don't know.

8    Q.  Okay.  I'm telling you that I've had these

9 for a couple of days.

10    A.  Right.

11    Q.  When did you give them actually physically to

12 your lawyer?

13    A.  When did I actually physically, when was

14 that?

15    Q.  Approximately?

16    A.  I don't remember, a couple weeks, three weeks

17 ago, I don't know.

18    Q.  Okay.  He brought them over here let's say

19 about a week, week and a half ago.

20    MR. LEWIS:  Is that right?

21    MR. LOGAN:  Yes.

22    Q.  Okay.  Now, let's take a look.  What's the

23 date on the first one?

24    A.  5-20.

59

1    Q.  What's the date on the second one?

2    A.  9.

3    Q.  9-30?

4    A.  Yeah.

5    Q.  What's the date on the third one?

6    A.  8-9.  I think you made your point.

7    Q.  What's my point?

8    A.  That they're not in date order.

9    Q.  Okay.  Now, I haven't fooled with them, I

10 assume Mr. Logan hasn't fooled with them.  Can you

11 tell me when you gave them to Mr. Logan were they in

12 date order?

13    A.  No, they were in the file folder just like

14 '03, '04, '05.

15    Q.  All right.  Now, let's look at another folder

16 which is called 2002, and again I haven't fooled with

17 these.  We did pull one or two out, but when we did we

18 put them back where they came from.

19    2002, are these your 4473s for 2002?

20    A.  Yes.

21    Q.  All right.  Do you expect them to be in date

22 order or do you expect them not to be in date order?

23    A.  I don't know.

24    Q.  All right.

60

1    A.  All I know is I tried to get them all put

2 into a folder system.

3    Q.  What's the date on the first one?

4    A.  4-1.

5    Q.  What's the date on the second one?

6    A.  4-1.

7    Q.  What's the date --

8    A.  4-1.

9    Q.  Good.  The next one?

10    A.  4-4.

11    Q.  Okay.  Actually 4-2.

12    A.  Oh, I guess I need new glasses.

13    Q.  The next one?

14    A.  4-5.

15    Q.  All right.  Next one?

16    A.  4-5.

17    Q.  All right.

18    A.  4-6.

19    Q.  All right.  Now, a question for you.  Do you

20 think you were selling guns -- these seem to start in

21 April.  Were you selling guns in January, February and

22 March?

23    A.  Of '02?

24    Q.  Yes.



**61**

1    A.   I would assume.

2    Q.   Okay.  Oo we know where those are?  And

3  actually they seem -- let's go a little further.  They

4  seem to be sort of by date, but then every once in a

5  while there's a big jump, like we're jumping from the

6  seventh month to the eleventh month.

7    Oo you know whatever happened to the first

8  couple, the first couple of months?

9    A.   well, there's 12, there's 11,

10   Q.   There's some from 8 and there's some from

11 Oecember.  Here's one from August.

12   A.   That's August.

13   Q.   So some of them are in time order and some of

14 them are not, is that what you'd say?

15   A.   well, I guess.

16   Q.   Okay.

17   A.   All I know is we tried to get everything

18 sorted out.

19   Q.   well, when you say we tried to get everything

20 sorted out --

21   A.   I put '02s, '03s in one thing, so there would

22 be a semblance of order.

23   Q.   when did you do that?

24   A.   After '06.

**62**

1    Q.   And before '06 were they in that order?

2    A.   when they were at the shop I had them in a

3  ring binder.

4    Q.   Okay.  And that's the ring binders that came

5  loose?

6    A.   Yeah, the one you're talking about.

7    Q.   Okay.  And then you say we tried to get them

8  back together.  Is we you and your daughter?

9    A.   Yeah, we sorted '02s, '03s, I think I still

10 have the old sheets at home.

11   Q.   How come you didn't put them in month order

12 and date order?

13   A.   Because I had a lot of stuff I needed to get

14 done.

15   Q.   Okay.  Let's look at this which is 2001.  Is

16 that -- are those your 4473s for 2001 do you think?

17   A.   Uh-huh.  well, probably, I don't know, I'd

18 have to go back and look.  Because I still have other

19 4473s at home also.

20   Q.   You've got more at home?

21   A.   Yeah, they're in folders like that I found.

22   Q.   where did you find them?

23   A.   In the bedroom where those came from.

24   Q.   Okay.  And what years are those other 4473s

**63**

1  for?

2    A.   I don't know, I'd have to look.  I think

3  there were some for '03.

4    Q.   So you've got some more '03s at home?

5    A.   Uh-huh.

6    Q.   What else do you think you have at home in

7  the line of 4473s?

8    A.   '91, '92, '93, '94.

9    Q.   what else?

10   A.   '95, 6, 7, 8 and 9.

11   Q.   At home?

12   A.   Yeah.

13   Q.   Okay.

14   A.   I wasn't asked to bring those.

15   Q.   All right.  where's 2000?

16   A.   well, if 2000 isn't in there then it's got to

17 be at home.

18   Q.   There's 2000.

19   A.   Oh, how about that, sure thing.

20   Q.   All right.  Now I'm back on 2001.  Are these

21 -- can we agree from looking at the first couple of

22 them that they don't seem to be in date order?

23   A.   Right.

24   Q.   For instance, there were a couple from late

**64**

1  in the year and then here's one from early in the

2  year.

3    A.   Yeah.

4    Q.   Okay.  All right, this is 2000.  Are these

5  your 4473s for 2000?

6    A.   Yup.

7    Q.   The first one is April, April, April.  well,

8  then we get to November, then we get to January, and

9  then we get back to April, then we get to September,

10 October.

11   Oo you agree that these don't seem to be in

12 particular date order, right?

13   A.   Yeah.

14   Q.   Now, are you telling me that the ones

15 from the time you had the place on Oirksen were

16 originally in date order?

17   A.   In ring binders.

18   Q.   But then they came out of date order and you

19 just never bothered to put them back?

20   A.   Right.

21   Q.   Okay.  Now, what years starting 2000, do I

22 have 2005?

23   A.   Yeah, they're in there.

24   Q.   Yeah, I've got 2004 and 2005.  All right, are



65

1 these your 2004 4473s?

2    A.  Yeah.

3    Q.  Okay.  And you put them in this folder?

4    A.  Right.

5    Q.  All right.  Now, this seems to start February

6 and here's one actually December, '03, January,

7 January, January, January, so these seem to at least

8 start out being in date order?

9    A.  Yes.

10    Q.  Do you know who got them into date order?

11    A.  All I'm telling you is me and my daughter and

12 my wife worked on some of these, too.

13    Q.  And were you trying to get them in date order

14 because you thought they should be in date order?

15    A.  That's the way we used to keep them in date

16 order.

17    Q.  Okay.

18    A.  I used to keep them in date order.

19    Q.  All right.  Let's take a quick look at 2005.

20 Once again am I looking at 4473s?

21    A.  Yes.

22    Q.  Now I notice the color of the 4473s seems to

23 have changed from yellow to white?

24    A.  Yeah, amazing.

66

1    Q.  All right.  And do you know whether these are

2 in date order or not?

3    A.  No.

4    Q.  They start out January, they start out in

5 January, February, I'm just kind of going through

6 them.

7    A.  It looks like they are, doesn't it?

8    Q.  More or less but not totally, because now

9 we're in October.  They're sort of in an order.

10    A.  Yeah.

11    Q.  All right.  Now, would you go into your first

12 tote box, the one that we're looking at, and see if

13 you can pull out for me an acquisition record, and

14 then we'll get into the second one.

15    A.  Well, I didn't see one in there.

16    Q.  All right.  So it isn't in that tote box,

17 right, acquisition records.  Did you see while you

18 were going through the rest of that box disposition

19 records?

20    A.  No, I didn't.

21    Q.  Okay.  Let me go back to some of these

22 folders.  You've indicated that your 2000s, you used

23 to keep them in a three-ring binder.  Some of them

24 have three-ring binder holes and some of them don't.

67

1 Are you aware that some of them don't have three-ring

2 binder holes at all?

3    A.  Yeah.

4    Q.  Does that mean to you that it never went into

5 a three-ring binder?

6    A.  No, we put them in there, but I didn't have

7 the holes punched for them.

8    Q.  So you'd just stuff them in the binder

9 without punching the hole?

10    A.  Yeah.

11    Q.  Yes?

12    A.  Yes.

13    Q.  Okay.  That's not going to hold, is it?

14    A.  I guess not.

15    Q.  Well, did you expect at the time it was going

16 to hold?

17    A.  At the time they were kept on a bookshelf.

18 But --

19    Q.  Okay.  All right.  So now, in the first tote

20 box that we looked at did you find acquisition and

21 disposition records?

22    A.  No.

23    Q.  Okay.  What I'd like you to do now is look at

24 this second tote box and pull out for me if you can

68

1 any acquisition and disposition records.

2    A.  The acquisitions and dispositions that I had

3 on those sheets are not in here.  Why aren't they in

4 there?

5    Q.  We're going to --

6    A.  Those things.

7    Q.  I'm going to ask you about those later, but

8 just in the boxes, do you have the actual records?

9    A.  Well, apparently they're not in there.

10    Q.  Okay.  When you saw the boxes today as

11 they're sitting on the table, were they pretty much

12 the way you gave them to your lawyer?

13    A.  Yeah.

14    Q.  Do you know of anything that's different from

15 the way you gave them to your lawyer?

16    A.  No.

17    Q.  Okay.  Now I want to ask you, I'm going to

18 shift gears a little bit and ask you some very

19 specific questions connected up to the rules on 4473s.

20    And what I'm doing is I'm looking at the Federal

21 Firearms Regulations Reference Guide that you said you

22 got in late 2005, the one from 2005.  And I'm going to

23 read you from Section 478.124B, which says, "A

24 licensed manufacturer, licensed importer, or licensed




69

1  dealer, shall retain an alphabetical by name of
2  purchaser, chronological by date of disposition, or
3  numerical by transaction serial number order, and as
4  part of the required records each Form 4473 obtained
5  in the course of transferring custody of the
6  firearms."
7      Now, first of all, have you ever actually read
8  that section?
9      A.  Huh-uh.
10     Q.  So --
11     A.  I didn't get that, not until --
12     Q.  Until when?
13     A.  Until we were going through it after '06 or
14 '07, whenever it was.
15     Q.  Okay.  So up to the time of inspection you
16 hadn't read it, but then during the whole process --
17     A.  After the fact.
18     Q.  Okay.
19     A.  When it was explained to me how they thought
20 it should be done.
21     Q.  Right.  Am I correct from looking at your
22 records and from what you've told us so far that you
23 were not doing it alphabetically, am I right about
24 that?

70

1      A.  No, not alphabetically, no.
2      Q.  Am I right you weren't doing it numerically,
3  and what I mean by that is you could have form number
4  one, form number two?
5      A.  No, because numerically, no, I did them by
6  date.
7      Q.  Right, and let's see if we can be correct
8  about that.  You originally tried to keep them by date
9  in those three-ring binders, correct?
10     A.  Uh-huh.
11     Q.  Yes?
12     A.  Yes.
13     Q.  All right.  But as time went on and the
14 binders got overstuffed or some things didn't have
15 their holes punched or whatever or the binders came
16 apart, it came apart?
17     A.  It fell in disarray during the move.  I've
18 answered this question three times.  This is the last
19 time I'm answering it.
20     Q.  Okay.  And then as a result, after they fell
21 into disarray you never did get them back into
22 chronological date order, did you?
23     A.  We tried, I was working on it.
24     Q.  Okay.  Now, I want to go to acquisition

71

1  records, and to do that I want to go to what I think
2  your lawyer just showed you which is part of
3  attachment 4 to the administrative hearing.  And I
4  want to go -- I'm going to pick out a particular page
5  out of there and I'm going to come show it to you, and
6  it's going to be page 107.  I just picked it out at
7  random this morning, okay.
8      Oo you recognize page 107?
9      A.  Yes.
10     Q.  What is it?
11     A.  It looks like an acquisition record.
12     Q.  Is that a form that you treated?
13     A.  Myself, yes.
14     Q.  Okay.  Did anyone else help you create it or
15 did you borrow it from somebody?
16     A.  No.  Again, this is the second time I'm going
17 to answer this question.  I told you I got the
18 information off the 4473s.  Now if we're going to keep
19 asking the same questions, this is over.
20     Q.  Okay.  Now, whose handwriting?
21     A.  That is my handwriting.
22     Q.  All of it?
23     A.  How are you doing over there, all right?
24     Q.  Each line, each entry is your handwriting?

72

1      A.  Yeah.
2      Q.  Okay.  Now, is that how you did it, you kept
3  your acquisitions, they look like they're in a
4  sequence based on date, don't they?
5      A.  Yeah.
6      Q.  All right.  So is that what you would do each
7  year is just keep track of your acquisitions over a
8  period of time?
9      A.  Yeah.
10     Q.  In this sheet that you've created?
11     A.  Uh-huh.
12     Q.  Okay.  And then am I correct -- I want to
13 show you something else and then see if I tan
14 understand how you did it.
15     What I want to show you is 109, two pages later.
16 Tell us what 109 is.
17         MR. LOGAN:  I'm sorry, oh, down here?
18         MR. LEWIS:  Yes.
19     A.  That would be a disposition sheet.
20     Q.  Who created that sheet?
21     A.  I did.
22     Q.  Okay.  And is the handwriting on it all yours
23 or other people's or what?
24     A.  It's other people's.  Some's mine, some's



73

1 other people's.

2    Q.  Who are the other people, if you know?

3    A.  It would either be me or my daughter.

4    Q.  Okay.  And what are you doing in that, are

5 you basically just keeping track of your dispositions

6 by time sequence?

7    A.  Yeah.

8    Q.  Okay.  And where did you get the idea for

9 this form?

10    A.  Off the same thing.

11    Q.  Now I want to ask you a question based on a

12 different regulation, which is 478.125E, where it

13 says, and I'm just reading part of it, "Each licensed

14 dealer shall enter into a record each receipt and

15 disposition of firearms", and then it goes on further

16 and says, "The record required by this paragraph shall

17 be maintained in bound form under the format

18 prescribed below."  And down below it tells you the

19 format that they want.

20    A.  Uh-huh.

21    Q.  Now, first of all, did you ever keep this in

22 a bound book?

23    A.  No, not from day one.

24    Q.  Okay.  The next question, have you checked,

74

1 and we can do this easily, have you checked whether

2 the information that they want, because it says it

3 should be in the format prescribed below, have you

4 ever checked whether your acquisition and disposition

5 records had the information that they want?

6    A.  No.

7    Q.  Okay.  So it --

8       MR. LOGAN:  Excuse me, what time period?

9       MR. LEWIS:  We're talking about the 2000 to

10 2005 --

11       MR. LOGAN:  Okay, that's fine.

12       MR. LEWIS:  -- time period.

13    Q.  So as you sit here today, if you've never

14 checked against -- strike that.

15    Now, did you notice that in the regulation where

16 it spells out the acquisition and disposition record,

17 that the same sheet of paper would tell you the

18 receipt and the disposition, that's the way they've

19 got it set up, am I correct?

20    A.  Yeah.

21    Q.  In your system, am I correct that you had

22 pages like 107 that showed receipt and pages like 109

23 that showed disposition?

24    A.  Uh-huh.

75

1    Q.  In other words, separate pages?

2    A.  Yeah.

3    Q.  Okay.  And if a record, let's say a gun came

4 in in 1997, so you had it in your acquisition list for

5 1997 and you didn't get rid of it until 1998, 1999,

6 2000 or 2001, am I correct you'd have to shuffle

7 through a variety of papers to find out when that gun

8 actually had its disposition?

9    A.  No, not really.

10    Q.  No?

11    A.  No.

12    Q.  Okay.

13    A.  Because if somebody called me up with a

14 specific date, told me where the gun came from, I knew

15 where to go to.

16    Q.  All right.  So if they told you they wanted

17 to check a disposition on a particular date in 2001,

18 you could go to 2001 -- you could go to your

19 dispositions for 2001?

20    A.  If they told me where the gun came from I

21 could get the gun.

22    Q.  All right.  Now, here's my question for you

23 though.  If I wanted to trace a gun that came in in

24 1997 --

76

1    A.  Yeah.

2    Q.  -- and I didn't know whether it had been

3 disposed of or when or to whom, am I correct I'd have

4 to flip through all my dispositions after the date

5 that it came in until I finally found the gun?

6    A.  No, because usually at that point it would be

7 a matter of looking into my invoices and then I could

8 pull the sheet from the date.

9    Q.  Your invoices.  Do you mean your 4473s?

10    A.  No, my invoices.  My business invoices.

11    Q.  Okay.  So you had another method of keeping

12 track of everything on your own business records?

13    A.  Yeah.

14    Q.  Okay.

15    A.  It may not have worked for them, but it

16 seemed like it worked for the gun traces.

17    Q.  Okay.  So in your system if someone wanted to

18 connect your acquisitions like on page 107, not

19 specifically that page.

20    A.  Right.

21    Q.  And wanted to connect your dispositions and

22 you had some for instance on a different form like on

23 page 109, if someone wanted to use those records to

24 make the connection, they would have to flip through



77
1  until they found it?
2      A.  Right.
3      Q.  Okay.  When you had your hearing did you turn
4  over all the disposition records that you had?
5      A.  When I had the hearing?
6      Q.  Yes.
7      A.  They had what I had.
8      Q.  Right.  Good.  Am I correct that there were
9  periods not covered by your disposition records?  Let
10 me show you what I mean.  Turn to 146 and -- turn to
11 146.  There it is.  What does that look like to you?
12 Does that look like your acquisitions?
13     A.  Yeah.
14     Q.  For the end of 2001?
15     A.  Yeah.
16     Q.  Okay.  And what is page 147?
17     A.  It's acquisitions.
18     Q.  For what, for 2002, right?
19     A.  Yeah.
20     Q.  All right.  Do you know whether you had any
21 records of dispositions for 2001?
22     A.  Well, that I don't know.
23     Q.  Okay.  We can go through the records and
24 verify whether you did.

78
1      Do you know whether what you turned over at your
2  hearing, what was put into evidence at your hearing
3  contained any disposition records for 2003 or 2004?
4      A.  I don't recall.
5      Q.  Okay.  Can you do anything today that would
6  help us put our hands on the disposition records for
7  2001, 2003, 2004?
8      A.  What do you mean?
9      Q.  Can you find them anywhere in what we've got
10 today?  And I'll tell you quite frankly what our
11 problem is, we looked and we can't find them and I'm
12 not sure they exist.
13     A.  What's that?
14     Q.  Disposition records for 2001, 2003 and 2004.
15     A.  Can I have your briefcase?  Because I gave
16 you --
17         MR. LOGAN:  But I don't think I have
18 everything here.  No, I don't.  This is it.
19     A.  That box that I printed out, I don't know, is
20 it still over at the office?
21         MR. LOGAN:  Maybe, maybe.
22     A.  So if we don't have it, we don't have it.
23     Q.  Let's do it this way.  If you think you can
24 find and produce for us disposition records for 2001,

79
1  2003 and 2004, please do it promptly.
2      A.  All right.
3      Q.  Okay.
4          MR. LEWIS:  And Mr. Logan, can we agree maybe
5  on having that done within a week?
6          MR. LOGAN:  Yes.
7          MR. LEWIS:  Okay.
8      Q.  Now, just to be sure, in 2001 you were
9  selling guns, weren't you?
10     A.  Uh-huh.
11         MR. LOGAN:  You have to say yes.
12     A.  Yes.
13     Q.  Don't worry, I'll keep on you about the
14 yeses.
15     So there should be disposition records somewhere,
16 shouldn't there?
17     A.  Yes.
18     Q.  And in 2003 am I correct that you were
19 selling guns?
20     A.  Yeah.
21     Q.  So there should be disposition records?
22     A.  Yes.
23     Q.  And 2004 you were selling guns?
24     A.  Yes.

80
1      Q.  And there should be disposition records?
2      A.  Yes.
3      Q.  What is a trace?
4      A.  What's a trace?
5      Q.  Correct.
6      A.  I guess it's a mechanism to trace a
7  particular item.
8      Q.  Right.  And who does traces and why do they
9  do them?
10     A.  Well, I'd assume that because they're trying
11 to trace a gun that was used in a crime.
12     Q.  Okay.
13     A.  Or one that was stolen.
14     Q.  All right.  So they want to know when it was
15 acquired and when it was disposed of or what might
16 have happened to it?
17     A.  No, they want to know where it was disposed
18 of.
19     Q.  And the government asks you sometimes to do
20 traces?
21     A.  Yeah.
22     Q.  And how many times have you successfully been
23 able to do traces?
24     A.  All.

**81**

1  Q.  were there one or two instances in which you
2  were not able to do a trace?

3  A.  Yes, and I forwarded the information on it
4  and I produced all the evidence at the hearing.

5  Q.  Now, when you were asked to do a trace, what
6  exactly did you do so that you could do the trace?

7  A.  I knew exactly where to go to get the form.

8  Q.  Good.  where did you go then, did you start
9  with your invoices or your 4473s or what?

10  A.  No, they told me if a gun came from Joe &
11  Henry's Guns on such and such a date, I knew exactly
12  where it was.

13  Q.  what you'd do then is you'd go to your --
14  would you go to your disposition?

15  A.  I just went to the 4473s, pulled the date and
16  I'd have it.

17  Q.  Okay.  And so that depended on them telling
18  you what so that you could go to the 4473s?

19  MR. LOGAN:  They meaning the ATF?

20  Q.  Yeah.

21  A.  Yeah, the tracing center.

22  Q.  Right, the tracing center would have to tell
23  you the date -- what would they have to tell you so
24  you could go to the right folder?

**82**

1  A.  Let's make this simple.

2  Q.  Sure.

3  A.  We all know what they do.  They call in with
4  a manufacturer, where it came from, the date I got it.
5  That simple.

6  Q.  All right.  So really they're looking at your
7  -- do you ever go to your acquisition or your 4473s?

8  A.  I go straight -- because they gave me the
9  date I knew where to look.

10  Q.  All right.  Have you ever been asked to do a
11  trace where they didn't have a -- where you couldn't
12  go straight to a 4473?

13  A.  Nope.

14  Q.  Okay.

15  A.  Am I going to start getting them now?

16  Q.  No, I'm just asking you what --

17  A.  I'm just asking, I was just asking because I
18  wanted to make sure.  I mean I've had some policemen
19  tell me that I should be looking over my shoulder now.
20  But other than that, I just wanted to make -- I want
21  to know what I'm looking at in a broad picture here.

22  MR. LOGAN:  In fact, Mr. Manuele, you've done
23  traces since you've had your license revoked, have you
24  not?

**83**

1  A.  Yup.

2  MR. LOGAN:  Okay.

3  MR. LEWIS:  Let's take a short break, because
4  I'm getting down to some other stuff.

5  (A recess was taken.)

6  Q.  Before I switch gears a little bit, I want to
7  ask you something a little bit more about what you
8  were saying about the trace center.

9  The trace center gets ahold of you and tells you
10  what?  In other words, how do they get started?

11  A.  They say they need to do a gun trace.

12  Q.  And then they tell you the date you got the
13  gun?

14  A.  They tell me the make, the model.

15  Q.  And?

16  A.  Make, model, where it came from, what the
17  date was.

18  Q.  And that's the date you got it or the date
19  you disposed of it?

20  A.  No, the date I get it.

21  Q.  Okay.

22  A.  Now the last time I do believe it wasn't the
23  right trace because this was just here about a month
24  ago which I kept a record for it, they told me they

**84**

1  were looking for a Norinco and it wasn't actually a  .
2  Norinco they were looking for.

3  Q.  Okay.  Now let me ask you this.  The 4473
4  tells you disposition?

5  A.  Yeah.

6  Q.  If you know the right date to look for?

7  A.  Yup, yes.

8  Q.  They've told you the date you got the gun.

9  A.  Uh-huh.

10  Q.  How do you make the connection between their
11  information which tells you when you got the gun and
12  the 4473 which tells you who you disposed of it to?
13  Is that something you just do in your head?

14  A.  Well, it's kind of like, you're not going to
15  believe it, but if they told me where it came from,
16  the date I got it, I could generally go right to it on
17  a 4473.

18  Q.  All right.  So in other words, there's a
19  mental step that you do, they give you information
20  about when you got it, and then you're able to figure
21  out when you got rid of it and go to the right 4473?

22  A.  Uh-huh.

23  Q.  Is that how it works?

24  A.  Basically.

85

1    Q.   Okay.  And so that depends on you there to do
2   that mental step, doesn't it?
3        A.   Uh-huh.
4        Q.   Yes?
5        A.   Yes, yes, yes.
6        Q.   Okay.  So for instance if you retired and the
7   records went to ATF record center, how would they do
8   the trace?
9        A.   Well, I don't know.  I guess they'd have to
10  get my paperwork of what I've got on it.
11       Q.   All right.  And then they'd have to figure
12  out from your paperwork if they could connect up when
13  you got it and when you got rid of it?
14       A.   well actually, you know, after '06 we started
15  doing it, after I was informed on how they wanted to
16  do it.
17       Q.   All right.  So let's say it's not after '06
18  but it's from 2000 or 2005.  In that time period
19  they'd have to look at your paperwork and see if they
20  could piece it together, am I right?
21       A.   Probably.  No, well, if they wanted to go
22  through it, I guess.
23       Q.   Okay.  Now, I got some answers to
24  interrogatories about a week ago, amended responses,

86

1   and I wanted to ask you some questions so that I
2   understand the answers a little bit better.
3        Let's look at question 1B.  Did the licensee fail
4   to provide a disposition record for any of the
5   firearms in Exhibit F at the time of the inspection in
6   January, 2006.  In other words, did you give to
7   Theresa a disposition record, and I was asking you
8   about Exhibit F so I'm pulling out those pages from
9   the -- what was at the hearing.
10       First of all, it looks to me like this is in
11  Exhibit F, and I'm on page 98, it looks to me like
12  it's someone else's handwriting and not yours, am I
13  right?
14       A.   That's her handwriting.
15       Q.   who is her?
16       A.   Theresa's.
17       Q.   Oh, okay, all right.
18       A.   Terry's, Theresa.
19       Q.   Okay.  So that's her handwriting?
20       A.   Uh-huh.
21       Q.   And if I wanted to connect it up to the
22  disposition record, what would I do?  In other words,
23  here's one, here's page 98, line 26, on 4-30-99 a
24  Marlin, a particular kind of gun, .22 caliber came in.

87

1        A.   Yeah.  That went to Jim Albright, he was an
2   FFL dealer at the time.
3        Q.   Okay.  And that's because you have this
4   mental memory, is that right?
5        A.   Yeah, it's a shame, it's a curse.
6        Q.   But is there -- how would you do it if
7   you didn't want to do it by mental memory but you
8   wanted to do it by paper?
9        A.   Well, then I would do it the way Terry told
10  me I was supposed to be doing it from the beginning.
11       Q.   And you weren't doing it that way until she
12  came and told you?
13       A.   Yeah, right.
14       Q.   Okay.  So when I asked for an actual
15  disposition record for those firearms, you told me
16  that I'd have to go look at invoices and 4473s, is
17  that right?
18       A.   Yeah, it's a disposition.
19       Q.   Yeah.  So I'd have to flip through all the
20  4473s until I ran into that Jim fellow that you
21  mentioned?
22       A.   No, actually he wouldn't be on a 4473, he
23  would be in my FFL record book.
24       Q.   Okay.  All right.  And how would I know that

88

1   if I wanted to trace that particular one? .
2        A.   Because he'd have an invoice on it.
3        Q.   Okay.  So I'd have to go through your regular
4   business invoices, is that what you're telling me?
5        A.   Uh-huh.
6        Q.   Yes?
7        A.   Yes.
8        Q.   Okay.  And those business invoices, those are
9   not records you have to keep for the government, are
10  they, they're just --
11       A.   No.
12       Q.   -- records you keep for your business?
13       A.   No, I was always told that they didn't mean
14  anything, but you know --
15       Q.   Okay.  But if I wanted to actually find a
16  disposition record for the guns on page 98, I wouldn't
17  -- you wouldn't actually have had one, am I right, you
18  didn't actually have a separate disposition record for
19  them, or did you?
20       A.   No, all I used was the 4473s.
21       Q.   Okay.  Now I want to jump up to the second
22  question that I asked you where I'm asking you now
23  about acquisitions.  And I'm asking you about pages
24  198 to 211.  And here I'm just pulling out page 205.

89

1  These are -- this is Terry's handwriting, Terry the
2  inspector?
3     A.  Right.  I'll stipulate to that.
4     Q.  Okay.  And she calls them unentered
5  acquisitions.  Do you know, do you have an actual
6  acquisition record for those guns?
7     A.  There should be an acquisition record for
8  those guns.
9     Q.  And in what form and where?
10    A.  It would be in the form like one of those
11 sheets there.
12    Q.  Okay.  One of the sheets that we looked at
13 before?
14    A.  Yeah.
15    Q.  Where you listed your acquisitions by date?
16    A.  Uh-huh.
17    Q.  Right?
18    A.  Uh-huh.
19    Q.  Okay.  Yes?
20    A.  Yes.
21    Q.  Okay.
22    A.  I'll get it right one of these days.
23    Q.  Don't worry about that, everybody does that.
24 And I'll remind you if we need to actually have a yes.

90

1     Let's switch gears a little bit and talk to the
2  multiple sale issue.  What's a multiple sale as you
3  understand it?
4     A.  As I understand it it's two handguns, two
5  handguns in a week's period.
6     Q.  To the same buyer?
7     A.  Yes.
8     Q.  Okay.  And the government wants to know about
9  that, am I right?
10    A.  Uh-huh.
11    Q.  Yes?
12    A.  Yes, yes.
13    Q.  Relax, I'll take care of it.  That's my
14 problem.
15    Have you ever seen something like Government
16 Exhibit 4 that I just handed you?
17    A.  Yes.
18    Q.  What is it?
19    A.  It's a multiple sale form.
20    Q.  Okay.  Did you have those ever?
21    A.  Yes.
22    Q.  When did you first get them?
23    A.  I don't recall.
24    Q.  Probably when you started your business in

91

1  the 1990s?
2     A.  It could be.  They changed them.
3     Q.  Sure.  Yeah, this one says revised November,
4  2003.  But you had a form like that?
5     A.  Right.
6     Q.  Going back to the beginning of when you were
7  in business?
8     A.  Right.
9     Q.  Right?
10    A.  Right.
11    Q.  And you knew that you were supposed to send
12 those in after there was a multiple sale?
13    A.  We'd send them in.
14    Q.  And in the beginning you did send them in,
15 right?
16    A.  Right.
17    Q.  Now, how did you know that you were supposed
18 to send them in?
19    A.  Well, that much I knew was a requirement
20 because -- that I knew was a requirement.
21    Q.  How did you know it was a requirement?  Did
22 you read it, did someone tell you, what?
23    A.  No, because when I first started they would
24 fill them out at the first gun shows and bring them to

92

1  me.
2     Q.  So you learned that you had to turn them in
3  by seeing other people do it at gun shows?
4     A.  Right.  They'd bring them in to me.  They'd
5  actually -- if they transferred the guns to me I'd
6  make them fill them out.
7     Q.  All right.  Because sometimes you were the
8  person getting the multiple guns?
9     A.  Right.
10    Q.  And sometimes you were the person selling the
11 multiple guns?
12    A.  Right.
13    Q.  Okay.  And is it the buyer or the seller that
14 has to send it in?
15    A.  It's the seller.
16    Q.  Okay.  So you knew just by seeing other
17 people do it that you had to send them in?
18    A.  Right.
19    Q.  And for a while you did, am I correct?
20    A.  Right.
21    Q.  And then you stopped?
22    A.  No, I didn't stop.  What happened was in a
23 lot of them I do believe if my recollection was right
24 when we was doing these gun shows which really hurt

93

1 was they would -- if a guy went to three different
2 dealers and bought three different guns, and I know
3 there were some instances where they didn't get sent
4 in, and I found later on that there were three
5 separate 4473s that might have three handguns at the
6 same show by different dealers.
7      And if that got by me, you know, I wouldn't think
8 -- because I might have three separate yellow sheets
9 on the same guy.
10     Q.   Okay.  Let's put that aside and let's make it
11 a nice simple transaction where somebody comes in to
12 your place on Dirksen.
13     A.   Right.
14     Q.   And says I want two guns.
15     A.   Right.
16     Q.   Then you sell him two guns.  Okay?
17     A.   Right.
18     Q.   Is that something that should be reported on
19 something like Government Exhibit 4?
20     A.   Yes.
21     Q.   Okay.  And the seller you told me fills it
22 out, that would be you?
23     A.   Yes.
24     Q.   And does the seller mail it in?

94

1      A.   I faxed them in.
2      Q.   Okay.  The seller faxes them in.  And you
3 have to do that promptly, am I correct?
4      A.   the last time I did one they -- I did it too
5 quick.
6      Q.   Okay.  But generally speaking are you
7 supposed to do it promptly?
8      A.   Yes.
9      Q.   Okay.  And for a couple years you did that,
10 am I correct?
11     A.   Right.
12     Q.   Was there a period where you stopped sending
13 them in?
14     A.   There was a period there when I was having
15 problems at home.
16     Q.   And you stopped sending them in?
17     A.   Well, I wasn't there at the shop a lot.
18     Q.   And you stopped sending them in?
19     A.   I didn't stop sending them, I --
20     Q.   Let me ask the question a little bit
21 differently.
22     was there a period when you were having problems
23 when you did make some multiple sales that should have
24 been reported and you filled out the forms but you did

95

1 not send the forms in, was there a period?
2      A.   I would say yes.
3      Q.   Okay.  All right.  And if I'm correct, at the
4 hearing I believe that Terry indicated there were
5 about 40 such occasions?
6      A.   I don't recall the number of occasions.
7      Q.   Does that sound --
8      A.   I know we faxed a bunch of them off at her
9 request.
10     Q.   After she showed up?
11     A.   Right, which I did.
12     Q.   Right.  And those are ones that you should
13 have sent in earlier, correct?
14     A.   That is correct.
15     Q.   And now if I saw the number 40 in the record
16 or in some estimate close to 40, do you have any
17 reason to think that that number is accurate or
18 inaccurate or you just don't know?
19     A.   Just don't know.
20     Q.   Okay.  I want to give you a fair chance to
21 answer this question.  It is clear to me that you know
22 you were supposed to be sending them in.  It's clear
23 to me that there was a period of time when you didn't
24 send some of them in.

96

1      In your own words, explain why you did not simply
2 fax them in.
3      A.   At one point, the point that we're talking
4 about, I had issues at home and I was continually
5 being called, and it was not that it was a deliberate
6 attempt, but at the time my family came first and I
7 wasn't there all the time.
8      Q.   Okay.
9      A.   And then when I'd get back there were things
10 I meant to do that didn't get done because one problem
11 arose and another one arose.  So what I'm saying is at
12 the time my family came first.
13     Q.   Okay.  And when you got back to work though
14 after you dealt with whatever the family issue is, you
15 could have faxed them in, am I correct that you did
16 not fax them in even when you got back to work?
17     A.   I would assume that I probably didn't.  I
18 tried to get everything I could, but family was first
19 in my mind so --
20     Q.   Now I want to ask you some things that come
21 off the transcript of the hearing.  I believe on page
22 39 you said at the hearing that you started a bound
23 book after Terry told you to.  That's on line 16 and
24 17.

**Page 97**

1    A.  Right.

2    Q.  Am I correct before that you never did have a

3 bound book?

4    A.  Not the way they wanted it, no.

5    Q.  Okay.

6    A.  Not the way it --

7    Q.  All right.  Now, let's jump up to page 42,

8 lines 10 through 13, where you say, "Since '96 I put

9 them on sheets like this.  I was always told as long

10 as I had a copy with where the guns went and I always

11 had a copy of where the guns went."

12    I'm interested in I was always told.  Do you

13 remember who told you that that was the way to keep

14 records?

15    A.  It was just gun dealers.

16    Q.  That one gun dealer?

17    A.  Not a gun dealer, it was never specified.  I

18 assumed that a 4473 was a disposition record.

19    Q.  Okay.  And what did you use for an

20 acquisition record?

21    A.  What I put down on the sheet.

22    Q.  Okay.  Then on transcript 43, they're talking

23 about taking the 611 guns that the government had

24 incomplete records on and putting them into a book,

**Page 98**

1 and you say, "I haven't got all of the 611 guns

2 transposed into a book yet."

3    Just out of curiosity, have you ever -- how far

4 have you gotten on that or have you stopped working on

5 it?

6    A.  Oh, I haven't stopped working on it.  I put

7 in a bound book that I started that she wanted, I

8 think there's over 200 guns in that book.

9    Q.  Okay.  Were those 200 out of the 611 that she

10 had pointed out to you?

11    A.  It goes back to 11 of '05 I think is where

12 that book started at.

13    Q.  Okay.

14    A.  Because at the time Terry came in there

15 and said don't do -- start now and then she came back

16 so --

17    Q.  Okay.  In the transcript there's some

18 discussion about the investigator taking papers.  Am I

19 correct that Terry came and did her inspection at your

20 house and stayed late in the day?

21    A.  Late in the evening would be more of a

22 phrase.

23    Q.  Okay.  And she said to me by the way that it

24 was more like 9, 9:30 that she actually left.

**Page 99**

1    A.  To me that's late in the evening.

2    Q.  Is that about right?

3    A.  Yeah.

4    Q.  Okay.  And then she wanted some records and

5 she took them.  Did she give you a receipt for the

6 records?

7    A.  Yeah, but it was after the fact, and I was

8 told that they weren't supposed to take records

9 off-site.

10    Q.  Okay.  When you got them back was anything

11 missing?

12    A.  I couldn't tell you because I think she took

13 the last ones to my lawyer's office.

14    Q.  Okay.  As we sit here today do you know of

15 anything that was missing?

16    A.  Not that I know of.

17    Q.  And your lawyer on page 52, lines 14 and 15,

18 says, "As far as we know there was nothing missing."

19 As we sit here today, do you know of anything missing?

20    A.  No.

21    Q.  Okay.  Did you have a photocopier at your

22 house?

23    A.  Yes.

24    Q.  Okay.  But it was 9:30 at night and it was



**Page 100**

1 getting towards bedtime?

2    A.  Yeah, I'm usually in bed by 8:30 but --

3    Q.  Yeah.  What time the next day did she get

4 back with the records, the next morning?

5    A.  I don't recall, I wasn't home.

6    Q.  On page 54 you said that you saw

7 something in a book somewhere that said that the

8 government either would do or could do once a year

9 audits.

10    Do you remember what book you saw that in?

11    A.  I think that was the book I looked at in the

12 '05 book I believe.

13    Q.  Okay.  And you don't know whether it says

14 they could do or would do every year an audit?

15    A.  I don't recall exact wording.

16    Q.  But this was the first audit, the one that

17 Terry did was the first one you had?

18    A.  Right, uh-huh.

19    Q.  Yes?

20    A.  Yes, I'm sorry.

21    Q.  No, no, we're fine, don't worry about it,

22 it's my problem.  Hold on a second.

23    Mr. Manuele, all four of us have actually run out

24 of questions.

101

1    A.  I can't believe that.  I was having so much
2 fun here.
3    Q.  If you want I'll ask you some questions in
4 another case.
5    A.  Why don't you ask me questions about how
6 about the Super Bowl.
7    Q.  How about the Super Bowl?
8    A.  I loved it.
9        MR. LEWIS:  We can go off the record.
10        (Discussion off the record.)
11        MR. LEWIS:  Mike, do you have questions?
12        MR. LOGAN:  You want me to hopefully get the
13 disposition records from '01, '03 and '04?
14        MR. LEWIS:  If you can obtain them, yes, and
15 try to do it soon.
16    A.  Now I'm leaving this week.
17        MR. LOGAN:  So we'll have to get them
18 together.  Unless you wanted to inquire, and this
19 really isn't an issue, about the issuance of the
20 second license.
21        MR. LEWIS:  No, I think that's understood --
22        MR. LOGAN:  Okay.
23        MR. LEWIS:  -- as being a renewal that came
24 in during the period you held the license with the '06

102

1 number in it and he got the new license and then the
2 revocation came after the new license was issued.
3        MR. LOGAN:  One reason I ask is that he keeps
4 getting mailings from the ATF with respect to 4473s
5 and things like that.
6        MR. LEWIS:  I'll tell you what, we'll discuss
7 that off the record so I can try to help with that.
8        MR. LOGAN:  Okay.  That's all.
9        MR. LEWIS:  Off the record.
10        (Discussion off the record.)
11        (Signature was waived.)
12        (Witness excused.)
13
14
15
16
17
18
19
20
21
22
23
24

103

1 STATE OF ILLINOIS    )
                       ) SS
2 COUNTY OF SANGAMON   )
3
4           CERTIFICATE
4    I, Susan Freeman, affiliated with Capitol
5 Reporting Service, Inc., do hereby certify that I
6 reported in shorthand the foregoing proceedings; that
7 the witness was duly sworn by me; and that the
8 foregoing is a true and correct transcript of my
9 shorthand notes so taken as aforesaid.
10    I further certify that I am in no way associated
11 with or related to any of the parties or attorneys
12 involved herein, nor am I financially interested in
13 the action.
14
15
16
17
18
19
20    Certified Shorthand Reporter
       License No. 084-001
       Registered Professional
       and Notary Public
21
22 Dated this 14th day of
23 February, A.D., 2008,
24 at Springfield, Illinois.

OFFICIAL SEAL
SUSAN FREEMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-10-2011

```
                    IN THE CIRCUIT COURT
        FOR THE SEVENTH JUDICIAL CIRCUIT OF ILLINOIS
             SANGAMON COUNTY, ILLINOIS


TONY MANUELE, JR.,
d/b/a TONY'S SPORTING GOODS,

                    Plaintiff,

        -vs-                      NO. 07-3163

ACTING DIRECTOR OF INDUSTRY
OPERATIONS, BUREAU OF ALCOHOL,
TOBACCO, FIREARMS and EXPLOSIVES,

                    Defendant.




        Deposition of LOIS MANUELE, taken at the instance
of the Defendant, before Susan Freeman, CSR, RPR, and
Notary Public, on the 4th day of February, 2008, at
the hour of 3:45 p.m., at 318 South Sixth Street,
Springfield, Illinois.




                    CAPITOL REPORTING SERVICE, INC.
                    2021 TIMBERBROOK DRIVE
                    SPRINGFIELD, IL 62702
                    217-787-6116
```

```
APPEARANCES:

    MR. MICHAEL LOGAN
    Attorney at Law
    837 South Fourth Street
    Springfield, Illinois  62703

        on behalf of the Plaintiff;

    UNITED STATES ATTORNEY'S OFFICE, by
    MR. JAMES A. LEWIS
    Assistant United States Attorney
    128 South Sixth Street
    Springfield, Illinois  62701

        on behalf of the Defendant.

ALSO PRESENT:

    Anthony Manuele, Jr.

    Ms. Theresa Bolash
    Investigator, ATF
```

|  | INDEX | PAGE |
|---|---|---|
| Examination by Mr. Lewis |  | 3 |
| Examination by Mr. Logan |  | 21 |
| Re-examination by Mr. Lewis |  | 73 |

**EXHIBIT**

**3**

---

LOIS MANUELE
having been duly sworn, was examined and testified as
follows:

                    EXAMINATION BY
                    MR. LEWIS:
Q.  Ms. Manuele, I asked your husband a ton of
questions.  I'm going to ask you just a few pounds.
A.  Okay.
Q.  A lot less.  And the reason I'm doing it is
that I sent some written discovery to your husband and
I asked him who else knows about some of these things,
and he answered that he thought you might.
A.  Okay.
Q.  So that's why I'm asking.
A.  Okay.
Q.  But before I get there I'm going to ask you
background questions.
A.  Sure.
Q.  Okay.  Please state your name.
A.  Lois Manuele.
Q.  Address?
A.  7922 Wildlife Road, Chatham, Illinois.
Q.  Date of birth?
A.  3-17-55.

---

Q.  You're married to your husband Tony Manuele?
A.  Yes, I am.
Q.  And your education?
A.  High school.
Q.  And generally your work experience since high
school, just rough?
A.  I've worked for the telephone company or AT&T
for 35 years, and I've worked in networking, repair,
and marketing.
Q.  Okay.  Your husband had a business which we
called Tony's Sporting Goods, Tony Manuele, Jr. doing
business as Tony's Sporting Goods.
    Were you involved with that business?
A.  Yes, I helped him out.
Q.  Good.  Tell me over the years basically what
kind of things you did.
A.  Well, I would accompany him to gun shows and
helped watch the tables and everything.  And if he
needed me to help with a transaction of some type or
whatever, I would help with that.  And what else do I
want to say?
    I'd work on the 4473s, you know, make sure the
customer fills those out correctly in full.  And help
with his invoices, make sure that's all correct.  And



**5**

1 then I would ask him did I do it correctly.

2    Then of course helped him pack up and all that

3 other stuff, so that's pretty much it.

4    Q.   Your husband indicated that for a number of

5 years he had a place out on Dirksen Parkway, is that

6 correct?

7    A.   That's correct.

8    Q.   And he indicated that it sounded like to me

9 that pretty much after work with the city he would go

10 out there and be open for a couple of hours?

11    A.   Right.

12    Q.   Were you out there with him pretty much every

13 day, every once in a while, what?

14    A.   Every once in a while.

15    Q.   Okay.

16    A.   Because with children at home still in school

17 so --

18    Q.   Sure.  Let's say in a normal month, about how

19 many days would you be out there?

20    A.   Maybe three, if that much.

21    Q.   Okay.  Were you actually an employee, did you

22 get paid?

23    A.   No.

24    Q.   Okay.  And did he have any employees?

**6**

1    A.   No.

2    Q.   Okay.  Who kept his books, financial records?

3    A.   He did.  My husband did.

4    Q.   Okay.  What's your understanding of why he

5 stopped having the place out on Dirksen and moved his

6 business back to your home?

7    A.   It was just time consuming, you know, with

8 the drive and that, since that was north of

9 Springfield, we lived in Chatham.  He wasn't seeing

10 the kids that much because he would be working there

11 and by the time he got home they were supposed to be

12 in bed.  And after a while it was just the overhead

13 was too much and everything like that.

14    Q.   Okay.

15    A.   So he made a decision to move it back.

16    Q.   The two of you together made the decision?

17    A.   No, it was more his decision.  I would go

18 along with whatever he decided.

19    Q.   And when he moved it back, did he move a

20 bunch of guns back, too?

21    A.   Yes, he moved all his inventory back.

22    Q.   Good.  Where did he keep his inventory?

23    A.   Out in the safes.

24    Q.   Okay.  And where did he keep his records?

**7**

1    A.   Well, they wound up in the spare bedroom.

2 When he first moved back they were probably in the

3 dining room, and then when my oldest moved out we kind

4 of moved them up to her bedroom.

5    Q.   Did you do recordkeeping for him at all?  I

6 asked you whether you did financial records, but did

7 you help him keep up the records?

8    A.   I would help file them by the dates and stuff

9 like that and the years and try to keep some

10 organization in there.

11    Q.   Did you ever make any attempt to learn what

12 would be proper recordkeeping?

13    A.   No, I never had any instructions.

14    Q.   Okay.  Did you ever ask anybody or try to

15 follow anybody's example?

16    A.   There was no examples or anything to follow,

17 so it was more or less learn on my own.

18    Q.   I asked you I think before the deposition

19 whether you recognized Terry who is the person that

20 came and did the inspection.

21    A.   Uh-huh.

22    Q.   Were you around when she was doing the

23 inspection?

24    A.   I was in the house and I knew she was in the

**8**

1 dining room.  Of course I had things to get done for

2 that night for the kids for the next day and work and

3 everything.

4    Q.   And when you say she was in the dining room,

5 was she looking at records?

6    A.   Yes.

7    Q.   Okay.  And where were the records being kept

8 at that time?  Some of them were being kept in the

9 dining room?

10    A.   Some of them had been kept in the dining

11 room.

12    Q.   Were they in a file cabinet or just out on

13 the table or what?

14    A.   Out on the table or in a box.

15    Q.   Were some of them on the floor?

16    A.   Not really.  I mean if you first came in

17 there was none on the floor.

18    Q.   Okay.  Some of them were upstairs though?

19    A.   Right.

20    Q.   Anywhere else besides the dining room table

21 and upstairs?

22    A.   No.

23    Q.   We've gotten these two boxes.  You've seen

24 boxes like that around the house?

1    A.  Uh-huh.

2    Q.  Yes?

3    A.  Yes.

4    Q.  And could you just sort of stand up and take

5  a quick look and --

6    A.  Sure.

7    Q.  -- tell me, this has -- I'm just looking at

8  some things that are yellow and they seem to be in

9  folders that say 2004 and 2005 for instance, and some

10 of those in 2005 are white.

11   A.  Right.

12   Q.  Did you help keep those together?

13   A.  Yes.

14   Q.  Okay.  What did you do to keep them together?

15   A.  I more or less just kind of filed them in

16 date order and put them by year in the folders.

17   Q.  Okay.  And you tried to keep them by date

18 order.  Does that mean first January, second February?

19   A.  Right.

20   Q.  And January 1st ahead of January 5th?

21   A.  Right.

22   Q.  Okay.  And what made you think that was the

23 right way to keep them?

24   A.  I figured it would be easier to find for a

1  trace or whatever if you had an idea what month and

2  what year.

3    Q.  Okay.  Did you ever help with any traces?

4    A.  No.

5    Q.  Okay.  Now besides those, you understand that

6  the things that are in there are something called

7  4473s I think?

8    A.  Correct.

9    Q.  And that's when a person comes and fills out

10 information so they can get a gun?

11   A.  Right.

12   Q.  Do you know how your husband kept track, not

13 on 4473s, but on anything else of what came in, and

14 then I'm going to ask you about what went out.  How

15 did he keep track of what he acquired, what guns came

16 in?

17   A.  He had a log that he would write them down

18 on.

19   Q.  Is this -- did this log have a hard cover or

20 a soft cover or no cover?

21   A.  No cover at all, it was something that he had

22 created to keep track.

23   Q.  Okay.  And how did he keep track of the ones

24 that went out, dispositions?

1    A.  He would have another log to kind of follow

2  that that they would go out.

3    Q.  Okay.  We've asked, because I'm not sure we

4  have the dispositions for 2001, 2003 and 2004, I'm

5  just going to take a wild guess with a question.

6      Do you have any idea where those dispositions

7  would be kept, where they are?

8    A.  I would probably say because we have pretty

9  much everything together in boxes like this, and I

10 would assume upstairs in the spare bedroom.

11   Q.  Okay.  Because I've asked Mr. Logan and Mr.

12 Manuele through Mr. Logan to try to get 2001, 2003,

13 2004 to me, dispositions.

14   A.  Okay.

15   Q.  There were some questions that I asked your

16 husband, and I'm working from a document called

17 Government Exhibit 3 which is his answers to those

18 questions, where I asked did the licensee fail to

19 provide a disposition record for any of the firearms

20 in Exhibit F, and that's a bunch of about eight or

21 nine pages, at the time of the inspection.

22     If I wanted a disposition record for guns, you're

23 telling me that I would go to this log that he

24 created?

1    A.  Right.

2    Q.  Okay.  In the answer to that, to questions

3  about dispositions in 2001, 2003, 2004, and also

4  disposition records for some firearms, he said that

5  you knew something about it and he says, "Both

6  licensee and spouse knew procedure for A and D."  I

7  think that means acquisition and disposition.

8    A.  Right.

9    Q.  So tell me everything you knew about the

10 procedure for keeping track of acquisitions.  Was it

11 just that he had created a log and --

12   A.  He had created a log and I would more or less

13 check, have you logged this in?  And you know, and

14 then before the disposition as he logged that in

15 before we released the firearm.

16   Q.  Okay.  So you knew -- when it says spouse

17 knew procedure, the procedure that you knew is the one

18 that he created and that you tried to make sure that

19 you followed?

20   A.  Right.

21   Q.  Okay.  Is there anything else you knew about

22 the procedure?

23   A.  For the A and D?

24   Q.  Right.  Acquisition and disposition.



1    A.  No, that was pretty much it.  I let him fill
2  that in.
3    Q.  Okay.  Did you ever look by the way at the
4  federal regulation about how that was supposed to be
5  kept?
6    A.  I've never seen any such article or
7  reference.
8    Q.  The federal regulation says it's supposed to
9  be maintained in bound form.  Do you know whether the
10  records that he was having you keep or help keep were
11  actually bound in some way?
12    A.  No, they were in a notebook.
13    Q.  Okay.  They were in a notebook?
14    A.  (Nodding head up and down.)
15    Q.  Okay.  And you think the notebooks are
16  upstairs or some of them?
17    A.  Possibly, yes.
18    Q.  Okay.  But they're actually bound, when
19  you say in a notebook, do you mean a binder that you
20  can --
21    A.  Yes, like that.
22    Q.  Okay.  And he kept them this way?
23    A.  Right.
24    Q.  Okay.  Am I -- was this how he kept the

[13]

1  4473s or is this how he also kept the acquisitions and
2  dispositions, I'm talking about this binder?
3    A.  Just the A and Ds was in a binder.
4    Q.  Okay, how did he keep the 4473s?
5    A.  We usually filed them in the files.
6    Q.  Okay.  So they were loose in these kind of
7  folders that just --
8    A.  Right.
9    Q.  Let's look at the ones they're in now.  Is
10  that how they were kept?
11    A.  Yes.
12    Q.  Okay.  But acquisitions and dispositions
13  you're telling us were kept in these three-ring
14  binders?
15    A.  Right.
16    Q.  Okay.  And do you still have the three-ring
17  binders around the house?
18    A.  I couldn't really tell you, I don't recall --
19    Q.  Okay.
20    A.  -- seeing them lately.
21    Q.  Let me go over this one more time.  4473s
22  were not kept in three-ring binders?
23    A.  No, they were not kept in three-ring binders.
24    Q.  Okay, thank you.

[14]

1    A.  I wasn't for sure.
2    Q.  And acquisition and disposition things were
3  kept in three-ring binders?
4    A.  Yes.
5    Q.  Okay.  Now, I'm going to tell you that some
6  of the 4473s have holes punched in them.
7    A.  Right.
8    Q.  Why, do you know why holes would be punched
9  in them if they weren't being kept in binders?
10    A.  Because he did that at one time and they were
11  falling out and that and I had suggested that we go
12  this route instead because they wouldn't stay.
13    Q.  So for a while the 4473s were in three-ring
14  binders?
15    A.  For a while, right.
16    Q.  And now help me a little bit.  What was for a
17  while, when was that done and when did he stop and
18  why?
19    A.  Probably in early 2002, maybe 2003, and I had
20  bought or I had gotten these expandable folders and I
21  thought it would be better to keep them in there, and
22  we more or less transferred them over.
23    Q.  So around then you switched to the expandable
24  folders for the 4473s?

[15]

1    A.  Right.
2    Q.  But all along you kept acquisition and
3  disposition in these binders?
4    A.  Right.
5    Q.  So if we found the actual acquisition and
6  disposition records, they ought to have holes in them?
7    A.  Right.
8    Q.  Okay.  I'll ask you questions in two more
9  areas.
10    A.  Uh-huh.
11    Q.  Do you know whether Tony's Sporting Goods was
12  keeping, and I'm showing you Government Exhibit 4,
13  what are called reports of multiple sales, that would
14  be when you sold a couple of guns to somebody in a
15  short period of time?
16    A.  Right, right, he did have.
17    Q.  Were you keeping those?
18    A.  Uh-huh, yes.
19    Q.  Okay.  Are you aware that for a while those
20  were being mailed in or faxed in to ATF?
21    A.  I really don't recall.  Faxing sounds
22  familiar.
23    Q.  Okay.
24    A.  But I really don't recall.

[16]

17

1    Q.    And you had a fax machine at home?

2    A.    Yes, we do.

3    Q.    Are you -- do you know whether there was a

4 period of time when those things like Government

5 Exhibit 4 stopped being faxed in and were just kept at

6 the business but weren't sent in, do you know whether

7 that happened or not?

8    A.    I really don't recall.  I wouldn't -- I don't

9 think so though.

10    Q.    Do you know anything about what was being

11 done with the reports of multiple sales?

12    A.    No.

13    Q.    Okay.  You weren't doing anything with them?

14    A.    No.

15    Q.    Okay.

16    A.    we probably had a folder set up for them

17 though.

18    Q.    Okay.  There's a regulation -- this is sort

19 of the last area of questioning that I can think of

20 for now.

21    There's a regulation that says, and it's the one

22 in 478.124B which says it should be -- that you should

23 keep track of your 4473s, I'm not reading it exactly,

24 I'm just sort of giving an idea what it says, that you

18

1 should keep track of your 4473s in one of three ways;

2 alphabetical, chronological, numerical.

3    Now let me just see if I can ask you things I

4 don't think you were doing.  Am I right you weren't

5 trying to keep them alphabetically?

6    A.    No.

7    Q.    And am I right you weren't trying to keep

8 them numerically?

9    A.    No.

10    Q.    Am I right that what you were trying to do

11 was keep them chronologically?

12    A.    Right.

13    Q.    And the way you would do that at first was

14 with binders and later by doing it in the expandable

15 folders?

16    A.    Right.

17    Q.    And you tried to do it chronologically?

18    A.    Right.

19    Q.    Okay.  And the problem with the binders was

20 things were falling out?

21    A.    Correct.

22    Q.    And actually things might sometimes get

23 stuffed in there without the holes punched in them and

24 then they'd fall out or they would just fall out

19

1 because it was too much?

2    A.    Right, you know how those little things

3 get stuck in there and it opens the binders a little

4 bit.

5    Q.    Right.  Now there's something I've learned to

6 do, which is get another binder if the first binder is

7 full.  was there an effort to, you know, put some in

8 one binder and then put the rest in another binder so

9 that the binders would hold?

10    A.    Yes, there was some effort made.

11    Q.    But apparently that didn't work?

12    A.    I just found it -- it wasn't logical.  I

13 guess with work like I do expandable files just made

14 more sense for easier access.

15    Q.    Okay.  Now the expandable files that we've

16 looked at as they are today were not chronological,

17 sometimes they were and sometimes they weren't.

18    A.    Huh.

19    Q.    If you wanted to keep it chronologically,

20 could an expandable file be kept chronologically?

21    A.    Yes.

22    Q.    Okay.  And would you tend to put January in

23 the front or January in the back, which way works

24 best?

20

1    A.    I would put January in the front and work my

2 way back.

3    Q.    And so anything that came later you just put

4 it in the back and put it in the back and put it in

5 the back?

6    A.    Right.

7    Q.    Is that what you tried to do?

8    A.    That's what I tried to do.

9    Q.    Okay.  Now, time has passed, and do you know

10 why they're not in order?

11    A.    No, I do not.

12    Q.    And by the way, sometimes they are in order.

13 when they are in order, do you know why they are in

14 order?

15    A.    Probably because we probably got them out and

16 put them in the chronological order.

17    Q.    Okay.  And who tried to do that, was it you

18 and your daughter, or excuse me, your husband and

19 daughter tried to put them in chronological order or

20 did you do that?

21    A.    I would say all three of us, we all get

22 involved.

23    Q.    And what you tried to do was get the records

24 in order during this case?



21

1    A.    Right.

2    Q.    Okay.    But when you started to work on them

3 am I correct that they were not in chronological

4 order?

5    A.    No, they were not.

6         MR. LEWIS:    Okay.    I very often have to

7 confess to people that I've run out of questions that

8 I want to ask, so I'm confessing.    Mr. Logan gets to

9 ask you a question if he wants to.

10         MR. LOGAN:    Yes, I do.

11                EXAMINATION BY

12              MR. LOGAN:

13    Q.    Lois, there appears to be some confusion as

14 to the timing of when these were in the binders and

15 when they were not, and also what -- whether the A and

16 D records were involved, ever involved in a binder.

17    I show you what's been referred to as Exhibit G

18 in the -- in your husband's deposition.

19    A.    Okay.

20    Q.    Do you recall what that is?

21    A.    I believe that's an acquisition or the A.

22    Q.    Okay.

23    A.    Yes.

24    Q.    And you said these were in binders at some

22

1 point?

2    A.    At some point I've seen him put them in a

3 binder, work out of a binder.

4    Q.    It looks like some holes in the top of one?

5    A.    Right.

6    Q.    Okay.    I just want to be sure what we were

7 talking about --

8    A.    Uh-huh.

9    Q.    -- is the same thing.    And you were asked

10 whether you ever saw any regulations from the ATF

11 regarding how records were to be kept, and I believe

12 you answered no, is that correct?

13    A.    That is correct.

14    Q.    Did you ever go to any seminars or receive

15 any telephonic or other instructions from any ATF

16 agent with respect to how the records were kept?

17    A.    No.

18    Q.    How about when Miss Bolash came, after that?

19    A.    After she came, then we realized that there

20 was procedures to keep these.

21    Q.    Okay.    And the follow-up question, have you

22 done that since she --

23    A.    Yes.

24         MR. LOGAN:    That's all I have.

23

1              RE-EXAMINATION BY

2              MR. LEWIS:

3    Q.    And actually Tony's Sporting Goods is still

4 in business buying and selling guns, isn't it?

5         ANTHONY MANUELE:    No, it's not.

6    A.    No.

7    Q.    No?

8    A.    No.

9    Q.    When did it stop?

10    A.    When he got the last notice that his license

11 was revoked.

12    Q.    Okay.

13         MR. LEWIS:    I don't have any more questions.

14         MR. LOGAN:    We'll waive signature.

15              (witness excused.)

16

17

18

19

20

21

22

23

24

24

1  STATE OF ILLINOIS        )
                            ) SS
2  COUNTY OF SANGAMON       )

3                CERTIFICATE

4    I, Susan Freeman, affiliated with Capitol

5 Reporting Service, Inc., do hereby certify that I

6 reported in shorthand the foregoing proceedings; that

7 the witness was duly sworn by me; and that the

8 foregoing is a true and correct transcript of my

9 shorthand notes so taken as aforesaid.

10    I further certify that I am in no way associated

11 with or related to any of the parties or attorneys

12 involved herein, nor am I financially interested in

13 the action.

14

15

16

17

18            _Susan Freeman_

19         Certified Shorthand Reporter
           License No. 084-001342
20         Registered _____
           and Notary Public
21                           **OFFICIAL SEAL**
                             **SUSAN FREEMAN**
22 Dated this 14th day of    NOTARY PUBLIC, STATE OF ILLINOIS
23 February, A.D., 2008,     MY COMMISSION EXPIRES 7-10-2011
24 at Springfield, Illinois.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., c/b/a TONY'S SPORTING GOODS, <br> Plaintiff, <br><br> v. <br><br> ACTING DIRECTOR OF INDUSTRY OPERATIONS, BUREAU OF ALCOHOL, TOBACCO, FIREARMS and EXPLOSIVES, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 07-3163 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **AFFIDAVIT**

1.    I, Theresa Bolash, am employed as an Industry Operations Investigator (IOI) with the Bureau of Alcohol, Tobacco, Firearms & Explosives. I have been an IOI for over 6 years. Prior to being employed by ATF I received a Bachelor of Science in Criminal Justice from Illinois State University. I am currently attending Western Illinois University to obtain a Master of Arts in Law Enforcement and Justice Administration.

2.    I attended ATF's New Professional Training (NPT) for 10 weeks from which I graduated with the honor of Distinguished Graduate. I have also attended a course on Advanced Firearms Trafficking.

3.    As an IOI, I have been the lead investigator on over 300 inspections, 200 of which were firearms inspections. These inspections include recording any inventory of firearms and a review of the records required by Federal regulations. These inspections are conducted on anyone who holds a Federal firearms license. Therefore, the location of these inspections can vary from warehouses, retail stores, or personal residences.

4.    Of all the firearms inspections I've conducted I have only recommended a license be revoked on 5 occasions, including Mr. Manuele's license. In considering all the inspections I've conducted, Mr. Manuele's records were some of the worst I've seen in my career.

5.    I was assigned to complete an inspection of Anthony Manuele Jr. d/b/a Tony's Sporting Goods and initial contact was attempted on October 3, 2005 at the licensed premises of 2001 Dirksen Parkway Springfield, IL 62702.

*EXHIBIT*

**4**

6.   When I arrived at the licensed premises unannounced I discovered the retail (warehouse-like) building to be locked and no longer holding regular business hours.

7.   I attempted to call the business number and found it had been disconnected. I then attempted to contact Mr. Manuele at his residence and left a message for him to contact me.

8.   On October 4, 2005 Mr. Manuele returned my message and confirmed he closed his storefront location. Mr. Manuele further stated he was in the process of relocating his business to his residence at 7922 Wildlife Road Chatham, IL 62629.

9.   Mr. Manuele informed me he was in the process of obtaining zoning approval to conduct business from his residence and would file an official amended application once zoning was obtained. Mr. Manuele indicated he would have the necessary zoning approval within a few weeks.

10.  I instructed Mr. Manuele to contact ATF once he obtained zoning approval and both the firearms inspection and amended inspection would be conducted in conjunction. (Federal firearms licensee's are required by law to notify ATF 30 days prior to moving to amend their license to the new location 27 CFR 478.52).

11.  By January 3, 2006 I had not been contacted by Mr. Manuele. I requested a Firearms Transfer Inquiry Program (FTIP) printout from the Illinois State Police for the timeframe of October 2005 through January 2006. This printout disclosed Mr. Manuele had initiated background checks on firearms purchasers on 56 occasions since the initial contact in October.

12.  It was clear that Mr. Manuele was still operating as a Federal firearms licensee from his location on Dirksen Parkway. Therefore, I attempted to contact Mr. Manuele on January 3, 2006 and January 5, 2006 to initiate the inspections. I left repeated messages for Mr. Manuele to contact ATF.

13.  I received a call from Mr. Manuele on January 10, 2006 and an appointment was made to initiate the inspection on January 12, 2006. I was informed that all inventory and records had been relocated to Mr. Manuele's residence, and therefore the inspection would take place there.

14.  Mr. Manuele stated he had another daytime job and would not be available until 4-4:30. I initiated the inspection field work on January 12, 2006 at approximately 4:30pm. IOI Julie McGlothlin joined me at approximately 5pm at my request to assist in this inspection as a result of the disorder I encountered.

15.    According to 27 CFR 478.124(b) ATF Forms 4473 are to be retained in "alphabetical (by name of purchaser), chronological (by date of disposition) or numerical (by transaction serial number) order."

16.    Upon entering Mr. Manuele's residence I discovered ATF records, specifically ATF Forms 4473, in complete disarray and scattered throughout the residence.

17.    ATF Forms 4473 were found in the dining room, living room and entryway of the house. I found ATF Forms 4473 in stacks on the dining room table and floor. Some ATF Forms 4473 were still in boxes with other business records, invoices, miscellaneous paper and what appeared to be garbage (empty cigarette cartons, cellophane and wrappers). This was a violation of 27 CFR 478.124(b).

18.    I also saw firearms in different areas of the house. I began the inspection by taking a full inventory of firearms on the premises while IOI McGlothlin attempted to create an order in the ATF Forms 4473. With the assistance of Mr. Manuele, I found the majority of firearms located in gun safes in Mr. Manuele's garage. I also found some firearms located in the entryway of the residence and the dining room.

19.    I then attempted to compare the firearms in inventory with the Acquisition and Disposition (A&D) record all Federal firearms licensees are required to maintain. Mr. Manuele provided his version of an A&D record which failed to meet the Federal regulation of 27 CFR 478.125(e).

20.    I was provided with a manual A&D record for the period of 1997 through 2006. Mr. Manuele also provided a computer printout of firearms acquired from 1991 through 1996. I requested a printout of dispositions from 1991 through 1996; Mr. Manuele stated he would have to set his old computer up to print them out. I was never provided the requested records.

21.    I inquired whether Mr. Manuele had an approved variance to keep the A&D records in an alternate manner (computerized records). Mr. Manuele stated he did not and he was told by ATF in 1996 to discontinue use of a computerized record system until such authorization was requested and granted. Since being told that, Mr. Manuele initiated the manual records.

22.    Throughout the inspection Mr. Manuele stated he attends a number of gun shows throughout the year and interacts with many other Federal firearms licensees at these shows. Mr. Manuele also stated he attended the Shooting Hunting Outdoor Trade Show (SHOT Show), held in Las Vegas, where ATF also has a booth. Mr. Manuele further stated he spoke with ATF representatives at the SHOT show.

23.  According to 27 CFR 478.125(e); the Acquisition and Disposition record should be maintained in "bound form" and in the particular format of Receipt and Disposition. The Receipt section should include the firearm description (Manufacturer/Importer, Model, Serial Number, Type, Caliber or Gauge) followed by the date the firearm is received and the name and address (or license number) from who it was received. The Disposition section will directly correlate with the receipt side and show the date of disposition, name to whom it was disposed and address or FFL number to whom it was disposed. If the licensee kept ATF Forms 4473 in serial number order there is an option to refer to the specific ATF Form 4473 where that firearm is disposed.

24.  Upon reviewing the manual records provided by Mr. Manuele I found multiple violations. The first most obvious violation was the records were not in bound fashion from the period of 1997-2006. This was a violation of 27 CFR 478.125(e).

25.  Aside from not being bound, I found Mr. Manuele's records also did not conform to the prescribed format. Mr. Manuele's records of receipt lacked the address or Federal firearms license number from whom the firearm was received. Further, Mr. Manuele's disposition records lacked the address or Federal firearm license number to whom the firearm was disposed. This was also a violation of 27 CFR 478.125(e). These records must be complete because when the owner/operator of a Federal firearms licensed business either retires or simply terminates his business, all records including the A&D records and ATF Forms 4473 must be submitted to the ATF Out of Business Records Center per 27 CFR 478.127. ATF then utilizes the FFL's records to complete the traces from discontinued businesses.

26.  The importance behind keeping complete and accurate records is two-fold. First, these records are used for tracing purposes to document the life of the firearm. Complete and accurate records are imperative to making a successful trace. Secondly, these records must be complete because at the conclusion of any Federal firearms business all records, including A&D records and ATF Forms 4473, must be submitted to the ATF Out of Business Records Center per 27 CFR 478.127. ATF then utilizes the FFL's records to complete the traces from discontinued businesses. The A&D records are just as essential as the ATF Forms 4473 in that even if every 4473 was accurate and accounted for they would not document when the firearms was acquired or any dispositions made to Federal firearms licensees, or to Mr. Manuele's personal collection.

27.  During the course of the inspection I also reviewed ATF Forms 4473. As stated before, it was evident the forms were not maintained in any order in that 4473's from multiple years were intermingled with each other. Mr. Manuele stated during the inspection that he used to keep the 4473's in 3-ring binders in chronological order. I asked Mr. Manuele why they were no longer in binders or in any order and he stated they would fall out of the binder and he would get behind.

4

28.  It is evident to me as an IOI that Mr. Manuele was indifferent to the Federal regulations requiring ATF Forms 4473 to be kept in some sort of order. Mr. Manuele readily admitted they were no longer in order because they would fall out of the binder and he would get behind on keeping them in any order.

29.  Due to the complete disorganization of the ATF Forms 4473 the majority of time on January 12, 2006 was spent trying to separate the forms into years to create some semblance of organization. Mr. Manuele had a photocopier available and provided a copy of all acquisition and disposition logs. It was approximately 9-9:30 PM, therefore, Mr. Manuele gave consent to remove some ATF Forms 4473 from the residence to review during daytime hours while Mr. Manuele was at his daytime job. I created a handwritten receipt outlining how many ATF Forms 4473 were being taken with me which was signed by both me and Mr. Manuele. I returned all the forms on January 17, 2006 and again a receipt was signed acknowledging all forms were accounted for. Mr. Manuele gave verbal consent to release these forms to his daughter if he was not available; therefore the receipt was signed by Katharine Manuele.

30.  From January 13, 2006 to January 25, 2006 I reviewed the copies, particularly the A&D records, of Mr. Manuele's records at the ATF office.

31.  In reviewing the records that I found, it was obvious that Mr. Manuele's records of acquisition did not correlate with the records of disposition. In essence, Mr. Manuele maintained one running "log" of firearms acquired; and one running "log" of firearms disposed. The only duplicate information on each log was the firearm model and serial number. To reconcile whether Mr. Manuele could account for all the firearms run through his business I had to compare each and every acquisition made from 1997 through 2006 with the firearms found in inventory and/or the entire log of dispositions. Therefore, to determine if any firearm on the acquisition log was accounted for, I had to review every disposition log from the point of acquisition forward to find a matching serial number.

32.  This is not typical for a firearms inspection. Had Mr. Manuele been maintaining the A&D record as required the acquisitions and dispositions would "line up" with each other and therefore only acquisitions that didn't have a disposition lined up with it would have to be reconciled.

33.  In trying to reconcile Mr. Manuele's 'logs' I discovered Mr. Manuele did not maintain any record of disposition for firearms sold in the years 2001, 2003 and 2004. I asked Mr. Manuele during the inspection if he might have the disposition records for 2001, 2003 and 2004 elsewhere. Mr. Manuele indicated he didn't know if those records existed and if they did where they might be.

34.  It is evident to me as an IOI Mr. Manuele knew of the requirement to maintain a record of disposition. While not accurate or as the regulations require, Mr. Manuele did maintain a record of disposition for all other years in the review period (1997-2000; 2002; 2005 & 2006).

35.  In trying to reconcile the records Mr. Manuele did keep, I found 611 firearms in the acquisition 'log' that could not be traced to a disposition recorded in the disposition logs or to a firearm in inventory. Of the 611 firearms, 299 were acquired in 2001, 2003 and 2004 where no record of disposition was kept.

36.  Again, it is evident to me as an IOI that Mr. Manuele knew he was required to maintain a record of disposition of firearms. Mr. Manuele was keeping a record of disposition for all other firearms sold and failed to be consistent with the record keeping.

37.  I also found when reconciling the records Mr. Manuele failed to enter 502 acquisitions of firearms, 16 of which were found in inventory during the inspection. In essence, Mr. Manuele had acquired 502 firearms and subsequently sold all but 16 without ever recording as having received them. These firearms were only found because Mr. Manuele did however record the disposition of the firearms in his disposition log.

38.  This is cause for concern as an IOI because it is evident that Mr. Manuele was not consistent in entering either the acquisition or dispositions of firearms. It is impossible to tell if Mr. Manuele had acquired and disposed of firearms for which neither was recorded in the records. The above discrepancies of 611 unknown dispositions and 502 unknown acquisitions are only known to ATF because Mr. Manuele had entered a fragment of the information required in his log.

39.  I also found that Mr. Manuele never entered any disposition made to another Federal firearms licensee in his disposition log. It is evident he knew such information was required in that on his home-made disposition log he labeled one such column as "FFL or 4473". This indicates to me as an IOI he was aware should the disposition be made to an FFL it still needed to be recorded. Again it is impossible to determine what firearms or how many were disposed to Federal firearms licensees due to the inconsistency in Mr. Manuele's records.

40.  A return visit was made on January 25, 2006 to continue reviewing licensee's ATF Forms 4473. The review period for the ATF Forms 4473 was January 2003 through January 2006 and a total of 1,271 forms were reviewed.

41.  In reviewing the ATF Forms 4473 I found eleven (11) forms where Mr. Manuele failed to obtain an answer for a prohibiting question prior to transferring a firearm.

6

42. The importance of obtaining accurate and complete answers for a prohibiting question is to ensure a firearm is not transferred to someone who can not legally possess it. Yet Mr. Manuele again showed blatant disregard to Federal regulations when he continued to transfer firearms to individuals who did not complete these prohibiting questions.

43. It is evident to me as an IOI that Mr. Manuele knows Federal regulations require the ATF Form 4473 to be filled out completely and accurately prior to transferring any firearm in that all other forms reviewed for that time period were completed correctly in reference to the prohibiting questions.

44. When reviewing the ATF Forms 4473 I also found on four (4) occasions Mr. Manuele failed to record the identification of the purchaser on ATF Form 4473. This is an important element in that there is no way to ensure the information supplied on the ATF Form 4473 was indeed the individual who completed it and obtained the firearm.

45. Again the purpose of verifying the identity of your purchaser is to ensure firearms are not transferred to a prohibited person (i.e. a felon).

46. I also found 269 occasions were Mr. Manuele failed to obtain an accurate or complete ATF Form 4473 prior to transferring a firearm. These errors or omissions did not occur on prohibiting questions. These errors included (but not limited to) personal information (i.e. address), firearm information (i.e. manufacturer, model, serial number, type, caliber/gauge), Federal firearm licensee information (FFL name, address and license number) and transferor information (name, signature, title and date of person physically transferring the firearm). ·

47. Again it is evident to me as an IOI that Mr. Manuele knew Federal regulations require him to obtain a complete and accurate ATF Form 4473 prior to transferring any firearm in that on the majority of transfers he did just that.

48. In reviewing the ATF Forms dated from January 2003 through January 2006, I also found 40 unreported multiple sales of handguns.

49. According to 27 CFR 478.126a; ATF Form 3310.4, Report of Multiple Dispositions of Pistols or Revolvers, must be completed "whenever the licensee sells or otherwise disposes of, at one time or during any five day consecutive business days, two or more, pistols, or revolvers, or any combination of pistols and revolvers totaling two or more, to an unlicensed person..." This form is to be completed not later than the close of business on the day the multiple sale or other disposition occurs. Copies of ATF Form 3310.4 are to be forwarded to ATF and the State police and the licensee shall retain one copy and attach it to the ATF Form 4473.

7

50.   When reviewing Mr. Manuele's ATF Forms 4473, I found 40 occasions involving 91 firearms where an individual purchased two or more pistols and/or revolvers at one time or within 5 consecutive days. Mr. Manuele did not report these multiple sales on ATF Form 3310.4 and forward such form to ATF.

51.   During the inspection Mr. Manuele did state that he used to report the multiple sales. I reviewed the trace history for Mr. Manuele's license which discloses any multiple sales reported to ATF as well as any firearms traced through Mr. Manuele's business. The trace history for Mr. Manuele confirmed he had properly reported 18 multiple sales of pistols and/or revolvers for the period of 1999 through January 2003. However, since that time Mr. Manuele had ceased reporting any multiple sales.

52.   It is evident to me as an IOI that Mr. Manuele clearly knew he was required to report such multiple sales to ATF in that he successfully did so for at least 4 years. For reasons unknown, Mr. Manuele decided in 2003 to disregard Federal regulations and the requirement to complete ATF Form 3310.4.

53.   At the conclusion of the January 25, 2006, Mr. Manuele indicated a filing cabinet still remained at the retail storefront and might contain ATF records. Therefore, we made arrangements to meet at the storefront January 26, 2006 once Mr. Manuele was off work, approximately 4 or 4:30.

54.   I had not heard from Mr. Manuele all day and therefore tried to contact him on his cell phone to ensure we were still meeting at the storefront location. However, Mrs. Manuele answered the phone and informed me Mr. Manuele had been admitted to the hospital and was awaiting test results. Mrs. Manuele was asked to have her husband contact me once he was released from the hospital and feeling better.

55.   I had not received any contact from Mr. Manuele for a week; therefore I contacted the local hospital on February 2, 2006 to determine if he was still a patient. The hospital stated he had been discharged.

56.   I attempted to contact Mr. Manuele on February 2, 2006. I left a message on Mr. Manuele's residence number to contact ATF to complete the ongoing inspection.

57.   I attempted to contact Mr. Manuele on February 3, 2006 on his cell phone which went immediately to voicemail stating "Due to a recent illness all calls regarding business, work or properties are referred to attorney Mike Logan. He can be reached at 522-8880. Sorry for any inconveniences."

58.   I then contacted Mr. Logan to complete the ongoing inspection. An appointment was made to meet Mr. Logan at the storefront location on February 13, 2006 to determine if any records were remaining at the storefront.

8

59.    I arrived at the storefront location the morning of February 13, 2006 and met Mr. Logan. However, Mr. Logan stated his client supplied him with the wrong keys to open the locks at the storefront. Mr. Logan stated he would contact his client and obtain the proper keys.

60.    I received a phone call from Mr. Logan in the afternoon of February 13, 2006 stating the filing cabinet in question was being delivered to his law office. I therefore went to Mr. Logan's office at 837 South 4th Street Springfield, IL to inspect any ATF records potentially in this filing cabinet. However, upon inspection no such records were found.

61.    I did not obtain a Power of Attorney from Mr. Logan immediately because Mr. Manuele had directly referred ATF to Mr. Logan due to health reasons. However, on February 8, 2006 I requested another FTIP printout from the Illinois State Police which disclosed Mr. Manuele was still actively engaged in the business in that he had initiated background checks.

62.    Therefore during the visit to Mr. Logan's office on February 13, 2006, I requested a Power of Attorney from Mr. Logan. A courtesy copy of required corrections to be made by Mr. Manuele was provided to Mr. Logan with an explanation of how to make such corrections. I also requested Mr. Logan to arrange a meeting with his client and myself to discuss the corrections with him directly. Mr. Logan stated he would try to arrange such a meeting.

63.    I contacted Mr. Logan on February 17, 2006 to again discuss arranging a meeting with Mr. Manuele. Mr. Logan stated that he had passed the corrections on to Mr. Manuele and they should be completed by the end of February, 2006.

64.    Upon guidance from ATF Chicago Field Division Counsel's Office, contact with Mr. Logan was terminated because a Power of Attorney had not yet been received as of February 27, 2006.

65.    I sent correspondence to Mr. Manuele's residence by certified mail on March 2, 2006 requesting he either contact ATF or provide ATF with a notarized Power of Attorney. A return receipt indicated delivery on March 3, 2006.

66.    Mr. Logan faxed a copy of a Power of Attorney to ATF on March 7, 2006 with an original hard copy received by mail on March 8, 2006.

67.    I forwarded the Power of Attorney to ATF Chicago Field Division Counsel's Office to determine if it was acceptable. The Power of Attorney supplied was found not to conform to the Illinois form for Powers of Attorneys.

68. I sent a second correspondence to Mr. Manuele's residence by certified mail on March 24, 2007 requesting a formal Power of Attorney. This correspondence was left unclaimed and was returned to the ATF office on April 17, 2006.

69. I contacted the Chatham Post Office on April 18, 2006 to determine if the Manuele residence was receiving mail deliveries. A Chatham Post Office employee confirmed mail was being received on a daily basis at the Manuele residence.

70. I again obtained an FTIP printout from the Illinois State Police on April 17, 2006 which disclosed Mr. Manuele had initiated 23 background checks since February 18, 2006. This indicated to me Mr. Manuele continued to be engaged in business while failing to comply with ATF's request for a Power of Attorney or allowing ATF to complete the ongoing inspection.

71. Due to Mr. Manuele's failure to respond to ATF I submitted my inspection documenting the numerous willful violations made by Mr. Manuele and a recommendation to revoke the license held by Anthony Manuele Jr.

72. In late February 2008, after observing the deposition of Mr. Manuele, I received a packet of records from Assistant U.S. Attorney James Lewis. Mr. Lewis informed me he obtained the records from Mr. Logan. At the conclusion of the deposition, Mr. Manuele was asked to provide any missing disposition records for the years 2001, 2003 and 2004. It is unclear to me if these records are intended to fulfill this request.

73. I made a preliminary review of the records provided and found them to be problematic. First, the records provided did not encompass all the years of Mr. Manuele's business, nor did it meet our request for three specific years. The records provided were strictly disposition entries made for 2000, 2004 and 2006.

74. Secondly, the records provided appeared to be a computerized printout. Mr. Manuele has never held a variance to maintain records in a computerized format. Further, it is unclear if this record was in existence during the inspection process and hearing or if these records were created after the fact. If these records were always in existence, I am left wondering why they were not made available during the inspection. If these records were created after the fact, they are still problematic in that Mr. Manuele continues to create records that are not in compliance with Federal Regulations.

75. Lastly, since Mr. Manuele provided unauthorized computerized records that duplicated the manual records he had previously supplied copies of, I was able to make a cursory review in comparing the duplicate records. This cursory review was troublesome in that it blatantly showed inconsistencies within Mr. Manuele's records. I found numerous firearms on the computerized records that were never recorded in Mr. Manuele's manual records, indicating even more firearms that are not accounted for that were previously

unknown to ATF. Secondly, dispositions that were found on both sets of records very often listed different disposition dates varying from a 1-2 day difference to over 60 days difference. I also found instances when Mr. Manuele's computerized record reflects a firearm was sold 1-2 days before he recorded the receipt of the firearm in his manual records. All of these inconsistencies leave me to question the reliability of any of Mr. Manuele's records, computerized or not.

3/5/08
DATE

THERESA BOLASH

Signed and subscribed to before me this

5th day of March , 2008.

Notary Public

My seal expires 5/20/2010

OFFICIAL SEAL
KATHLEEN G. GAILLARD
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5-20-2010

11

**E-FILED**
Thursday, 06 March, 2008  03:09:13 PM
Clerk, U.S. District Court, ILCD



EXHIBIT 5

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Stanley T Pirok | rifle | | | | | | | 4473 |
| Robert N Hubert II | rifle | | | | | | | 4473 |
| Steven V Dwyer | rifle | | | | | | | 4473 |
| Jeffery Hammann | shotgun | | | | | | | 4473 |
| Garrick A Williams | rifle | | | | | | | 4473 |
| Donald J Brown Jr. | rifle | | | | | | | 4473 |
| John F Reagan | pisto. | | | | | | | 4473 |
| Roger D Zimmerman | rifle | | | | | | | 4473 |
| Richard Z Moseley | Rifle | | | | | | | 4473 |
| William B Fernandez | rifle | | | | | | | 4473 |
| Harold J Wallace | rifle | | | | | | | 4473 |
| Jeremy A Shonkwiler | rifle | | | | | | | 4473 |
| Brent E Harney | rifle | | | | | | | 4473 |
| Ethan R Aubey | rifle | Ruger | 290-20489 | 10/22RBM | 22mag | 1/9/00 | 4473 | 4473 |
| Russell V Turner | rifle | Ruger | 290-20244 | 10/22RBM | 22mag | 1/9/00 | 14473 | 14473 |
| Russell V Turner | rifle | Remington | C6616263 | 700 | 280 | 1/9/00 | 24473 | 24473 |
| Curtis M Clampet | rifle | Remington | PC661333 | 11/87 | 12G | 1/11/00 | 34473 | 34473 |
| David L Pfeiffer | rifle | Enfield | PF233216 | #4MKII | 303 | 1/13/00 | 44473 | 4.4473 |
| | | Bushmaster | L150012 | XM15E2S | 223 | 1/13/00 | 54473 | 54473 |
| | | Astra/EA | W4655 | A-70 | 40cal | 1/22/00 | 64473 | 64473 |
| | | Savage | 164789 | 340D | 222 | 1/24/00 | 74473 | 74473 |
| | | Bushmaster | L178267 | XM15E2S | 222 | 1/30/00 | 84473 | 84473 |
| | | Bushmaster | L174436 | XM15E2S | 223 | 1/30/00 | 94473 | 94473 |
| | | Marlin | 01042^31 | CB38/55 | 38/55 | 1/30/00 | 104473 | 104473 |
| | | Bushmaster | L176845 | XM15E2S | 223 | 1/30/00 | 114473 | 114473 |
| | | CIA | 0C10199 | Cen 99 sporter | 308 | 1/30/00 | 124473 | 124473 |
| | | CIA | NR5290 | M44 | 7.62x54R | 2/15/00 | 134473 | 134473 |
| | | CIA/Romanian | S^03965-99 | AK47 | 7.62x39 | 2/17/00 | 144473 | 144473 |
| | | CIA/Romanian | S^04441-99 | AK47 | 7.62x39 | 2/18/00 | 154473 | 154473 |
| | | Chinese | 69631 | SKS | 7.62x39 | 2/20/00 | 154473 | 154473 |
| | | Ruger | 29C-26147 | 10/22RBM | 22mag | 2/20/00 | 164473 | 164473 |
| | | | | | | | 174473 | 174473 |

Page '

FEB 12 '08  11:09AM  Md60:11  P.02
Anthony manuele 217-697-5176

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| ld A Goone | pistol | Spring. Armory | N389672 | 1911A1 | 45acp | 2/23/00 | 184473 | |
| Gary E Sexton | shotgun | Armsport | 125683 | 2802 | 12G | 2/20/00 | 194473 | |
| J Klein Jr | rifle | Winchester | 73526 | M75 | 22lr | 2/21/00 | 204473 | |
| g K Stults | rifle | Ruger | 290-23133 | 10/22RBM | 22mag | 2/21/00 | 214473 | |
| n S Garrison | rifle | Ruger | 180-44432 | Mini-14 | 223 | 2/22/00 | 224473 | |
| arick A Williams | rifle | CIA | 4090 | M44 | 7.62x54R | 2/24/00 | 234473 | |
| andy B Lohr | shotgun | Winchester | 9422 | FTF1877 | 22lr | 2/27/00 | 244473 | |
| arick A Williams | pistol | Mossberg | 500 | M500CR | 20G | 2/27/00 | 244473 | |
| thur M Micnaels | revolver | PW Arms | Mak | BO292994 | 9x18 | 3/1/00 | 254473 | |
| albert E Roley | rifle | Ruger | 00583 | 057-06627 | 38/357 | 3/3/00 | 264473 | |
| an W Ayers | shotgun | Browning | 58511NT817 | A-Bolt | 22-250 | 3/3/00 | 274473 | |
| ark R Marcys | rifle | Ruger | 411-40806 | Red Label | 12G | 3/4/00 | 284473 | |
| onald Brown | rifle | Chinese | 10165339 | SKS | 7.62x39 | 3/5/00 | 294473 | |
| onald Brown | rifle | Browning | A Bolt | 50154NM7C7 | 338 | 03/07/00 | 304473 | |
| cott Walker | rifle | Browning | A Bolt | 52876NV817 | 22.250 | 03/07/00 | 334473 | |
| ichael Tautprzeus | rifle | Bushmaster | XM15EZS | L181832 | 223 | 03/11/00 | 334473 | |
| onald Lowe | rifle | Mini 14 | K mini 14 | 186-98823 | 223 | 03/11/00 | 354473 | |
| harles Binnion | pistol | Bushmaster | XM15EZS | 476956 | 223 | 03/12/00 | 354473 | |
| nry Achas | shotgun | Ruger | Mini 14 | 196-04411 | 223 | 03/12/00 | 374473 | |
| rman Hitt | revolver | Glock | M27 | DKW016US | 40 | 03/12/00 | 384473 | |
| mes Stone | shotgun | Mossberg | Ulti Mag 835 | UM518973 | 12 | 03/21/00 | 394473 | |
| nneth Cunningham | rifle | Rossi | R35102 | RE69628 | 38spc | 03/21/00 | 404473 | |
| chell Curtis | rifle | Remington | 870 | C716571A | 12 | 04/07/00 | 414473 | |
| rk Stern | pistol | Marlin | 18958 | 00013252 | 45/70 | 04/16/00 | 424473 | |
| gust Yount | rifle | PWA | AR15 | 18772 | 223 | 04/17/00 | 434473 | |
| ert Haney | rifle | Ruger | P90-T | 662-05075 | 45acp | 04/18/00 | 444473 | |
| y Donal | lower receiver | Marlin | 1897CB | 00130157 | 22lr | 04/19/00 | 454473 | |
| y Donal | lower receiver | Colt | AR15 | SP71777 | 223 | 04/29/00 | 464473 | |
| y Donal | lower receiver | Springfield Armory | M1 Carbine | SC11659 | 30 | 04/30/00 | 474473 | |
| y Donal | lower receiver | Springfield Armory | M1 Carbine | SC11713 | 30 | 04/30/00 | 484473 | |
| y Donal | lower receiver | Springfield Armory | M1 Carbine | SC11752 | 30 | 04/30/00 | 484473 | |
| y Donal | lower receiver | Springfield Armory | M1 Carbine | SC11841 | 30 | 04/30/00 | 484473 | |
| y Donal | lower receiver | Springfield Armory | M1 Carbine | SC11799 | 30 | 04/30/00 | 484473 | |

Page 2

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| John Snow | rifle | Maaoi | Misr 90 | CM13054 | 7.62x39 | 04/30/00 | 53 | 4473 |
| Jack Simpson | rifle | Marlin | 60 | 15313038 | 22lr | 04/30/00 | 54 | 4473 |
| John Funderburk | rifle | Maaol | Misr 90 | CM11672 | 7.62x39 | 04/30/00 | 55 | 4473 |
| Kevin Bailey | rifle | Ruger | 77/22 | 702-16847 | 22lr | 05/01/00 | 56 | 4473 |
| Edward Verardi | rifle | Ruger | NO 1 | 13372858 | 22-250 | 05/01/00 | 57 | 4473 |
| Michael Catalano | rifle | Ruger | K10 | 249-53574 | 22lr | 05/01/00 | 58 | 4473 |
| John Kremizki | muzzle loader | CUA | Trapper shotgun | n/a | 12 | 05/01/00 | 59 | 4473 |
| Brian Roderdick | rifle | Swedish Mauser | M96 | 356009 | 6.5mm | 05/01/00 | 60 | 4473 |
| Raymond Landholt | revolver | S&W | 10 | D473677 | 38spl | 05/02/00 | 61 | 4473 |
| Robert Haley | revolver | Ruger | Vaquero | 56-69209 | 38spl | 05/02/00 | 62 | 4473 |
| Ronald Barnstable | revolver | S&W | 14-3 | K46663 | 45 | 05/03/00 | 63 | 4473 |
| Charles Wilson | pistol | Browning | Hi Power | 18780-1081 | 38spl | 05/03/00 | 64 | 4473 |
| James Ross | revolver | Heritage Arms | sent | P506985 | 9mm | 05/03/00 | 65 | 4473 |
| Donald Wilson | rifle | Winchester | 94 | 2390722 | 38spl | 05/03/00 | 66 | 4473 |
| Kenneth Lyons | rifle | Ruger | 10/22 | 25065839 | 30/30 | 05/01/00 | 67 | 4473 |
| Katrin Gilbert | pistol | Cent Arms | P38 | 4343 | 22 | 05/03/00 | 68 | 4473 |
| Jason Hults | pistol | Walther | PPK-S | S136240 | 9mm | 05/03/00 | 69 | 4473 |
| Russell Cooper | pistol | Beretta | 92FS | BER 186484 | 380 | 05/03/00 | 70 | 4473 |
| Dale Whitehurst | pistol | Beretta | 21 | BES 59595U | 9mm | 05/03/00 | 71 | 4473 |
| Jerry Seeforth | revolver | S&W | 629 | CD55428 | 22 | 05/03/00 | 72 | 4473 |
| Gregory Cross | revolver | Ruger | Vaquero | 57-64888 | 44mag | 05/03/00 | 73 | 4473 |
| Michael Hulett | pistol | Phoenix Arms | Raven | 3141055 | 45lc | 06/03/00 | 74 | 4473 |
| Thomas Brauer | pistol | Browning | Buckmark | 515NN16327 | 25acp | 05/03/00 | 75 | 4473 |
| Phillip Campo | rifle | Taurus | 62 | SL 4304 | 22lr | 05/04/00 | 76 | 4473 |
| Phillip Campo | rifle | Taurus | 62 | SK 3729 | 22lr | 05/07/00 | 78 | 4473 |
| Michae Schleifer | revolver | Ruger | 10/22 | 29D-20449 | 22mag | 05/11/00 | 79 | 4473 |
| Garrick Williams | revolver | Enfield | Commando | W22 | 38sw | 05/13/00 | 80 | 4473 |
| Michael Henry | pistol | Seecamp | LSW 32 | 036401 | 32acp | 05/13/00 | 81 | 4473 |
| Michael Henry | revolver | S&W | 629 | RSR1705 | 44mag | 05/08/00 | 82 | 4473 |
| John Werner | rifle | CIA Roman | 196G | V1411 | 22lr | 05/21/00 | 83 | 4473 |
| James Stone | pistol | S&W | 4586 | V1V8315 | 45acp | 05/21/00 | 84 | 4473 |
| Richard Burton | rifle | Marlin | 1895 LTD IV | 1V000151 | 45/70 | | | |
| Robert Werner | rifle | Marlin | 18956 | 00015129 | 45/70 | | | |

Page 3

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|---------------|-------|-----------|------|---------|-------------|
| Marlyn Janssen | rifle | Ruger | 10/22T | 250-84624 | 22lr | 06/23/00 | 85 4473 | |
| John Lyons | rifle | Marlin | 25M6 | 00340883 | 22mag | 06/29/00 | 86 4473 | |
| Kevin Wetter | pistol | Bulgarian | Makarov | BA281203 | 9x18 | 06/16/00 | 87 4473 | |
| Russell Weller | pistol | Bulgarian | Makarov | BA281231 | 9x18 | 06/16/00 | 88 4473 | |
| Raymond Rizzieti | rifle | Marlin | 1895 LTD4 | IU000294 | 45/70 | 06/24/00 | 89 4473 | |
| Michael Henry | pistol | Bushmaster | XM15E2S | L181281 | 223 | 06/24/00 | 90 4473 | |
| Patrick Walt | shotgun | Kimber | Custom | KSC0444 | 45acp | 06/22/00 | 91 4473 | |
| Robert Ray | rifle | Beretta | AL390 | X01749E | 12 | 06/24/00 | 92 4473 | |
| David Goone | rifle | Colt | 6700C | CCH026805 | 223 | 07/16/00 | 93 4473 | |
| Patrick Miller | rifle | Bushmaster | Bullpvp | P06091 | 223 | 07/16/00 | 94 4473 | |
| Kent Kurnitskienfie | rifle | Arsenal | SLR95MB | KO371986 | 7.62x39 | 07/16/00 | 95 4473 | |
| John Trader | rifle | Ruger | 10/22 | 249 91377 | 22lr | 07/17/00 | 96 4473 | |
| Ronald Goss | rifle | CBC Mfg | 122.2T | 08.069 | 22lr | 07/17/00 | 97 4473 | |
| Kent Kramer | revolver | Remington | 700 | B6291390 | 308 | 07/22/00 | 98 4473 | |
| Garrick Williams | pistol | Springfield Armory | Single Slx | 261-13143 | 22lr | 07/26/00 | 99 4473 | |
| David Goone | revolver | Ruger | 1911 A1 | N405130 | 45acp | 07/27/00 | 100 4473 | |
| Darln Miller | rifla | CAI | Vaquero | 57-46083 | 45acp | 08/08/00 | 101 4473 | |
| Russell Weller | pistol | Norinco | M1 Gar | M109238 | 30.06 | 08/11/00 | 102 4473 | |
| David Goone | revolver | SAC Lorlssc | NHM91 | 1XM9301650 | 7.62x39 | 08/12/00 | 103 4473 | |
| Michael Baumann | shotgun | Ruger | T299 | T002882 | 9mm | 08/12/00 | 103 4473 | |
| Charles Orr | rifle | Ruger | Vaquero | 57-46084 | 45acp | 08/14/00 | 104 4473 | |
| Lornie Kitson | rifle | Ruger | Red Label | 411-30826 | 12 | 08/20/00 | 105 4473 | |
| John McCloskey | shotgun | Ruger | Mini 30 | 189-93271 | 7.62x39 | 08/21/00 | 106 4473 | |
| Steven Hays | rifle | Remington | Mni 30 | 189-95843 | 7.62x39 | 08/21/00 | 107 4473 | |
| David Nicol | rifle | Colt | 870 | C353589M | 12 | 08/21/00 | 108 4473 | |
| Phil Difani | rifle | Colt | 6700c | CCH028459 | 223 | 08/21/00 | 109 4473 | |
| Richard Jones | rifle | Ruger | M76731 | US59964 | 223 | 08/26/00 | 110 4473 | |
| Robert Hopkins | rifle | Ruger | 10/22 | 250-92387 | 22lr | 08/26/00 | 111 4473 | |
| Daniel Calvin | rifle | Ruger | 10/22 | 251-55595 | 22lr | 08/26/00 | 112 4473 | |
| Mark Signorelli | rifle | Russian | SKS | 251-17706 | 22lr | 08/26/00 | 113 4473 | |
| Jason Coppie | rifle | Romanian | SAR-1 | S-1 16901-200 | 7.62x39 | 08/26/00 | 114 4473 | |
| | rifle | Ruger | 10/22 | 251-25983 | 22lr | 08/27/00 | 115 4473 | |
| | | | | | | | 116 4473 | |

Page 4

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| John Lyons | revolver | Ruger | Super Redhawk | 551-59344 | 454 | 08/27/00 | 117 4473 | |
| William Zeigenbein | rifle | Ruger | 10/22 | 290-37236 | 22lr | 08/27/00 | 118 4473 | |
| Charles Achlas | rifle | Ruger | 01137 | 251-2506 | 22 | 08/28/00 | 119 4473 | |
| Robert Peters | revolver | Taurus | 66 | TE813717 | 357 | 08/29/00 | 120 4473 | |
| Robert Peters | revolver | Taurus | 66 | TE813721 | 357 | 08/29/00 | 120 4473 | |
| Edward Osman | pistol | Browning | HI Power | 245NW87650 | 9mm | 08/29/00 | 120 4473 | |
| Gary Wells | rifle | Bushmaster | XM115EZS | 474517 | 223 | 09/06/00 | 122 4473 | |
| Jack Simpson | pistol | Bulgarian | Makarov | BA 29 2997 | 223 | 09/07/00 | 123 4473 | |
| Howard Sheppard | pistol | Ruger | P97 | 663-22299 | 9x18 | 09/08/00 | 124 4473 | |
| Ronald Roy | rifle | Colt | AR15 | LGC016327 | 45acp | 09/16/00 | 125 4473 | |
| Samuel Harris | rifle | Ruger | 10/22 | 290-372 57 | 223 | 09/16/00 | 126 4473 | |
| Rick Anderson | rifle | Chinese Norinco | SKS | D24079156 | 22mag | 09/17/00 | 127 4473 | |
| Bryan Davis | rifle | Armalile | AR 10 | US 59964 | 7.62x39 | 09/17/00 | 128 4473 | |
| David Parker | pistol | Chinese Norinco | SKS | D24031374 | 308 | 09/17/00 | 129 4473 | |
| Donald Kilgore | rifle | Hi-Point | C9 | P209664 | 7.62x39 | 09/17/00 | 130 4473 | |
| Carl Quinlan | rifle | Special Weapons | SW-5 | 5-00-08-018 | 9mm | 09/17/00 | 131 4473 | |
| John Hickey | rifle | Romanian | SAR 1 | S1-13510-99 | 9mm | 09/18/00 | 132 4473 | |
| John Hickey | rifle | Romanian | SAR 1 | S1-14538-99 | 7.62x39 | 09/19/00 | 133 4473 | |
| George Mathews | rifle | Marlin | Camp 9 | 03447173 | 7.62x39 | 09/19/00 | 133 4473 | |
| Terry Anderson | rifle | Ruger | 10/22 | 290-39148 | 9mm | 09/21/00 | 133 4473 | |
| Lance Gilbert | pistol | Century Arms | Cetme | L00356 | 22m | 09/21/0 | 135 4473 | |
| Robert O'Brien | pistol | Glock | 21 | DTV034US | 308 | 09/23/00 | 136 4473 | |
| Robert Peters | revolver | FMJ | DD | M0000800 4 | 45acp | 09/28/00 | 137 4473 | |
| Phil Campo | shotgun | Taurus | 94SS | TG49412 | 410/45lc | 09/29/00 | 138 4473 | |
| Howard Sheppard | pistol | Winchester | 1300 Defender | L287 6887 | 22lr | 09/29/00 | 139 4473 | |
| Howard Sheppard | rifle | Bulgarian | Makarov | 25-2522 | 12 | 10/04/00 | 140 4473 | |
| Joan Adcock | rifle | Ruger | 10/22 | 250-92308 | 9x18 | 10/04/00 | 141 4473 | |
| Richard Kleeb | rifle | Romanian | SAR 1 | S1-13442-99 | 22lr | 10/05/00 | 141 4473 | |
| Alexis Grabbe | rifle | Marlin | 15YN | 02316028 | 7.62x39 | 10/07/00 | 142 4473 | |
| Lawrence Sinkula | rifle | Marlin | 336D | 33600097 | 22 | 10/07/00 | 143 4473 | |
| John Hoormann | rifle | Ruger | 10/22 | 250-15274 | 35rem | 10/07/00 | 144 4473 | |
| Larry Shaw | rifle | CAI | R1559X | M1.08363 | 22lr | 10/08/00 | 145 4473 | |
| Steven Eveloff | pistol | Seecamp | LWS 32 | 037476 | 30.06 | 10/10/00 | 146 4473 | |
| | | | | | 35auto | 10/11/00 | 148 4473 | |

Page 5

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Steven Eveloff | pistol | Seecamp | LWS 32 | 037477 | 35auto | 10/11/00 | 1484473 | |
| Steven Eveloff | pistol | Seecamp | LWS 32 | 037478 | 35auto | 10/11/00 | 1484473 | |
| David Goone | shotgun | Browning | 8PS | 05714NTB52 | 12 | 10/13/00 | 1524473 | |
| Gerald Lineberry | rifle | Colt | 6601 | CMH001292 | 223 | 10/15/00 | 1534473 | |
| David Hults | rifle | Romanian | SAR 1 | S1-14534 | 7.62x39 | 10/15/00 | 1544473 | |
| Robert Holland | rifle | Savage | 93 | 915546 | 22mag | 10/16/00 | 1554473 | |
| Thomas Tucker | rifle | Romanian | SKS | FE2071 | 7.62x39 | 10/16/00 | 1564473 | |
| Thomas Tucker | shotgun | Winchester | 1300 | U2540384 | 12 | 10/16/00 | 1564473 | |
| Mike Miller | rifle | Ruger | 10/22 | 25202146 | 22 | 10/16/00 | 1564473 | |
| Garnick Williams | shotgun | Springfield Sports | 1 Musket | 92406 | 410 | 10/16/00 | 1584473 | |
| David Leach | revolver | Taurus | 2-454081 | R6673476 | 454cas | 10/17/00 | 1594473 | |
| David Leach | rifle | Marlin | 25NC | 00375410 | 22lr | 10/18/00 | 1604473 | |
| Jack Simpson | rifle | Remington | 700 | A661T534 | 30.06 | 10/18/00 | 1604473 | |
| Donald Walker | pistol | S&W | 61-2 | B-23-705 | 22lr | 10/18/00 | 1624473 | |
| Terry Anderson | rifle | Romanian | SAR 3 | S3-03232-2000 | 223 | 10/19/00 | 1634473 | |
| Arthur Michels | rifle | Winchester | 94 | 4658020 | 30.30 | 10/19/00 | 1644473 | |
| Chad Carter | rifle | Romanian | SAR 3 | S3-03317-2000 | 223 | 10/20/00 | 1654473 | |
| Craig Trudeau | pistol | Glock | 36 | DWN916 | 45acp | 10/20/00 | 1664473 | |
| Craig Trudeau | rifle | Century Arms | Cetme | C00566 | 308 | 10/20/00 | 1674473 | |
| Peter Catalano | shotgun | New England | | NP345845 | 410 | 10/20/00 | 1674473 | |
| Peter Catalano | shotgun | Mossberg | 500 | L093372 | 12 | 10/25/00 | 1684473 | |
| Robert Gollon | pistol | Glock | 27 | DXK032US | 40 | 10/25/00 | 1694473 | |
| Banard Kocka | revolver | Colt | King Cobra | KU 3514 | 357 | 10/27/00 | 1714473 | |
| Louis Henne | rifle | Marlin | 1897LB | 00132510 | 22lr | 10/28/00 | 1724473 | |
| Louis Henne | rifle | Marlin | 1895 LTD IV | 1V000192 | 45/70 | 10/28/00 | 1734473 | |
| Louis Henne | rifle | Marlin | 1895 LTD IV | 1V000372 | 45/70 | 10/28/00 | 1734473 | |
| Robert O'Brien | pistol | Glock | 23 | DWH691US | 40 | 10/28/00 | 1734473 | |
| Martin Jones | rifle | Century Arms | Cetme | C00834 | 308 | 05/28/00 | 1764473 | |
| Shane Sonneborn | pistol | E German | Makarov | AY5035 | 9x18 | 10/30/00 | 1774473 | |
| Shane Sonneborn | rifle | Springfield Armory | M1A | 11:692 | 308 | 10/30/00 | 1784473 | |
| George Schultz | rifle | Ruger | Mini 14 | 196-19969 | 223 | 10/30/00 | 1804473 | |
| Danny Philips | rifle | Professional Ord | 97 | C04346 | 223 | 10/30/00 | 1814473 | |
| Kevin Cain | shotgun | Remington | 870 | C755847M | 12 | 11/01/00 | 1824473 | |

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Russell Weiler | rifle | Century Arms | M1 Grand | 08394 | 30.06 | 11/01/00 | 1834473 | |
| Vito Gallina | revolver | Ruger | SuperRedHawk | 551-86695 | 454cas | 11/02/00 | 1844473 | |
| Shon Orrill | sholgun | Mossberg | 9200 | SA9377 | 12 | 11/07/00 | 1854473 | |
| Jonathan Nation | sholgun | Remington | 11/87 | RC117849 | 12 | 11/07/00 | 1864473 | |
| John Charles Bosher | shotgun | Remington | 870 | C755942M | 12 | 11/10/00 | 1874473 | |
| Brent Harney | revolver | S&W | 28 | N99991 | 357 | 11/10/00 | 1884473 | |
| David Leach | pistol | Glock | 23 | DYD141US | 40 | 11/10/00 | 1894473 | |
| Donald Jones | rifle | JMI | M-1 | R205198 | 30 | 11/12/00 | 1904473 | |
| Ralph Oliday | rifle | Czech | 452 | 708827 | 22lr | 11/12/00 | 1914473 | |
| Robert Rusciolelli | rifle | MAS | M1936 | 37114 | 7.5mm | 11/15/00 | 1924473 | |
| Gary Garrison | revolver | S&W | 686 | ADY3538 | 357 | 11/16/00 | 1934473 | |
| Gary Garrison | rifle | Enfield | 4 MK II | PF233215 | 303 | 11/16/00 | 1934473 | |
| Brian Keller | rifle | Hi-Point | 9m Carbine | B10363 | 9mm | 11/18/00 | 1954473 | |
| Roger Nuss | rifle | Century Arms | Cetme | C00401 | 308 | 11/18/00 | 1964473 | |
| Roger Nuss | rifle | Century Arms | Cetme | C00535 | 308 | 11/18/00 | 1964473 | |
| John Mutch | rifle | Ruger | 10/22 | 251-177-18 | 22lr | 11/18/00 | 1964473 | |
| George Mathews | rifle | Ruger | Mini 30 | 189-95461 | 7.62x39 | 11/20/00 | 1984473 | |
| Mark Pennell | rifle | Ruger | M77 | 782-78267 | 243 | 11/21/00 | 1994473 | |
| Eric Prewitt | rifle | Bushmaster | XM15 | L204754 | 223 | 11/21/00 | 2004473 | |
| John Calcari | pistol | SIG | P220 | 0314541 | 45acp | 11/21/00 | 2014473 | |
| Leslie Hild | revolver | Charter Arms | Undercover | 266160 | 38 | 11/22/00 | 2024473 | |
| Harold Schubert | shotgun | Remington | 870 | W226633U | 20 | 11/25/00 | 2034473 | |
| Robert Werner | rifle | Ruger | K10 | 251-55335 | 22lr | 11/26/00 | 2044473 | |
| Gary Hileman | shotgun | CUA | CUA | 008167 | 20 | 11/26/00 | 2054473 | |
| Alix Armstead | rifle | Marlin | 1895SS | 00073545 | 45/71 | 11/26/00 | 2064473 | |
| Kenneth Montroy | rifle | Romanian | SAR 3 | 5303150-00 | 223 | 11/26/00 | 2074473 | |
| David Lewis | rifle | UAR | Carbine | 3AL3117A | 7.62x39 | 11/26/00 | 2084473 | |
| Keith Talley | rifle | Ruger | 10/22 | 251-22339 | 22lr | 11/26/00 | 2094473 | |
| Michal Chew | rifle | Postel Meter | Carbine | 1471820 | 30 | 11/26/00 | 2104473 | |
| David May | rifle | Ruger | 10/22 | 249-12531 | 22lr | 11/26/00 | 2114473 | |
| Stanley Young | rifle | Ruger | 10/22 | 290-23382 | 22lr | 11/26/00 | 2124473 | |
| Jack Simpson | rifle | Beretta | o/u | 8369888 | 22mag | 11/26/00 | 2134473 | |
| Michael Shelton | sholgun | Remington | 870 | C589428A | 12 | 11/26/00 | 2154473 | |

Page 7

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|-----------|---------------|-------|-----------|------|---------|-------------|
| Robert Miles | shotgun | Weatherly | 82 | 82-03528 | 12 | 11/27/00 | 2164473 | |
| Lance Gilbert | rifle | Henry Repeat | H001 | 086791 | 22lr | 11/27/00 | 2174473 | |
| Glenn Baugh | revolver | S&W | 617 | CCY7842 | 22lr | 11/27/00 | 2184473 | |
| Michal Chew | rifle | Springfield | 1903 A3 | 4997900 | 30.06 | 11/27/00 | 2194473 | |
| John Daley | shotgun | Mossberg | 500 | L731957 | 20 | 11/27/00 | 2204473 | |
| Fredrick Doerfler | shotgun | Mossberg | 835 | UM374885 | 12 | 11/27/00 | 2214473 | |
| Mark Miller | rifle | Ruger | 10/22 | 290-23632 | 22m | 11/27/00 | 2224473 | |
| Charles Achas | pistol | Ruger | 00189 | 2232-82442 | 22lr | 11/27/00 | 2234473 | |
| Scott Edens | pistol | Colt | 65S1 | GST008556 | 223 | 11/27/00 | 2244473 | |
| Richard Willey | shotgun | Remington | 1127 | SM010333 | 12 | 11/27/00 | 2254473 | |
| Frank Sanders | rifle | Rock River Arms | Commando | 44797 | 223 | 11/27/00 | 2264473 | |
| Daniel Sabo | rifle | Ruger | Mini 14 | 183-87491 | 223 | 11/28/00 | 2274473 | |
| Elijah Neale | revolver | S&W | 19 | AC80468 | 357 | 11/28/00 | 2284473 | |
| Lon Crook | pistol | Ruger | MK11 | 224-03161 | 22lr | 11/28/00 | 2294473 | |
| Timothy Camerer | revolver | Ruger | Vaquero | 057 57724 | 45 | 11/28/00 | 2304473 | |
| Michael Willey | shotgun | Remington | 870 | C743029M | 12 | 11/28/00 | 2314473 | |
| Walter Kruski | pistol | Ruger | Mark I | 246043 | 22 | 11/28/00 | 2324473 | |
| Charles Sharo | shotgun | Lauber | Victoria II | 13-03-09278-9712 | | 11/28/00 | 2334473 | |
| William Wright | pistol | Ruger | P512 | 224-01445 | 22lr | 11/28/00 | 2344473 | |
| Harry Sabath | shotgun | EAA | IZH 81 | 9833808B | 12 | 11/28/00 | 2354473 | |
| Louis Henne | rifle | Ruger | MK II | 786-14054 | 308 | 11/29/0 | 2364473 | |
| Kenneth Elrrore | pistol | Jennings | 59 | 1049088 | 9mm | 11/29/00 | 2374473 | |
| Thomas Malsrich | pistol | Colt | P2 | RS54332 | 38 | 11/29/00 | 2384473 | |
| James Grolla | pistol | Ruger | KP512 | 223-91291 | 22 | 11/29/00 | 2394473 | |
| Michael Doyle | pistol | Glock | 27 | DYG420US | 40sw | 11/29/00 | 2404473 | |
| Denise Woodruff | revolver | S&W | 10/10 | BPY2698 | 38 | 11/29/00 | 2414473 | |
| John Mutch | pistol | Ruger | MK II | 223-87215 | 22 | 11/29/00 | 2424473 | |
| Lawrence Crifasl | pistol | Ruger | 00149 | 223-42780 | 22 | 11/29/00 | 2434473 | |
| Raymond Choquet | pistol | Browning | Baby | 277309 | 25acp | 11/29/00 | 2444473 | |
| Nik Smith | pistol | Kel Tec | P32 | 26273 | 32 | 11/29/00 | 2454473 | |
| Larry O'Neal | rifle | Winchester | 94 | 6429760 | 44 | 11/29/00 | 2464473 | |
| Christopher Volmer | shotgun | Mossberg | 695 | M142706 | 12 | 11/29/00 | 2474473 | |
| Donn Klor | pistol | Feg | FG9 | F44220 | 9MM | 11/30/00 | 2484473 | |

2000

| Name | Gun Type | Manufactor | Serial Number | Model | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|---------------|-------|-----------|------|---------|-------------|
| Jane Sexton | revolver | Ruger | Blackhawk | 51-2842l | 30 carb | 12/02/00 | | 2494473 |
| Adam Lamb | pistol | Ruger | P94 | 341 03029 | 40 | 12/02/00 | | 2504473 |
| William Sumner | pistol | Glock | 29 | DTW614 US | 40 | 12/02/00 | | 2514473 |
| Lois Manuele | rifle | Ruger | 10/22 | 251-50418 | 22lr | 12/05/00 | | 2524473 |
| Howard Sheppard | pistol | Beretta | 98 | BER152501 | 40 | 12/05/00 | | 2534473 |
| David Balance | pistol | Glock | 30 | DXL055US | 45acp | 12/05/00 | | 2544473 |
| Joseph Cloyd | rifle | Special Weapons | SW5 Pad | 5-00-10-0193 | 9mm | 12/05/00 | | 2554473 |
| Void | | | | | | | | 31032 |

Page 9

P.10
FEB 12 '08 11:09AM

2004

| Name | Gun Type | Manufacturer | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| C&T Sporting Goods | revolver | Taurus | M66-357 | 113377 | 357 | 08/28/04 | | FFL |
| Ronald Chung | pistol | Glock | 26 | GAA296 | 26 | 08/29/04 | | FFL |
| Whistle Stop | revolver | S&W | 29 | AVH 7511 | 44 | 06/26/04 | | FFL |
| Whistle Stop | revolver | S&W | 28 | S193760 | 357 | 06/26/04 | | FFL |
| Whistle Stop | revolver | S&W | 28-2 | 5322198 | 357 | 08/28/04 | | FFL |
| C&T Sporting Goods | shotgun | Benelli | Nova | 2039407 | 12 | 08/29/04 | | FFL |
| Norman Ismari | shotgun | Browning | A-5 | 6V78421 | 12 | 08/29/04 | | FFL |
| Robert Schafer | rifle | CIA Roman | M91/30 | 9130025728 | 7.62x39 | 10/03/04 | | FFL |
| Nom's Guns | pistol | Russian Makarov | IJ70-18A | A038270 | 9x18 | 07/18/04 | | FFL |
| C&T Sporting Goods | rifle | Ruger | 10/22 | 249-90771 | 22lr | 08/29/04 | | FFL |
| John Calcari | revolver | S&W | 27 | BHF 3387 | 22lr | 10/03/04 | | FFL |
| C&T Sporting Goods | pistol | Para Ord | 18.9 LDA | P121446 | 9mm | 12/31/04 | | 4473 |
| C&T Sporting Goods | pistol | Springfield Armory | 1911 | WW16449 | 45acp | 12/11/04 | | FFL |
| Brass Assel | revolver | Taurus | 357 | QA484973 | 357 | 12/11/04 | | FFL |
| Bob Leckrone | rifle | Norinco | MAK 91 | 9301714 | 7.62x39 | 01/09/04 | | FFL |
| Line of Sight Gun Wks | pistol | Browning | Hi-Power | 245NX58038 | 9mm | 01/08/04 | | FFL |
| Line of Sight Gun Wks | rifle | H&K | USP 40 | 26-026067 | 40 | 10/23/04 | | FFL |
| C&T Sporting Goods | pistol | DPMS | AR 15 | 33407 | 223 | 10/23/04 | | FFL |
| C&T Sporting Goods | rifle | Springfield Armory | 1911-A1 | N363771 | 45 | 01/31/04 | | FFL |
| C&T Sporting Goods | pistol | Browning | Buckmark | 655PU11504 | 22lr | 02/07/04 | | FFL |
| Bullseye | pistol | Beretta | M21-a | BBS19229V | 22lr | 02/07/04 | | FFL |
| James Zerkle | rifle | Sig | 228 | B172872 | 9mm | 02/07/04 | | FFL |
| Jack Simpson | pistol | Norinco | MAK90 | 9305991 | 7.62x39 | 01/02/04 | 001 | 4473 |
| Darlene Burns | rifle | Walther | P-22 | N027018 | 22lr | 01/02/04 | 002 | 4473 |
| Jeffery Eason | pistol | Remington | 522/Viper | 3212658 | 22lr | 01/03/04 | 003 | 4473 |
| Jack Simpson | revolver | Colt | 1911 | SFA7085 | 45acp | 01/05/04 | 004 | 4473 |
| Peter Mayoral | revolver | Colt | Python | 72940 | 357 | 01/10/04 | 005 | 4473 |
| Marc Crossblanc | revolver | S&W | 10-5 | D671298 | 38spl | 01/10/04 | 006 | 4473 |
| John Jacobs | rifle | Ruger | 05025 | 503-30928 | 45acp | 01/10/04 | 007 | 4473 |
| Darlene Burns | rifle | Auto Ordnance | 1927-A1 | KA5978 | 45acp | 01/10/04 | 008 | 4473 |
| | rifle | T/L | Encore | 57651D | 50/243 | 01/13/04 | 009 | 4473 |
| Darlene Burns | revolver | Colt | MK III Trooper | L68016 | 357 | 01/13/04 | 010 | 4473 |

Page 1

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| Darlene Burris | revolver | S&W | 15 | 3K15648 | 38spl | 01/16/04 | 011 | 4473 |
| Larry Williams | shotgun | Ithica/SKB | 600 Trap | CM 618 618 | 12 | 01/18/04 | 012 | 4473 |
| Jerry Friedrich | rifle | Mossberg | 479RR | RR-0292 | 30/30 | 01/18/04 | 013 | 4473 |
| David Peart | rifle | Yugoslavian | SKS | A710202 | 7.62x39 | 01/18/04 | 014 | 4473 |
| James Bowersock | rifle | CIA Maadi | Misr10 | CM21031 | 7.62x39 | 01/18/04 | 015 | 4473 |
| James Bowersock | rifle | Russlan | SKS | CCCP 47673 | 7.62x39 | 01/18/04 | 016 | 4473 |
| James Bowersock | rifle | Russlan | SKS | RI 1154 | 7.62x39 | 01/18/04 | 017 | 4473 |
| Robert Imhoff | rifle | Winchester | 74 | 314298A | 22 | 01/18/04 | 018 | 4473 |
| James Dalley | rifle | Rapid Fire | 1919A4 | 1684 | 308 | 01/18/04 | 019 | 4473 |
| John Braker | rifle | Yugoslavian | SKS | 0539684 | 7.62x39 | 01/19/04 | 020 | 4473 |
| Gary Moore | shotgun | Winchester | 9410 | SG 22858 | 410 | 01/19/04 | 021 | 4473 |
| Roger McNaught | rifle | Savage | 93R17 | 0311413 | 17hmr | 01/19/04 | 022 | 4473 |
| Roger McNaught | rifle | Savage | 93R17 | 031B845 | 17hmr | 01/19/04 | 022 | 4473 |
| Benjamin Park | rifle | Ruger | MIni 14 | 19732234 | 223 | 01/19/04 | 023 | 4473 |
| Benjamin Park | rifle | Savage | 12 Fuss | G204287 | 22-250 | 01/19/04 | 024 | 4473 |
| Bobby Mathews | rifle | Remington | 552 | unserialized | 22 | 01/19/04 | 025 | 4473 |
| Herschel Slutts | shotgun | FAX | Sterling | 120321 | 12 | 01/19/04 | 026 | 4473 |
| Randy Upp | rifle | Yugoslavian | SKS | H278920 | 7.62x39 | 01/19/04 | 027 | 4473 |
| Rickie Krimmel | rifle | Savage | 93R17 | 0311415 | 17hmr | 01/19/04 | 028 | 4473 |
| Adam Carver | pistol | Hi-Point | C9 | P186274 | 9mm | 01/19/04 | 029 | 4473 |
| Kyle Wright | pistol | Beretta | M-06 | Bee 027163M | 40 | 01/20/04 | 030 | 4473 |
| Donald Sonneborn | pistol | Llama | Micromax | 71-04-12072-03 | 380 | 01/20/04 | 031 | 4473 |
| Daniel Freeman | revolver | Heritage | Rough Rider | B41612 | 22/22mag | 01/20/04 | 032 | 4473 |
| Ralph Glasser | rifle | Czech | V2-24 | 5849Y4 | 8x57mm | 01/20/04 | 033 | 4473 |
| Michael Baumann | pistol | Phoenix Arms | HP22 | 4248967 | 22 | 01/20/04 | 034 | 4473 |
| Earl Struck | rifle | S&W | M-317 | CFM 1664 | 22 | 01/20/04 | 035 | 4473 |
| Martin Maletch | revolver | Ruger | Vaquero | 56-56987 | 38/357 | 01/20/04 | 036 | 4473 |
| Kevin Hopwood | rifle | Russian | 91-30 | 91-30-5534 | 7.62x39 | 01/20/04 | 037 | 4473 |
| Ricky Schnetzler | pistol | Hi-Point | JH-45 | 343126 | 45acp | 01/20/04 | 038 | 4473 |
| James Higgins | revolver | Colt | Cowboy | Tf09924 | 45c | 01/20/04 | 039 | 4473 |
| Michael Hall | rifle | Winchester | 94 | 3436 | 30/30 | 01/20/04 | 040 | 4473 |
| Tracey Sicles | pistol | Kel Tec | P-32 | 28318 | 32 | 01/21/04 | 041 | 4473 |
| Winbn Henderson | pistol | S&W | 6906 | TCP 5872 | 9mm | 01/21/04 | 042 | 4473 |
|  |  |  |  |  |  |  | 043 | 4473 |

Page 2

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Nicholas Ponce | revolver | Taurus | 44 | WI154140 | 44 | 01/21/04 | 044 | 4473 |
| Brian Johnson | rifle | Remington | 700 | C6635511 | 6mm | 01/21/04 | 045 | 4473 |
| Bonnie Cox | pistol | Phoenix Arms | HP22A | 4249011 | 22 | 01/21/04 | 046 | 4473 |
| James Leinicke | revolver | Uberti | Callaman | J34477 | 45lc | 01/21/04 | 047 | 4473 |
| Martyn Buerkelt | revolver | S&W | 65 | 3190 | 38spl | 01/21/04 | 048 | 4473 |
| Dustin Willis | pistol | Sig Sauer | P220 | G304447 | 45 | 01/21/04 | 049 | 4473 |
| Danny Barnes | revolver | Heritage Arms | Rough Rider | B8774B | 22/22mag | 01/21/04 | 050 | 4473 |
| Troy Hofmann | pistol | Beretta | 92F | BER268728 | 9mm | 01/21/04 | 051 | 4473 |
| Brent Harzell | pistol | Taurri | PT92 | TWF82783 | 9mm | 01/21/04 | 052 | 4473 |
| John Stites | pistol | Browning | BDA425 | MN00202 | 380 | 01/21/04 | 053 | 4473 |
| Phillip Selvaggio | pistol | S&W | SW 9 UE | PBK-6931 | 9mm | 01/21/04 | 054 | 4473 |
| Ronald Boyd | revolver | S&W | 617 | BUF2782 | 22 | 01/21/04 | 055 | 4473 |
| Ronald Boyd | revolver | S&W | 647 | CFY9876 | 17 | 01/21/04 | 055 | 4473 |
| James Zerkle | pistol | Walther | PP | 343119 | 32acp | 01/21/04 | 057 | 4473 |
| Jack Collins | revolver | Heritage Arms | Rough Rider | B65095 | 22 | 01/21/04 | 058 | 4473 |
| Dean Anderson | revolver | Ruger | Old Armory | 145-45393 | 45 | 01/21/04 | 059 | 4473 |
| Albert Dickson | pistol | Hi-Point | JS | P227823 | 9mm | 01/21/04 | 060 | 4473 |
| Jeffery Eason | shotgun | Ruger | Red Label | 4019-8303 | 2C | 01/22/04 | 061 | 4473 |
| Jeffery Eason | shotgun | Ruger | Red Label | 401 26510 | 2C | 01/22/04 | 061 | 4473 |
| Darrel Kinmel | revolver | S&W | 25-2 | N 759815 | 45acp | 01/22/04 | 063 | 4473 |
| Richard Mollahan | pistol | Cobra | DLB-9B | CT006752 | 9mm | 01/22/04 | 064 | 4473 |
| John Yares | revolver | Ruger | Vaquero | 55-21895 | 45 | 01/22/04 | 065 | 4473 |
| John Calcari | revolver | S&W | 57 | BPR9997 | 41mag | 01/22/04 | 066 | 4473 |
| Kevin Hopwood | rifle | Rock River Arms | LAR 15 | CM24095 | 223 | 01/22/04 | 067 | 4473 |
| Terry Brown | rifle | RRA | LAR 15 | 23970 | 223 | 01/22/04 | 068 | 4473 |
| Terry Brown | shotgun | Verney | SnakeCharmer | 5774 | 410 | 01/22/04 | 068 | 4473 |
| Peter Mayoral | pistol | H&R | USP | 29-019801 | 45acp | 01/23/04 | 070 | 4473 |
| Joseph Wallace | pistol | Sig | P230 | S039355 | 9mm | 01/25/04 | 071 | 4473 |
| Jeffery Eason | revolver | S&W | 28 | S224989 | 357 | 01/26/04 | 072 | 4473 |
| Rickie Kinrmel | revolver | Colt | 66 | BFP3261 | 357 | 01/26/04 | 072 | 4473 |
| Darrell Good | revolver | Ruger | Police Pos | 64079 | 38 | 01/26/04 | 074 | 4473 |
| Sue Ann Ebbert | shotgun | Mossberg | BlackHawk | 32-77325 | 357 | 01/27/04 | 075 | 4473 |
| | | | 835 | UM734969 | 12 | 01/28/05 | 076 | 4473 |

Page 3

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| P M McMasters | rifle | CIA Russian | 31/90 | M97416 | 7.62x54 | 01/29/05 | 077 | 4473 |
| Raymond Packingham | pistol | Fie-Titer | Titan | B87406 | 25acp | 01/29/04 | 078 | 4473 |
| Lyle F Hickman | rifle | Henry | HOO2C | US33805 | 22lr | 1/29/04 | 079 | 4473 |
| James A Marsaglia | rifle | CIA | 91/30 | M97417 | 7.62x54r | 1/29/04 | 080 | 4473 |
| Zach K Pierson | pistol | Glock | 27 | ECV193 | 40 | 1/30/04 | 081 | 4473 |
| Carl L Gifford | pistol | Springfield | XP-40 | US405034 | 40 | 1/30/04 | 082 | 4473 |
| Daniel E Weisbruch | revolver | S&W | 27-2 | S230078 | 357,357 | 1/30/04 | 083 | 4473 |
| Terry W Brown | pistol | Professional Ord. | Carbon-15 | B22911 | 223 | 1/31/04 | 084 | 4473 |
| Terry W Brown | rifle | Norinco | NHM91 | 9301061 | 7.62x39 | 2/06/04 | 084 | 4473 |
| Michael H Hall | pistol | Colt | Mustang | PL16223 | 380 | 2/6/04 | 086 | 4473 |
| Edward M Ferguson | pistol | Glock | 22 | GUS614 | 40 | 2/3/04 | 087 | 4473 |
| Kenneth R Tuck | revolver | Taurus | 66 | 1G182174 | 357 | 2/3/04 | 088 | 4473 |
| Jeffery Eason | shotgun | Mossberg | 500 | R369812 | 12G | 2/3/04 | 089 | 4473 |
| Jeffery Eason | shotgun | Mossberg | 500 | R369815 | 12G | 2/3/04 | 089 | 4473 |
| Jeffery Eason | revolver | S&W | 19-4 | 56K9522 | 357 | 2/3/04 | 089 | 4473 |
| Douglas R Dotson | pistol | Browning | Buckmark/chal. | 515MY18045 | 22lr | 2/4/04 | 092 | 4473 |
| Donald E Walker | revolver | S&W | 61-2 | B30379 | 22lr | 2/4/04 | 093 | 4473 |
| Jerry L Freidrich | revolver | AO Uberti | cattleman | 142867 | 44-40 | 2/4/04 | 094 | 4473 |
| Jerry L Freidrich | revolver | AO Uberti | cattleman | 16287 | 44-40 | 2/4/04 | 094 | 4473 |
| John W Shea | rifle | RRA | LAR-15 | CM24327 | .223 | 2/6/04 | 096 | 4473 |
| Richard J Leh | rifle | CIA/Romanian | WASR10 | 1-46250-03 | 7.62x39 | 2/8/04 | 097 | 4473 |
| David Charles Barber | rifle | CIA | M44 | NR5647 | 7.62X54R | 2/8/04 | 098 | 4473 |
| Roger W Nuss | lower reciever | Colt | MT | CMN032182 | 223 | 2/9/04 | 099 | 4473 |
| Louis Bart | rifle | CIA | M44 | L02768 | 7.62x54r | 2/9/04 | 100 | 4473 |
| Louis Bart | shotgun | Remington | 870 | T384986V | 12 | 2/9/04 | 100 | 4473 |
| Travis C E Krasse | shotgun | Izhmash | saiga | 1223403 | 410 | 2/9/04 | 102 | 4473 |
| John W Lyons | revolver | S&W | 646 | CYA0254 | 40 | 2/9/04 | 103 | 4473 |
| Joshua L Heather | rifle | CIA/Romanian | WASR10 | 1-47020-03 | 7.62x39 | 2/10/04 | 104 | 4473 |
| Robert Rusciolelli | rifle | CIA | M44 | NN4073 | 7.62X54R | 2/11/04 | 105 | 4473 |
| Robert Rusciolelli | rifle | CIA | M38 | M35839 | 7.62X54R | 2/13/04 | 105 | 4473 |
| Louis Bart | rifle | CIA | M38 | M35838 | 7.62X54R | 2/13/04 | 107 | 4473 |
| Louis Bart | rifle | CIA | M91/30 | M96286 | 7.62X54R | 2/13/04 | 107 | 4473 |
| Troy Donnel | pistol | China | Tokarov | N024267 | 7.62x25 | 2/14/04 | 109 | 4473 |

Page 4

FEB 12 '08    11:09AM

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| Terry W Brown | rifle | Marlin | 1895MR | | 450 | 2/15/04 | 110 | 4473 |
| Terry W Brown | pistol | Ruger | M/77 | 787-45257 | 308 | 2/15/04 | 110 | 4473 |
| Michael J Schussele | pistol | Walther | P99 | 1502680 | 9MM | 2/15/04 | 112 | 4473 |
| Michael J Schussele | pistol | Sig | 2340 | SP0036249 | 357sig | 2/15/04 | 112 | 4473 |
| Jay R Bopp | shotgun | Remington | 11/87 | SPS5M050693 | 12 | 2/15/04 | 114 | 4473 |
| Jay R Bopp | pistol | Browning | Buckmark | 051353490 | 22lr | 2/15/04 | 114 | 4473 |
| William C Pennell | rifle | Remington | 7400 | C8006694 | 30.06 | 2/15/04 | 116 | 4473 |
| Andrew J Poe | rifle | CIA | M38 | M35835 | 7.62X54R | 2/15/04 | 116 | 4473 |
| Paul W Norfleet | rifle | Remington | 512 | N/A | 22lr | 2/15/04 | 117 | 4473 |
| James M Bowersock | rifle | CIA | M38 | M35837 | 7.62X54R | 2/15/04 | 118 | 4473 |
| Rolland K Reed | rifle | Norinco | SKS | 24011504 | 7.62x39 | 2/15/04 | 119 | 4473 |
| Robert V Bellis | pistol | Ruger | KP97 | 563-26017 | 45acp | 2/16/04 | 120 | 4473 |
| Joseph E Kadell | rifle | CIA/Romanian | WASR10 | 1-48938-03 | 7.62x39 | 2/17/04 | 121 | 4473 |
| Christopher Stadman | pistol | Hi-Point | C9 | P187014 | 9mm | 2/17/04 | 122 | 4473 |
| Henry Bronx | rifle | H&R | 755 | A6234286 | 22lr | 02/18/04 | 123 | 4473 |
| Gregory McLaughlin | rifle | CIA Russian | M44 | IE5610 | 7.62x39 | 02/18/04 | 124 | 4473 |
| John Lyons | rifle | Remington | 700 SFUS | S6460176 | 220 | 02/18/04 | 125 | 4473 |
| Jeffery Esson | rifle | Ruger | 10/22 | 255-76833 | 22lr | 02/19/04 | 126 | 4473 |
| Jeffery Esson | rifle | Ruger | 10/22 | 255-76832 | 22lr | 02/19/04 | 127 | 4473 |
| Jay Bopp | pistol | Kel Tec | P3AT | H3250 | 380 | 02/19/04 | 127 | 4473 |
| James Adams | rifle | CIA Roman | WASR 10 | 1-48936-03 | 7.62x39 | 02/21/04 | 129 | 4473 |
| Larry Plummer | shotgun | Mossberg | 50452 | | 20 | 02/21/04 | 130 | 4473 |
| Jeremy Austin | shotgun | Browning | Gold | 113MX19389 | 12 | 02/24/04 | 131 | 4473 |
| James Zeirkle | pistol | Walther | PP | 33922 | 22lr | 02/23/04 | 132 | 4473 |
| James Zeirkle | rifle | Savage | 23 | 47329 | 32.20 | 02/26/04 | 133 | 4473 |
| John Clark | rifle | CIA Russian | 91/30 | M96287 | 7.62x39 | 02/26/04 | 133 | 4473 |
| John Clark | rifle | CIA Russian | 91/30 | M96285 | 7.62x39 | 03/05/04 | 135 | 4473 |
| John Clark | rifle | CIA Russian | 91/30 | M96288 | 7.62x39 | 03/05/04 | 135 | 4473 |
| Kurt Schuh | shotgun | Remington | 11/87 | DE33859 | 20 | 03/05/04 | 135 | 4473 |
| Kurt Schuh | shotgun | Remington | 11/87 | DE33715 | 20 | 03/06/05 | 138 | 4473 |
| Steven Burrus | rifle | Bushmaster | XM15E25 | L259738 | 223 | 03/06/05 | 138 | 4473 |
| Crystal Smith | pistol | Kel Tec | P3AT | H3246 | 380 | 03/06/04 | 140 | 4473 |
| Beatrice Meadows | rifle | CIA Russian | 91/30 | M96289 | 7.62x39 | 03/06/04 | 141 | 4473 |
| | | | | | | | 142 | 4473 |

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| Jeffery Eason | revolver | S&W | 15-3 | 1K 44658 | 38 | 03/10/04 | 143 | 4473 |
| Jeffery Eason | revolver | S&W | 15-3 | K 999789 | 38 | 03/10/04 | 143 | 4473 |
| Jeffery Eason | revolver | CIA Russian | 10-5 | D 284788 | 38 | 03/10/04 | 143 | 4473 |
| Daniel McMaster | rifle | Norinco | M-38 | M35836 | 7.62x39 | 03/09/04 | 146 | 4473 |
| Daniel McMaster | rifle | Ruger | SKS | 242000083 | 7.62x39 | 03/09/04 | 146 | 4473 |
| Daniel McMaster | revolver | Les Baer | s Blackhawk | 86-41508 | 45acp | 03/09/04 | 146 | 4473 |
| John McCloskey | pistol | Bushmaster | 1911 | LB16795 | 45acp | 03/11/04 | 149 | 4473 |
| Warren Ems | rifle | Taurus | XM15ELS | 449704 | 223 | 03/13/04 | 150 | 4473 |
| Harold Crowe | revolver | Walther | 65 | V11991452 | 357 | 03/15/04 | 151 | 4473 |
| Rick Sirunk | pistol | Vector | P2 | B003206 | 22 | 03/17/04 | 152 | 4473 |
| Robert Shaver | racelver | Savage | V-93 | VA0160 | 223 | 03/18/04 | 153 | 4473 |
| Roger Nuss | shotgun | Kel-TEC cnc | 911 | C158782 | 20 | 03/25/04 | 154 | 4473 |
| Robert Ruscioleill | rifle | FEG | SU-16 | NOT33 | 223 | 03/25/04 | 155 | 4473 |
| Daniel Kelley | pistol | S&W | PJK 9HP | B54679 | 9mm | 03/23/04 | 156 | 4473 |
| Jeffery Eason | revolver | S&W | 13 | 9D 32920 | 357 | 03/26/04 | 157 | 4473 |
| Jeffery Eason | revolver | S&W | 13 | D 795762 | 357 | 03/26/04 | 157 | 4473 |
| Jeffery Eason | revolver | colt | 13 | D 816023 | 357 | 03/26/04 | 157 | 4473 |
| Jeffery Eason | revolver | S&W | Python | 72940 | 357 | 03/26/04 | 157 | 4473 |
| Jaffery Eason | revolver | S&W | 28 | N507975 | 357 | 03/26/04 | 160 | 4473 |
| Jeffery Eason | revolver | S&W | 28 | S322194 | 357 | 03/26/04 | 161 | 4473 |
| Jeffery Eason | revolver | Mossberg | 66 | 2K73228 | 357 | 03/26/04 | 161 | 4473 |
| Louis Bart | shotgun | Charter Arms | 590 | L223299 | 12 | 03/26/04 | 161 | 4473 |
| John Reagan | revolver | Colt | Off Duty | 0999 21 | 36spl | 03/26/04 | 165 | 4473 |
| Gary Wells | rifle | Glock | 6700 | CCH018346 | 223 | 03/30/04 | 166 | 4473 |
| Jerry Fry | pistol | Glock | 27 | GBD869 | 223 | 03/30/04 | 167 | 4473 |
| William McCarty | pistol | Ruger | 22 | FYL616 | 40 | 03/31/04 | 169 | 4473 |
| Jeffery Eason | revolver | S&W | SP-101 | 571-63069 | 4C | 04/01/04 | 170 | 4473 |
| Jeffery Eason | revolver | S&W | 696 | CBP 3669 | 22lr | 04/03/04 | 171 | 4473 |
| Blake Berberet | pistol | Glock | 624 | AHT 2903 | 44spl | 03/26/04 | 172 | 4473 |
| Joseph Kardell | rifle | CIA Roman | 19 | HD275 | 44spl | 03/26/04 | 172 | 4473 |
| Brian Bowles | rifle | CIA Russian | WAR 10 | 152047-03 | 9mm | 04/06/04 | 174 | 4473 |
| Jeffery Eason | revolver | S&W | WASR 10 | 150528-03 | 7.62x39 | 04/06/04 | 175 | 4473 |
| | | | 686 | AWN 2157 | 7.62x39 | 04/06/04 | 176 | 4473 |
| | | | | | 357 | 04/07/04 | 178 | 4473 |

Page 6

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Jeffery Eason | revolver | S&W | 29 | BAR4051 | 44 | 04/07/04 | 178 | 4473 |
| John Fickas | rifle | CIA Russian | 91/30 | 9130025725 | 7.62x39 | 04/09/04 | 179 | 4473 |
| Blake Berbenet | pistol | Glock | 23 | GLE898 | 40 | 04/09/04 | 180 | 4473 |
| Peter Mayoral | pistol | Magnum Research | Desert Eagle | 95258233 | 44mag | 04/13/04 | 181 | 4473 |
| Peter Mayoral | pistol | Springfield Armory | P19134l | NM187751 | 9mm | 04/13/04 | 181 | 4473 |
| John Calcari | revolver | S&W | 28-2 | N507975 | 357 | 04/13/04 | 183 | 4473 |
| Gregory Green | rifle | Savage | 30 | 0018047 | 22lr | 04/15/04 | 184 | 4473 |
| Carlyle Dame | pistol | Sterling | 25 | S031483 | 25acp | 04/19/04 | 185 | 4473 |
| David Green | pistol | Ruger | MKII | 218-28549 | 22 | 04/24/04 | 186 | 4473 |
| William DeRosa | shotgun | Remington | 11/87 | SM043360 | 12 | 04/26/04 | 187 | 4473 |
| John Calcari | revolver | S&W | 27-2 | N447189 | 357 | 04/06/04 | 188 | 4473 |
| Jack Simpson | revolver | Llama | T22 | S811534 | 22lr | 04/27/04 | 189 | 4473 |
| Louis Bart | revolver | S&W | 500 | CHF5096 | 50 | 04/28/04 | 190 | 4473 |
| Robert Shaver | rifle | Malba | 6 unica | 001332 | 44 | 04/29/04 | 191 | 4473 |
| Daniel Witterstrom | rifle | CIA Russian | 91/30 | 9130025726 | 7.62x39 | 05/02/04 | 192 | 4473 |
| Timothy Cameier | pistol | Martin | 1895cb | 99124886 | 45/70 | 05/02/04 | 193 | 4473 |
| Dwight Taylor | revolver | Ruger | MKII | 22-86035 | 22 | 05/04/04 | 194 | 4473 |
| Jeffery Eason | rifle | S&W | 29 | N429016 | 44 | 05/06/04 | 195 | 4473 |
| Lois Manuele | rifle | Martin | LTD 336 | 336D0151 | 35 | 05/06/04 | 196 | 4473 |
| Lois Maruele | rifle | Martin | LTD 1894 | CCL00151 | 41 | 05/06/04 | 196 | 4473 |
| Steven Burus | pistol | Martin | LTD 1895 | I:! 00151 | 45/70 | 05/06/04 | 196 | 4473 |
| Thomas Benigno | pistol | Baikal | IJ7046A | A038270 | 9mak | 05/07/04 | 199 | 4473 |
| John Calcari | revolver | AMT | Automaf II | C00563 | 22mag | 05/07/04 | 200 | 4473 |
| Gary Wel's | pistol | Sig Sauer | P229 | BHF3387 | 357 | 05/08/04 | 201 | 4473 |
| Roger Goecdey | pistol | IME7 | 1/70-17A | AD40596 | 40 | 05/08/04 | 202 | 4473 |
| Jeffery Gerdts | pistol | Beretta | 926JA | BTR0527 | 380acp | 05/20/04 | 203 | 4473 |
| Louis Barr | revolver | Colt | Detective Spl | BER336961 | 9mm | 05/11/04 | 204 | 4473 |
| Charles Achas | rifle | Bushmaster | XIM15e2S | A2C491 | 38spl | 05/15/04 | 205 | 4473 |
| Charles Achas | shotgun | Ithiaca | 37 | L257009 | 223 | 05/15/04 | 206 | 4473 |
| Peter Mayora' | rifle | Browning | BPR | 903448 | 20 | 05/15/04 | 206 | 4473 |
| Roger Nuss | revolver | S&W | 19 | 321M212671 | 270 | 05/15/04 | 208 | 4473 |
| John Calcer. | revolver | S&W | 28 | K555942 | 357 | 05/15/04 | 209 | 4473 |
| | | | | S322194 | 357 | 05/16/04 | 210 | 4473 |

Page 7

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Daniel McMaster | rifle | CIA Russian | M44 | RK2198 | 7.62x39 | 05/17/04 | 211 | 4473 |
| Joshua Morris | shotgun | Remington | 11/87 | SM052880 | 12 | 05/19/04 | 212 | 4473 |
| David Green | revolver | Ruger | 00507 | 058-31956 | 357 | 05/20/04 | 213 | 4473 |
| David Green | rifle | Browning | BPR | 321M212864 | 30.06 | 05/20/04 | 213 | 4473 |
| Gary Wells | revolver | S&W | 18 | 1K93384 | 22 | 05/21/04 | 215 | 4473 |
| John Clark | rifle | CIA Russian | M44 | FW3135 | 7.62x39 | 05/22/04 | 216 | 4473 |
| John Ciacari | pistol | Springfield Armory | YD9 | US905843 | 9mm | 05/22/04 | 217 | 4473 |
| Brian Allison | revolver | S&W | 627-5 | BCF1808 | 357 | 05/22/04 | 218 | 4473 |
| Theodore Martin | revolver | Colt | New Front | 6202757 | 22lr | 05/25/04 | 219 | 4473 |
| Jay Wiser | revolver | S&W | 625-8 | CFP0045 | 45acp | 05/25/04 | 220 | 4473 |
| David A Rudolph | rifle | Marlin | 60 | 05157488 | 22lr | 05/26/04 | 221 | 4473 |
| Walter Ade | pistol | Colt | 1911 | 2810353 | 45acp | 5/28/04 | 222 | 4473 |
| Matt Mickey | shotgun | Ithaca | hammerless | 82705 | 12G | 05/25/04 | 223 | 4473 |
| John Calcari | revolver | S&W | 657 | CEK0419 | 41mag | 5/30/04 | 224 | 4473 |
| Jack L Simpson | shotgun | American arms | Silver I | A41153 | 12G | 6/1/04 | 226 | 4473 |
| Bill F Atkinson | pistol | Walther | P22 | L054777 | 22lr | 6/8/04 | 226A | 4473 |
| Jeffery Eason | revolver | Ruger | SP101 | 570-79297 | 357 | | 227 | 4473 |
| Jeffery Eason | revolver | Ruger | SP101 | 573-32105 | 357 | 8/9/04 | 227 | 4473 |
| Michael Golassi | revolver | S&W | 29 | AVB2713 | 44 | 6/10/04 | 229 | 4473 |
| Rylan Kane | rifle | Olympic Arms | CAR97M41A3 | BTT591 | 223 | 6/11/04 | 230 | 4473 |
| John Calcari | pistol | S&W | 439 | A764835 | 9MM | 6/16/04 | 231 | 4473 |
| Jack L Simpson | pistol | CZ USA | 40B | A4072 | 40 | 6/18/04 | 232 | 4473 |
| Gregory R Grueninger | rifle | Chinese | MAK90 | 9487900 | 7.62x39 | 6/27/04 | 233 | 4473 |
| Rober J Young | shotgun | Remington | 11/87 | PC763330 | 12G | 6/27/04 | 234 | 4473 |
| Larry Plummer | pistol | Beretta | 3032 | DAA357008 | 32acp | 7/2/04 | 235 | 4473 |
| Larry Plummer | shotgun | Mossberg | 50452 | R485393 | 20G | 7/2/04 | 235 | 4473 |
| Louis Koncor | rifle | CIA | celme | C50830 | 308 | 7/3/04 | 237 | 4473 |
| John Lyons | revolver | Ruger | Blackhawk | 048-14546 | 41mag | 7/3/04 | 238 | 4473 |
| Louis Bart | pistol | Beretta | 92FS | BER4065582 | 9MM | 7/8/04 | 239 | 4473 |
| Larry A Westfall | revolver | S&W | 36 | J397907 | 38spl | 7/13/04 | 241 | 4473 |
| Jack L Simpson | revolver | Rossi | 971VRC | F276349 | 357 | 7/14/04 | 242 | 4473 |
| Louis Bart | revolver | Colt | SAA | S36249A | 45LC | 7/14/04 | 243 | 4473 |
| Jeffrey R Jones | pistol | H&K | USP compact | 29-019801 | 45acp | | | |

Page 8

2004

| Name | Gun Type | Frame Kit | Manufacturer | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Jeffrey R Jones | shotgun | | T/C | Encore | 116362 | N/A | 7/14/04 | 243 | 4473 |
| Joe Strawhon | pistol | | EAA | IZH48 | 041150BB | 12G | 7/18/04 | 245 | 4473 |
| David Green | pistol | | Ruger | 00637 | 263-54936 | 22lr | 7/18/04 | 246 | 4473 |
| Carl E Steinmacher | pistol | | Ruger | 22/45 | 220-02928 | 22lr | 7/19/04 | 247 | 4473 |
| Darrell L Jaggers | shotgun | | Remington | 1100 | R035947K | 20G | 7/20/04 | 248 | 4473 |
| Lance D Gilbert | rifle | | CIA | celme | C52183 | 308 | 7/20/04 | 249 | 4473 |
| Roger W Nuss | revolver | | Ruger | 00554 | 58-35125 | 45LC | 7/21/04 | 250 | 4473 |
| Paul J Moser | pistol | | Glock | 19 | GEM155 | 9MM | 7/21/04 | 251 | 4473 |
| Paul J Moser | shotgun | | Remington | 1100 | R251021R | 20G | 7/23/04 | 251 | 4473 |
| John W Johnson | rifle | | Savage | 93R17 | 0322267 | 17HMR | 7/23/04 | 253 | 4473 |
| David L Loyd | rifle | | Savage | 16fxp3 | G205408 | 300WSM | 7/30/04 | 254 | 4473 |
| Timothy J Culberson | rifle | | CIA | M44 | RC5790 | 7.62X54R | 8/1/04 | 255 | 4473 |
| Earl Ray Taylor | shotgun | | Browning | BPS | 08566MY121 | 12G | 8/1/04 | 256 | 4473 |
| John M Mohr | rifle | | Remington | 700BDL | A6228705 | 243 | 8/2/04 | 257 | 4473 |
| Craig A Hudson | pistol | | Springfield Armory | XD-9 | US970337 | 9MM | 8/4/04 | 258 | 4473 |
| Louis Bart | revolver | | S&W | 500 | Chm3587 | 50cal | 8/5/04 | 259 | 4473 |
| Michael J Schussele | pistol | | Para Ord | Warthog | P134681 | 45acp | 8/5/04 | 260 | 4473 |
| James T Centralli | rifle | | Remington | 66 | 2419167 | 22lr | 8/5/04 | 261 | 4473 |
| James W Ginger | rifle | | Marlin | 783 | 19705174 | 223 | 8/5/04 | 262 | 4473 |
| James W Ginger | rifle | | Ithaca | M49R | 50019222 | 22lr | 8/5/04 | 262 | 4473 |
| Gary A Wells | rifle | | Winchester | 290 | B1041380 | 22lr | 8/5/04 | 262 | 4473 |
| Roger W Nuss | pistol | | Colt | Woodsman Blse | Mt7939 | 22lr | 8/6/04 | 265 | 4473 |
| Roger W Nuss | Lower reciever | DPMS | | A-15 | F004531 | 223 | 8/10/04 | 266 | 4473 |
| Mark Bayler | revolver | | S&W | 27-4 | BDN6842 | 357 | 8/10/04 | 266 | 4473 |
| George V Moser | pistol | | T/C | G2 | G10587 | 44m | 8/13/04 | 268 | 4473 |
| Gary A Wells | shotgun | | Remington | 1100 | R252078K | 20G | 8/13/04 | 269 | 4473 |
| Andre L Miller | pistol | | S&W | SW40F | PAU0342 | 40 | 8/14/04 | 270 | 4473 |
| Brian P Kenney | revolver | | S&W | 686 | CEZ3084 | 357 | 8/17/04 | 271 | 4473 |
| Gary A Wells | revolver | | Beretta | Stampede | B09084 | 357 | 8/22/04 | 272 | 4473 |
| Richard E King | pistol | | Action Arms | AT48S | 03689 | 9MM | 8/22/04 | 273 | 4473 |
| Mark S Blimling | shotgun | | J C Higgins | 583.10 | N/A | 12G | 8/22/04 | 274 | 4473 |
| Jeffery Eason | rifle | | Calico | M900 | E005163 | 9MM | 8/23/04 | 275 | 4473 |
| | revolver | | S&W | 34-1 | M169425 | 22lr | | 276 | 4473 |

Page 9

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Jeffery Easson | shotgun | Winchester | 97 | 212181 | 12G | 8/23/04 | 276 | 4473 |
| Charles Jones | rifle | Colt | HBAR | CMH-023377 | 223 | 08/23/04 | 278 | 4473 |
| Michael Corlas | pistol | Intratec | Tec-22 | 062552 | 22lr | 08/24/04 | 279 | 4473 |
| Michael Corlas | revolver | Rossi | M-971 | F-269932 | 357 | 08/24/04 | 279 | 4473 |
| Brian Johnston | rifle | T/L | Encore | 31197 | 243 | 08/24/04 | 281 | 4473 |
| Paul Morgan | revolver | Torres | M-605-2 | XE87266 | 357 | 08/24/04 | 282 | 4473 |
| Curtis Guritz | rifle | Ithcca | M-4&R | S00119222 | 22lr | 08/24/04 | 283 | 4473 |
| Robert Distlehorst | revolver | Colt | Trooper | 68766 | 22lr | 08/24/04 | 284 | 4473 |
| Jedidiah Dewitt | pistol | Glock | 26 | EXT 132 US | 9mm | 08/25/04 | 285 | 4473 |
| James Cantrall | rifle | Rossi Interarms | 62 | 6504070 | 22lr | 08/26/04 | 286 | 4473 |
| Thomas Grant | rifle | CIA Russian | 91/30 | 9`30025727 | 7.52x54r | 08/26/04 | 287 | 4473 |
| Denzil Wilson | rifle | Remington | 24 | 15113 | 22short | 08/28/04 | 288 | 4473 |
| Denzil Wilson | rifle | Remington | 241 | 1:5322 | 22lr | 08/28/04 | 288 | 4473 |
| Jette Mardirosian | shotgun | Remington | 11/87 | SMD50693 | 12 | 08/29/04 | 290 | 4473 |
| Richard Eveland | rifle | Remington | 60 | 2558696 | 22lr | 08/29/04 | 291 | 4473 |
| Jack Simpson | revolver | S&W | 657 | CEZ1641 | 41mag | 08/30/04 | 292 | 4473 |
| Robert Wilson | pistol | Glock | 37 | FYB936 | 45&ap | 08/30/04 | 293 | 4473 |
| Harvey Hudspeth | rifle | Marlin | 917US | 96649317 | 17 | 08/30/04 | 294 | 4473 |
| John Jacobs | pistol | Glock | 35 | GBF875 | 40 | 09/02/04 | 295 | 4473 |
| John Jacobs | pistol | Glock | 35 | GGS833 | 40 | 09/02/04 | 295 | 4473 |
| Roger Nuss | pistol | Glock | 31 | CRK183US | 357s | 09/06/04 | 297 | 4473 |
| William Pittman | rifle | Marlin | 17 USS | 96649335 | 17hmr | 09/16/04 | 298 | 4473 |
| Gary Wells | rifle | Cefme CIA | Cefme | C41250 | 308 | 09/16/04 | 299 | 4473 |
| Amanda Fry | rifle | Bushmaster | PLWA2S | BFI418911 | 223 | 09/17/04 | 300 | 4473 |
| David Green | pistol | Ruger | MKI | 331-886 | 22lr | 09/18/04 | 301 | 4473 |
| David Greer | pistol | Colt | MT | 371-2515 | 22lr | 09/18/04 | 301 | 4473 |
| John Calcall | pistol | Colt | 1911 | FG15156 | 45 | 09/21/04 | 303 | 4473 |
| Charles Gilbert | pistol | Bernadezi | 80 | 12913 | 380 | 09/21/04 | 304 | 4473 |
| Michael Scrusseia | pistol | Kimber | Target II | KF06352 | 10mm | 09/21/04 | 305 | 4473 |
| Robert Rusclolelll | pistol | Kahr Arms | MK 40 | HA 1992 | 40sw | 09/27/04 | 306 | 4473 |
| John Calcall | revolver | S&W | 27-4 | BDN6842 | 357 | 09/21/04 | 307 | 4473 |
| John McCloskey | shotgun | Browning | Gold | 113MX19389 | 12 | 09/29/04 | 308 | 4473 |
| Robert Hugns | revolver | S&W | 629-5 | WMT0134 | 44 | 10/04/04 | 309 | 4473 |

Page 10

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Robert Rusciolelli | rifle | Bushmaster | PLWA2S | L331342 | 223 | 09/27/04 | 310 | 4473 |
| Robert Rusciolelli | rifle | Rock River Arms | LAR-15 | CM28182 | 223 | 09/27/04 | 310 | 4473 |
| Carl Steinmachen | derringer | Ithaca | 4-ACE | 3805 | 22s | 10/08/04 | 312 | 4473 |
| Carl Steinmachen | derringer | Ithaca | Little Ace | 10284 | 22s | 10/08/04 | 312 | 4473 |
| Daniel McMaster | revolver | EAA | Bounty Hunter | T9242 | 44mag | 10/08/04 | 314 | 4473 |
| Jack Simpson | rifle | Remington | 322 | 3123314 | 22lr | 10/12/04 | 315 | 4473 |
| Charles Gilbert | revolver | Charter Arms | Undercover | 137983 | 38spl | 10/13/04 | 316 | 4473 |
| John Smith | revolver | Colt | Python | E36845 | 357 | 10/19/04 | 317 | 4473 |
| Keith Cummings | rifle | CIA Russian | M44 | FB957 | | 10/19/04 | 318 | 4473 |
| Henry Buesinger | shotgun | Remington | 11/87 | PL7820332 | 12 | 10/20/04 | 319 | 4473 |
| Larry Scroggins | shotgun | Bolto | SXS | 74147 | 12 | 10/24/04 | 320 | 4473 |
| Frank DeRosa | shotgun | NEF | SB1920 | HU335973 | 12 | 10/24/04 | 321 | 4473 |
| William O'Brien | pistol | Glock | 23 | GKV927 | 40 | 10/29/04 | 322 | 4473 |
| Robert Bower | revolver | Taurus | Tracker | WJ157168 | 17 | 10/29/04 | 323 | 4473 |
| John Funderburk | rifle | CIA Roman | AK 47 | AK1-98-00030-04 | 22lr | 10/29/04 | 324 | 4473 |
| John Reagar | rifle | Specials Weapons | SW76 | E0166 | 9mm | 10/30/04 | 325 | 4473 |
| Louis Bart | rifle | Romanian | AKT-98 | AKT-98-00635-04 | 22 | 10/31/04 | 326 | 4473 |
| Thomas Grant | rifle | CIA Russian | M44 | YL342 | 7.62x39 | 11/04/04 | 327 | 4473 |
| Thomas Grant | rifle | CIA Russian | M38 | 38-1379 | 7.62x39 | 11/04/04 | 327 | 4473 |
| Jack Simpson | shotgun | Browning | B-25 | L13P201922 | 12 | 11/04/04 | 327 | 4473 |
| Carl Steinmachen | rifle | CIA Yugo | SKS | D-66562 | 7.62x39 | 11/08/04 | 329 | 4473 |
| Roger Nuss | rifle | H&K | 91 | A052703 | 308 | 11/09/04 | 330 | 4473 |
| George Clark | rifle | Ruger | 10/22 | 233-67322 | 22lr | 11/13/04 | 331 | 4473 |
| Robert Hughs | shotgun | Remington | 3200 | 0U123318 | 12 | 11/20/04 | 332 | 4473 |
| Kelly Wyckoff | revolver | S&W | 629-1 | AJM9895 | 44m | 11/22/04 | 333 | 4473 |
| Darlon Walace | rifle | Olympic Arms | MFR | SM2276 | 223 | 11/23/04 | 334 | 4473 |
| Robert McKinney | rifle | Remington | 550-1 | WTT | | 11/28/04 | 335 | 4473 |
| Franklin Ruyle | shotgun | Browning | A-5 | 88724507 | | 11/28/04 | 336 | 4473 |
| Lee Hushman | rifle | Ithaca | 37 | M370012052 | 12 | 11/28/04 | 337 | 4473 |
| James Shiels | shotgun | H&R | SB1 Topper | BA514405 | 16 | 11/28/04 | 338 | 4473 |
| Greg Robinson | rifle | Marlin | 60 | 2346341 | 12 | 11/28/04 | 339 | 4473 |
| Greg Robinson | rifle | Sears | 3T | 2732390 | 22 | 11/28/04 | 340 | 4473 |
| Greg Robinson | rifle | Romanian | AK WAS | A0-4D05-82 | 7.62x39 | 11/28/04 | 340 | 4473 |

Page 11

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Michael Wessel | shotgun | Winchester | Quail Spec | Q512274E | 12 | 11/28/04 | 343 | 4473 |
| Richard Hooser | shotgun | Winchester | 94/410 | SG19674 | 410 | 11/28/04 | 344 | 4473 |
| Donald Wilson | rifle | Winchester | 61 | 38824 | 22 | 11/28/04 | 345 | 4473 |
| Robert Junl | rifle | Winchester | 94 | 1757893 | 30.30 | 11/28/04 | 346 | 4473 |
| Paul Thevenot | rifle | Japanese | 38 Arisara | 120311 | 6.25 | 11/28/04 | 347 | 4473 |
| Harvey Walton | rifle | Remington | 700 | C6618964 | 22-250 | 11/28/04 | 348 | 4473 |
| Michael Dugger | rifle | Ruger | 77 | 72-62399 | 300wm | 11/28/04 | 349 | 4473 |
| John Thomas | rifle | Henry | 22 lever | 102660 | 22 | 11/29/04 | 350 | 4473 |
| Ronald Durbin | rifle | Savage | 116 | F285547 | 7mm | 11/29/04 | 351 | 4473 |
| Hugh Collins | shotgun | Browning | A5 | 74G 46281 | 12 | 11/29/04 | 352 | 4473 |
| Donald Schultz | rifle | Reington Arms | Mohawk 600 | A6519853 | 6mm | 11/29/04 | 353 | 4473 |
| Kerry Patterson | shotgun | Benllli | Black Eagle | M390894 | 12 | 11/29/04 | 354 | 4473 |
| Darren Ryan | revolver | S&W | 66 | CHM9529 | 357 | 11/30/04 | 355 | 4473 |
| Kevin Harvey | revolver | Ruger | Vaquero | 5837388 | 45 | 11/30/04 | 356 | 4473 |
| Matthew Laez | pistol | Springfield Armory | 1911 A1 | N372808 | 45acp | 11/30/04 | 357 | 4473 |
| Matthew Emery | pistol | Hi-Point | CF 380 | P813757 | 380 | 11/30/04 | 358 | 4473 |
| Aniko Sheppard | pistol | Hi-Point | CF380 | P813802 | 380 | 11/30/04 | 359 | 4473 |
| Joseph Stotler | pistol | Beretta | U22 | P52183 | 22 | 11/30/04 | 360 | 4473 |
| Damon Marr | revolver | Ruger | Single Six | 268-45648 | 22 | 11/30/04 | 361 | 4473 |
| Gary Thompson | pistol | S&W | 686 | CAN3163 | 356 | 11/30/04 | 362 | 4473 |
| Vincent Zummo | shotgun | H&R | Ultra Slug | HU 275872 | 12 | 11/30/04 | 363 | 4473 |
| Vincent Zummo | revolver | S&W | 686 | CET3757 | 357 | 11/30/04 | 363 | 4473 |
| Larry Harter | pistol | TC | G2 | G8758 | 44 | 11/30/04 | 365 | 4473 |
| Sean Anderson | rifle | Browning | Buckmark | 213MX02176 | 22 | 11/30/04 | 366 | 4473 |
| Brent Davis | rifle | Yugoslavian | SKS | T671-23 | 7.62x39 | 11/30/04 | 367 | 4473 |
| G Dean McQueen | pistol | Savage | 110 | FS60014 | 223 | 11/30/04 | 368 | 4473 |
| Jerry Rutledge | revolver | Beretta | Neop | P40524 | 22 | 11/30/04 | 369 | 4473 |
| John Calcari | revolver | S&W | 29 | CFM 9899 | 44 | 11/30/04 | 370 | 4473 |
| John Calcari | pistol | Ruger | Single Six | 396381 | 22 | 11/30/04 | 371 | 4473 |
| Michael Kirkham | revolver | S&W | 521 | 58933 | 38spl | 12/01/04 | 372 | 4473 |
| Joe Mateer | pistol | Colt | New Frontier | G45134 | 22lr | 12/01/04 | 373 | 4473 |
| Ferdinand SaNacion | rifle | Mossberg | 500a | R556715 | 12 | 12/01/04 | 374 | 4473 |
| George Kesinger | | Winchester | 94 | I515136 | 30.30 | 12/01/04 | 375 | 4473 |

Page 12

2004

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num i | Disposition |
|------|----------|-----------|-------|---------------|-----------|------|-----------|-------------|
| Joe Mateer | rifle | Winchester | 9422 | F539635 | 22lr | 12/01/04 | 376 | 4473 |
| Josh Nyboer | revolver | Ruger | Vaquero | 57-03075 | 45lc | 12/01/04 | 377 | 4473 |
| Maurice Sisson | pistol | Springfield Armory | 1911 A1 | WW40325 | 45 | 12/01/04 | 378 | 4473 |
| William Daley | pistol | Helwan | SHG | 11-70446 | 9mm | 12/01/04 | 379 | 4473 |
| Josh Nyboer | pistol | Springfield Armory | GI | WW40325 | 45 | 12/01/04 | 380 | 4473 |
| Terry Anderson | revolver | Magnum Research | BFR | JT07628 | 500sw | 12/02/04 | 381 | 4473 |
| Jennifer Stamer | pistol | Taurus | PT140 | SWC 44260 | 40 | 12/02/04 | 382 | 4473 |
| William Bredemeyer | pistol | Walther | P22 | L046265 | 22 | 12/02/04 | 383 | 4473 |
| Victor Jackson | pistol | Kel Tec | P-11 | 134892 | 9mm | 12/02/04 | 384 | 4473 |
| Victor Jackson | pistol | AMT | Backup | E01165 | 380 | 12/02/04 | 384 | 4473 |
| Clifford Foley | pistol | Hi-Point | C9 | P1222654 | 9mm | 12/03/04 | 386 | 4473 |
| Charles Watkins | pistol | Hi-Point | JHP 45 | X-420860 | 45acp | 12/03/04 | 387 | 4473 |
| Robert Belcher | shotgun | Remington | 870 | A84764610 | 12 | 12/03/04 | 388 | 4473 |
| Brad Frickerlile | rifle | Browning | Buckmark | 213MX02742 | 22lr | 12/03/04 | 389 | 4473 |
| Robert Wahlbrink | pistol | Beretta | 92FS | L065442 | 9mm | 12/03/04 | 390 | 4473 |
| Daniel McLean | rifle | Yugo Mauer | M48 | T50696 | 8x57mm | 12/04/04 | 391 | 4473 |
| John Wright | rifle | Marlin | 97 | 3174039 | 22lr | 12/04/04 | 392 | 4473 |
| Jeffery Eason | revolver | S&W | 19 | AND 7828 | 357 | 12/04/04 | 393 | 4473 |
| Jeffery Eason | revolver | S&W | 60 | ANN 2071 | 38 | 12/04/04 | 393 | 4473 |
| Steven Naber | revolver | S&W | 60 | BDB 0234 | 38 | 12/05/04 | 396 | 4473 |
| John Mintz | pistol | Ruger | MK4 | 226 18671 | 22 | 12/09/04 | 397 | 4473 |
| Thomas Winner | pisto | Taurus | PT101 | SXG99058 | 40sw | 12/09/04 | 398 | 4473 |
| Dennis Witkins | rifle | Browning | Baby Browning | 174833 | 25 | 12/12/04 | 399 | 4473 |
| Roger Nuss | p stol | Marlin | Camper | 00420586 | 45 | 12/13/04 | 400 | 4473 |
| John McCloskey | shotgun | Springfield Armory | 1911 | WW11812 | 45acp | 12/13/04 | 401 | 4473 |
| Kenneth Ginder | pistol | SKB | 505 | NS78917 | 12 | 12/13/04 | 402 | 4473 |
| John Moyer | shotgun | SIG | P239 | SA-25538 | 9mm | 12/13/04 | 403 | 4473 |
| Robert Hughs | shotgun | Mossberg | 500 | UM676403 | 12 | 12/13/04 | 404 | 4473 |
| David Green | pistol | Winchester | 101 Diamond | DS 549552E | 12 | 12/16/04 | 405 | 4473 |
| Steven Burrus | rifle | S&W | 422 | TLB9621 | 22lr | 12/21/04 | 406 | 4473 |
| James Ausmus | pistol | C/A Roman | WASR 10 | 1304382002 | 7.62x39 | 12/31/04 | 407 | 4473 |
| James Zerkle | pistol | AMT | Hardballer | GGA00699 | 45acp | | 408 | 4473 |
| | | SIG | 226 | NSW 1823 | 9mm | | | |

Page 13

2004

| Name | Gun Type | Manufactor | Mode | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|------|---------------|-----------|------|---------|-------------|
| Russell Killen | shotgun | Remington | 1187 | PC750083 | 12 | 12/31/04 | 409 | 4473 |

Page 14

2005

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| C&T Sporting Goods | pistol | Ruger | MKII | 227-09428 | 22r | 05/07/05 | | FFL |
| C&T Sporting Goods | shotgun | Charles Daley | | 2110728 | 12 | 05/07/05 | | FFL |
| C&T Sporting Goods | pistol | Ruger | MK II | 227-09428 | 22r | 05/07/05 | | FFL |
| C&T Sporting Goods | shotgun | Remington | 1187 | TL011014 | 20 | 05/08/05 | | FFL |
| Roger Nuss | rifle | Norinco | 56S | 408837 | 7.62x39 | 01/07/05 | | 4473 |
| Earl James McClure | revolver | Charco Arms | Undercover | 1103463 | 38 | 03/12/05 | | FFL |
| C&T Sporting Goods | pistol | CZ | Rami | A1576 | 9mm | 03/12/05 | | FFL |
| Midwestern Firearms | revolver | Ruger | Security Six | 160-34443 | 357 | 03/12/05 | | FFL |
| Midwestern Firearms | revolver | Comanche | Super | 131482 | 45/410 | 01/22/05 | | FFL |
| C&T Sporting Goods | pistol | Vulcan | M-9 | G5246 | 9mm | 01/22/05 | | FFL |
| C&T Sporting Goods | rifle | S&W | 22S | 188-66304 | 223 | 02/12/05 | | FFL |
| Roger Nuss | pistol | S&W | 22S | VAT7940 | 22lr | 08/28/05 | | FFL |
| Matthew Peterson | rifle | Maddi | MISA | CM2031 | 7.62x39 | 01/07/05 | 001 | 4473 |
| John Calcari | pistol | Llama | Mikromax | 7104120200G | 380 | 01/10/05 | 003 | 4473 |
| John Reagan | pistol | S&W | 439 | A762346 | 9mm | 01/17/05 | 004 | 4473 |
| Jack Simpson | pistol | Ulan Arms | MAC-1C | F5125 | 45acp | 01/17/05 | 005 | 4473 |
| Michael Schusseke | rifle | Ruger | Mini 14 | 180-34911 | 223 | 01/18/05 | 006 | 4473 |
| Robert Rusuolelli | pistol | Tangfolio | Witness | EA23344 | 10m | 01/25/05 | 007 | 4473 |
| Robert Rusuolelli | rifle | Century Int" Arms | WASR10 | KC-0319-80 | 7.62x39 | 01/26/05 | 008 | 4473 |
| Daniel McMaster | pistol | CIA Romanian | WASR10 | AM-0182-82 | 7.62x39 | 01/26/05 | 008 | 4473 |
| Dale Burtle | rifle | Glock | 31 | CRK183 | 357 | 02/02/05 | 010 | 4473 |
| Dale Burtle | rifle | CIA Romanian | WASR10 | AL3241-81 | 7.62x39 | 02/04/05 | 011 | 4473 |
| Mark Crossland | rifle | CIA Romanian | SVD | H7885 | 7.62x54 | 02/04/05 | 011 | 4473 |
| Jack Simpson | rifle | CIA Romanian | WASR10 | Kp-0618-80 | 7.62X39 | 02/07/05 | 013 | 4473 |
| Joseph Nichols | pistol | Browning | BLR | J4268NW227 | 243 | 02/07/05 | 014 | 4473 |
| Roger Nuss | pistol | S&W | 5446 | VDA4390 | 9mm | 02/10/05 | 015 | 4473 |
| Mark Mutzbayer | rifle | S&W | 39-2 | A120860 | 9mm | 02/12/05 | 016 | 4473 |
| James Fry | rifle | Remington | 700 | G6225442 | 243 | 02/14/05 | 017 | 4473 |
| Richard Jarvis | shotgun | Yugo | SKS | F154791 | 7.62x39 | 02/14/05 | 018 | 4473 |
| Norber Reeves | rifle | Benelli | SBE11 | U272897 | 12 | 02/14/05 | 019 | 4473 |
| Jeremy Phillips | shotgun | Ruger | Red Label | 255 82345 | 22 | 02/14/05 | 020 | 4473 |
| Jeremy Phillips | rifle | Ruger | 10/22 | 40131791 | 20 | 02/14/05 | 021 | 4473 |
| | | Ruger | 10/22 | 25566796 | 22lr | 02/14/05 | 021 | 4473 |

Page 1

2005

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| David Ray | shotgun | Browning | A-5 Light | 8G3966 | 12 | 02/14/05 | 023 | 4473 |
| Floyd Schmidt | rifle | Hi-Point | Carbine | H01476 | 40 | 02/14/05 | 024 | 4473 |
| Michael Rentschler | shotgun | Benelli | SBE11 | 4272002 | 12 | 02/14/05 | 025 | 4473 |
| Kathy Pierce | rifle | Winchester | 94 | 6554288 | 45acp | 02/14/05 | 026 | 4473 |
| Arthur Moss | shotgun | European Armory | MP153 | OTK 223 | 12 | 02/13/05 | 027 | 4473 |
| Darrell Akeman | rifle | Remington | 66 | NA | 22l | 02/15/05 | 028 | 4473 |
| John Braker | shotgun | Century Arms | 308-1 | H03181057 | 308 | 02/15/05 | 029 | 4473 |
| Charles Groesch | revolver | Benelli | Legacy | X011454 | 20 | 02/15/05 | 030 | 4473 |
| George Galo Sr | revolver | Taurus | Raging Bull | RB61832 | 45acp | 02/15/05 | 021 | 4473 |
| John Crouch | revolver | HA | Forth | 3988 | 38s&w | 02/15/05 | 032 | 4473 |
| John Crouch | rifle | Iver | n/a | 13411 | 38s&w | 02/15/05 | 032 | 4473 |
| Brent Smith | pistol | YUGO | SKS | 335215 | 7.62x39 | 02/15/05 | 034 | 4473 |
| Marshall Jarvis | revolver | Hi-Point | C-9 | P1238168 | 9mm | 02/15/05 | 035 | 4473 |
| John Wright | revolver | Ruger | Vaquero | 58-87658 | 45acp | 02/15/05 | 036 | 4473 |
| Michael Chandler | pistol | Ruger | Single 6 | 264-29354 | 22 | 02/15/05 | 037 | 4473 |
| Robert Boehler | rifle | Hi-Point | JCP | X718465 | 40 | 02/15/05 | 038 | 4473 |
| Robert Boehler | pistol | Hi-Point | Carbine | H-01853 | 40 | 02/15/05 | 038 | 4473 |
| Ernest Dannenbarger | pistol | Hi-Point | JHP | X428073 | 45 | 02/15/05 | 039 | 4473 |
| James Bell | pistol | Hi-Point | CF380 | P820718 | 380 | 02/16/05 | 040 | 4473 |
| James Bell | revolver | Hi-Point | CF380 | P820829 | 380 | 02/16/05 | 040 | 4473 |
| Deborah Shrum | revolver | Taurus | 605 | XC87464 | 357 | 02/16/05 | 042 | 4473 |
| Deborah Shrum | deringer | S&W | 36 | AHH1356 | 38 | 02/16/05 | 042 | 4473 |
| Keven Krone | revolver | Bond | Baco | 14910 | 38/357 | 02/16/05 | 044 | 4473 |
| Christopher Wassell | pistol | Ruger | Vaquero | 58229967 | 45 | 02/16/05 | 045 | 4473 |
| Jim Green | revolver | Colt | 1903 | 297832 | 32 | 02/16/05 | 046 | 4473 |
| Robert Miles | revolver | Heritage Arms | Rough Rider | HZ68541 | 22lr | 02/16/05 | 047 | 4473 |
| Robert Miles | pistol | Heritage Arms | Rough Rider | J33535 | 22lr | 02/16/05 | 047 | 4473 |
| Michael Coady | pistol | AMT | Back-up | DL006161 | 40s&w | 02/16/05 | 049 | 4473 |
| Frank Flischel | revolver | Hi-Point | JHP | X428070 | 45 | 02/16/05 | 050 | 4473 |
| Kenneth DuLac | shotgun | Ruger | Vaquero | 58-55731 | 357 | 02/16/05 | 051 | 4473 |
| John Fleisch | revolver | Winchester | 101 | PK323686 | 12 | 02/16/05 | 052 | 4473 |
| John Fleisch | revolver | S&W | 586 | BBM1820 | 357 | 02/16/05 | 052 | 4473 |
| Scott McKinnay | revolver | Taurus | Raging Bull | WJ155859 | 480 | 02/16/05 | 054 | 4473 |

2005

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|-----------|-------|---------------|-----------|------|---------|-------------|
| Leroy Fritzsche | revolver | S&W | 36 | J243380 | 38 | 02/16/05 | 055 | 4473 |
| Lawrence Kies | pistol | Kel-Tec | P-3AT | HC606 | 380 | 02/16/05 | 056 | 4473 |
| Coy Squires | pistol | Taurus | 9920608 | TF 816675 | 357 | 02/16/05 | 057 | 4473 |
| Gary Shudrowitz | pistol | Ruger | P4-MK II | 228-07461 | 22 | 02/17/05 | 058 | 4473 |
| John Cash | revolver | S&W | 686 | ANF 0046 | 357 | 02/17/05 | 059 | 4473 |
| Geroge Lambert | pistol | Walther | PPK | 5100AAA | 380 | 02/18/05 | 060 | 4473 |
| Jeffery Eason | revolver | S&W | 696 | CCH 5689 | 44 spl | 02/19/05 | 061 | 4473 |
| Michael Jones | rifle | Winchester | 70 | G1291727 | 25.06 | 02/20/05 | 062 | 4473 |
| Harry Emrick | shotgun | Ithaca | 37 | 371256341 | 12 | 02/20/05 | 063 | 4473 |
| Robert McCutcheon | shotgun | Winchester | 120 | 4387469 | 12 | 02/20/05 | 064 | 4473 |
| Glen Weisgerber | pistol | Ruger | P-94 | 34045987 | 40 | 02/21/05 | 065 | 4473 |
| Mark Mulzbauer | shotgun | Ultra Cfu Industries | Ultra 88 | 0028625 | 12 | 02/21/05 | 066 | 4473 |
| James Bowersock | rifle | Cetme | Cetme | G004869 | 308 | 02/22/05 | 067 | 4473 |
| Charles Kerwin | pistol | Colt | 1903 | 467422 | 32 | 02/23/05 | 068 | 4473 |
| Scott Bilbrey | rifle | Savage | 11F&P3 | G312452 | 243 | 02/23/05 | 069 | 4473 |
| Darrell Bryant | pistol | Beretta | 950BS | DAA03077A | 25 | 02/23/05 | 070 | 4473 |
| Roger McNaught | revolver | Interams | 974 | F380392 | 357 | 02/24/05 | 071 | 4473 |
| Bob Schultz | rifle | Savage | 111 | F561034 | 30.06 | 02/24/05 | 072 | 4473 |
| Rylan Kane | rifle | Weatherby | Vanquard | VSS2937 | 7mm | 02/29/05 | 073 | 4473 |
| Ryan Kane | pistol | Glock | 17 | GT2737 | 9mm | 02/29/05 | 075 | 4473 |
| Kort Oldenburg | shotgun | EAA | SIgga | 01477393 | 12 | 02/25/05 | 076 | 4473 |
| Robert Hamilton | rifle | Ruger | 10/22 | 247-22509 | 21r | 02/25/05 | 076 | 4473 |
| Rober Lewis | rifle | Ruger | 77/22 | 720-39864 | 22 | 02/28/05 | 077 | 4473 |
| John Reagan | pistol | CZ | 52 | R08438 | 7.62x25 | 03/09/05 | 078 | 4473 |
| Roger Nuss | shotgun | Mossberg | 835 | UM 55 95107 | 12 | 03/11/05 | 079 | 4473 |
| Roger Nuss | pistol | S&W | 39-2 | A120860 | 9mm | 03/11/05 | 079 | 4473 |
| Thomas Dunn | rifle | CIA Rom | WASR10 | AL-3238-81 | 7.62x39 | 03/12/05 | 081 | 4473 |
| Bradley Eader | shotgun | Mossberg | 500 C | R36 9812 | 12 | 03/13/05 | 082 | 4473 |
| Vincent Adler | shotgun | Mossberg | 500 C | R369815 | 12 | 03/13/05 | 083 | 4473 |
| John Costello | shotgun | Remington | 1100 | R256359H | 410 | 03/17/05 | 084 | 4473 |
| Ryan Lawton | pistol | Springfield | XD-9 | US951538 | 9mm | 03/15/05 | 085 | 4473 |
| Frank Fulscher | pistol | Hi-Point | C9 | P1242741 | 9mm | 03/15/05 | 086 | 4473 |
| Kevin Hopwood | pistol | CIA Czech | 52 | E13212 | 7.62x39 | 03/15/05 | 087 | 4473 |

Page 3

2005

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Glen Weisgerber | shotgun | EAA | SAIGA | 01406705 | 12 | 03/15/05 | 088 | 4473 |
| Glen Weisgerber | shotgun | EAA | MP153 | 0415331044B | 12 | 03/15/05 | 088 | 4473 |
| Kort Oldenburg | shotgun | EAA | SAIGA | 01406641 | 12 | 03/15/05 | 090 | 4473 |
| Kort Oldenburg | shotgun | EAA | SAIGA | 01406765 | 12 | 03/15/05 | 090 | 4473 |
| Richard Hoobler | pistol | S&W | 39 | A2997871 | 9 | 03/17/05 | 092 | 4473 |
| Richard Hoobler | revolver | S&W | 18 | 8K97824 | 22lr | 03/17/05 | 092 | 4473 |
| Richard Hoobler | revolver | S&W | 36 | 413562 | 38 | 03/17/05 | 092 | 4473 |
| Wayne Hazelrigg | revolver | S&W | 28-2 | N188643 | 357 | 03/15/05 | 092 | 4473 |
| Larry O'Neal | pistol | Glock | 30 | GUV024 | 45acp | 03/18/05 | 095 | 4473 |
| John Calcari | revolver | S&W | 686 | CEZ5212 | 357 | 03/19/05 | 096 | 4473 |
| Brian Johnston | rifle | Remington | 7 | 7805790 | 204 ruger | 03/21/05 | 097 | 4473 |
| Seren Van Theth Melick | pistol | Springfield Armory | 1911-AL | N380631 | 45acp | 03/22/05 | 098 | 4473 |
| David Danner | pistol | A Ordnance | 1911A1 | ADAO4997 | 45acp | 03/22/05 | 099 | 4473 |
| Peter Mayoral | revolver | S&W | 13 | CHR2455 | 45l | 03/30/05 | 100 | 4473 |
| Peter Mayoral | revolver | Ruger | 01715 | 174-59088 | 357 | 04/02/05 | 101 | 4473 |
| David Green | revolver | Taurus | 951 | VA83196 | 22lr | 04/02/05 | 101 | 4473 |
| Brent Harney | rifle | CIA Roman | AK47 | AM-0019-82 | 7.62x39 | 04/02/05 | 102 | 4473 |
| Glen Weisgerber | pistol ? | CIA CZ | 52 | JM09512 | 7.62x39 | 04/09/05 | 103 | 4473 |
| Claudio Pacoci | rifle | CIA Roman | AK47 | BX-2720-86 | 7.62x39 | 04/14/05 | 104 | 4473 |
| Roger Nuss | pistol | Glock | 21 | WA031US | 45acp | 04/24/05 | 105 | 4473 |
| Charles Hunt | rifle | Winchester | 70 | G2376138 | 30.16 | 04/24/05 | 106 | 4473 |
| Robert Ruscidelill | pistol | Glock | 21 | GSL244 | 45 | 04/30/05 | 107 | 4473 |
| William Cee lock | shotgun | Beretta | 391 Urekia | AA104776 | 12 | 05/09/05 | 108 | 4473 |
| Darrell Jaggers | pistol | Ruger | Mark II | ZZ5-91591 | 22 | 05/09/05 | 109 | 4473 |
| John Calcari | pistol | S&W | 27 | N613227 | 357 | 05/10/05 | 110 | 4473 |
| John Calcari | pistol | Beretta | 8045F | 068037MC | 45acp | 05/12/05 | 111 | 4473 |
| Richard Korner | rifle | SKB | 505 | NS 78917 | 12 | 05/21/05 | 112 | 4473 |
| William Summer | pistol | Hecklr Koch | USP 45 Compa | 29-035602 | 45 | 05/22/05 | 113 | 4473 |
| David Usher | pistol | Springfield Armory | 1911-A1 | N477603 | 45 | 05/24/05 | 114 | 4473 |
| Kenneth Lyons | rifle | Savage | 16 | G212489 | 223 | 05/24/06 | 115 | 4473 |
| John Wright | revolver | Firestorm | 1911 | 71-04-04287-00 | 45 | 05/24/05 | 116 | 4473 |
| Benjamin Forgas | pistol | Hi-Point | C9 | P-1254952 | 9mm | 05/24/05 | 117 | 4473 |
| Roger McNaug'nt | shotgun | IAC | Hawk 88 | 0033045 | 12 | 05/25/05 | 119 | 4473 |

Page 4

2005

| Name | Gun Type | Manufactur | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|-----------|-------|---------------|-----------|------|---------|-------------|
| Roger W Nuss | pistol | KBI | Hi Power | AEN4740 | 9mm logo | 05/26/05 | 120 | 4473 |
| John Calcari | revolver | S&W | 586 | F5444 | 357 | 05/27/05 | 121 | 4473 |
| Carl Steinmachen | pistol | Vulcan Arms | V-10-45 | 111-002980 | 45acp | 05/31/05 | 122 | 4473 |
| Michael Schussele | pistol | H&K USP | USP | 95006470 | 357sig | 06/28/05 | 123 | 4473 |
| Michael Schussele | rifle | Martin | 1894CS | 4258764 | 357 | 06/28/05 | 123 | 4473 |
| Thomas Cash | pistol | Phoenix Arms | HP25A | GUV024 | 25 | 06/28/05 | 124 | 4473 |
| Virgil Hall | pistol | Glock | 38 | bfz9575 | 45acp | 06/28/05 | 125 | 4473 |
| John Calcari | revolver | S&W | 642 | 133-12799 | 38spl | 06/28/05 | 126 | 4473 |
| Robert F. Gorman | rifle | ruger | 1B | 511-62520 | 22homet | 6/28/05 | 127 | 4473 |
| Vincent Casteon | revolver | ruger | vaquero | 172218 | 45LC | 6/29/05 | 128 | 4473 |
| Joseph G Nolan | rifle | springfield | M1A scom | G6479166 | 308 | 6/30/05 | 129 | 4473 |
| Rock E Daniels | rifle | Remington | 700CDL | SXB62237 | 35Whelen | 7/06/05 | 130 | 4473 |
| Michael A O'dani | pistol | Taurus | PT24-7 | Spartan SPR10 C5075227R | 40cal. | 07/06/05 | 131 | 4473 |
| Christine C Turner | shotgun | Remington | Spartan SPR10 | 457062z | 12G | 08/04/05 | 132 | 4473 |
| Christine C Turner | pistol | Beretta | 92FS | US919527 | 9mm | 08/04/05 | 132 | 4473 |
| Greg C Robinson | pistol | Springfield Armory | XD9TACT | 136337 | 9MM | 08/07/05 | 134 | 4473 |
| Gary A Wells | rifle | CIA | R1A1 sporter | ABO32546M | 308 | 8/11/05 | 135 | 4473 |
| Darrin Wood | shotgun | Remington | 870LH | 455454 | 12 | 8/12/05 | 136 | 4473 |
| Jeffrey W Eason | revolver | S&W | 36 | 4516370 | 38 | 5/19/05 | 137 | 4473 |
| Brian P Kenney | rifle | Winchester | 94 | 93911 | 30/30 | 8/21/05 | 138 | 4473 |
| Nora A Brumm | shotgun | Browning | A5 | 305-40169 | 20G | 8/23/05 | 139 | 4473 |
| Roger W Nuss | pistol | Ruger | P89 | 89-000-8608 | 9MM | 8/23/05 | 140 | 4473 |
| Carl E Steinmacher | pistol | Cobra | M11-9 | C460920A | 9MM | 8/25/05 | 141 | 4473 |
| David Wambold | Shotgun | Remington | 870super | AAP5586 | 12 | 8/28/05 | 142 | 4473 |
| Jeffery W Eason | revolver | S&W | 581 | N/A | 357 | 8/25/05 | 143 | 4473 |
| Michael J Ziemba | shotgun | Winchester | 37 | N/A | 410 | 8/27/05 | 144 | 4473 |
| Michael J Ziemba | shotgun | Nobel | 70 | FAY266-805357 | 410 | 8/27/05 | 144 | 4473 |
| Michael J Ziemba | shotgun | Sears | 21 | AWA0208 | 410 | 8/27/05 | 144 | 4473 |
| George E Bertoni | revolver | AWA | Classic | L388301 | 45LC | 9/1/05 | 147 | 4473 |
| Roger W Nuss | rifle | Bushmaster | XM15E2S | BER381451 | 223 | 9/4/05 | 148 | 4473 |
| Thomas Benigno | pistol | Beretta | 92ES | 19549MY131 | 9mm | 09/01/05 | 149 | 4473 |
| Kenneth Winter | shotgun | Browning | Ultra XS | 187-34755 | 28 | 09/05/05 | 150 | 4473 |
| James Turner | rifle | Ruger | Mini 14 | | 223 | 05/01/05 | 151 | 4473 |

Page 5

2005

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Leonard Hoffmann | shotgun | Mossberg | 500 P | R694483 | 12 | 10/02/05 | 152 | 4473 |
| John Calcari | rifle | Bushmaster | XM15E2S M4 | L383622 | 223 | 10/05/05 | 153 | 4473 |
| Lewis Fehring | shotgun | Winchester | Sleet Engy | 13ANW04470 | 12 | 10/04/05 | 154 | 4473 |
| Roger Nuss | pistol | S&W | 3913 | VAL1140 | 9mm | 10/07/05 | 155 | 4473 |
| Roger Nuss | rifle | DPMS | AR-15 | F004631 | 223 | 10/15/05 | 156 | 4473 |
| Wayne Sitzes | shotgun | American Arms | Silver II | A47332 | 12 | 10/23/05 | 157 | 4473 |
| Jeffery Eason | revolver | S&W | 624 | ALV2306 | 44spl | 10/28/05 | 158 | 4473 |
| Jeffery Eason | revolver | S&W | 581 | AAP5586 | 357 | 10/28/05 | 159 | 4473 |
| Jason Totel | shotgun | Remington | 870 Xpress | C994924A | 12 | 10/23/05 | 160 | 4473 |
| James Glet | revolver | Ruger | Red Hawk | 503-05632 | 44m | 10/23/05 | 161 | 4473 |
| Roxanne Pierce | shotgun | Benelli | SM91 | M465083 | 12 | 11/15/05 | 162 | 4473 |
| Carl Steinmachen | shotgun | Mossberg | 500 | R684734 | 12 | 11/16/05 | 163 | 4473 |
| Carl Steinmachen | rifle | CIA | AK47 | CAJ01326 | 7.62x39 | 11/16/05 | 163 | 4473 |
| Dan H.Liiett | rifle | Inter/arms | MARK 10 | 238855 | 270 | 11/20/05 | 165 | 4473 |
| David Murphy | rifle | Enfield | H4MIII | 16395 | 303 | 11/20/05 | 166 | 4473 |
| Brian Oliver | revolver | S&W | 60 | 96374 | 38spl | 11/20/05 | 167 | 4473 |
| Louis Bart | pistol | Walther | PP1L | 1466BAE | 380 | 11/22/05 | 168 | 4473 |
| James Stockda e | pistol | Armslor | 1911-A1 | RIA-996690 | 45acp | 11/23/05 | 169 | 4473 |
| George Bertoni | pistol | AMT | Auto Mag III | A11134 | 30carb | 11/24/05 | 170 | 4473 |
| Charles White | rifle | Marlin | 60 | 02136663 | 22 | 11/26/05 | 171 | 4473 |
| Jeffery Balding | shotgun | Benelli | Nova | Z267260 | 12 | 11/27/05 | 172 | 4473 |
| Josh Nyover | revolver | Ruger | Sup R Hawk | 55225247 | 480 | 11/28/05 | 173 | 4473 |
| Melvin Mason | pistol | Browning | Medalist | 82703T7 | 22l | 11/29/05 | 174 | 4473 |
| Andrew Reardon | rifle | Hi-Point | 995 | B50980 | 9mm | 11/29/05 | 175 | 4473 |
| David Rogers | shotgun | Remington | 870 | D703405M | 12 | 11/29/05 | 176 | 4473 |
| Joshua Mullikin | pistol | Hi-Point | 380 Camp | P-911007 | 380 | 11/29/05 | 177 | 4473 |
| John Newmar | shotgun | Browning | Cltoci | 03354RRJ53 | 12 | 11/29/05 | 178 | 4473 |
| John Lawler | pistol | Ruger | 22/45 | 220 34570 | 22lr | 11/29/05 | 179 | 4473 |
| Todd Hoolher | pistol | Hi-Point | 40 SW | X-726746 | 40sw | 11/29/05 | 180 | 4473 |
| Dar Herzberger | pistol | Colt | Woodsman | 20048-S | 22 | 11/29/05 | 181 | 4473 |
| Thomas Cash | revolver | Ruger | Speed Six | 156-82097 | 357 | 11/29/05 | 182 | 4473 |
| Darrell Axeman | pistol | Glock | 22 | APH 273 | 40 | 11/29/05 | 183 | 4473 |
| Norman Picou | rifle | PWA | Commando | 25483 | 223 | 11/29/05 | 184 | 4473 |

2005

| Name | Gun Type | Manufactur | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|---|---|---|---|---|---|---|---|---|
| Charles Courtwright | shotgun | H&R | Ultra Slug | HV277859 | 12 | 11/29/05 | 185 | 4473 |
| Christopher Phelps | rifle | Ruger | H 1A | 13140085 | 270 | 11/30/05 | 186 | 4473 |
| Vincent Zummo II | pistol | S&W | 686-4 | BSD 3184 | 357 | 11/30/05 | 187 | 4473 |
| Douglas Anderson | shotgun | Remington | 870 | C82274BU | 20 | 11/30/05 | 188 | 4473 |
| Larry Perryman | pistol | Ruger | MK4 | 22556736 | 22 | 11/30/05 | 189 | 4473 |
| Joseph Ferguson | revolver | H&R | 929 | X6178 | 22 | 11/30/05 | 190 | 4473 |
| Vito Saputo | pistol | Cobra | CB38CO | CT021630 | 38 | 11/30/05 | 191 | 4473 |
| Debbi Ray | pistol | Beretta | 21 | DAA057835 | 22 | 11/30/05 | 192 | 4473 |
| Debbi Ray | pistol | Beretta | 21 | DAA057834 | 22 | 11/30/05 | 192 | 4473 |
| Michael Block | pistol | Springfield | 1911 | VVW57210 | 22 | 11/30/05 | 194 | 4473 |
| James Malone | rifle | Keystone | Cricket | 130123 | 45 | 11/30/05 | 194 | 4473 |
| Russell Joswiak | shotgun | Remington | 870XP | AB-086604-M | 22 | 11/30/05 | 195 | 4473 |
| Russell Joswiak | shotgun | Remington | SP-10 | RM-023799 | 12 | 11/30/05 | 196 | 4473 |
| Richard Goocall | revolver | Ruger | BlackHawk | 4746442 | 10 | 11/30/05 | 196 | 4473 |
| Rolland Ashbaugh | pistol | Ruger | MIL II | 221-06801 | 45 | 11/30/05 | 198 | 4473 |
| Elmo Bruso | revolver | Taurus | Tracker | YD294853 | 22lr | 11/30/05 | 199 | 4473 |
| James McCray | pistol | S&W | 5903 | VAM80257 | 22 | 11/30/05 | 200 | 4473 |
| Wayne Hazelrigg | revolver | S&W | 63 | 63165 | 9mm | 11/30/05 | 201 | 4473 |
| Dennis Woolsey | pistol | Springfield | 1911A1 | N498863 | 45 | 11/30/05 | 202 | 4473 |
| Brian Carroll | pistol | Springfield | XD-40 | US243046 | 40 | 11/30/05 | 203 | 4473 |
| John Jackson | rifle | Charter Arms | Explorer | A239870 | 22 | 11/30/05 | 204 | 4473 |
| Dennis Little | pistol | Browning | Buckmark | 515 MW 12848 | 22 | 12/02/05 | 205 | 4473 |
| David Murray | rifle | Ruger | 10/22 | 25799516 | 22 | 12/03/05 | 206 | 4473 |
| Troy Donnel | rifle | Chinese | SKS | J4550 | 7.62x39 | 12/03/05 | 207 | 4473 |
| Troy Donnel | rifle | Chinese | SKS | 7024028 | 7.62x39 | 12/10/05 | 208 | 4473 |
| William Chandler | revolver | S&W | 27 | AsH142 | 357 | 12/10/05 | 208 | 4473 |
| William Chandler | revolver | Remington | 700 | B6398492 | 257 | 12/05/05 | 210 | 4473 |
| Billy Brown | shotgun | Franchi | I12 | T100236R | 12 | 12/10/05 | 210 | 4473 |
| Brian Dirtle | shotgun | Benelli | M2 | M551694 | 12 | 12/12/05 | 212 | 4473 |
| Kandace Hatcher | pistol | Rock Island Armory | 1911 MS13 | RIA896916 | 45acp | 12/14/05 | 213 | 4473 |
| Danei Courtney | rifle | Remington | 700 ADL | S2675199 | 270 | 12/20/05 | 214 | 4473 |
| Dwight Baker | rifle | Remington | 7 | 7643166 | 223 | 12/24/05 | 215 | 4473 |
| Gregory Bruckerhoff | shotgun | Winchester | 9410 | S616104 | 410 | 01/09/05 | 216 | 4473 |
|  |  |  |  |  |  | 01/09/05 | 217 | 4473 |

Page 7

2DC5

| Name | Gun Type | Manufactor | Model | Serial Number | Cal/Gauge | Date | Rec Num | Disposition |
|------|----------|------------|-------|---------------|-----------|------|---------|-------------|
| Rock Daniels | | | | | | | | |
| Daniel McMasters | rifle | Remington | 700 LDL | | 35w | 01/25/05 | 218 | 4473 |
| | rifle | Chinese | SKS | 9020768 | 7.62x39 | 01/28/05 | 219 | 4473 |
| John Calcari | revolver | S&W | 28 | N503587 | 357 | 03/26/05 | 220 | 4473 |
| David Green | revolver | Ruger | Single Six | 251-C8961 | 22m | 03/30/05 | 221 | 4473 |