IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., d/b/a TONY'S SPORTING GOODS, </br></br>    Plaintiff, </br></br> v. </br></br> ACTING DIRECTOR OF INDUSTRY OPERATIONS, BUREAU OF ALCOHOL, TOBACCO, FIREARMS and EXPLOSIVES, </br></br>    Defendants. | ) ) ) ) ) ) ) Civil No. 07-3163 ) ) ) ) ) ) ) ) |

**DEFENDANT'S MOTION TO FILE EXHIBITS CONVENTIONALLY**

Now comes the Defendant, Acting Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms, and Explosives, by and through the Rodger A. Heaton, United States Attorney for the Central District of Illinois, through Hilary W. Frooman, Assistant United States Attorney, and moves this Court for permission to file two exhibits conventionally as attachments to its Motion For Summary Judgement.

In support of this Motion, the Defendant states:

1. The two exhibits are as follows:

    A. Federal Firearms Regulations Reference Guide, 2005

    B. Federal Firearms Regulations Reference Guide, 2000

2. Attached to the Defendant's Motion for Summary Judgment is the transcript of Tony Manuele's deposition. During his deposition, he was shown both reference guides. Both reference guides are relevant to the Defendant's summary judgement motion, but the Federal Firearms Regulations Reference Guide for 2005 is 243 pages and the Federal Firearms

Regulations Reference Guide for 2000 is 153 pages with an index and sample forms on unnumbered pages at the end.

3. The number of pages in the two reference guides makes scanning and filing electronically overwhelming.

WHEREFORE, the Defendant requests leave of Court to conventionally attach and file the Federal Firearms Regulations Reference Guide, 2005 and the Federal Firearms Regulations Reference Guide, 2000.

    Respectfully submitted,

    RODGER A. HEATON
    United States Attorney

    s/ Hilary W. Frooman
    HILARY W. FROOMAN, Reg # 6180241
    Attorney for Defendant
    United States Attorney's Office
    318 S. Sixth Street
    Springfield, Illinois 62701
    Telephone: 217-492-4450
    FAX: 217/492-4888
    hilary.frooman@usdoj.gov

**CERTIFICATE OF SERVICE**

  The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

         Michael J. Logan
         837 South Fourth Street
         Springfield, IL 62703

|  |  |
|---|---|
| March 6, 2008 | s/ Hilary W. Frooman |
| Date:_____ | _____ |
|  | Hilary W. Frooman |