E-FILED
Friday, 02 May, 2008  02:25:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Tony Manuele, Jr., d/b/a Tony's Sporting Goods,<br>7922 Wildlife Road, Chatham, Illinois 62629<br><br>Petitioner<br><br>v.<br><br>Acting Director of Industy Operations, Bureau of<br>Alcohol, Tobacco, Firearms and Explosives,<br><br>Defendant | No. 07-3163 |

MOTION TO CONTINUE SETTING
FOR FINAL PRE-TRIAL CONFERENCE

Now comes the Petitioner, **Tony Manuele, Jr.**, d/b/a Tony's Sporting Goods, by his attorney, Michael J. Logan, Ltd., and moving the Court to continue the setting for the final pre-trial conference set for June 9, 2008, to a date certain and in support thereof states as follows that:

1. Prior to the setting for June 9, 2008, Petitioner's attorney was scheduled to be out of the country for the weeks of May 31, 2008, through June 17, 2008.

2. This motion is not made for the purpose of delay or inconvenience of any party.

3. Petitioner has not been engaged in the sale of firearms through the use of his federal license since his notice of revocation nor will he be until resolution of this case so such continuance will not allow him to remain in business during said continuance.

Wherefore, Petitioner respectfully requests the Court to grant a continuance to a date certain of the pre-trial conference set for June 9, 2008.

Respectfully submitted,

**Tony Manuele, Jr.**, d/b/a Tony's Sporting Goods

By: _____/Michael J. Logan/_____

## PROOF OF SERVICE

The undersigned certifies that a copy of the Motion to Continue Setting for Final Pre-Trial Conference was served electronically the 2nd day of May, 2008, on the following:

**James A. Lewis**

/s/Nicole A. Lawson
Nicole A. Lawson
Paralegal to Michael J. Logan