IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TONY MANUELE, JR., d/b/a TONY'S SPORTING GOODS, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 07-3163 |
| ACTING DIRECTOR OF INDUSTRY OPERATIONS, BUREAU OF ALCOHOL TOBACCO, FIREARMS and EXPLOSIVES, ) ) ) ) ) | |
| Defendant. ) | |

**DEFENDANT'S REPLY TO PLAINTIFF'S MOTION FOR CONTINUANCE**

Now comes the defendant, Acting Director of Industry Operations, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and in response to the defendant's May 2, 2008, Motion to Continue Setting for Final Pre-Trial Conference, states that it has no objection to continuing the final pre-trial conference for a reasonable period of time.

The government would suggest a date between 30 and 60 days that would fit both the Court's calendar and accommodate the defendant.

WHEREFORE, the government suggests a continuance for a reasonable period of time.

Respectfully submitted,
RODGER A. HEATON
United States Attorney

s/ Hilary W. Frooman
HILARY W. FROOMAN, Reg # 6180241
Attorney for Defendant
United States Attorney's Office
318 S. Sixth Street
Springfield, Illinois 62701
Telephone:  217-492-4450
Fax:  217-492-4888
hilary.frooman@usdoj.gov

**CERTIFICATE OF SERVICE**

    The following persons were served with a copy of the foregoing electronically or by mailing them a copy.

               Michael J. Logan
                837 South Fourth Street
                Springfield, IL 62703

    May 6, 2008                                s/ Hilary W. Frooman
Date:_____    _____
                                                    Hilary W. Frooman