# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**TONY MANUELE, JR. d/b/a**
**TONY'S SPORTING GOODS,**
        **Plaintiff,**

    vs.                                                                Case Number:    **07-3163**

**ACTING DIRECTOR OF**
**INDUSTRY OPERATIONS,**
**BUREAU OF ALCOHOL,**
**TOBACCO, FIREARMS, and**
**EXPLOSIVES,**
        **Defendant.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Opinion entered by Judge Jeanne E. Scott, the Defendant's Motion for Summary Judgment (d/e 16) is Allowed. Judgment is entered in favor of the Defendant, the Acting Director of Industry Operations for the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and against Plaintiff Tony Manuele, Jr., d/b/a Tony's Sporting Goods. The decision to revoke the federal firearm license of Tony Manuele, Jr., d/b/a Tony's Sporting Goods, is affirmed. This case is closed.-------------------

ENTER this 22nd day of May 2008

s/ Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK